UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY COPLEY, KENNETH MCLAUGHLIN, and JOSHUA WOOD,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOWELL,<br><br>    Defendant. | Civil Action No. 14-10270 |

## **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Randy Copley, Kenneth McLaughlin, and Joshua Wood (collectively, "Plaintiffs") hereby move, pursuant to Fed. R. Civ. P. 65, for a preliminary injunction enjoining Defendant City of Lowell (the "City") from enforcing Chapter 222, Section 222.15 of the Lowell Code of Ordinances. A preliminary injunction is warranted because Plaintiffs are likely to prevail on their claims that the challenged ordinance violates the First and Fourteenth Amendments to the United States Constitution, as the ordinance restricts a significant amount of peaceful, non-threatening, and constitutionally protected speech, and fails to define the prohibited conduct with sufficient specificity, allowing the police to selectively enforce the ordinance and target the homeless. Moreover, Plaintiffs will suffer irreparable harm absent an injunction, the balance of harms favors an injunction, and the public interest will be served by an injunction, as an injunction will protect not only Plaintiffs' First Amendment rights, but also the First Amendment rights of the public.

Pursuant to Local Rule 7.1(b), Plaintiffs' Memorandum of Law in Support of this Motion for Preliminary Injunction is being filed contemporaneously herewith. This Motion is accompanied and supported by declarations by Randy Copley, Kenneth McLaughlin, Joshua Wood, and Eric Lawson.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), for purposes of assisting the Court, the Plaintiffs hereby request an oral argument on this Motion for Preliminary Injunction.

    Respectfully submitted,

    RANDY COPLEY, KENNETH MCLAUGHLIN, and JOSHUA WOOD,

    By their attorneys,

    /s/ Kevin P. Martin
    Kevin P. Martin (BBO# 655222)
    Damian W. Wilmot (BBO# 648693)
    Robert D. Carroll (BBO# 662736)
    GOODWIN PROCTER LLP
    53 State Street
    Boston, Massachusetts 02109
    Tel.: 617.570.1000
    Fax.: 617.523.1231
    KMartin@goodwinprocter.com
    DWilmot@goodwinprocter.com
    RCarroll@goodwinprocter.com

    Matthew R. Segal (BBO# 654489)
    Sarah R. Wunsch (BBO# 548767)
    American Civil Liberties Union
      of Massachusetts
    211 Congress Street
    Boston, Massachusetts 02110
    Tel.: 617.482.3170
    Fax.: 617.451.0009
    MSegal@aclum.org
    SWunsch@aclum.org

Dated: February 5, 2014

# LOCAL RULE 7.1(A)(2) CERTIFICATION
# AND CERTIFICATE OF SERVICE

      I, Kevin P. Martin, hereby certify that counsel for Plaintiffs Randy Copley, Kenneth McLaughlin, Joshua Wood conferred by e-mail with opposing counsel in good faith in an effort to resolve or narrow the issues presented in this motion prior to filing.

      I further certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system. Additionally, paper copies will be sent to parties listed as non-registered participants on February 5, 2014.

      s/ Kevin P. Martin