UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RANDY COPLEY, KENNETH
MCLAUGHLIN, and JOSHUA WOOD,

    Plaintiffs,

v.

CITY OF LOWELL,

    Defendants.

Civil Action No. 14-10270

## DECLARATION OF ERIC LAWSON

I, Eric Lawson, declare as follows:

1. I am an associate at Goodwin Procter LLP, counsel for Plaintiffs in the above-captioned matter. I am an attorney of record in this matter and am an active member of the Massachusetts bar. I submit this affidavit in support of Plaintiffs' Motion for Preliminary Injunction. As part of my responsibilities at Goodwin Procter LLP, I have been personally involved and have direct knowledge of the matters addressed by this declaration.

2. Attached as Exhibit 1 is a true and correct copy of Lowell Code of Ordinances c. 222, § 222.15 as passed on November 12, 2013.

3. Attached as Exhibit 2 is a true and correct copy of Lowell Code of Ordinances c. 222, § 222.15 as amended on February 4, 2014. On February 4, 2014, Lowell Code of Ordinances c. 222, § 222.15 was further amended to add the word "garages;" however the exact placement of the word "garages" within the Ordinance was not clear at the February 4, 2014 City Council meeting, and a final copy of the Ordinance has not been made publically available at the time of this Declaration.

4. Attached as Exhibit 3 is a true and correct copy of Lowell Code of Ordinances § 157.26.

5. Attached as Exhibit 4 is a true and accurate copy of the Boundary Map depicting the Downtown Lowell Historic District as defined in defined in Section 4 of Chapter 566 of the Acts of 1983, which is available at http://www.lowellma.gov/dpd/devservices/historic/Documents/Downtown%20Lowell%20Historic%20District%20Map.pdf.

6. According to the City of Lowell's website, available at http://www.lowellma.gov/citymanager/neighborhood/Pages/General/Directions-To-City-Hall.aspx, Lowell's City Hall is located at 375 Merrimack Street, Lowell, MA 01852; according to the Massachusetts Court System website, available at http://www.mass.gov/courts/courtsandjudges/courts/lowelldistrictmain.html, the Lowell District Court is located at 41 Hurd Street, Lowell, MA 01852; according to Middlesex Community College's website, available at https://www.middlesex.mass.edu/, Middlesex Community College is located at 33 Kearney Square, Lowell, MA 01852. These addresses are all located in the Downtown Lowell Historic District as defined in defined in Section 4 of Chapter 566 of the Acts of 1983.

7. Attached as Exhibit 5 is a true and correct copy of a Lowell Sun article entitled "Lowell homeless camps cleared, but work not done," dated May 19, 2013 and written by Grant Welker, which is available at http://www.lowellsun.com/ci_23277872/lowell-homeless-camps-cleared-but-work-not-done?IADID=Search-www.lowellsun.com-www.lowellsun.com.

8. Attached as Exhibit 6 is a true and correct copy of the April 9, 2013 City Council Minutes for the Lowell City Council Regular Meeting, which is available at http://archive.lowellma.gov/depts/clerk/ma/minutes.2013-04-17.1532212777/.

9. Attached as Exhibit 7 is a true and correct copy of a Lowell Sun article entitled "The shelter is not the problem," dated February 7, 2008 and written by Kirk Boutselis, which is available at http://www.lowellsun.com/local/ci_8195970.

10. Attached as Exhibit 8 is a true and correct copy of the January 22, 2008 City Council Minutes for the Lowell City Council Regular Meeting, which is available at http://archive.lowellma.gov/depts/clerk/ma/minutes.2008-01-30.8484684251/.

11. Attached as Exhibit 9 is a true and accurate copy of a Lowell Sun article entitled "Drop-in center occupies Lowell downtown church," updated November 16, 2011 and written by Robert Mills, which is available at http://www.lowellsun.com/ci_19347016?source=most_viewed.

12. Attached as Exhibit 10 is a true and correct copy of the October 25, 2011 City Council Minutes for the Lowell City Council Regular Meeting, available at http://archive.lowellma.gov/depts/clerk/ma/minutes.2011-11-04.9376374051/.

13. An audio recording of the Lowell City Council's July 9, 2013 meeting is available at http://ltc.org/content/city-council-meetings.

14. For the convenience of the Court, attached as Exhibit 11 is an unofficial transcript of minutes 164-175 of the audio recording of the July 9, 2013 meeting of the Lowell City Council, as described in paragraph 13. I personally reviewed and transcribed the audio recording of the July 9, 2013 meeting available at http://ltc.org/content/city-council-meetings.

15. Attached as Exhibit 12 is a true and correct copy of an October 10, 2013 Letter from Christine P. O'Connor to Mayor Patrick Murphy and Members of the City Council, which is available at http://agenda-suite.com:8080/agenda/cityoflowell/Search.html.

16. An audio recording of the Lowell City Council's October 15, 2013 meeting is available at http://ltc.org/content/city-council-meetings.

17. For the convenience of the Court, attached as Exhibit 13 is an unofficial transcript of minutes 42-56 of the audio recording of the October 15, 2013 meeting of the Lowell City Council, as described in paragraph 16. I personally reviewed and transcribed the audio recording of the October 15, 2013 meeting available at http://ltc.org/content/city-council-meetings.

18. An audio recording of the Lowell City Council's October 29, 2013 meeting is available at http://ltc.org/content/city-council-meetings.

19. For the convenience of the Court, attached as Exhibit 14 is an unofficial transcript of minutes 99-101 of the audio recording of the October 29, 2013 meeting of the Lowell City Council, as described in paragraph 18. I personally reviewed and transcribed the audio recording of the October 29, 2013 meeting available at http://ltc.org/content/city-council-meetings.

20. An audio recording of the Lowell City Council's November 12, 2013 meeting is available at http://ltc.org/content/city-council-meetings.

21. For the convenience of the Court, attached as Exhibit 15 is an unofficial transcript of minutes 36-83 of the audio recording of the November 12, 2013 meeting of the Lowell City Council, as described in paragraph 20. I personally reviewed and transcribed the audio recording of the November, 2013 meeting available at http://ltc.org/content/city-council-meetings.

I hereby declare under penalties of perjury that the foregoing is true and accurate.

_Eric Lawson_
Eric Lawson

Dated: February 5, 2014