GOODWIN | PROCTER

Robert D. Carroll
617.570.1753
rcarroll@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

November 24, 2014

The Honorable Douglas P. Woodlock
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

**Re:** *Copley et al. v. City of Lowell*, **C.A. 14-10270-DPW**

Dear Judge Woodlock:

    We write on behalf of the Plaintiffs to provide the Court with an update on Court's request, at the September 23, 2014 status conference, that the City of Lowell report whether it would forbear from enforcing the challenged anti-charitable solicitation ordinance pending a decision on the merits.

    On October 15, 2014, the City informed the Court that it would like to pursue court-sponsored mediation and would forbear enforcing the ordinance pending mediation; it did not commit to forbear through trial. Correspondence from Michael Carlson, City of Lowell to Honorable Douglas P. Woodlock (Oct. 15, 2014). On November 17, 2014, Plaintiffs informed the City of their view that in light of the fundamental differences in the parties' positions, mediation appears to be unlikely to succeed in resolving this matter, and requested confirmation that the City's voluntary agreement to forbear enforcement of the ordinance will extend through trial. The City responded that it "need[s] to raise this matter with the City Council," and therefore, "need[s] at least until the first week of December to respond." Correspondence from Michael Carlson, City of Lowell to Kevin Martin (Nov. 17, 2014). The City further stated that "the status quo will remain in place until that time." *Id.*

    While Plaintiffs appreciate the immediate forbearance, the continued uncertainty concerning the free speech rights of Plaintiffs and others in the city, particularly in the upcoming holiday season, is precisely what Plaintiffs have been hoping to avoid, and therefore they look forward to the City's prompt confirmation that the ordinance will not be enforced pending a decision on the merits.

ACTIVE/80487870.2

GOODWIN | PROCTER

The Honorable Douglas P. Woodlock
November 24, 2014
Page 2


Respectfully submitted,

Robert D. Carroll

Cc: All counsel of record (via ECF)