**City of Lowell - Law Department**

375 Merrimack Street, 3rd Floor • Lowell MA 01852-5909
Tel: 978.674.4050 • Fax: 978.453.1510 • www.lowellma.gov

**Christine P. O'Connor**
*City Solicitor*

**Kenneth J. Rossetti**
*1st Assistant City Solicitor*

**Rachel M. Brown**
**C. Michael Carlson**
**Elliott J. Veloso**
*Assistant City Solicitors*

February 17, 2015

<u>by ECF</u>

The Honorable Douglas P. Woodlock
United States District Court
1 Courthouse Way
Boston, Massachusetts  02210

Re:   *Copley et al. v. City of Lowell*
      C.A. 14-10270-DPW

Dear Judge Woodlock:

The City of Lowell has set in motion a proposed amendment to the ordinance in suit.  A public hearing on the proposed amendment is scheduled for March 3, 2015.  The parties conferred and have agreed, pending the Court's approval, to suspend the deadlines for completing discovery, summary judgment motions and responses, and requests for motion hearings until after March 3, 2015.  The Plaintiffs reserve the right to amend their complaint, preliminary injunction motion and supporting documents to address the amendments.  If the Court prefers, the parties will submit a joint motion seeking extension of the present deadlines.

Very truly yours,

/s/ C. Michael Carlson

C. Michael Carlson
Assistant City Solicitor

cc:    all counsel of record (via ECF)