UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RANDY COPLEY, KENNETH
MCLAUGHLIN, and JOSHUA WOOD,

        Plaintiffs,

    v.

CITY OF LOWELL,

        Defendant.

Civil Action No. 14-10270-DPW

## JOINT STATUS REPORT

Counsel for plaintiffs Randy Copley, Kenneth McLaughlin, and Joshua Wood and counsel for defendant the City of Lowell hereby submit this joint status report and proposed discovery schedule pursuant to the Court's March 27, 2015 Order. *See* ECF No. 66.

### A.    Status Report.

On February 17, 2015, the City of Lowell informed the Court that the City had proposed amendments to Lowell City Code c. 222, § 222.15, "Panhandling in the Downtown Lowell Historic District" (the "Ordinance") which is the subject matter of this action. *See* ECF No. 64. The amendments make three substantive changes to the Ordinance:

- First, the Ordinance's provision applicable to certain solicitations designated as "aggressive panhandling" (§ 222.15(B1)) was extended to apply throughout the City of Lowell; previously, it had applied only in the Downtown Historic District;

- Second, an exemption was created to the Ordinance's provision applicable to all charitable solicitation (*i.e.*, not only "aggressive panhandling") within the Downtown Historic District (§ 222.15(B)) with respect to "passively standing or sitting or performing music, singing or other street performance with a sign or other indication that a donation is being sought, without any vocal request other than in response to an inquiry by another person"; and

- 2 -

- Third, a severability clause (§ 222.15(D)) was added.

The amendments also renamed the Ordinance simply "Panhandling" and renumbered certain subsections.

In light of the then-pending proposed amendments, the Parties asked this Court "to suspend the deadlines for completing discovery, summary judgment motions and responses, and requests for motion hearings until after March 3, 2015," when the Amendments were scheduled to be debated at the Lowell City Council meeting.  *See* ECF No. 64.

On March 3, 2015, the proposed amendments to the Ordinance were in fact adopted.

Since the amendments were adopted the City has continued to forbear from enforcement of the Ordinance and will continue to do so until the case is decided on the merits.  At this time, the Parties are interested in moving the suit forward, and have jointly agreed to the following dates, pending the Court's approval:

- Close of fact and expert discovery:  May 29, 2015

- Motions for summary judgment:  June 26, 2015

- Oppositions to motions for summary judgment:  July 17, 2015

- Replies in support of motions for summary judgment:  July 31, 2015

The parties have engaged in initial discussions concerning the scope of discovery and believe they will be able to agree to a reasonable exchange of documents and limited number of depositions.

- 3 -

Dated: April 2, 2015.

Respectfully submitted,

| | |
|---|---|
| /s/ Christine P. O'Connor<br>Christine P. O'Connor (BBO # 567645)<br>C. Michael Carlson (BBO #  681286)<br>City of Lowell Law Department<br>375 Merrimack Street, 3rd Floor<br>Lowell, MA 01852-5909<br>Tel.: 978.970.4050<br>Fax.: 978.453.1510<br>co'connor@lowellma.gov<br>mcarlson@lowellma.gov<br>ATTORNEYS FOR DEFENDANT | /s/ Kevin P. Martin<br>Kevin P. Martin (BBO # 655222)<br>Robert D. Carroll (BBO# 662736)<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, MA  02109-2881<br>Tel.:  617.570.1000<br>Fax.:  617.523.1231<br>KMartin@goodwinprocter.com<br>RCarroll@goodwinprocter.com<br><br>Matthew R. Segal (BBO# 654489)<br>Sarah R. Wunsch (BBO# 548767)<br>American Civil Liberties Union<br>of Massachusetts<br>211 Congress Street<br>Boston, Massachusetts 02110<br>Tel.: 617.482.3170<br>Fax.: 617.451.0009<br>MSegal@aclum.org<br>SWunsch@aclum.org<br><br>ATTORNEYS FOR PLAINTIFFS |

- 4 -

## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2015.

Dated: April 2, 2015                                    /s/ Kevin P. Martin