Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   1

Event No.
P/2012-00000897   Date: 01/04/2012   Day: WED   Rcv: 16:48   Dsp: 16:50   Enr: 16:53   Arv: 16:53   Cmp: 16:58
Location: 331 FLETCHER ST MARKET BASKET 2   Pol: 7   Fire: 139   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-307   (2)   (3)   (4)   (5)   (6)
Case #:   KELLY, CHRI
Disposition: COMPLETE NO RRT
Event Narrative...C/S THERE IS A FEMALE LONG BLONDE HAIR NO TEETH JEANS // BLUE SHIRT ASKING PEOPLE FOR MOENY, WHEN
CALLER SAID NO SHE HIT THE HOOD OF HER CAR

Event No.
2012-00001927   Date: 01/08/2012   Day: SUN   Rcv: 18:46   Dsp: 18:59   Enr: 18:59   Arv: 18:59   Cmp: 18:59
Location: 331 FLETCHER ST MARKET BASKET 2   Pol: 7   Fire: 139   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) E-303E   (2)   (3)   (4)   (5)   (6)
Case #:   LEBLANC, MA
Disposition: COMPLETED CALL
Event Narrative...IN THE PARKING LOT THERE IS A WHITE MALL ON A BIKE WEARING DARK JEANS & A BLACK JACKET & TAN WORK BOOTS.

Event No.
2012-00002633   Date: 01/11/2012   Day: WED   Rcv: 17:20   Dsp: 17:22   Enr: 17:22   Arv:   Cmp: 17:24
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA   Pol: 7   Fire: 117   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-307   (2)   (3)   (4)   (5)   (6)
Case #:   CESARZ, RIC
Disposition: COMPLETED CALL
Event Narrative...PARKING LOT OF LOWELL HOUSE OF PIZZA FOR COUPLE OF KIDS ASKING PEOPLE FOR MONEY...

Event No.
2012-00002896   Date: 01/12/2012   Day: THU   Rcv: 19:23   Dsp: 19:26   Enr: 19:26   Arv: 19:31   Cmp: 19:38
Location: 11 WOOD ST MARKET BASKET 3   Pol: 9   Fire: 566   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-306   (2) C-305   (3)   (4)   (5)   (6)
Case #:   DAIGLE, MIC   LAMARCHE, D
Disposition: GONE ON ARRIVAL
Event Narrative...SOME WHERE IN THE LOT OF MARKET BASKET FOR 3 PEOPLE PANHANDLING.. THEY ARE ACTUALLY FOLLOWING PEOPLE TO
THEIR CARS.. 1. SPANISH MALE TALL AND THIN WALKING WITH A CANE. 2. MALE WEARING A REFLECTOR JACKET. 3.
WHITE FEMALE WITH PURPLE HAIR PULLED BACK IN A PONYTAIL.

Event No.   Date: 01/20/2012   Day: FRI   Rcv: 10:13   Dsp: 10:15   Enr: 10:15   Arv: 10:22   Cmp: 10:31

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33
Page  2

P/2012-00004700    Location: 489 MERRIMACK ST
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                      Pol: 8          Fire: 14        Jur: LW

                   Case #:
Event Narrative...BLK JACKET AND JEANS, ASKING PEOPLE FOR MONEY .. THEY ARE TELLING THE CUSTOMERS THAT ONE OF THE MALES
JUST GOT OF JAIL

Event No.          Date: 01/20/2012   Day: FRI   Rcv: 21:07    Dsp: 21:11    Enr: 21:11    Arv:            Cmp: 21:24
P/2012-00004871    Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST                                            Pol: 1     Fire: 61    Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE              Unit(1) C-302B (2)        Cmp Code: PANHANDLING / BEGGING   (5)                (6)
                                                   WHALEN, TIM                                       (3)            (4)          (5)

                   Case #:
                   Disposition: COMPLETE NO RRT
Event Narrative...WHITE MALE, BRO JACKET, BLUE JEANS,WHI HAT, BLK &WHI SNEAKERS -ABOUT 25 YOA..BEGGING PEOPLE FOR MONEY,
HARASSING CUSTOMERS OF TEDESCHIS .MALE JUST WENT INTO VIDEO THUNDER

Event No.          Date: 01/20/2012   Day: FRI   Rcv: 23:23    Dsp: 23:26    Enr: 23:26    Arv: 23:28      Cmp: 23:28
P/2012-00004899    Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST                                            Pol: 1     Fire: 61    Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE              Unit(1) P-302 (2) C-302B (3)    Cmp Code: PANHANDLING / BEGGING   (4)           (5)           (6)
                                                   ST. ARNAUD, WHALEN, TIM

                   Case #:
                   Disposition: COMPLETE NO RRT
Event Narrative...UNWANTED FEMALE , BLK FEMALE,LIGHT BROWN JACKET,BLUE PANTS, GLASSES- BEGGING FOR $.SHE HAS ASKED HER TO
LEAVE 4 TIMES..FEMALE IS IN P LOT

Event No.          Date: 01/25/2012   Day: WED   Rcv: 13:00    Dsp: 13:03    Enr: 13:03    Arv:            Cmp: 13:25
P/2012-00005952    Location: 182 RIVERSIDE ST DUNKIN DONUTS RIVERSIDE ST                                   Pol: 11    Fire: 75    Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE              Unit(1) C-211 (2)        Cmp Code: PANHANDLING / BEGGING   (4)           (5)           (6)
                                                   KELLEHER, P

                   Case #:
                   Disposition: COMPLETE
Event Narrative...OFF DUTY, REPORTING OLDER W/M BLK JACKET, GOTEE, STANDING AT FRONT DOOR ASKING PEOPLE FOR MONEY

Event No.          Date: 01/25/2012   Day: WED   Rcv: 18:54    Dsp: 18:56    Enr: 18:56    Arv:            Cmp: 19:03
P/2012-00006033    Location: 55 CHELMSFORD ST 7-11                                                         Pol: 10    Fire: 31    Jur: LW

City of Lowell 13

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33
Page   3

---

Call Code: PANHANDLING / BEGGING
Origin: 911                  Unit(1) C-310A (2) C-310B (3)          Cmp Code: PANHANDLING / BEGGING
                             SUONG, CHAS    MATOS, JAME
Case #:
                             Disposition: COMPLETE
Event Narrative...PEOPLE AT 7-11 ASKING FOR MONEY .. CALLER HUNG UP

---

Event No.                    Date: 01/26/2012  Day: THU  Rcv: 16:28  Dsp: 16:38   Pol: 9   Enr: 16:38   Arv: 16:50   Cmp: 17:01
2012-00006239                Location: 220 APPLETON ST TEDESCHI'S                 Fire: 218             Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: 911                  Unit(1) C-309 (2)                      Cmp Code: PANHANDLING / BEGGING
                             COUTURE, DA
Case #:
                             Disposition: COMPLETE
Event Narrative...5 PEOPLE , 4 MEN AND ONE WOMAN, KEEP ASKING PEOPLE FOR MONEY WHEN CUSTOMERS GO IN AND OUT OF THE STORE,
RP IS MICHAEL HE IS THE STORE MGR...WANTS THEM REMOVED

---

Event No.                    Date: 01/28/2012  Day: SAT  Rcv: 22:09  Dsp: 22:16   Pol: 7   Enr: 22:16   Arv: 22:17   Cmp: 22:25
2012-00006838                Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA        Fire: 117             Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE            Unit(1) C-307 (2) C-310A (3)           Cmp Code: PANHANDLING / BEGGING
                             MOORE, JERO    DAIGLE, MIC
Case #:
                             Disposition: COMPLETE NO RRT
Event Narrative...CALLER STATES THAT THERE ARE ABOUT 4 PEOPLE IN THE PARKING LOT BOTHERING CUSTOMERS FOR MONEY

---

Event No.                    Date: 02/02/2012  Day: THU  Rcv: 14:23  Dsp: 14:24   Pol: 6   Enr: 14:24   Arv: 14:29   Cmp: 14:29
2012-00007961                Location: 1460 MIDDLESEX ST WENDY'S                  Fire: 513             Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE            Unit(1) C-206 (2)                      Cmp Code: PANHANDLING / BEGGING
                             TETREAULT S
Case #:
                             Disposition: COMPLETE
Event Narrative...FEMALE IS ASKING PEOPLE FOR MONEY AT THE LIGHTS HERE

---

Event No.                    Date: 02/06/2012  Day: MON  Rcv: 14:22  Dsp: 14:30   Pol: 10  Enr: 14:30   Arv:         Cmp: 14:32
2012-00008908                Location: 66 PLAIN ST MCDONALDS REST                 Fire: 417             Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE            Unit(1) C-205 (2)                      Cmp Code: PANHANDLING / BEGGING
                             FERRY, DAVI

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33
Page   4

---

Event No. 2012-00009118
Case #:
Event Narrative...RP STATES A MALE -UNK- DESC UNK AGE, HAS A CANE AND A CAN ASKING PEOPLE FOR MONEY AS THEY COMPLETE THE DRIVE THRU AT MCDONALDS, RP ISNT HERE,
Date: 02/07/2012   Day: TUE   Rcv: 15:08   Dsp: 15:14   Enr: 15:14   Arv:        Cmp: 15:16
Location: 150 APPLETON ST SALVATION ARMY        Pol: 9   Fire: 24   Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-209   (2) C-208   (3)   (4)   (5)   (6)
WAYNE, ERIC        PERRIN, DAN
Disposition: GONE ON ARRIVAL

---

Event No. 2012-00011505
Case #:
Event Narrative...AT THE CORNER MALE IN GREEN SWEATSHIRT AND BASEBALL CAP   WHITE MALE ASKING PEOPLE FOR MONEY
Date: 02/17/2012   Day: FRI   Rcv: 16:02   Dsp: 16:06   Enr: 16:06   Arv: 16:13   Cmp: 16:18
Location: PLAIN ST / LOWELL CONNECTOR        Pol:     Fire:     Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-210   (2)   (3)   (4)   (5)   (6)
PHAY, TONG
Disposition: COMPLETED CALL

---

Event No. 2012-00012905
Case #:
Event Narrative...C/S OLDER B/M JACKET, HAT, AT THE OFF RAMP FROM CONNECTOR APPROACHING MV'S ASKING THEM FOR MONEY........C/S HE IS THERE EVERYDAY, AFRAID HE MAY GET HIT
Date: 02/24/2012   Day: FRI   Rcv: 08:20   Dsp: 08:26   Enr: 08:26   Arv:        Cmp: 08:26
Location: 315 BRIDGE ST DUNKIN DONUTS BRIDGE        Pol: 1   Fire: 6   Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-102   (2)   (3)   (4)   (5)   (6)
HALLORAN, J
Disposition: NO CONTACT MADE
Disposition: COMPLETE

---

Event No. 2012-00012955
Case #:
Event Narrative...MALE BLUE COAT PANHANDLING CUSTOMERS
Date: 02/24/2012   Day: FRI   Rcv: 12:03   Dsp: 12:07   Enr: 12:07   Arv: 12:08   Cmp: 12:14
Location: 63 MAMMOTH RD 711 VARIETY STORE        Pol: 7   Fire: 691   Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-211   (2)   (3)   (4)   (5)   (6)
GARNEAU, KE
Disposition: RELEASED CALL

---

Case #:

City of Lowell 15

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33

Page  5

Event No.: 2012-00013764
Date: 02/28/2012   Day: TUE   Rcv: 09:19   Dsp: 09:24   Enr: 09:24   Arv:   Cmp: 09:34
Location: 794 ROGERS ST SANTANDER 4                         Pol: 3   Fire: 816   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                   Unit(1) C-203      (2)        (3)        (4)        (5)        (6)
Case #:                            KEEFE, BRIA
                                   Disposition: COMPLETE
Event Narrative...WHITE MALE OUT FRONT OF THIS LOCATION BOTHERING PEOPLE FOR MONEY . HE HAS A TATTOO ON HIS NECK THAT SAYS NANA.

Event No.: 2012-00014185
Date: 03/01/2012   Day: THU   Rcv: 01:58   Dsp: 02:07   Enr: 02:07   Arv:   Cmp: 02:14
Location: 55 CHELMSFORD ST                                  Pol: 10   Fire: 31   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                   Unit(1) C-110      (2)        (3)        (4)        (5)        (6)
Case #:                            MOORE, JEFF
                                   Disposition: COMPLETED CALL
Event Narrative...WOMEN ASKING PEOPLE FOR MONEY AT THE BANK. SHE OUTSIDE OF THE BANK. TALL HEAVY SET WOMEN, BLUE JEAN WITH ANIMAL PRINTS, BROWN TEETH, BLACK BOOTS, WHITE FEMALE.

Event No.: 2012-00015414
Date: 03/06/2012   Day: TUE   Rcv: 14:31   Dsp: 14:32   Enr: 14:32   Arv: 14:37   Cmp: 14:38
Location: 66 PLAIN ST MCDONALDS REST                        Pol: 10   Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                   Unit(1) C-205      (2)        (3)        (4)        (5)        (6)
Case #:                            GEOFFROY, D
                                   Disposition: COMPLETE NO RRT
Event Narrative...C/S THERES A WHITE MALE GREY JACKET AND DARK PANTS OUTSIDE THE STORE ASKING FOR MONEY...

Event No.: 2012-00015490
Date: 03/06/2012   Day: TUE   Rcv: 20:20   Dsp: 20:25   Enr: 20:25   Arv:   Cmp: 20:40
Location: 63 MAMMOTH RD 711 VARIETY STORE                   Pol: 7   Fire: 691   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                   Unit(1) C-301      (2)        (3)        (4)        (5)        (6)
Case #:                            LANE III, J
                                   Disposition: GONE ON ARRIVAL
Event Narrative...HAS HOMELESSS MAN ASKING IN PARKING LOT MALE GOING BETWEEN 711, CHENS KITCHEN AND THE GAS STATION ASKING PEOPLE FOR MONEY. W/M BLACK BAGGY PANTS

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

BLACK JACKET

Event No.
2012-00015604    Date: 03/07/2012    Day: WED    Rcv: 10:49    Dsp: 10:54    Enr: 10:54    Arv:    Cmp: 11:50
Location: 55 CHURCH ST    FAMILY DOLLAR    Pol: 8    Fire: 262    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-209    (2)    (3)    (4)    (5)    (6)
Case #:    Disposition: COMPLETED CALL
Event Narrative...SUE LYONS IS IN FRONT OF THIS LOCATION, DRESSED IN JEANS, HOODIE, HAS A NAP SACK, LOOKING FOR
MONEY...SECURITY IS RP AND IS ON THE BOOTH, WANTS HER OFF THIS PROPERTY
PRESCOTT, M

Event No.
2012-00016138    Date: 03/09/2012    Day: FRI    Rcv: 14:43    Dsp: 14:45    Enr: 14:45    Arv: 14:49    Cmp: 14:50
Location: 120 PLAIN ST    Pol: 5    Fire: 445    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-205    (2)    (3)    (4)    (5)    (6)
Case #:    Disposition: COMPLETE
BUGLER, STE

Event No.
2012-00016348    Date: 03/10/2012    Day: SAT    Rcv: 12:10    Dsp: 12:11    Enr: 12:11    Arv: 12:17    Cmp: 12:43
Location: 66 PLAIN ST    Pol: 10    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-205    (2) C-210    (3)    (4)    (5)    (6)
Case #:    Disposition: COMPLETE
BUGLER, STE    SIOPES, ARL
Event Narrative...THE OFF RAMP FROM THE INBOUND OF LOWELL CONN ONTO PLAIN, FOR SOMEONE TRYING TO COLLECT MONEY

Event No.
2012-00016874    Date: 03/12/2012    Day: MON    Rcv: 14:54    Dsp: 14:56    Enr: 14:56    Arv:    Cmp: 15:01
Location: PRESCOTT ST / CENTRAL ST    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-208    (2)    (3)    (4)    (5)    (6)
Case #:    Disposition: COMPLETE NO RRT
PERRIN, DAN
Event Narrative...BLUE HOODIE, BASEBALL

Event No.    Date: 03/14/2012    Day: WED    Rcv: 13:46    Dsp: 14:00    Enr: 14:00    Arv:    Cmp: 14:02
Case #:    Disposition: COMPLETE NO RRT
Event Narrative...BLK FEMALE  WHITE SHIRT BLK PANTS  IN THE STREET ASKING PEOPLE FOR $

City of Lowell 17

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page    7

P/2012-0001741S    Location: 1201 BRIDGE ST MARKET BASKET-SUNRISE PLAZA                    Pol:          Fire: 658        Jur: LW
                   Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                          Unit(1) C-202    (2)              (3)             (4)             (5)             (6)
                   Case #:                                    Disposition: COMPLETE NO RRT
                   Event Narrative...WHITE FEMALE, BROWN HAIR, PUSHING A BABY CARRIAGE, ASKING PEOPLE OF MONEY.  IN THE PARKING LOT.

P/2012-00018790    Date: 03/19/2012   Day: MON   Rcv: 20:17        Dsp:            Enr:            Arr:            Cmp: 20:26
                   Location: 166 GORHAM ST JAY'S FOOD STORE                                      Pol: 9          Fire: 232       Jur: LW
                   Call Code: PANHANDLING / BEGGING                          CALLAHAN II
                   Origin: TELEPHONE                          Unit(1)          (2)              (3)             (4)             (5)             (6)
                   Case #:                                    Disposition: RESOLVED CALL
                   Event Narrative...CALLER STATES THAT THERE ARE ACOUPLE OF PEOPLE IN THE LOT BOTHERING CUSTOMERS FOR MONEY

P/2012-00018800    Date: 03/19/2012   Day: MON   Rcv: 20:48        Dsp:            Enr:            Arr:            Cmp: 20:54
                   Location: 166 GORHAM ST JAY'S FOOD STORE                                      Pol: 9          Fire: 232       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                          Unit(1)          (2)              (3)             (4)             (5)             (6)
                   Case #:                                    Disposition: RELEASED CALL
                   Event Narrative...PEOPLE IN THE PARKING LOT BOTHERING PEOPLE FOR MONEY AGAIN

P/2012-00019202    Date: 03/21/2012   Day: WED   Rcv: 12:15        Dsp: 12:17      Enr: 12:17      Arr: 12:20      Cmp: 12:22
                   Location: 101 GORHAM ST TOWERS NEWS STAND                                     Pol: 8          Fire: 232       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                          Unit(1) C-209    (2)              (3)             (4)             (5)             (6)
                   Case #:                                    PRESCOTT, M
                                                              Disposition: COMPLETE

P/2012-00019771    Date: 03/23/2012   Day: FRI   Rcv: 10:49        Dsp: 10:53      Enr: 10:53      Arr:            Cmp: 11:03
                   Location: 94 UNIVERSITY AV SUPPAS                                             Pol: 11         Fire: 75        Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                          Unit(1) C-211    (2)              (3)             (4)             (5)             (6)
                                                              KELLEHER, P
                   Event Narrative...HEAVY SET BLK FEMALE, JEANS, MULTI COLORED SHIRT, ASKING PEOPLE FOR MONEY

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page    8

Event No.
Event Narrative...W/M WEARING A RED HAT KEEPS ASKING PEOPLE FOR MONEY IN FRONT OF SUPAS AND THE EGG ROLL CAFE AS WELL
Case #:                                                                                          Disposition: COMPLETE
2012-00020095    Date: 03/24/2012    Day: SAT    Rcv: 12:35    Dsp: 12:38    Enr: 12:38    Arv: 12:50    Cmp: 12:50
Location: 32 MAMMOTH RD TD BANKNORTH                                                                      Pol: 2    Fire: 7    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-201    (2) C-211    (3)             (4)             (5)             (6)

Event No.
Case #:                                                                                          Disposition: COMPLETE NO RRT
2012-00020854    Date: 03/27/2012    Day: TUE    Rcv: 14:33    Dsp: 14:37    Enr: 14:37    Arv:          Cmp: 15:02
                                                  HYDE, ERIC    HICKEY, THO
Location: PLAIN ST / LOWELL CONNECTOR                                                                     Pol:      Fire:      Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-205    (2)             (3)             (4)             (5)             (6)
                              FERRY, DAVI
Event Narrative...BLACK MALE DOWN AT THE BOTTOM OF THE RAMP ASKING PEOPLE FOR CHANGE .   HE HAS A BROWN LEATHER COAT ON

Event No.
Case #:                                                                                          Disposition: COMPLETE
2012-00021094    Date: 03/28/2012    Day: WED    Rcv: 14:31    Dsp: 14:31    Enr: 14:31    Arv: 14:31    Cmp: 14:36
Location: PLAIN ST / LOWELL CONNECTOR                                                                     Pol:      Fire:      Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED    Unit(1) C-204    (2)             (3)             (4)             (5)             (6)
                                  KINNEY, BRI

Event No.
Event Narrative...W/M BLK SHIRT, BLND HAIR, TATTOO'S ASKING FOR MONEY AND GETTING LOUD WHEN THEY ARE REFUSING
Case #:                                                                                          Disposition: COMPLETE
2012-00021810    Date: 03/31/2012    Day: SAT    Rcv: 10:44    Dsp: 10:46    Enr: 10:46    Arv: 10:50    Cmp: 10:52
Location: 37 BRANCH ST ANGKOR MARKET                                                                      Pol: 10    Fire: 37    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-210    (2)             (3)             (4)             (5)             (6)
                              BOURRET, RA

Event No.
Event Narrative...NEW ANGKOR MARKET, YOUNG BOY IN ORANGE JACKET ASKING PEOPLE FOR MONEY. THE OWNER WANT HIM OFF THE PROPERTY.
Case #:                                                                                          Disposition: COMPLETE
                 Date: 04/01/2012    Day: SUN    Rcv: 16:42    Dsp:          Enr: 16:44    Arv: 16:44    Cmp: 16:53

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

P/2012-00022104    Location: 54 PLAIN ST WALGREENS
                   Call Code: PANHANDLING / BEGGING                              Pol: 10        Fire: 417        Jur: LW
                   Origin: TELEPHONE                Unit(1) C-305      (2)          (3)            (4)             (5)           (6)
    Case #:                         LAMARCHE, D
    Event Narrative...WHITE MALE GRAY PANTS   RED & BLACK JACKET   ASKING PEOPLE FOR MONEY
                                   Disposition: COMPLETE NO RRT

P/2012-00024444    Date: 04/11/2012    Day: WED    Rcv: 11:48    Dsp: 11:50    Enr: 11:50    Arv: 12:01    Cmp: 12:04
                   Location: 331 FLETCHER ST MARKET BASKET 2
                   Call Code: PANHANDLING / BEGGING                              Pol: 7         Fire: 139        Jur: LW
                   Origin: TELEPHONE                Unit(1) C-207      (2)          (3)            (4)             (5)           (6)
    Case #:                         BELAND, STE
    Event Narrative...FEMALE OUTSIDE IN THE PARKING LOT ASKING PEOPLE FOR MONEY.
                                   Disposition: COMPLETE NO RRT

E/2012-00024706    Date: 04/12/2012    Day: THU    Rcv: 12:33    Dsp: 12:36    Enr: 12:36    Arv: 12:39    Cmp: 12:45
                   Location: 37 BRANCH ST
                   Call Code: PANHANDLING / BEGGING                              Pol: 10        Fire: 37         Jur: LW
                   Origin: TELEPHONE                Unit(1) C-210   (2) P-213   (3) P-215   (4)            (5)           (6)
    Case #:                         PHAY, TONG    BOURRET, RA   ROYER, RAYM
    Event Narrative...WHITE MALE,   BALD HEAD,   WHITE JACKET, ASKING CUSTOMER FOR MONEY.  **** THE NEW PHNOM PENH MARKET ******
                                   Disposition: COMPLETE NO RRT

E/2012-00024714    Date: 04/12/2012    Day: THU    Rcv: 13:35    Dsp: 13:38    Enr: 13:38    Arv: 13:41    Cmp: 14:03
                   Location: 681 BRIDGE ST DOMINO'S PIZZA
                   Call Code: PANHANDLING / BEGGING                              Pol: 2         Fire: 69         Jur: LW
                   Origin: TELEPHONE                Unit(1) C-202      (2)          (3)            (4)             (5)           (6)
    Case #:                         LEVASSEUR,
                                   Disposition: COMPLETE

E/2012-00024799    Date: 04/12/2012    Day: THU    Rcv: 20:17    Dsp: 20:21    Enr: 20:21    Arv:          Cmp: 20:38
                   Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
                   Call Code: PANHANDLING / BEGGING                              Pol: 7         Fire: 117        Jur: LW
                   Origin: TELEPHONE                Unit(1) C-310B (2)            (3)            (4)             (5)           (6)
                                   LORENZI, JO
    Event Narrative...HOMELESS MALE ASKING FOR MONEY

City of Lowell 20

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**

01/01/2012 00:00 to 12/31/2012 23:59

Case #:

Event Narrative...W/M BLK TSHIRT, WHITE PANTS ASKING PEOPLE FOR MONEY

Event No.          Date: 04/13/2012    Day: FRI    Rcv: 10:10    Dsp: 10:13    Enr: 10:13    Arv: 10:17    Cmp: 10:19
2012-00024888      Location: ANDOVER ST / HIGH ST                              Pol: 3    Fire: 81    Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE          Unit(1) C-203        Cmp Code: PANHANDLING / BEGGING
                                              BOMIL, CHRI
                                              (2)        (3)        (4)        (5)        (6)

Case #:

Event Narrative...BLK MALE ASKING PEOPLE FOR MONEY                             Disposition: COMPLETE NO RRT

Event No.          Date: 04/13/2012    Day: FRI    Rcv: 11:46    Dsp: 11:48    Enr: 11:48    Arv: 11:51    Cmp: 11:52
2012-00024909      Location: HIGH ST / ANDOVER ST                              Pol: 3    Fire: 81    Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE          Unit(1) C-203        Cmp Code: PANHANDLING / BEGGING
                                              BOMIL, CHRI
                                              (2)        (3)        (4)        (5)        (6)

Case #:

Event Narrative...BLK MALE ...GREY AND BLK HOODIE AND BLUE JEANS               Disposition: COMPLETE NO RRT
hit 1 Narrative..it's willie winston allset

Event No.          Date: 04/15/2012    Day: SUN    Rcv: 20:16    Dsp: 20:20    Enr: 20:20    Arv:        Cmp: 20:57
2012-00025526      Location: 970 GORHAM ST TEDESCHI'S                          Pol: 4    Fire: 436    Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE          Unit(1) C-304        Cmp Code: PANHANDLING / BEGGING
                                              FINN, WILLI
                                              (2)        (3)        (4)        (5)        (6)

Case #:

Event Narrative...MAN BEGGING FOR $  ..WHITE MALE, PONYTAIL                    Disposition: COMPLETE NO RRT

Event No.          Date: 04/18/2012    Day: WED    Rcv: 08:07    Dsp: 08:37    Enr: 08:37    Arv:        Cmp: 08:46
2012-00026186      Location: 430 BROADWAY ST                                   Pol: 7    Fire: 16    Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE          Unit(1) C-207        Cmp Code: PANHANDLING / BEGGING
                                              BELAND, STE
                                              (2)        (3)        (4)        (5)        (6)

Case #:

Event Narrative...RUNDOWN          Disposition: COMPLETED CALL
LOOKING WHITE MALE TANNED, GRAY HAIR/GRAY SHIRT JEANS ASKING PEOPLE FOR MONEY

City of Lowell 21

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015
12:33
Page 11

Event No.    Date: 04/18/2012    Day: WED    Rcv: 15:00    Pol: 8    Fire: 262    Jur: LW
P/2012-00026255
Location: 55 CHURCH ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-209    (2)    (3)    (4)    (5)    (6)

Case #:    Disposition: COMPLETED CALL
Event Narrative...SUE LYONS IS PANHANDLING PURPLE TOP JEANS BOYFRIEND BLK SHORTS

Event No.    Date: 04/18/2012    Day: WED    Rcv: 16:02    Pol:    Fire: 454    Jur: LW
P/2012-00026264
Location: 0 LOWELL CONNECTOR INBOUND    PRESCOTT, M
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-204    (2)    (3)    (4)    (5)    (6)
KINNEY, BRI

Case #:    Disposition: COMPLETE
Event Narrative...BLK MALE AT OFF RAMP BEGGING

Event No.    Date: 04/20/2012    Day: FRI    Rcv: 10:07    Dsp: 10:22    Enr: 10:22    Arv:    Cmp: 10:26
P/2012-00026666
Location: 63 MAMMOTH RD 711 VARIETY STORE
Call Code: PANHANDLING / BEGGING    Pol: 7    Fire: 691    Jur: LW
Origin: TELEPHONE    Unit(1) C-201    (2)    (3)    (4)    (5)    (6)
BOMIL, CHRI

Case #:    Disposition: COMPLETE
Event Narrative...W/M BLONDE HAIR BLK SHIRT

Event No.    Date: 04/20/2012    Day: FRI    Rcv: 15:26    Dsp:    Enr:    Arv:    Cmp: 16:07
P/2012-00026754
Location: ANDOVER ST / HIGH ST    Pol: 3    Fire: 81    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1)    (2)    (3)    (4)    (5)    (6)

Case #:    Disposition: RELEASED CALL
Event Narrative...B/M WEARING A MULTI COLORED SWEATSHORT AND JEANS GPING UP TO CARS AT THE LIGHT / INTERSECTION

Event No.    Date: 04/21/2012    Day: SAT    Rcv: 18:34    Dsp: 18:36    Enr: 18:36    Arv:    Cmp: 18:48
2012-00027055
Location: 970 GORHAM ST TEDESCHI'S    Pol: 4    Fire: 436    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-304    (2) C-309    (3)    (4)    (5)    (6)

City of Lowell 22

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   12

Case #:

Event Narrative...W/M TALL WEARING A WHT TSHIRT ASKING PEOPLE FOR MONEY AND SCARING THE FEMALES

Event No.                                                    DOWER, MIND  PURCELL, BR
2012-00027666                                          Disposition: COMPLETE
Date: 04/24/2012    Day: TUE    Rcv: 09:43    Dsp: 09:53    Enr: 09:53    Arv:         Cmp: 10:02
Location: ANDOVER ST / HIGH ST                             Pol: 3    Fire: 81    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-209    (2)    Cmp Code: PANHANDLING / BEGGING
                                            (3)          (4)          (5)          (6)

Case #:                          PRESCOTT, M
Event Narrative...THERE IS A MALE HANGING AROUND THIS AREA AND THE GAS STATION BEGGING PEOPLE FOR MONEY . HE IS A BLACK
MALE WEARING A GRAY AND BLACK HOODY & JEANS ON

Event No.                                            Disposition: COMPLETE
2012-00027779
Date: 04/24/2012    Day: TUE    Rcv: 17:15    Dsp: 17:20    Enr: 17:20    Arv:         Cmp: 17:23
Location: 54 PLAIN ST WALGREENS                             Pol: 10    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-310A    (2)    Cmp Code: PANHANDLING / BEGGING
                                            (3)          (4)          (5)          (6)

Case #:                          KANDROTAS,
Event Narrative...CALLER STATES THAT THERE ARE A COUPLE OF KIDS IN THE PARKING LOT BOTHERING PEOPLE FOR MONEY. THE CALLER
STATED THAT THEY LOOK TO BE ABOUT 12 YEARS OLD. ON IS WEARING A BROWN SHIRT AND THE OTHER IS WEARING A
BLK SHIRT AND A BLK HAT

Event No.                                            Disposition: GONE ON ARRIVAL
2012-00027987
Date: 04/25/2012    Day: WED    Rcv: 14:39    Dsp: 14:46    Enr: 14:46    Arv:         Cmp: 15:15
Location: PLAIN ST / TANNER ST                             Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-204    (2)    Cmp Code: PANHANDLING / BEGGING
                                            (3)          (4)          (5)          (6)

Case #:                          WAYNE, ERIC
                                 Disposition: COMPLETE NO RRT
Event Narrative...BLACK  MALE AT THE END OF PLAIN ST OFF RAMP YELLING AT PEOPLE FOR MONEY

Event No.
2012-00028209
Date: 04/26/2012    Day: THU    Rcv: 15:28    Dsp: 15:30    Enr: 15:30    Arv: 15:36    Cmp: 15:43
Location: 166 GORHAM ST JAY'S FOOD STORE                   Pol: 9    Fire: 232    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-204    (2)    Cmp Code: PANHANDLING / BEGGING
                                 CONCEPCION,
                                            (3)          (4)          (5)          (6)

City of Lowell 23

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

Case #:                                                           Disposition: COMPLETE
Event Narrative...BLACK MALE, ASKING MONEY...........CAMO JACKET, BLUE JEAN. TALL SKINNY BLACK MALE.

Event No.
2012-00028757
Date: 04/28/2012      Day: SAT      Rcv: 19:56       Dsp:              Enr:              Arv:              Cmp: 20:00
Location: 166 GORHAM ST JAY'S FOOD STORE                              Pol: 9            Fire: 232         Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Unit(1)           (2)              (3)              (4)              (5)              (6)

Case #:                                                           Disposition: RELEASED CALL
Event Narrative...2 HISP MALES INFRONT OF STORE BEGGING

Event No.
2012-00029182
Date: 04/30/2012      Day: MON      Rcv: 15:14       Dsp: 15:22       Enr: 15:22       Arv:              Cmp: 15:36
Location: 55 CHURCH ST                                               Pol: 8            Fire: 262         Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Unit(1) C-209    (2)              (3)              (4)              (5)              (6)
                                       NOBREGA, MA

Case #:                                                           Disposition: GONE ON ARRIVAL
Event Narrative...SUZANNE LYONS PANHANDLING IN FRONT OF BATTAMBANG MARKET

Event No.
2012-00029294
Date: 05/01/2012      Day: TUE      Rcv: 02:58       Dsp: 03:00       Enr: 03:00       Arv: 03:01       Cmp: 03:02
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                        Pol: 10           Fire: 31          Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: 911                            Unit(1) C-110    (2) P-115        (3)              (4)              (5)              (6)
                                       MA, NARIN        CHRISTIANSE

Case #:                                                           Disposition: COMPLETE NO RRT
Event Narrative...4 PEOPLE OUTSIDE ASKING PEOPLE FOR MONEY 3 MALES & 1 FEMALE

Event No.
2012-00029455
Date: 05/01/2012      Day: TUE      Rcv: 21:55       Dsp: 22:02       Enr: 22:02       Arv:              Cmp: 22:35
Location: 55 CHELMSFORD ST                                           Pol: 7            Fire: 117         Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Unit(1) C-307    (2) O-330        (3)              (4)              (5)              (6)
                                       BOWLER, NAT      GILLAN, KEV

Case #: 2012-00007206                                             Disposition: ARRESTED
Event Narrative...MALE BROWN JACKET AND TAN PANTS BOTHERING PEOPLE FOR MONEY

Event No.
Date: 05/02/2012      Day: WED      Rcv: 08:43       Dsp: 08:53       Enr: 08:53       Arv: 08:57       Cmp: 09:08

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   14

---

P/2012-00029512    Location: 590 ROGERS ST SIMONS CONVENIENCE
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING    Pol: 3    Fire: 816    Jur: LW
                   Origin: TELEPHONE    Unit(1) C-203    (2)    (3)    (4)    (5)    (6)
                                        KEEFE, BRIA

Case #:
Event Narrative...TWO KIDS ABOUT 14-15 YRS OLD IN FRONT OF THE STORE ASKING EVERY CUSTOMER FOR MONEY AND CIGARETTES. THEY
                  DO THIS EVERYDAY
                  Disposition: GONE ON ARRIVAL

Event No.
P/2012-00029965    Date: 05/04/2012    Day: FRI    Rcv: 11:09    Dsp: 11:12    Enr: 11:12    Arv: 11:14    Cmp: 11:19
                   Location: 271 HIGH ST                                        Pol: 3    Fire: 81    Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE    Unit(1) C-203    (2)    (3)    (4)    (5)    (6)
                                        KEEFE, BRIA

Case #:
                   Disposition: COMPLETE NO RRT
Event Narrative...BLK MALE, GRAY AND BLK HOODY -- HANGING OUT AT BP GAS STATION BUT EVERY TIME ONE OF THE HAIR CLIENTS
                  LEAVES HE COMES OVER BEGGING FOR MONEY --- THIS IS THE 3RD TIME SHE HAS CALLED ABOUT HIM

Event No.
P/2012-00030003    Date: 05/04/2012    Day: FRI    Rcv: 14:26    Dsp: 14:26    Enr: 14:26    Arv: 14:30    Cmp: 14:30
                   Location: PLAIN ST / AVENUE C                                Pol: 5    Fire: 445    Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE    Unit(1) C-204    (2)    (3)    (4)    (5)    (6)
                                        GARNEAU, KE

Case #:
                   Disposition: COMPLETE NO RRT
Event Narrative...BLK MALE WITH CANE ASKING PEOPLE FOR MONEY AT THE BOTTOM OF THE LOWELL CONNECTOR..........

Event No.
P/2012-00030238    Date: 05/05/2012    Day: SAT    Rcv: 13:58    Dsp: 14:03    Enr: 14:03    Arv:    Cmp: 14:10
                   Location: 55 CHELMSFORD ST 7-11                              Pol: 10    Fire: 31    Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE    Unit(1) C-210    (2)    (3)    (4)    (5)    (6)
                                        MALDONADO,

Case #:
                   Disposition: COMPLETE NO RRT
Event Narrative...MALE WITH A GREEN SHIRT BOTHERING PEOPLE WHEN THEY GO INTO THE STORE

Event No.
P/2012-00030545    Date: 05/06/2012    Day: SUN    Rcv: 18:51    Dsp: 19:12    Enr: 19:12    Arv: 19:14    Cmp: 19:35
                   Location: 1081 GORHAM ST DUNKIN DONUTS GORHAM                Pol: 4    Fire: 48    Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   15

Origin: TELEPHONE                    Unit(1) C-309    (2) C-309B (3)              (4)              (5)              (6)

Case #: 2012-00007470
Disposition: REPORT TAKEN
Event Narrative...CALLER STATES THAT THERE ARE 2 INTOXICATED MALES BOTHERING PEOPLE FOR MONEY AT THE DRIVE UP WINDOW AND THE FRONT DOOR

Origin: TELEPHONE

Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING

Location: 315 BRIDGE ST DUNKIN DONUTS BRIDGE

Date: 05/07/2012   Day: MON   Rcv: 07:04   Dsp: 07:06   Enr: 07:06   Arv:              Cmp: 07:12

Case #: 2012-00030628                  Unit(1) C-102    (2) C-111  (3)              (4)              (5)              (6)

COUTURE, DA   WEBB, EVERT
                                        Pol: 1          Fire: 6          Jur: LW

Origin: TELEPHONE
                              SAR, RASMEY   PARADISE II
                              RAMIREZ, CA
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING

Case #:
Disposition: COMPLETE
Event Narrative...WOMAN OUT FRONT BEGGING FOR MONEY   BLUE SHIRT

Origin: OFCR INITIATED                  Unit(1) O-220    (2)        (3)              (4)              (5)              (6)

Date: 05/07/2012   Day: MON   Rcv: 11:46   Dsp: 11:46   Enr: 11:46   Arv: 11:46      Cmp: 11:51

Case #: 2012-00030675                                                      Pol: 6          Fire: 513        Jur: LW

Location: 1418 MIDDLESEX ST CARISMA INC

Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING

Origin: TELEPHONE                        Unit(1) P-207    (2) E-203L (3)              (4)              (5)              (6)

Date: 05/07/2012   Day: MON   Rcv: 11:53   Dsp: 11:55   Enr: 11:55   Arv:              Cmp: 12:22

Case #: 2012-00030678                                                      Pol: 8          Fire: 26         Jur: LW

Location: 35 MERRIMACK ST

Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING

                              BOURRET, RA   SHEEHAN, JO

Disposition: NO CONTACT MADE
Event Narrative...THERE IS A SMALL BOY POSS 8 YR OLD......BLK MALE NO ADULT AROUND...BLUE HOODIE AND A BACK PACK...HE IS ASKING PEOPLE FOR MONEY OUTSIDE HERE

Origin: TELEPHONE                        Unit(1) C-204    (2)        (3)              (4)              (5)              (6)

Date: 05/07/2012   Day: MON   Rcv: 14:27   Dsp: 15:01   Enr: 15:01   Arv:              Cmp: 15:09

Location: 0 LOWELL CONNECTOR INBOUND                                       Pol:            Fire: 454        Jur: LW

Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING

                              WAYNE, ERIC

Disposition: COMPLETE NO RRT

Case #:

Case 1:14-cv-10270-PBS    Document 121-8    Filed 08/28/15    Page 16 of 192

Event No. 2012-00031181   Date: 05/09/2012   Day: WED   Rcv: 12:42   Dsp: 12:52   Pol:   Enr: 12:52   Arv:   Cmp: 12:58
Location: LOWELL CONN / PLAIN ST                                                                          Fire:   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) S-225   (2) C-204   (3)   (4)   (5)   (6)
Case #:
KINNEY, BRI   TETREAULT J
Disposition: COMPLETE
Event Narrative...AT PLAIN ST / 3 BEGGERS ARGUING ON WHOS GONNA GET THE MONEY ARGUING WITH THE BLK MALE THAT IS ALWAYS
THERE

Event No. 2012-00031435   Date: 05/10/2012   Day: THU   Rcv: 13:25   Dsp: 13:27   Pol: 8   Enr: 13:27   Arv: 13:33   Cmp: 13:38
Location: 55 CHURCH ST FAMILY DOLLAR                                                                     Fire: 262   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-209   (2)   (3)   (4)   (5)   (6)
Case #:
BEAUCHESNE,
Disposition: COMPLETE
Event Narrative...WHITE MALE ....HOLDING A CUP ASKING FOR MONEY

Event No. 2012-00031696   Date: 05/11/2012   Day: FRI   Rcv: 13:14   Dsp: 13:26   Pol: 7   Enr: 13:26   Arv: 13:34   Cmp: 13:34
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                                                            Fire: 117   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-207   (2)   (3)   (4)   (5)   (6)
Case #:
CONCEPCION,
Disposition: COMPLETE NO RRT
Event Narrative...WHITE FEMALE IN THE LOT ASKING PEOPLE FOR MONEY

Event No. 2012-00031955   Date: 05/12/2012   Day: SAT   Rcv: 12:19   Dsp: 12:21   Pol: 4   Enr: 12:21   Arv:   Cmp: 12:45
Location: PLAIN ST / TANNER ST                                                                           Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-204   (2)   (3)   (4)   (5)   (6)
WAYNE, ERIC
Disposition: COMPLETE NO RRT
Case #:
Event Narrative...FEMALE IN A GRAY MPV VAN ASKING PEOPLE FOR MONEY

Event No.   Date: 05/14/2012   Day: MON   Rcv: 16:26   Dsp: 16:54   Enr: 16:54   Arv:   Cmp: 17:16
Case #:
Event Narrative...2 PEOPLE BEGGING FOR MONEY AT END OF CONNECTOR
Disposition: COMPLETE NO RRT

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33
Page  17

---

P/2012-00032526  Location: PLAIN ST / LOWELL CONNECTOR
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING        Pol:        Fire:        Jur: LW
Origin: TELEPHONE                                   Unit(1) C-309   (2)          (3)          (4)          (5)          (6)
Case #:                         Disposition: GONE ON ARRIVAL
Event Narrative...OFF RAMP, 2 MALES ASKING PEOPLE FOR MONEY......... BOTH IN JEANS, BLK HOODIES...
                                                    COUTURE, DA

P/2012-00032779  Date: 05/15/2012  Day: TUE  Rcv: 16:30  Dsp: 16:36  Enr: 16:36  Arv: 16:47  Cmp: 16:51
Location: LOWELL CONNECTOR / PLAIN ST
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING        Pol:        Fire:        Jur: LW
Origin: TELEPHONE                                   Unit(1) C-305   (2)          (3)          (4)          (5)          (6)
Case #:                         Disposition: COMPLETE
                                                    BYRNE, ERIN

P/2012-00032810  Date: 05/15/2012  Day: TUE  Rcv: 18:48  Dsp: 18:52  Enr: 18:52  Arv:        Cmp: 19:02
Location: 166 GORHAM ST JAY'S FOOD STORE
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING        Pol: 9      Fire: 232    Jur: LW
Origin: 911                                         Unit(1) C-304   (2) C-309B (3)          (4)          (5)          (6)
Case #:                         Disposition: COMPLETE NO RRT
Event Narrative...2 MALES PANHANDLING AT THE OFF RAMP.... BLK HOODIES AND JEANS
                                                    FINN, WILLI  PURCELL, BR

P/2012-00033031  Date: 05/16/2012  Day: WED  Rcv: 16:54  Dsp: 17:07  Enr: 17:07  Arv:        Cmp: 17:18
Location: 55 CHELMSFORD ST
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING        Pol: 10     Fire: 31     Jur: LW
Origin: TELEPHONE                                   Unit(1) C-310A (2) C-310B (3)          (4)          (5)          (6)
Case #:                         Disposition: COMPLETE NO RRT
Event Narrative...MALE AND FEMALE OUTFRONT BOTHERING CUSTOMERS FOR MONEY
                                                    CESARZ, RIC  RIOS, LUIS

P/2012-00033588  Date: 05/18/2012  Day: FRI  Rcv: 16:15  Dsp: 16:17  Enr: 16:17  Arv:        Cmp: 16:25
Location: 1 PLAIN ST OFF RAMP
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING        Pol:        Fire:        Jur: LW
Origin: TELEPHONE                                   Unit(1) C-210   (2)          (3)          (4)          (5)          (6)
Case #:                         Disposition:
Event Narrative...SEVERAL WOMEN OUTSIDE ASKING FOR MONEY
                                                    BOURRET, RA

City of Lowell 28

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33

Page   18

---

Case #:

Event Narrative...PANHANDLERS ON THE BOTTOM OF THE EXIT

Disposition: GONE ON ARRIVAL

| | | | | | | |
|---|---|---|---|---|---|---|
| Event No. | | | | | | |
| Date: 05/20/2012 | Day: SUN | Rcv: 15:03 | Dsp: 15:06 | Enr: 15:06 | Arv: 15:10 | Cmp: 15:14 |
| Location: 560 BRIDGE ST | | | | Pol: 2 | Fire: 618 | Jur: LW |
| Call Code: PANHANDLING / BEGGING | | | Cmp Code: PANHANDLING / BEGGING | | | |
| Origin: TELEPHONE | | Unit(1) C-202 (2) | | (3) | (4) | (5) (6) |

Case #:

Event Narrative...W/MALE WEARING BLK HAT PURPLE SHIRT...HE OUT FRONT REFUSE TO LEAVE

Disposition: GONE ON ARRIVAL

| | | | | | | |
|---|---|---|---|---|---|---|
| Event No. | | | | | | |
| Date: 05/21/2012 | Day: MON | Rcv: 20:27 | Dsp: 20:29 | Enr: 20:29 | Arv: 20:33 | Cmp: 20:33 |
| Location: 166 GORHAM ST JAY'S FOOD STORE | | | | Pol: 9 | Fire: 232 | Jur: LW |
| Call Code: PANHANDLING / BEGGING | | | Cmp Code: PANHANDLING / BEGGING | | | |
| Origin: TELEPHONE | | Unit(1) C-309 (2) | | (3) | (4) | (5) (6) |

SIOPES, ARL
COUTURE, DA

Case #:

Event Narrative...W/M YOUNGER OUTFRONT NOTHERING CUSTOMERS

Disposition: GONE ON ARRIVAL

| | | | | | | |
|---|---|---|---|---|---|---|
| Event No. 2012-00034434 | | | | | | |
| Date: 05/24/2012 | Day: THU | Rcv: 12:52 | Dsp: 13:08 | Enr: 13:08 | Arv: 13:09 | Cmp: 13:09 |
| Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA | | | | Pol: 7 | Fire: 117 | Jur: LW |
| Call Code: PANHANDLING / BEGGING | | | Cmp Code: PANHANDLING / BEGGING | | | |
| Origin: TELEPHONE | | Unit(1) C-210 (2) | | (3) | (4) | (5) (6) |

ROYER, RAYM

Case #:

Event Narrative...2 BOYS 2 GIRLS ASKING FOR MONEY OUTSIDE

Disposition: COMPLETE NO RRT

| | | | | | | |
|---|---|---|---|---|---|---|
| Event No. 2012-00035100 | | | | | | |
| Date: 05/25/2012 | Day: FRI | Rcv: 07:53 | Dsp: 07:55 | Enr: 07:55 | Arv: | Cmp: 08:17 |
| Location: 130 GORHAM ST POST OFFICE LOCKSMITH INC | | | | Pol: 9 | Fire: 232 | Jur: LW |
| Call Code: PANHANDLING / BEGGING | | | Cmp Code: PANHANDLING / BEGGING | | | |
| Origin: TELEPHONE | | Unit(1) C-109 (2) C-104 (3) | | (4) | (5) | (6) |

BUGLER, STE
GOMEZ, OSCA

Case #:

Event Narrative...BLACK MALE...GREY SHIRT..BLUE JEANS.

Disposition: COMPLETE NO RRT

| | | | | | | |
|---|---|---|---|---|---|---|
| Event No. 2012-00035298 | | | | | | |
| Date: 05/29/2012 | Day: TUE | Rcv: 15:14 | Dsp: 15:17 | Enr: 15:17 | Arv: | Cmp: 15:30 |

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page 19

---

P/2012-0036363   Location: 0 LOWELL CONNECTOR INBOUND
Call Code: PANHANDLING / BEGGING                                   Pol:          Fire: 454      Jur: LW
Origin: TELEPHONE                          Unit(1) C-204   (2)                (3)              (4)              (5)              (6)
Case #:
Event Narrative...PLAIN ST WALKING UP THE CONNECTOR MALE ASKING FOR MONEY
Disposition: COMPLETE
TETREAULT J

P/2012-0037256   Date: 06/01/2012   Day: FRI   Rcv: 21:46   Dsp: 21:47   Enr: 21:47   Arv: 21:55   Cmp: 21:55
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST                        Pol: 1        Fire: 61       Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) C-302A  (2)                (3)              (4)              (5)              (6)
Case #:                                    FLORENCE, W
Event Narrative...GROUP OF YOUNG KIDS BEGING FOR MONEY AND BOTHERING CUSTOMERS
Disposition: COMPLETED CALL

P/2012-0038377   Date: 06/06/2012   Day: WED   Rcv: 23:34   Dsp: 23:37   Enr: 23:37   Arv: 23:41   Cmp: 23:41
Location: 55 CHELMSFORD ST 7-11                                    Pol: 10       Fire: 31       Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: 911                                Unit(1) C-310A  (2) P-315   (3) W-303L  (4)                (5)              (6)
Case #:                                    HOUSTON, DA    BYRNE, ERIN CULLEN, JOH
Event Narrative...SPANISH MALE OUT FRONT ASKING PPL FOR MONEY.
Disposition: COMPLETED CALL

P/2012-0038544   Date: 06/07/2012   Day: THU   Rcv: 17:19   Dsp: 17:22   Enr: 17:22   Arv:          Cmp: 18:06
Location: 1274 LAWRENCE ST                                         Pol: 4        Fire: 8127     Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) C-304   (2)                (3)              (4)              (5)              (6)
Case #:                                    FINN, WILLI
Event Narrative...W/M 50YOA SCRUFFY BEARD SHAVED HEAD BLUE JACKET & BACKPACK...HANGING AROUND BY BELVIDERE BARBER
Disposition: COMPLETE NO RRT

P/2012-0038849   Date: 06/08/2012   Day: FRI   Rcv: 19:16   Dsp: 19:19   Enr: 19:19   Arv:          Cmp: 19:26
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                      Pol: 7        Fire: 117      Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) C-307   (2) P-313   (3)                (4)              (5)              (6)
                                           KELLY, CHRI    MOORE, JERO

City of Lowell 30

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

Event Narrative...BALD SPANISH MALE, GREY PANTS AND WHITE T-SHIRT ASKING CUSTOMERS FOR MONEY

Case #:
Event No. 2012-00040127
Date: 06/13/2012   Day: WED   Rcv: 13:55   Dsp: 13:57   Enr: 13:57   Arv: 14:09   Cmp: 14:15
Location: 1274 LAWRENCE ST                                          Pol: 4   Fire: 8127   Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit(1) C-204   (2) C-203   (3)              (4)              (5)              (6)
                              MORIARTY, D   KEEFE, BRIA
Disposition: COMPLETE

Case #:
Event No. 2012-00040932
Date: 06/16/2012   Day: SAT   Rcv: 14:08   Dsp: 14:10   Enr: 14:10   Arv: 14:19
Location: CENTRAL ST / MARKET ST                                    Pol: 8   Fire: 231   Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit(1) C-208   (2)              (3)              (4)              (5)              (6)
                              PERRIN, DAN
Disposition: COMPLETED CALL

Event Narrative...WHITE MALE , BLUE JACKET , DARK PANTS AND WORK BOOTS HANGING IN THE LOT CALLER WOULD LIKE HIM CHECKED
OUT .. HE IS ASKING PEOPLE FOR MONEY

Case #:
Event No. 2012-00041207
Date: 06/17/2012   Day: SUN   Rcv: 14:27   Dsp: 14:28   Enr: 14:28   Arv:              Cmp: 14:35
Location: 19 MERRIMACK ST DUDLEY'S                                  Pol: 8   Fire: 26   Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit(1) C-208   (2)              (3)              (4)              (5)              (6)
                              PERRIN, DAN
Disposition: GONE ON ARRIVAL

Event Narrative...WHILE SHE WAS AT THE ATM MACHINE A MALE APPROACHED HER ASKING FOR MONEY -- HE IS ON CENTRAL ST BETWEEN
MIDDLE AND MARKET ST -- W/M, LT BROWN HAIR, BLK TSHIRT AND JEANS

Case #:
Event No. 2012-00041447
Date: 06/18/2012   Day: MON   Rcv: 12:48   Dsp: 12:51   Enr: 12:51   Arv:              Cmp: 13:57
Location: LOWELL CONNECTOR / PLAIN ST                               Pol:     Fire:       Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit(1) C-204   (2)              (3)              (4)              (5)              (6)
                              SMITH, CHRI
Disposition: COMPLETE NO RRT

Event Narrative...CHECK FOR A BLK VAN W/ BLACKED OUT WINDOWS -- THEY KEEP DROPPING OFF AN ELDERLY FEMALE AT DIFF LOCATIONS
- SHE HAS A JAR W/ A PICTURE OF HER GRANDSON AND ASKING FOR MONEY

Case #:

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   21

Event No.
P/2012-00042162
Event Narrative...TWO WHITE MALE OVER 50 's ASKING PEOPLE FOR MONEY AT THE BOTTOM OF THE RAMP.
Location: LOWELL CONN / PLAIN ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Date: 06/21/2012   Day: THU   Rcv: 09:31   Dsp: 09:41   Pol:   Enr: 09:41   Arv:   Cmp: 09:52
Unit(1) C-204   (2)   (3)   (4)   Fire:   Jur: LW
   (5)   (6)
Case #:
Disposition: GONE ON ARRIVAL
MORIARTY, D

Event No.
P/2012-00042809
Event Narrative...PEOPLE BOTHERING MY FOR MONEY AS THEY COME OFF THE CONN
Location: 289 W SIXTH ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Date: 06/23/2012   Day: SAT   Rcv: 16:07   Dsp: 16:29   Pol: 2   Enr: 16:29   Arv:   Cmp: 16:29
Unit(1) C-211   (2)   (3)   (4)   Fire: 622   Jur: LW
   (5)   (6)
Case #:
Disposition: COMPLETE
KELLEHER, P

Event No.
P/2012-00042991
Event Narrative...KIDS OUT FRONT ASKING PEOPLE FOR MONEY AND ASKING PEOPLE IF THEY WANT TO BUY SHAMPOO
Location: 63 MAMMOTH RD 711 VARIETY STORE
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Date: 06/24/2012   Day: SUN   Rcv: 04:51   Dsp: 04:55   Pol: 7   Enr: 04:55   Arv: 04:57   Cmp: 05:28
Unit(1) C-101   (2) C-111   (3)   (4)   Fire: 691   Jur: LW
   (5)   (6)
Case #:
Disposition: COMPLETE NO RRT
HYDE, DANIE
PARADISE II

Event No.
P/2012-00043004
Event Narrative...PANHANDLING   MALE WHITE T SHIRT TATS
Location: 1460 MIDDLESEX ST
Call Code: PANHANDLING / BEGGING
Origin: 911
Date: 06/24/2012   Day: SUN   Rcv: 07:06   Dsp: 07:09   Pol: 6   Enr: 07:09   Arv:   Cmp: 07:17
Unit(1) C-106   (2) C-105   (3)   (4)   Fire: 513   Jur: LW
DEMAIO, JAM   MOORE, JEFF
   (5)   (6)
Case #:
Disposition: COMPLETE NO RRT

Event No.
P/2012-00043172
Event Narrative...MALE WHITE T SHIRT TATS BEGGING FOR MONEY- POSSIBLY SAME MALE FROM 7-11
Location: 63 MAMMOTH RD 711 VARIETY STORE
Date: 06/24/2012   Day: SUN   Rcv: 23:16   Dsp: 23:35   Pol: 7   Enr: 23:35   Arv:   Cmp: 23:43
   Jur: LW

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

Call Code: PANHANDLING / BEGGING (5)                                          Cmp Code: PANHANDLING / BEGGING (6)
Origin: TELEPHONE
Disposition: GONE ON ARRIVAL

Case #:
Event Narrative...MALE OUTSIDE WEARING WHITE TEE IN HIS EARLY 30'S

Event No.
P/2012-00043829    Date: 06/27/2012   Day: WED   Rcv: 13:13   Dsp: 13:35   Enr: 13:35   Arv:          Cmp: 13:48
Location: 55 CHURCH ST FAMILY DOLLAR                              Pol: 3   Fire: 262   Jur: LW
Call Code: PANHANDLING / BEGGING          Unit (1) C-311   (2)          (3)          (4)          (5)          (6)
Origin: TELEPHONE                          DILLON, RYA
Disposition: COMPLETE NO RRT

Case #:                                    PAPPACONSTA
Event Narrative...WHITE MALE, BLONDE HAIR, DARK SWEATER, BLUE JEAN, ASKING PEOPLE FOR MONEY..........

Event No.
P/2012-00043938    Date: 06/27/2012   Day: WED   Rcv: 21:19   Dsp: 21:24   Enr: 21:24   Arv:          Cmp: 21:44
Location: 185 WOBURN ST PETE'S EXXON                              Pol: 4   Fire: 824   Jur: LW
Call Code: PANHANDLING / BEGGING          Unit (1) C-304   (2)          (3)          (4)          (5)          (6)
Origin: TELEPHONE                          ADAMES, JAI
Disposition: COMPLETE NO RRT

Case #:
Event Narrative...MALE OUTSIDE HARASSING CUSTOMERS FOR MONEY

Event No.
P/2012-00044083    Date: 06/28/2012   Day: THU   Rcv: 13:00   Dsp: 13:08   Enr: 13:08   Arv:          Cmp: 13:11
Location: 450 BRIDGE ST CATHAY WOK                               Pol: 1   Fire: 61   Jur: LW
Call Code: PANHANDLING / BEGGING          Unit (1) C-202   (2)          (3)          (4)          (5)          (6)
Origin: TELEPHONE                          CZARNIONKA,
Disposition: RELEASED CALL

Case #:
Event Narrative...MALE GOING UP TO CARS ASKING PEOPLE FOR MONEY. WHITE MALE RED T SHIRT ON AND A BLUE HAT ON

Event No.
P/2012-00045589    Date: 07/04/2012   Day: WED   Rcv: 02:15   Dsp: 02:18   Enr: 02:18   Arv: 02:21   Cmp: 02:31
Location: 55 CHELMSFORD ST 7-11                                  Pol: 10   Fire: 31   Jur: LW
Call Code: PANHANDLING / BEGGING          Unit (1) C-109   (2) C-104   (3)          (4)          (5)          (6)
Origin: TELEPHONE                          BUGLER, STE   IGLESIAS, F
Disposition: COMPLETE NO RRT

Case #:

City of Lowell 33

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33
Page  23

---

Event Narrative...CLERK AT STORE IS HOLDING A MAN WHOS BEEN BEGGING CUSTOMERS FOR MONEY

Event No.
2012-00045950        Date: 07/05/2012   Day: THU   Rcv: 14:08      Dsp: 14:09      Enr: 14:09      Arv:            Cmp: 14:26
Location: 515 PAWTUCKET BLVD DUNKIN DONUTS PAWTUCKET B Pol: 10      Fire: 7112     Jur: LW
Call Code: PANHANDLING / BEGGING             Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit (1) C-201        (2)                 (3)                 (4)                 (5)                 (6)
                                         GARNEAU, KE
Case #:                                  Disposition: COMPLETED CALL

Event Narrative...WHITE MALE, WHITE HAIR, HAT AND A BLAZER PANHANDLING FROM CUSTOMERS

Event No.
2012-00046171        Date: 07/06/2012   Day: FRI   Rcv: 11:57      Dsp: 11:58      Enr: 11:58      Arv: 12:04      Cmp: 12:12
Location: 220 APPLETON ST TEDESCHI'S                              Pol: 9         Fire: 218      Jur: LW
Call Code: PANHANDLING / BEGGING             Cmp Code: PANHANDLING / BEGGING
Origin: 911                   Unit (1) C-209        (2)                 (3)                 (4)                 (5)                 (6)
                                         PRESCOTT, M
Case #:                                  Disposition: COMPLETE

Event Narrative...YOUNG BLACK MALE, RED SHIRT, BLK JEANS BEGGING FOR MONEY OUTSIDE OF STORE

Event No.
2012-00046567        Date: 07/07/2012   Day: SAT   Rcv: 21:50      Dsp: 21:54      Enr: 21:54      Arv:            Cmp: 22:03
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                     Pol: 7         Fire: 117      Jur: LW
Call Code: PANHANDLING / BEGGING             Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit (1) C-307        (2)                 (3)                 (4)                 (5)                 (6)
                                         KELLY, CHRI
Case #:                                  Disposition: COMPLETED CALL

Event Narrative...HISP MALE , BALD, WHITE TSHIRT, BROWN ARMY SHORTS, IN THE PARKING LOT

Event No.
2012-00048374        Date: 07/14/2012   Day: SAT   Rcv: 15:08      Dsp: 15:08      Enr: 15:08      Arv: 15:21      Cmp: 15:28
Location: LOWELL CONN / PLAIN ST                                  Pol:           Fire:          Jur: LW
Call Code: PANHANDLING / BEGGING             Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit (1) C-210        (2)                 (3)                 (4)                 (5)                 (6)
                                         BOURRET, RA
Case #:                                  Disposition: GONE ON ARRIVAL

Event Narrative...2 MALES AT THE EXIT HERE ASKING FOR MONEY

Event No.
P/2012-00049433      Date: 07/18/2012   Day: WED   Rcv: 17:12                      Enr:            Arv: 17:42      Cmp: 17:48
Location: 121 CHURCH ST RITE AID PHARMACY                                                         Dsp: 17:36      Pol: 8         Fire: 261      Jur: LW

---

City of Lowell 34

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33

Page  24

Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-308A (2)        Cmp Code: PANHANDLING / BEGGING (3)                    (4)                    (5)                    (6)

Case #:                              Disposition: COMPLETED CALL
Event No.                            DOWER, MIND
2012-00050244       Date: 07/21/2012  Day: SAT    Rcv: 20:00    Dsp: 20:05    Pol: 4    Arv: 20:05    Cmp: 20:32
Location: 168 PLAIN ST LOWELL CAR WASH                                        Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-305 (2)        Cmp Code: PANHANDLING / BEGGING (3)                    (4)                    (5)                    (6)

Event Narrative...MALE OUT FRONT LONG BEARD DARK SHIRT SOLICITING CUSTOMERS EMPLOYEES WOULD LIKE THEM MOVED ALONG

Case #:                              Disposition: COMPLETED CALL
Event No.                            LAMARCHE, D
2012-00050387       Date: 07/22/2012  Day: SUN    Rcv: 11:10    Dsp: 11:12    Pol: 4    Arv: 11:15    Cmp: 11:21
Location: 168 PLAIN ST                                                        Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: 911                          Unit(1) C-204 (2)        Cmp Code: PANHANDLING / BEGGING (3)                    (4)                    (5)                    (6)

Event Narrative...ACROSS FROM THE CAR WASH BY THE DOWN RAMP TO THE CONNECTOR HISPANIC MALE WHT TANK TOP AND A BLK HAT
ASKING PEOPLE FOR MONEY AT THE END OF THE RAMP.

Case #:                              Disposition: COMPLETED CALL
Event No.                            RAMIREZ, CA
2012-00050902       Date: 07/24/2012  Day: TUE    Rcv: 14:17    Dsp: 14:22    Pol: 4    Arv: 14:22    Cmp: 14:37
Location: 168 PLAIN ST                                                        Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-204 (2)        Cmp Code: PANHANDLING / BEGGING (3)                    (4)                    (5)                    (6)

Event Narrative...BOTTOM OF THE CONNECTOR , FOR TWO WHITE MALE MALE ASKING PEOPLE FOR MONEY.

Case #:                              Disposition: COMPLETED CALL
Event No.                            SMITH, CHRI
2012-00051371       Date: 07/26/2012  Day: THU    Rcv: 14:01    Dsp: 14:06    Pol: 4    Arv: 14:06    Cmp: 14:13
Location: PLAIN ST / TANNER ST                                                Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-204 (2)        Cmp Code: PANHANDLING / BEGGING (3)                    (4)                    (5)                    (6)
                                     MORIARTY, D

Event Narrative...BOTTOM OF THE CONNECTOR, THREE MALES ASKING FOR MONEY. THE CALLER ALMOST HIT ONE OF THEM.

City of Lowell 35

Case 1:14-cv-10270-PBS   Document 121-8   Filed 08/28/15   Page 25 of 192

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015
12:33
Page 25

Case #:
Event Narrative...2 W/M ASKING PEOPLE FOR MONEY, WALKING INTO TRAFFIC AND BANGING ON WINDOWS... THEY ARE ON TANNER ST

Event No.           Date: 07/26/2012   Day: THU   Rcv: 14:24   Dsp: 14:29   Enr: 14:29   Arr:           Cmp: 14:38
2012-00051377       Location: 66 PLAIN ST MCDONALDS REST                     Pol: 3   Fire: 417   Jur: LW
                    Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE           Unit(1) C-205    (2) C-210    (3)           (4)           (5)           (6)
                    FERRY, DAVI ASAMOAH, GE
                    Disposition: COMPLETE

Case #:
Event Narrative...SEE MGR INSIDE FOR A PARTY WHO KEEPS HAVING A PROBLEM WITH AND THE PARTY IS ON SCENE

Event No.           Date: 07/26/2012   Day: THU   Rcv: 15:37   Dsp: 15:43   Enr: 15:43   Arr: 15:48   Cmp: 15:52
2012-00051393       Location: 282 FLETCHER ST ACRE VILLAGE PUB & GRILL        Pol: 7   Fire: 19   Jur: LW
                    Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE           Unit(1) C-207    (2)          (3)           (4)           (5)           (6)
                    BOURRET, RA
                    Disposition: COMPLETE

Case #:
Event Narrative...THERE IS A W/M WITH A BEARD AND WEARING ABRUINS HAT AND KNOCKING ON PEOPLES WINDOWS ON CARS IN TRFC
ASKING FOR , MONEY

Event No.           Date: 07/26/2012   Day: THU   Rcv: 18:16   Dsp: 18:18   Enr: 18:18   Arr:           Cmp: 18:28
2012-00051434       Location: PLAIN ST / TANNER ST                            Pol: 4   Fire: 454   Jur: LW
                    Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE           Unit(1) C-305    (2) C-306    (3)           (4)           (5)           (6)
                    BYRNE, ERIN LORENZI, JO
                    Disposition: COMPLETE

Case #:
Event Narrative...CHECK ON PANHANDLER INPEDING TRAFFIC AT BOTTOM OF PLAIN ST RAMP FROM THE CONNECTOR

Event No.           Date: 07/26/2012   Day: THU   Rcv: 18:24   Dsp: 18:27   Enr: 18:27   Arr:           Cmp: 18:33
2012-00051439       Location: 146 CENTRAL ST                                  Pol: 8   Fire: 27   Jur: LW
                    Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE           Unit(1) C-308B    (2) E-303L    (3)           (4)           (5)           (6)
                    CAMARA, MIC LEBLANC, MA
                    Disposition: COMPLETED CALL

Case #:
Event Narrative...FEMALE INSIDE ATM ASKING CUSTOMERS FOR MONEY

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

Event No.
P/2012-00051559    Date: 07/27/2012    Day: FRI    Rcv: 07:00    Dsp: 07:05    Enr: 07:05    Arv: 07:17    Cmp: 07:19
Location: PLAIN ST / TANNER ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-104    (2) C-105    (3)    (4)    (5)    (6)
                                    FINN, JOHN    KENNEDY, FR
Case #:    Disposition: COMPLETE
Event Narrative...C/S MALE BEGGING FOR CHANGE OFF RAMP INBOUND PLAIN STREET

Event No.
P/2012-00051566    Date: 07/27/2012    Day: FRI    Rcv: 08:07    Dsp: 08:10    Enr: 08:10    Arv: 08:22    Cmp: 08:22
Location: TANNER ST / PLAIN ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-104    (2) C-110    (3)    (4)    (5)    (6)
                                    FINN, JOHN    CHRISTIANSE
Case #:    Disposition: COMPLETE NO RRT
Event Narrative...CALLER OWNS AUTO PLACE STATES SAME MALE BACK PANHANDLING

Event No.
P/2012-00051607    Date: 07/27/2012    Day: FRI    Rcv: 11:59    Dsp: 12:02    Enr: 12:02    Arv: 12:03    Cmp: 12:03
Location: TANNER ST / PLAIN ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-204    (2)    (3)    (4)    (5)    (6)
                                    GARNEAU, KE
Case #:    Disposition: GONE ON ARRIVAL
Event Narrative...SEE THE CALLER AT HOWES AUTO SALES   .. THE PEOPLE ARE BACK

Event No.
P/2012-00051847    Date: 07/28/2012    Day: SAT    Rcv: 10:16    Dsp: 10:16    Enr: 10:16    Arv: 10:16    Cmp: 10:23
Location: LOWELL CONNECTOR / PLAIN ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED    Unit(1) C-210    (2)    (3)    (4)    (5)    (6)
                                    GARNEAU, KE
Case #:    Disposition: COMPLETE

Event No.
P/2012-00051936    Date: 07/28/2012    Day: SAT    Rcv: 17:49    Dsp: 17:51    Enr: 17:51    Arv: 18:01    Cmp: 18:08
Location: PLAIN ST / LOWELL CONNECTOR    Pol:    Fire:    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-304    (2)    (3)    (4)    (5)    (6)
                                    MCCABE, MAT

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   27

Event No.
Event Narrative...ON THE OFF RAMP

Case #:                                                    Disposition: COMPLETE NO RRT

Event No.
2012-00051956
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 07/28/2012   Day: SAT   Rcv: 18:58   Dsp: 18:59   Enr: 18:59   Arv: 19:02   Cmp: 19:05
Location: 166 GORHAM ST JAY'S FOOD STORE                  Pol: 9   Fire: 232   Jur: LW
                        Unit(1) C-309   (2)            Cmp Code: PANHANDLING / BEGGING
                        DOKOS, NICH             (3)          (4)          (5)          (6)

Event No.
2012-00052160
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Event Narrative...7-8 PEOPLE INFRONT OF THE STORE

Case #:                                                    Disposition: COMPLETE NO RRT

Date: 07/29/2012   Day: SUN   Rcv: 15:14   Dsp: 15:20   Enr: 15:20   Arv: 15:30   Cmp: 15:30
Location: FOSTER ST / PINE ST                             Pol: 6   Fire: 525   Jur: LW
                        Unit(1) C-205   (2)            Cmp Code: PANHANDLING / BEGGING
                        SIOPES, ARI             (3)          (4)          (5)          (6)

Event Narrative...KIDS WITH SIGNS WALKING UP TO MV'S ASKING FOR MONEY

Case #:                                                    Disposition: GONE ON ARRIVAL

Event No.
2012-00052330
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 07/30/2012   Day: MON   Rcv: 07:50   Dsp: 08:19   Enr: 08:19   Arv: 08:20   Cmp: 08:20
Location: 0 LOWELL CONNECTOR INBOUND                      Pol: 6   Fire: 454   Jur: LW
                        Unit(1) C-110   (2)            Cmp Code: PANHANDLING / BEGGING
                        LAMARCHE, D             (3)          (4)          (5)          (6)

Event Narrative...C/S EVERY MORNING THE MALE ASK FOR MONEY OFF FROM EXIT 4.. BY PLAIN ST....TELL HIM TO STOP

Case #:                                                    Disposition: COMPLETE NO RRT

Event No.
2012-00052463
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 07/30/2012   Day: MON   Rcv: 17:29   Dsp: 17:33   Enr: 17:33   Arv:   Cmp: 17:36
Location: LOWELL CONNECTOR / PLAIN ST                     Pol:   Fire:   Jur: LW
                        Unit(1) C-310A (2) C-305   (3)  Cmp Code: PANHANDLING / BEGGING
                        LORENZI, JO  LAMARCHE, D          (4)          (5)          (6)

Event Narrative...ON THE INBOUND OFF RAMP...W/M RED SHIRT..EARLY 20'S....BEGGING FOR MONEY...HOLDING A DUNKIN DONUTS CUP

Case #:                                                    Disposition: GONE ON ARRIVAL

Event No.                              Date: 07/31/2012   Day: TUE   Rcv: 23:49   Dsp: 00:00   Enr: 00:00   Arv: 00:02   Cmp: 00:04

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33
Page 28

P/2012-00052768    Location: 970 GORHAM ST TEDESCHI'S                                    Pol: 4         Fire: 436      Jur: LW
Event No.          Call Code: PANHANDLING / BEGGING
/2012-00052990     Origin: TELEPHONE                          Unit(1) C-309  (2) C-304  (3) C-310A  (4)          (5)          (6)
                   Case #:
Event Narrative...5 PEOPLE IN THE LOT BEGGING FOR CHANGE
                   PURCELL, BR  DOWER, MIND COLLINS, CH
                   Disposition: COMPLETED CALL

P/2012-00052990    Date: 08/01/2012  Day: WED  Rcv: 22:39       Dsp: 22:47       Enr: 22:47       Arv:            Cmp: 23:30
Event No.          Location: 970 GORHAM ST TEDESCHI'S                                    Pol: 4         Fire: 436      Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                          Unit(1) C-304  (2)         Cmp Code: PANHANDLING / BEGGING
                   Case #:                                    FINN, WILLI                   (3)          (4)          (5)          (6)
                   Disposition: COMPLETED CALL
Event Narrative...BLK MALE IN THE LOT TAPING ON CAR WINDOWS, BEGGING FOR MONEY

P/2012-00053662    Date: 08/04/2012  Day: SAT  Rcv: 11:27       Dsp: 11:30       Enr: 11:30       Arv: 11:32       Cmp: 12:38
Event No.          Location: 125 CHURCH ST                                              Pol: 8         Fire: 261      Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                          Unit(1) C-208  (2) C-209  (3)          Cmp Code: PANHANDLING / BEGGING
                   Case #:                                    WAYNE, ERIC  PRESCOTT, M       (4)          (5)          (6)
                   Disposition: NO CONTACT MADE
Event Narrative...WHITE MALE,  BLUE JEAN,  BLUE T SHIRT,  ASKING CUSTOMER FOR MONEY OUTSIDE THE STORE.  FAMILY DOLLAR
                   STORE.

P/2012-00054374    Date: 08/07/2012  Day: TUE  Rcv: 16:19       Dsp: 16:25       Enr: 16:25       Arv:            Cmp: 16:31
Event No.          Location: 166 GORHAM ST JAY'S FOOD STORE                             Pol: 9         Fire: 232      Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                          Unit(1) C-208  (2)         Cmp Code: PANHANDLING / BEGGING
                                                              SMITH, CHRI                   (3)          (4)          (5)          (6)
                   Disposition: COMPLETED CALL
Event Narrative...FOUR OR FIVE PEOPLE OUTSIDE ASKING CUSTOMER FOR MONEY........

P/2012-00055365    Date: 08/11/2012  Day: SAT  Rcv: 12:48       Dsp: 12:52       Enr: 12:52       Arv:            Cmp: 13:02
Event No.          Location: 125 CHURCH ST                                              Pol: 8         Fire: 261      Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                          Unit(1) C-208  (2) C-209  (3)          Cmp Code: PANHANDLING / BEGGING
                                                                                            (4)          (5)          (6)

City of Lowell 39

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   29

```
        Case #:                          PERRIN, DAN    PRESCOTT, M
                                     Disposition: GONE ON ARRIVAL
Event Narrative...TWO MALES IN THE PARKING LOT MAKING FEEL UNCOMFORTABLE, THEY ARE ASKING FOR MONEY...THE CLERK INSIDE ARE
                  INSTRUCTED TO CALL THE ALARM CO FIRST IN "ALL CALLS" THEN THE ALARM CO CALLS US

Event No.
2012-00056114    Date: 08/14/2012    Day: TUE    Rcv: 17:44    Dsp: 17:48    Enr: 17:48    Arv: 17:52    Cmp: 17:54
                 Location: 121 CHURCH ST RITE AID PHARMACY                    Pol: 8        Fire: 261    Jur: LW
                 Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE           Unit(1) C-309      (2)         (3)         (4)         (5)        (6)
                                                  DOKOS, NICH

        Case #:                          Disposition: COMPLETED CALL
Event Narrative...MALE OUT FRONT PANHANDLING, WHITE TSHIRT, JEANS

Event No.
2012-00056166    Date: 08/14/2012    Day: TUE    Rcv: 21:10    Dsp: 21:13    Enr: 21:13    Arv: 21:18    Cmp: 21:56
                 Location: 331 FLETCHER ST MARKET BASKET 2                    Pol: 7        Fire: 139    Jur: LW
                 Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE           Unit(1) C-307      (2)         (3)         (4)         (5)        (6)
                                                  KELLY, CHRI

        Case #:                          Disposition: COMPLETED CALL
Event Narrative...PREGNANT FEMALE OUT FRONT PANHANDLING NAMED NICOLE

Event No.
2012-00056288    Date: 08/15/2012    Day: WED    Rcv: 11:29    Dsp: 11:31    Enr: 11:31    Arv:          Cmp: 11:40
                 Location: BOWDEN ST / GORHAM ST                              Pol: 4        Fire: 415    Jur: LW
                 Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE           Unit(1) C-204      (2)         (3)         (4)         (5)        (6)
                                                  RAMOS, ALEX

        Case #:                          Disposition: COMPLETE NO RRT
Event Narrative...B/M BLK SHORT, BLK SHIRT, 5'10 ASKING PEOPLE FOR MONEY, HE APPROCAED CALLERS DAUGHTER FOR MONEY... SHE
                  TOLD HIM NO, AND HE LEFT HEADING LEFT ON GORHAM ST...... IF NEEDED SHE WILL SPEAK WITH OFFICERS

Event No.
2012-00056310    Date: 08/15/2012    Day: WED    Rcv: 13:48    Dsp: 13:50    Enr: 13:50    Arv:          Cmp: 13:59
                 Location: 55 CHURCH ST FAMILY DOLLAR                         Pol: 8        Fire: 262    Jur: LW
                 Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE           Unit(1) C-209      (2)         (3)         (4)         (5)        (6)
                                                  PAPPACONSTA

        Case #:                          Disposition: COMPLETE NO RRT
```

City of Lowell 40

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33
Page  30

Event Narrative...SUE LYONS IS PANDHANDLING IN FRONT OF FAMILY DOLLAR / BLUE SHORTS BLUE TANK TOP

Event No.
Date: 08/18/2012    Day: SAT    Rcv: 11:18    Dsp: 11:47    Enr: 11:47    Arv:        Cmp: 11:54
2012-0005 7058
Location: PLAIN ST / LOWELL CONNECTOR                                          Pol:        Fire:       Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-204    (2)                (3)                (4)                (5)                (6)
Case #:                            RAMOS, ALEX
                                   Disposition: COMPLETE

Event Narrative...C/S 2 THIN W/M WITH TANKS TOPS ARE AT THE BOTTOM OF THE CONNECTOR ASKING PEOPLE FOR MONEY....

Event No.
Date: 08/18/2012    Day: SAT    Rcv: 18:17    Dsp: 18:21    Enr: 18:21    Arv: 18:26    Cmp: 18:32
2012-0005 7133
Location: 427 BRIDGE ST MANNINGS LIQUORS                                       Pol: 2      Fire: 6121  Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-302A (2)                (3)                (4)                (5)                (6)
Case #:                            CORMIER, RA
                                   Disposition: COMPLETED CALL

Event Narrative... LARGE WHITE MALE/WHITE SHIRT ASKING PEOPLE FOR MONEY OUTSIDE....

Event No.
Date: 08/19/2012    Day: SUN    Rcv: 12:14    Dsp: 12:15    Enr: 12:15    Arv:        Cmp: 12:20
2012-0005 7337
Location: 1 LOWELL CONNECTOR INBOUND                                           Pol: 4      Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-204    (2)                (3)                (4)                (5)                (6)
Case #:                            MORIARTY, D
                                   Disposition: COMPLETE

Event Narrative...TWO MEN COLLECTING MONEY AT CARS

Event No.
Date: 08/20/2012    Day: MON    Rcv: 08:09    Dsp: 08:13    Enr: 08:13    Arv: 08:19    Cmp: 08:24
2012-0005 7508
Location: 327 GORHAM ST OFFICE OF THE REGIONAL BISHOP                          Pol: 9      Fire: 215   Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-104    (2) C-108     (3)                (4)                (5)                (6)
Case #:                            ROJAS, GUIL FERNANDEZ,
                                   Disposition: UNFOUNDED CALL

Event Narrative...W/M SHAVED HEAD HEAVY SET BLACK SHORTS AND BLACK SHIRT WAS PANDANDLING INFRONT OF THIS ADDRESS, HE IS
NOW WALKING DOWN GORHAM ST TOWARDS SANTOROS

Event No.
Date: 08/20/2012    Day: MON    Rcv: 17:11    Dsp:         Enr:         Arv:        Cmp: 17:14

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   31

P/2012-00057619    Location: 55 CHURCH ST FAMILY DOLLAR
                   Call Code: PANHANDLING / BEGGING                              Pol: 8           Fire: 262        Jur: LW
                   Origin: TELEPHONE                    Unit(1)          (2)          (3)          (4)          (5)          (6)

Event No.          Date: 08/20/2012    Day: MON    Rcv: 17:12    Dsp: 17:15    Enr: 17:15    Arv: 17:18    Cmp: 17:24
P/2012-00057620    Location: 55 CHURCH ST MILL CITY FITNESS
                   Call Code: PANHANDLING / BEGGING                              Pol: 8           Fire: 262        Jur: LW
                   Origin: TELEPHONE                    Unit(1) C-309    (2)          (3)          (4)          (5)          (6)

Case #:                                DOKOS, NICH
Event Narrative...WHITE MALE WEARING WHITE WASHED JEANS, BLUE RED SOX T-SHIRT AND GREY HAIR. WANDERING AROUND THE PARKING
LOT ASKING PEOPLE FOR MONEY

                   Disposition: X-REFERENCED CALL

Event No.          Date: 08/23/2012    Day: THU    Rcv: 22:40    Dsp: 22:42    Enr: 22:42    Arv:          Cmp: 22:48
P/2012-00058479    Location: 103 ROGERS ST TEDESCHI'S
                   Call Code: PANHANDLING / BEGGING                              Pol: 3           Fire: 822        Jur: LW
                   Origin: TELEPHONE                    Unit(1) C-303    (2) C-309    (3)          (4)          (5)          (6)

Case #:                                LANE III, J   DOWER, MIND
Event Narrative...C/S THAT THERE ARE SOME JUNKIES OUT FRONT OF THE STORE BEGGING FOR CASH. ONE BLACK FEMALE & 2 WHITE
MALES DRESSED IN BLACK.

                   Disposition: GONE ON ARRIVAL

Event No.          Date: 08/24/2012    Day: FRI    Rcv: 10:02    Dsp: 10:09    Enr: 10:09    Arv:          Cmp: 11:17
P/2012-00058563    Location: TANNER ST / PLAIN ST
                   Call Code: PANHANDLING / BEGGING                              Pol: 4           Fire: 454        Jur: LW
                   Origin: TELEPHONE                    Unit(1) C-204    (2)          (3)          (4)          (5)          (6)

Case #:                                PAPPACONSTA
Event Narrative...MALE IN THE PARKING LOT PANHANDLING MGR FROM MILLCITY WILL SPEAK W/US

                   Disposition: COMPLETE

Event No.          Date: 08/24/2012    Day: FRI    Rcv: 12:29    Dsp: 12:34    Enr: 12:34    Arv:          Cmp: 12:45
P/2012-00058601    Location: GORHAM ST / MOORE ST
                   Call Code: PANHANDLING / BEGGING                              Pol: 4           Fire: 436        Jur: LW

Event Narrative...BALL CAP BROWN SHORTS BANGING ON CARS

                   Disposition: COMPLETED CALL

City of Lowell 42

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33
Page 32

Case #:
Ent Narrative...BLACK MALE WALKING OUTBOUND ON GORHAM ST HAS BEEN ASKING PEOPLE IN TRAFFIC FOR MONEY

Ent. No.
2012-00058636
Date: 08/24/2012   Day: FRI   Rcv: 15:51   Dsp: 15:53   Enr: 15:53   Arv:   Cmp: 16:12
Location: PLAIN ST / LOWELL CONN   Pol:   Fire:   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-204   (2)   (3)   (4)   (5)   (6)

Origin: TELEPHONE   Unit(1) C-204   (2)   (3)   (4)   (5)   (6)
PAPPACONSTA
PAPPACONSTA
Disposition: COMPLETE NO RRT

Case #:
Ent Narrative...AT THE END OF THE CONN JUST ON TO PLAIN ST ONE ON EACH SIDE

Ent. No.
2012-00058869
Date: 08/25/2012   Day: SAT   Rcv: 13:37   Dsp: 13:41   Enr: 13:41   Arv: 13:53   Cmp: 14:14
Location: TANNER ST / PLAIN ST   Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-204   (2) C-210   (3)   (4)   (5)   (6)
PEACE, NADJ   ST. ARNAUD,
Disposition: COMPLETE

Case #:
Ent Narrative...MOVE ALONG THE PAN HANDLING JUNKIES IT IS BAD FOR HIS BUSINESS AND HE IS SICK OF IT ..."DONT THEY HAVE
WARRANTS TO BE ARRESTED OR SOMETHING" SEE THE CALLER AFTER YOU TAKE CARE OF THEM

Ent. No.
P/2012-00059432
Date: 08/27/2012   Day: MON   Rcv: 16:28   Dsp: 16:41   Enr: 16:41   Arv:   Cmp: 17:01
Location: TANNER ST / PLAIN ST   Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-305   (2)   (3)   (4)   (5)   (6)
LAMARCHE, D
Disposition: RELEASED CALL

Case #:
Ent Narrative...MALE PANHANDLING AGAIN

Ent. No.
2012-00059786
Date: 08/28/2012   Day: TUE   Rcv: 22:58   Dsp: 23:01   Enr: 23:01   Arv: 23:05   Cmp: 23:20
Location: 321 WESTFORD ST LOWELL LAUNDRY STATION, INC.   Pol: 10   Fire: 317   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-305   (2) C-310B   (3) C-310A   (4)   (5)   (6)
LAMARCHE, D   BYRNE,   ERIN HOUSTON, DA
Disposition: COMPLETE

Case #:

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   33

Event No.
Event Narrative...W/M BLACK T SHIRT GRAY PANTS ASKING PEOPLE FOR MONEY

Event No.                                    Date: 08/30/2012   Day: THU      Rcv: 16:32      Dsp: 17:01      Enr: 17:01      Arv:            Cmp: 17:15
2012-00060195   Location: 121 CHURCH ST RITE AID PHARMACY                                                    Pol: 8          Fire: 261      Jur: LW
                Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                    Unit(1) C-309      (2)                (3)                (4)                (5)                (6)
                Case #:                    Disposition: COMPLETE NO RRT
                                           PURCELL, BR
Event Narrative...TALL MALE WITH SCRAGGLY BROWN HAIR , NAVY BLUE SHIRT AND JEANS, ASKING FOR MONEY

Event No.                                    Date: 09/02/2012   Day: SUN      Rcv: 22:15      Dsp: 22:16      Enr: 22:16      Arv:            Cmp: 22:32
2012-00061011   Location: 103 ROGERS ST TEDESCHI'S                                                           Pol: 3          Fire: 822      Jur: LW
                Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                    Unit(1) C-303   (2) C-309   (3)                (4)                (5)                (6)
                Case #:                    Disposition: COMPLETE NO RRT
                                           LEAVITT, RI   DOKOS, NICH
Event Narrative...2 MALES & FEMALE OUT FRONT KEEP BOTHERING CUSTOMERS FOR MONEY

Event No.                                    Date: 09/04/2012   Day: TUE      Rcv: 19:02      Dsp: 19:15      Enr: 19:15      Arv:            Cmp: 19:43
2012-00061418   Location: 185 WOBURN ST PETE'S EXXON                                                         Pol: 4          Fire: 824      Jur: LW
                Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                    Unit(1) C-304      (2)                (3)                (4)                (5)                (6)
                Case #:                    Disposition: COMPLETE NO RRT
                                           FINN, WILLI
Event Narrative...EMPLOYEE WOULD LIKE TO SEE CAR 4. SHE HAS A MALE THAT KEEPS COMING TO THE STORE AND BOTHERING PEOPLE FOR
MONEY. THE PERSON IS NOT AT THE STORE AT THIS TIME BUT SHE WOOULD STILL LIKE TO SEE 4

Event No.                                    Date: 09/08/2012   Day: SAT      Rcv: 19:14      Dsp: 19:29      Enr: 19:29      Arv:            Cmp: 19:45
2012-00062509   Location: BRIDGE ST / MERRIMACK ST                                                           Pol: 8          Fire: 26       Jur: LW
                Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                    Unit(1) C-308A  (2) C-308B  (3)                (4)                (5)                (6)
                                           DYER JR., R  GATTO, JASO
                Case #:                    Disposition: RELEASED CALL
Event Narrative...CALLER STATES THAT THERE ARE 4 PEOPLE ON THE CORNER BOTHERING PEOPLE FOR MONEY

Event No.                                    Date: 09/10/2012   Day: MON      Rcv: 10:23                      Dsp: 10:29                      Enr: 10:29      Arv:            Cmp: 11:16

City of Lowell 44

Lowell P.D.

**C A D   Activity   Report**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page 34

---

Event No. P/2012-00062863
Location: LEE ST / JOHN ST                                    Pol: 8      Fire: 217      Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) P-207   (2)   (3)   (4)   (5)   (6)
                           OTERO, DANI
Case #:          Disposition: COMPLETED CALL
Event Narrative...PLEASE HAVE P7 KEEP AN EYE OUT IN THE LEE, JOHN ,KIRK ST AREA FOR MEN APPROACHING PEOPLE FOR MONEY, RP SAYS THEY ARENT YOUR AVERAGE HOMELESS TYPE PEOPLE..HAPPENED LAST WEEK TO RP AND AGAIN TODAY.... ONLY DESC IS W/M, MIDDLE AGED...WAS ADVISED ILL LET THE PORTABLE BE MADE AWARE..

---

Event No. P/2012-00063631
Date: 09/13/2012   Day: THU   Rcv: 14:16   Dsp: 14:19   Enr: 14:19   Arv:         Cmp: 14:24
Location: 45 CENTRAL ST TD BANK NORTH                         Pol: 8      Fire: 231      Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) P-207   (2)   (3)   (4)   (5)   (6)
                           OTERO, DANI
Case #:          Disposition: COMPLETE NO RRT
Event Narrative...1 FEMALE AND 1 MALE.... MALE IS WEARING RED SOX TSHIRT, HAT.. FEMALE IS WEARING RED SHIRT.. THEY ARE STANDING NEAR THE DRIVE THRU ASKING PEOPLE FOR MONEY

---

Event No. P/2012-00063890
Date: 09/14/2012   Day: FRI   Rcv: 13:16   Dsp: 13:20   Enr: 13:20   Arv: 13:23   Cmp: 13:47
Location: 220 APPLETON ST TEDESCHI'S                          Pol: 9      Fire: 218      Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-208   (2) P-208   (3)   (4)   (5)   (6)
                           PERRIN, DAN          PEACE, NADJ
Case #:          Disposition: COMPLETE NO RRT
Event Narrative...MALE AND FEMALE ASKING PEOPLE FPR MONEY OUT FRONT

---

Event No. P/2012-00064186
Date: 09/15/2012   Day: SAT   Rcv: 13:32   Dsp: 13:34   Enr: 13:34   Arv:         Cmp: 13:49
Location: BRIDGE ST / VFW HWY                                 Pol:        Fire: 6        Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-202   (2)   (3)   (4)   (5)   (6)
                           CALLAHAN II
Case #:          Disposition: COMPLETE
Event Narrative...MALE AND FEMALE IN TRAFFIC ASKING FOR MONEY --NEAR CVS ON BRIDGE ST

---

Event No. P/2012-00064210
Date: 09/15/2012   Day: SAT   Rcv: 15:52   Dsp: 15:55   Enr: 15:55   Arv: 15:59   Cmp: 16:00
Location: 185 WOBURN ST PETE'S EXXON                          Pol: 4      Fire: 824      Jur: LW

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   35

---

Event Narrative...3 MALES IN THEIR EARLY 20'S BEGGING FOR MONEY IN PARKING LOT

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Location: 378 GORHAM ST EXTRAMART               Pol: 9          Fire: 215       Jur: LW
Date: 09/16/2012    Day: SUN    Rcv: 09:56    Dsp: 09:58    Enr: 09:58    Arv: 10:06    Cmp: 10:07
2012-00064405
Event No.

Unit(1) C-204          (2)                       (3)                (4)                (5)                (6)

Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Disposition: NO CONTACT MADE
OTERO, DANI

Unit(1) C-204          (2)                       (3)                (4)                (5)                (6)

Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Event Narrative...WHITE MALE, LATE 20'S, CREW CUT, BLK TSHIRT, BEIGE SHORTS, FIRST NAME RAY - ASKING CUSTOMERS FOR MONEY

Case #:
Disposition: COMPLETE
GARNEAU, KE

Unit(1) C-209          (2)                       (3)                (4)                (5)                (6)

Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Location: 1201 BRIDGE ST                         Pol:            Fire: 658       Jur: LW
Date: 09/16/2012    Day: SUN    Rcv: 15:02    Dsp: 15:18    Enr: 15:18    Arv: 15:25    Cmp: 15:26
2012-00064448
Event No.

Unit(1) C-202          (2)                       (3)                (4)                (5)                (6)

Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Disposition: COMPLETE
ST. ARNAUD,

Event Narrative...WHITE MALE, 40'S, BLK T-SHIRT W/ EAGLE ON BACK OF IT, GRAYISH SHORT HAIR, IN THE PARKING LOT NEAR THE
LIQUOR STORE

Case #:
Location: 54 PLAIN ST WALGREENS                  Pol:            Fire: 417       Jur: LW
Date: 09/17/2012    Day: MON    Rcv: 19:56    Dsp: 20:00    Enr: 20:00    Arv: 20:02    Cmp: 20:02
2012-00064755
Event No.

Unit(1) C-310A (2) C-310B (3)                    (4)                (5)                (6)

Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
RIOS, LUIS
LORENZI, JO
Disposition: COMPLETE

Event Narrative...C/S THAT THERE ARE 3 MALES OUTSIDE OF WALGREENS APPROACHING PEOPLE FOR CASH. ONE IS A W/M WEARING A GRAY
LONG SLEEVE SHIRT WITH A WHITE SWEAT SHIRT WRAPPED AROUND HIS WAIST.

Case #:
Location: 185 WOBURN ST                          Pol: 4          Fire: 824       Jur: LW
Date: 09/18/2012    Day: TUE    Rcv: 19:49    Dsp: 19:56    Enr: 19:56    Arv: 20:12    Cmp: 20:24
2012-00064991
Event No.

Unit(1) C-309A (2) C-309B (3)                    (4)                (5)                (6)

Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

City of Lowell 46

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   36

Case #:
Event Narrative...STATES THAT THERE IS A MALE AND FEMALE BEGGING FOR MONEY OUTSIDE THE STORE.STATES THE FEMALE IS SWEARING AT PEOPLE IF THEY REFUSE

Event No.
2012-00065148        Date: 09/19/2012   Day: WED   Rcv: 11:57   Dsp: 12:05   Enr: 12:05   Arv: 12:06   Cmp: 12:14
                     Location: 336 BRIDGE ST CVS 3                             Pol: 2        Fire: 6      Jur: LW
                     Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE            Unit(1) C-202        (2)        (3)        (4)        (5)        (6)

                     DOWER, MIND   WEBB, EVERT
                     Disposition: GONE ON ARRIVAL

Case #:
Event Narrative...WHITE FEMALE, BROWN SHIRT, BLUE JEAN, TATTOO ON HER BACK ASKING PEOPLE FOR MONEY.  ON BRIDGE ST BY CVS.

Event No.
2012-00065472        Date: 09/20/2012   Day: THU   Rcv: 17:20   Dsp: 17:23   Enr: 17:23   Arv:        Cmp: 17:31
                     Location: 168 PLAIN ST LOWELL CAR WASH                    Pol: 4        Fire: 454    Jur: LW
                     Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE            Unit(1) C-305   (2) C-310B (3)        (4)        (5)        (6)

                     LAMARCHE, D   KELLY, JOSE
                     LEVASSEUR,
                     Disposition: COMPLETE

Case #:
Event Narrative...C/S THAT THERE IS A BUNCH OF JUNKIES BEGGING FOR MONEY @ THE INTERSECTION.

Event No.
2012-00065932        Date: 09/22/2012   Day: SAT   Rcv: 14:06   Dsp: 14:15   Enr: 14:15   Arv:        Cmp: 14:38
                     Location: TANNER ST / PLAIN ST                            Pol: 4        Fire: 454    Jur: LW
                     Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE            Unit(1) C-205        (2)        (3)        (4)        (5)        (6)

                     FERRY, DAVI
                     Disposition: GONE ON ARRIVAL

Case #:
Event Narrative...WHITE MIDDLE AGED MALE, BROWN JACKET, BASEBALL CAP ASKING PEOPLE FOR MONEY. HE IS WALKING IN THE MIDDLE OF THE ROAD WITH CUP

Event No.
2012-00066169        Date: 09/23/2012   Day: SUN   Rcv: 15:02   Dsp: 15:24   Enr: 15:24   Arv:        Cmp: 15:26
                     Location: 54 PLAIN ST WALGREENS                           Pol: 10       Fire: 417    Jur: LW
                     Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE            Unit(1) C-210        (2)        (3)        (4)        (5)        (6)
                     TETREAULT J
                     Disposition: NO CONTACT MADE

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015  12:33

Page    37

Case #:
Event Narrative...MAN ASKING FOR MONEY-BLUE JEANS KACKI SHIRT WHITE SNEAKERS WHITE MALE

Event No.
2012-00066413
Date: 09/24/2012    Day: MON    Rcv: 17:16    Dsp: 17:20    Enr: 17:20    Arv:    Cmp: 17:34
Location: BRIDGE ST / VFW HWY    Pol:    Fire: 6    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-302A (2) C-302B (3) C-303 (4)    (5)    (6)
                      THOMAS, PAU    QUINONES, M FLORENCE, W
                      Disposition: COMPLETE NO RRT

Case #:
Event Narrative...WHITE FEMALE WHITE TISHIRT, WHIT MALE BLK T SHIRT ARE STOPPING CARS IN TRAFFIC BEGGING FOR MONEY

Event No.
2012-00066792
Date: 09/26/2012    Day: WED    Rcv: 09:51    Dsp: 09:54    Enr: 09:54    Arv:    Cmp: 10:13
Location: 54 PLAIN ST WALGREENS    Pol: 10    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-210    (2)    (3)    (4)    (5)    (6)
                      BELAND, STE
                      Disposition: COMPLETE NO RRT

Case #:
Event Narrative...WHITE FEMALE IN PARKING LOT LONG BLN PONY TAIL WHITE SHIRT BLK JEANS ASKING CUSTOMERS WHO COME OUT IF
THEY CAN SPARE SOME PILLS

Event No.
2012-00066893
Date: 09/26/2012    Day: WED    Rcv: 16:47    Dsp: 16:50    Enr: 16:50    Arv:    Cmp: 17:25
Location: TANNER ST / PLAIN ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309B (2)    (3)    (4)    (5)    (6)
                      RAYNE, ROBE
                      Disposition: COMPLETE NO RRT

Case #:
Event Narrative..C/S BOTTOM OF RAMP 2 WHITE MALES BANGING ON CARS ASKING FOR MONEY AS CARS COMING OFF INBOUND, THE
OTHER MALE IS OUT BOUND THIS IS ONGOING SAME MALES CALLER IS TIRED OF IT

Event No.
2012-00067058
Date: 09/27/2012    Day: THU    Rcv: 08:35    Dsp: 08:36    Enr: 08:36    Arv: 08:44    Cmp: 08:44
Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) P-207    (2)    (3)    (4)    (5)    (6)
                      OTERO, DANI
                      Disposition: COMPLETE

Case #:

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

Event Narrative...W/MALE WEARING RED SHIRT

Event No.
2012-00067454
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-302A (2)               (3)                  (4)                  (5)                  (6)
Date: 09/28/2012    Day: FRI    Rcv: 19:49    Dsp: 19:52    Pol: 1    Enr: 19:52    Arv:        Cmp: 19:58
                                                            FLORENCE, W         Fire: 61    Jur: LW
Case #:                           Disposition: COMPLETE
Event Narrative...DK SKINNED H/M   BLUE JACKET..OUT FRONT....BEGGING FOR MONEY

Event No.
2012-00067606
Location: 63 MAMMOTH RD 711 VARIETY STORE
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-301 (2)                (3)                  (4)                  (5)                  (6)
Date: 09/29/2012    Day: SAT    Rcv: 15:55    Dsp: 16:01    Pol: 1    Enr: 16:01    Arv: 17:11    Cmp: 17:11
                                                            ZWICKER, BO         Fire: 691    Jur: LW
Case #:                           Disposition: COMPLETE
Event Narrative...TWO KIDS ARE BEGGING FOR MONEY, RP TOLD THEM TO LEAVE, ONE KID SPAT IN HER FACE...RP REFUSES

Event No.
2012-00067994
Location: 331 FLETCHER ST MARKET BASKET 2
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-207 (2)                (3)                  (4)                  (5)                  (6)
Date: 10/01/2012    Day: MON    Rcv: 11:29    Dsp: 11:32    Pol: 7    Enr: 11:32    Arv: 11:32    Cmp: 11:50
                                                            GEOFFROY, D         Fire: 139    Jur: LW
Case #:                           Disposition: COMPLETE
Event Narrative...BLUE JACKET, , BLUE JEAN, DARK BROWN HAIR,,,,,,,,WHITE FEMALE, LATE 30 ASKING PEOPLE FOR
MONEY,........MARKET BASKET PARKING LOT.

Event No.
2012-00068034
Location: 185 WOBURN ST PETE'S EXXON
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-204 (2)                (3)                  (4)                  (5)                  (6)
Date: 10/01/2012    Day: MON    Rcv: 15:35    Dsp: 15:42    Pol: 4    Enr: 15:42    Arv:        Cmp: 15:54
                                                            FERRY, DAVI         Fire: 824    Jur: LW
Case #:                           Disposition: COMPLETE
Event Narrative...CALLER SAYS THERE IS A W/M WEARING A RED HOODY AND JEANS IN NH TAG 329138 GRN FORD .....BUT HE IS OUT OF
CAR NOW AND KEEPS ASKING CUSTOMERS FOR MONEY FOR GAS AND HAS BEEN ASKED TO LEAVE

City of Lowell 49

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2012 00:00 to 12/31/2012 23:59

Event No.
P/2012-00068213    Date: 10/02/2012    Day: TUE    Rcv: 09:43    Dsp: 09:45    Enr: 09:45    Arv: 09:50    Cmp: 09:51
Location: 489 MERRIMACK ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-208    (2)    Cmp Code: PANHANDLING / BEGGING    (3)    Pol: 8    Fire: 14    Jur: LW    (4)    (5)    (6)
Case #:
Event Narrative...WHITE MALE, BLACK SHIRT, BLACK PANTS, IN THE PARKING LOT ASKING PEOPLE FOR MONEY
                        DRAKOULAKOS
                        Disposition: COMPLETE NO RRT

Event No.
P/2012-00068792    Date: 10/04/2012    Day: THU    Rcv: 16:20    Dsp: 16:22    Enr: 16:22    Arv: 16:31    Cmp: 16:31
Location: 331 FLETCHER ST MARKET BASKET 2
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307A    (2)    Cmp Code: PANHANDLING / BEGGING    (3)    Pol: 7    Fire: 139    Jur: LW    (4)    (5)    (6)
                        WHALEN, TIM
Case #:
Event Narrative...RP STATES THERE IS A WHITE MALE ON A BIKE OUT FRONT ASKING PEOPLE FOR MONEY
                        Disposition: COMPLETE NO RRT

Event No.
P/2012-00069799    Date: 10/08/2012    Day: MON    Rcv: 20:52    Dsp: 20:53    Enr: 20:53    Arv: 21:05    Cmp: 21:05
Location: 166 GORHAM ST JAY'S FOOD STORE
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309A    (2) C-309B    (3)    Cmp Code: PANHANDLING / BEGGING    Pol: 9    Fire: 232    Jur: LW    (4)    (5)    (6)
                        GATTO, JASO    WEBB, EVERT
Case #:
Event Narrative...2 WHITE MALES OUT FRONT OF STORE BOTHERING CUSTOMERS
                        Disposition: COMPLETE

Event No.
P/2012-00069941    Date: 10/09/2012    Day: TUE    Rcv: 13:46    Dsp: 13:47    Enr: 13:47    Arv:    Cmp: 13:56
Location: 556 DUTTON ST DUNKIN DONUTS
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-207    (2)    Cmp Code: PANHANDLING / BEGGING    (3)    Pol: 7    Fire: 29    Jur: LW    (4)    (5)    (6)
                        GEOFFROY, D
Case #:
Event Narrative...WHITE MALE, BLUE SWEAT PANT, GREY SHIRT, ASKING PEOPLE FOR MONEY.
                        Disposition: COMPLETE

Event No.
P/2012-00069965    Date: 10/09/2012    Day: TUE    Rcv: 15:43    Dsp: 15:52    Enr: 15:52    Arv: 16:03    Cmp: 16:04
Location: PLAIN ST / TANNER ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309A    (2) C-309B    (3)    Cmp Code: PANHANDLING / BEGGING    Pol: 4    Fire: 454    Jur: LW    (4)    (5)    (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   40

Case #:
Date: 10/10/2012    Day: WED    Rcv: 09:00    Dsp: 09:05    Enr: 09:05    Arv:    Cmp: 09:12
Location: 556 DUTTON ST DUNKIN DONUTS                                       Pol: 7    Fire: 29    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
        Unit(1) C-210    (2)         (3)         (4)         (5)         (6)
        BELAND, STE
Disposition: GONE ON ARRIVAL
Event Narrative...PANHANDLERS AT THE LOWELL CONNECTOR --- THEY HAVE SIGNS -- 1 IS WEARING A BB CAP

Event No.
2012-00070144
LANE III, J COLLINS, CH
Disposition: COMPLETE NO RRT

Case #:
Date: 10/12/2012    Day: FRI    Rcv: 11:23    Dsp: 11:32    Enr: 11:32    Arv:    Cmp: 11:42
Location: 55 CHURCH ST FAMILY DOLLAR                                        Pol: 3    Fire: 262    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
        Unit(1) C-208    (2) C-209    (3)         (4)         (5)         (6)
        DRAKOULAKOS     PERRIN,
                        DAN
Disposition: COMPLETED CALL
Event No.
2012-00070658
Event Narrative...MALE OUTSIDE ASKING FOR MONEY WHITE MALE GREY HOODIE RED BIKE

Case #:
Date: 10/15/2012    Day: MON    Rcv: 11:59    Dsp: 12:02    Enr: 12:02    Arv: 12:06    Cmp: 12:27
Location: 55 CHURCH ST FAMILY DOLLAR                                        Pol: 3    Fire: 262    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
        Unit(1) C-209    (2) C-208    (3)         (4)         (5)         (6)
        PERRIN, DAN     HANSON, CHR
Disposition: COMPLETE NO RRT
Event No.
2012-00071381
Event Narrative...A SPANISH MALE HANGING AROUND IN THE FAMILY DOLLAR PARKING LOT BOTHERING PEOPLE FOR $$

Case #:
Date: 10/16/2012    Day: TUE    Rcv: 21:50    Dsp: 21:53    Enr: 21:53    Arv: 21:54    Cmp: 22:04
Location: 326 FLETCHER ST                                                   Pol: 7    Fire: 19    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
        Unit(1) C-307A   (2) C-307B   (3)         (4)         (5)         (6)
        DAY, KRISTO     WHALEN, TIM
Disposition: COMPLETE NO RRT
Event No.
2012-00071831
Event Narrative...HISP MALE IS PANHANDLING OUTSIDE OF FAMILY DOLLAR -- HE WAS SERVED A NO TRESPASS NOTICE ON FRIDAY

Case #:
Event Narrative...SPANISH MALE WITH BLUE HAT OUTSIDE OF KING LIQUOR STORE

City of Lowell 51

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   41

---

Event No.
P/2012-00072070
Date: 10/17/2012    Day: WED    Rcv: 20:07    Dsp: 20:10    Enr: 20:10    Arv:    Cmp: 20:32
Location: 326 FLETCHER ST KING LIQUORS INC    Pol: 7    Fire: 19    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307A (2) C-307B (3) C-310B (4)    (5)    (6)
KELLY, CHRI    BURD, JASON VALLIANT, P
Case #:    Disposition: COMPLETED CALL
Event Narrative...MALE OUT FRONT BOTHERING PEOPLE FOR MONEY

Event No.
P/2012-00072472
Date: 10/19/2012    Day: FRI    Rcv: 13:20    Dsp: 13:22    Enr: 13:22    Arv: 13:29    Cmp: 13:34
Location: TANNER ST / PLAIN ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-204    (2)    (3)    (4)    (5)    (6)
DRAKOULAKOS
Case #:    Disposition: COMPLETE NO RRT
Event Narrative...ALSO OVER BT RHE CONNECTOR

Event No.
P/2012-00072555
Date: 10/19/2012    Day: FRI    Rcv: 17:43    Dsp: 17:48    Enr: 17:48    Arv: 17:52    Cmp: 18:04
Location: 55 CHURCH ST FAMILY DOLLAR    Pol: 3    Fire: 262    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309A    (2)    (3)    (4)    (5)    (6)
GATTO, JASO
Case #:    Disposition: COMPLETE

Event No.
P/2012-00072566
Date: 10/19/2012    Day: FRI    Rcv: 18:11    Dsp: 18:36    Enr: 18:36    Arv:    Cmp: 18:45
Location: 55 CHURCH ST    Pol: 8    Fire: 262    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309A    (2)    (3)    (4)    (5)    (6)
GATTO, JASO
Case #:    Disposition: COMPLETE
Event Narrative...MALE PANHANDLING

Event No.
2012-00073007
Date: 10/21/2012    Day: SUN    Rcv: 12:11    Dsp: 12:14    Enr: 12:14    Arv:    Cmp: 12:28
Location: 202 LAWRENCE ST    Pol: 9    Fire: 2212    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-209    (2)    (3)    (4)    (5)    (6)
Event Narrative...C/S THAT THE SAME PERSON IS BACK BOTHER THE CUSTOMERS ASKING FOR THINGS

City of Lowell 52

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   42

GARNEAU, KE

Event Narrative...C/S THERE IS A MALE 20-30YRS OLD ASKING PEOPLE FOR MONEY, HE HAS A 3-4YRD CHILD WITH WITH NO JACKET
ON./..............., W/M BLK HAT, GRAY SWEATSHIRT, BLUE JEANS, TATTOO ON NECK... CHILD IS IN TSHIRT,
BASEBALL HAT... HE WAS ALSO OUT THERE YESTERDAY.. THEY ARE NOW WALKING TOWARDS DOWNTOWN

Case #:                          Disposition: COMPLETED CALL
Event No.                        Date: 10/22/2012   Day: MON   Rcv: 14:06     Dsp: 14:12     Enr: 14:12     Arv:           Cmp: 14:15
P/2012-00073277                  Location: 166 GORHAM ST JAY'S FOOD STORE                    Pol: 9         Fire: 232      Jur: LW
                                 Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                                 Origin: TELEPHONE             Unit(1) C-209   (2) C-204   (3)              (4)            (5)          (6)

                                 PERRIN, DAN   PEACE, NADJ

Case #:                          Disposition: COMPLETE NO RRT
Event Narrative...ABOUT 8 PEOPLE OUTSIDE BOTHERING CUSTOMERS FOR MONEY AND GEGGING

Event No.                        Date: 10/23/2012   Day: TUE   Rcv: 17:11     Dsp: 17:15     Enr: 17:15     Arv:           Cmp: 17:37
P/2012-00073559                  Location: 181 PLAIN ST TARGET                                Pol: 4         Fire: 454      Jur: LW
                                 Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                                 Origin: TELEPHONE             Unit(1) C-304   (2) O-303   (3)              (4)            (5)          (6)

                                 FINN, WILLI

Case #:                          Disposition: COMPLETE NO RRT
Event Narrative...SEE SECURITY AT STORE ENTRANCE ABOUT ONGOING ISSUE WITH SAME MALE

Event No.                        Date: 10/26/2012   Day: FRI   Rcv: 18:33     Dsp: 18:38     Enr: 18:38     Arv: 18:41      Cmp: 18:43
P/2012-00074351                  Location: 181 PLAIN ST TARGET                                Pol: 4         Fire: 454      Jur: LW
                                 Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                                 Origin: TELEPHONE             Unit(1) C-304   (2) O-303   (3)              (4)            (5)          (6)

                                 COLLINS, CH   KILMARTIN,

Case #:                          Disposition: COMPLETE NO RRT
Event Narrative...SECURITY STATES THERE IS MALE IN THE PARKING LOT ASKING PEOPLE FOR MONEY, SECURITY HAS ASKED HIM
MULTIPLE TIMES TO LEAVE THE PROPERTY. THE MAN IS WEARING A BLUE HOODED SWEATSHIRT, DARK JEANS,. HE IS
WHITE, THING BUILD. LAST SEEN ON THE SIDE OF THE BUILDING.

Event No.                        Date: 10/29/2012   Day: MON   Rcv: 09:45     Dsp: 09:59     Enr: 09:59     Arv:           Cmp: 09:59
2012-00075067                    Location: 368 FAIRMOUNT ST                                   Pol: 3         Fire: 8141     Jur: LW
                                 Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                                 Origin: TELEPHONE             Unit(1) STEP2   (2)            (3)            (4)            (5)          (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

Case #:
Event Narrative...LARGE MALE WITH A BLK JACKET ON BOTHERING PEOPLE FOR MONEY IN THE LOT

Event No.
2012-00075548
Date: 10/30/2012    Day: TUE    Rcv: 19:01    Dsp: 19:02    Enr: 19:02    Arv:    Cmp: 19:25
Location: 66 PLAIN ST MCDONALDS REST                         Pol: 3    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                    Unit(1) C-310A (2)        (3)            (4)            (5)            (6)
                                    DILLON, RYA

Case #:
Event Narrative...MALE HANGING AROUND BY DRIVE THRU BOTHERING CUSTOMERS FOR MONEY
NOBREGA, JR
Disposition: COMPLETE NO RRT

Event No.
2012-00075571
Date: 10/30/2012    Day: TUE    Rcv: 21:44    Dsp: 21:47    Enr: 21:47    Arv: 21:54    Cmp: 21:54
Location: 326 FLETCHER ST KING LIQUORS INC                   Pol: 7    Fire: 19    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                    Unit(1) C-307A (2) C-307B (3)    (4)            (5)            (6)
                                    KELLY, CHRI    BURD, JASON
Disposition: COMPLETE NO RRT

Case #:
Event Narrative...MALE OUTSIDE

Event No.
2012-00075706
Date: 10/31/2012    Day: WED    Rcv: 11:15    Dsp: 11:22    Enr: 11:22    Arv: 11:22    Cmp: 11:22
Location: 572 ROGERS ST ROGERS AUTO SERVICE                  Pol: 3    Fire: 8125    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                    Unit(1) C-203 (2)        (3)            (4)            (5)            (6)
                                    CALLAHAN II
Disposition: COMPLETE

Case #:
Event Narrative...TWO MALES ASKING FOR MONEY .. ONE MALE IS TALL BLK COAT , BLK PANTS AND SHORT MALE DRESSED IN BLK JACKET
.. HAVE BEEN ASKING PEOPLE FOR MONEY FOR THE PAST TWO DAYS ... THEY ARE ACROSS THE STRETT AT SIMMONS

Event No.
2012-00077704
Date: 11/07/2012    Day: WED    Rcv: 12:55    Dsp: 12:56    Enr: 12:56    Arv:    Cmp: 13:02
Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK            Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                    Unit(1) P-207 (2)        (3)            (4)            (5)            (6)
                                    OTERO, DANI
Case #:                             Disposition: COMPLETE

City of Lowell 54

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2012 00:00 to 12/31/2012 23:59

Event Narrative...SEE MGR FOR MALE THAT WAS PANHANDLING OUT FRONT

Event No.
2012-00078062        Date: 11/08/2012    Day: THU    Rcv: 19:27    Dsp: 19:30    Enr: 19:30    Arv:        Cmp: 19:41
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST                                          Pol: 1    Fire: 761    Jur: LW
Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit (1) C-302A (2) C-302B (3)                    (4)        (5)        (6)
                                    FLORENCE, W   LANGLOIS, M

Case #:                          Disposition: COMPLETE

Event Narrative...BLACK FEMALE WEARING A DARK COLORED HOODY.

Event No.
2012-00078509        Date: 11/10/2012    Day: SAT    Rcv: 09:54    Dsp: 10:18    Enr: 10:18    Arv:        Cmp: 10:25
Location: 185 HILDRETH ST MCPHERSON PARK                                              Pol: 2    Fire: 67    Jur: LW
Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit (1) C-202 (2)                (3)        (4)        (5)        (6)
                                    LEVASSEUR,

Case #:                          Disposition: COMPLETE NO RRT

Event Narrative...CHECK FOR THE MALE SELLING CASES OF DEPENDS DIAPERS...

Event No.
2012-00079918        Date: 11/15/2012    Day: THU    Rcv: 16:51    Dsp: 16:56    Enr: 16:56    Arv:        Cmp: 17:08
Location: 326 FLETCHER ST KING LIQUORS INC                                            Pol: 7    Fire: 19    Jur: LW
Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit (1) C-307B (2)                (3)        (4)        (5)        (6)
                                    COUTURE, DA

Case #:                          Disposition: COMPLETE

Event Narrative...OUTSIDE, SPANISH MALE, ORANGE JACKET ASKING CUSTOMER FOR MONEY........HE WALKED TOWARD BROADWAY ST
TOWARD THE GAS STATION

Event No.
2012-00080997        Date: 11/19/2012    Day: MON    Rcv: 16:39    Dsp: 16:46    Enr: 16:46    Arv:        Cmp: 16:59
Location: 331 FLETCHER ST MARKET BASKET 2                                             Pol: 7    Fire: 139    Jur: LW
Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit (1) C-307B (2) C-307A (3) P-313 (4)          (5)        (6)
                                    COUTURE, DA CESARZ, RIC DAY, KRISTO

Case #:                          Disposition: COMPLETE NO RRT

Event Narrative...MALE IS IN THE LOT BOTHERING PEOPLE FOR MONEY PLEASE SEE THE MANAGER

Event No.              Date: 11/20/2012    Day: TUE    Rcv: 19:51    Dsp: 19:54    Enr: 19:54    Arv:        Cmp: 20:14

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   45

P/2012-00081366   Location: 427 BRIDGE ST MANNINGS LIQUORS
Call Code: PANHANDLING / BEGGING                    Pol: 2       Fire: 6121      Jur: LW
Origin: 911                            Unit(1) C-302B (2) C-302A (3) P-302         (4)              (5)              (6)
Case #:                                Disposition: COMPLETE NO RPT
Event Narrative...BLK FEMALE OFFERING SEXUAL FAVORS FOR BOOZE INFRONT OF MANNINGS

P/2012-00081543   Location: 97 CENTRAL ST
Date: 11/21/2012   Day: WED   Rcv: 11:06   Dsp: 11:11   Enr: 11:11   Arv:       Cmp: 11:14
Call Code: PANHANDLING / BEGGING                    Pol: 8       Fire: 27       Jur: LW
Origin: TELEPHONE                      Unit(1) C-209 (2) P-208 (3)              (4)              (5)              (6)
                                       PEREZ, NELS   DILLON, RYA FLORENCE, W
Case #:                                Disposition: NO CONTACT MADE
Event Narrative...ONE WHITE MALE, ONE WHITE FEMALE ASKING PEOPLE FOR MONEY..........MALE HAS ON GREY SWEAT SHIRT, BLUE
JEAN, MID 30 'S.........

P/2012-00081882   Location: 55 CHELMSFORD ST 7-11
Date: 11/22/2012   Day: THU   Rcv: 20:29   Dsp: 20:30   Enr: 20:30   Arv:       Cmp: 20:32
Call Code: PANHANDLING / BEGGING                    Pol: 10      Fire: 31       Jur: LW
Origin: TELEPHONE                      Unit(1) C-310A (2) C-310B (3)            (4)              (5)              (6)
                                       PERRIN, DAN GARNEAU, KE
Case #:                                Disposition: GONE ON ARRIVAL
Event Narrative...HISP MALE BLUE JACKET GOATEE BEGGING FOR MONEY IN LOT

P/2012-00082160   Location: 166 GORHAM ST JAY'S FOOD STORE
Date: 11/23/2012   Day: FRI   Rcv: 20:50   Dsp: 21:01   Enr: 21:01   Arv:       Cmp: 21:21
Call Code: PANHANDLING / BEGGING                    Pol: 9       Fire: 232      Jur: LW
Origin: TELEPHONE                      Unit(1) C-308A (2)                       (3) PANHANDLING / BEGGING (4) (5) (6)
                                       RIOS, LUIS VALLIANT, P
                                       DOKOS, NICH
Case #:                                Disposition: RELEASED CALL
Event Narrative...3-4 MALES OUTSIDE HARASSING CUSTOMERS

P/2012-00082370   Location: 0 LOWELL CONNECTOR INBOUND
Date: 11/24/2012   Day: SAT   Rcv: 15:13   Dsp: 15:21   Enr: 15:21   Arv:       Cmp: 15:22
Call Code: PANHANDLING / BEGGING                    Pol: 4       Fire: 419      Jur: LW
Origin: TELEPHONE                      Unit(1) C-210 (2) PANHANDLING / BEGGING (3) PANHANDLING / BEGGING (4) BEGGING (5) (6)

City of Lowell 56

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

Case #:
Disposition: COMPLETE NO RRT
BELAND, STE

Event Narrative...BY PLAIN ST EXIT BLK MALE STANDING BY THE EXIT ASKING FOR MONEY

Event No.
2012-00082380    Date: 11/24/2012    Day: SAT    Rcv: 15:54    Dsp: 15:57    Enr: 15:57    Arv: 16:01    Cmp: 16:03
Location: 125 CHURCH ST BATTAMBANG MARKET                 Pol: 8       Fire: E4      Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Cmp Code: PANHANDLING / BEGGING
COLLINS, CH
Unit(1) C-309A (2)                (3)                (4)                (5)                (6)

Case #:
Disposition: COMPLETE NO RRT
BELAND, STE

Event Narrative...W/MALE DRESS ALL BLK ASKING FOR MONEY..IN FRONT FOR MONEY

Event No.
2012-00082637    Date: 11/25/2012    Day: SUN    Rcv: 12:41    Dsp: 12:41    Enr: 12:41    Arv:            Cmp: 12:48
Location: 350 WESTFORD ST TD BANK NORTH                    Pol: 10      Fire: 317     Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Cmp Code: PANHANDLING / BEGGING
Unit(1) C-210 (2)                (3)                (4)                (5)                (6)

Case #:
Disposition: COMPLETE

Event Narrative...WHITE FEMALE, BLK HOODY, BROWN PURSE IN PARKING LOT BEGGING FOR MONEY

Event No.
2012-00082991    Date: 11/26/2012    Day: MON    Rcv: 16:54    Dsp: 17:00    Enr: 17:00    Arv:            Cmp: 17:10
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA              Pol: 7       Fire: 117     Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Cmp Code: PANHANDLING / BEGGING
WHALEN, TIM  COUTURE, DA DAV, KRISTOMERRILL, JAMERRILL, S
Unit(1) C-307A (2) C-307B (3) P-313 (4) C-310A (5) C-310B (6)

Case #:
Disposition: COMPLETE NO RRT

Event Narrative...WHITE MALE IN A GREEN JACKET, DIRTY BLONDE HAIR IN PARKING LOT BEGGING MONEY

Event No.
2012-00083049    Date: 11/26/2012    Day: MON    Rcv: 19:54    Dsp: 20:00    Enr: 20:00    Arv: 20:05    Cmp: 20:31
Location: 463 CHELMSFORD ST TEDESCHI'S                     Pol: 10      Fire: 417     Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Cmp Code: PANHANDLING / BEGGING
MERRILL, SC  MERRILL, JA
Unit(1) C-310B (2) C-310A (3)                (4)                (5)                (6)

Case #:
Disposition: COMPLETE NO RRT

Event Narrative...DARK SKINNED MALE ,GREEN BEANIE, WHITE HOODED SWEATSHIRT "AGGRESSIVELY" BEGGING FOR $, KNOCKING ON CAR



Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   47

WINDOWS OF TEDESCHI'S

Event No.
2012-00083056    Date: 11/26/2012   Day: MON   Rcv: 20:27   Dsp:           Enr:            Arv:            Cmp: 20:31
Location: 166 GORHAM ST JAY'S FOOD STORE                                   Pol: 9          Fire: 232       Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1)        (2)             (3)             (4)             (5)             (6)
Case #:                                    Disposition: RELEASED CALL
Event Narrative...1 MALE AND 1 FEMALE BEGGING FOR MONEY IN LOT

Event No.
2012-00083252    Date: 11/27/2012   Day: TUE   Rcv: 13:28   Dsp: 13:31    Enr: 13:31      Arv:            Cmp: 13:37
Location: 35 MERRIMACK ST                                                  Pol: 8          Fire: 26        Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) P-207   (2) C-207       (3)             (4)             (5)             (6)
Case #:                                    OTERO, DANI GEOFFROY, D
                                           Disposition: COMPLETED CALL

Event No.
2012-00083285    Date: 11/27/2012   Day: TUE   Rcv: 15:17   Dsp: 15:23    Enr: 15:23      Arv: 15:58      Cmp: 15:58
Location: 55 CHURCH ST FAMILY DOLLAR                                       Pol: 3          Fire: 262       Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) W-203L  (2) C-303       (3)             (4)             (5)             (6)
Case #:                                    SHEEHAN, JO THOMAS, PAU
                                           Disposition: COMPLETE NO RRT
Event Narrative...WHITE MALE, BLUE COAT, BLACK BAG PACK, ASKING CUSTOMER FOR MONEY OUTSIDE.

Event No.
2012-00085090    Date: 12/03/2012   Day: MON   Rcv: 13:56   Dsp: 13:56    Enr: 13:56      Arv: 14:02      Cmp: 14:29
Location: 101 THORNDIKE ST GALLAGHER TERMINAL                              Pol: 1          Fire: 265       Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) C-210   (2) W-203L      (3) AMB3        (4)             (5)             (6)
Case #:                                    BELAND, STE SHEEHAN, JO UNKNOWN EMP
                                           Disposition: COMPLETE NO RRT
Event Narrative...MALE IN FRONT OF FAMILY DOLLAR HAS BEEN ASKED TO LEAVE AND WILL NOT , WEARING A RED COAT BLK HOODY

Event No.
P/2012-00087267   Date: 12/10/2012   Day: MON   Rcv: 10:54   Dsp: 10:56   Enr: 10:56     Arv:            Cmp: 10:58
Location: 326 FLETCHER ST KING LIQUORS INC                                 Pol: 7          Fire: 19        Jur: LW
Event Narrative...UN WANTED FEMALE ASKING FOR MONEY WILL NOT LEAVE

City of Lowell 58

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015   12:33
Page   48

Event No. 2012-00087319
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Location: 345 WESTFORD ST
Date: 12/10/2012   Day: MON   Rcv: 14:18   Dsp: 14:21   Enr: 14:21   Arv: 14:23   Cmp: 15:05
Unit(1) P-213   (2) C-207   (3)                    (4)              (5)        (6)
PHAY, TONG   QUIGLEY, DA   Fire: 317   Jur: LW
Call Code: PANHANDLING / BEGGING
Case #:
Event Narrative...FEMALE OUT FRONT ASKING FOR MONEY
Disposition: COMPLETE

Event No. 2012-00087607
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Location: 333 WESTFORD ST
Date: 12/11/2012   Day: TUE   Rcv: 13:53   Dsp: 14:07   Enr: 14:07   Arv: 14:08   Cmp: 14:10
Unit(1) C-210   (2) C-205   (3) C-210   (4)        (5)        (6)
BOURRET, RA   FERRY, DAVI BOURRET, RA   Pol: 10   Fire: 317   Jur: LW
Case #:
Event Narrative...SPANISH MALE MALE OUTSIDE ASKING PEOPLE FOR MONEY .   HE HAS A BLK JACKET ON
Disposition: COMPLETED CALL

Event No. P/2012-00088167
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Date: 12/13/2012   Day: THU   Rcv: 09:50   Dsp: 10:00   Enr: 10:00   Arv:        Cmp: 10:11
Unit(1) C-207   (2)    (3)    (4)    (5)    (6)
GEOFFROY, D   Pol: 7   Fire: 117   Jur: LW
Case #:
Event Narrative...PAN HANDLERS HANGING IN THE AREA BOTHERING CUSTOMERS, ALSO MANY HOOKERS IN THE AREA DAILY
Disposition: COMPLETE

Event No. 2012-00088407
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Location: 566 PAWTUCKET ST HESS GAS STATION
Date: 12/13/2012   Day: THU   Rcv: 22:07   Dsp: 22:10   Enr: 22:10   Arv:        Cmp: 22:15
Unit(1) C-307B (2) C-310A (3) C-310B (4)   (5)   (6)
COUTURE, DA CESARZ, RIC VALLIANT, P   Pol: 7   Fire: 352   Jur: LW
Case #:
Event Narrative...WHITE MALE RAY HEAVY SET ASKING CUSTOMERS FOR MONEY
Disposition: COMPLETE NO RRT

City of Lowell 59

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

04/27/2015    12:33
Page    49

Event Narrative...C/S THERE IS A MAN AT THE GAS STATION ASKING FOR MONEY FOR CUSTOMERS.  IT'S A WHITE MAN IS WEARING BLUE
JEANS WITH A BLK COAT

Event No.          Date: 12/15/2012    Day: SAT    Rcv: 13:26    Dsp: 13:28    Enr: 13:28    Arv:          Cmp: 13:46
2012-00088950      Location: 11 WOOD ST                                       Pol: 6       Fire: 566     Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE              Unit(1) C-206  (2)    Cmp Code: PANHANDLING / BEGGING
                                                  TETREAULT S
                   Case #:                          (3)                      (4)                (5)              (6)
Event Narrative...MALE OUTSIDE MARKET BASKET BEGGING FOR MONEY / NO DESCRIPTION
                                      Disposition: COMPLETE

Event No.          Date: 12/15/2012    Day: SAT    Rcv: 13:32    Dsp:          Enr:          Arv:          Cmp: 13:34
2012-00088953      Location: 645 PRINCETON BLVD 711                           Pol: 6       Fire: 566     Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE              Unit(1)       (2)    Cmp Code: PANHANDLING / BEGGING
                   Case #:                          (3)                      (4)                (5)              (6)
Event Narrative...WHITE MALE ASKING FOR MONEY DARK COAT JEANS
                                      Disposition: X-REFERENCED CALL

Event No.          Date: 12/18/2012    Day: TUE    Rcv: 08:20    Dsp: 08:24    Enr: 08:24    Arv:          Cmp: 08:34
2012-00089774      Location: 515 PAWTUCKET BLVD DUNKIN DONUTS PAWTUCKET B Pol: 10    Fire: 7112    Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE              Unit(1) C-201  (2)    Cmp Code: PANHANDLING / BEGGING
                                                  HICKEY, THO
                   Case #:                          (3)                      (4)                (5)              (6)
Event Narrative...W/MALE BROWN /GREEN JACKET....ASKING PEOPLE FOR MONEY
                                      Disposition: COMPLETE NO RRT

Event No.          Date: 12/21/2012    Day: FRI    Rcv: 15:25    Dsp: 15:28    Enr: 15:28    Arv:          Cmp: 15:32
2012-00090876      Location: 55 CHURCH ST                                     Pol: 8       Fire: 262     Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE              Unit(1) C-208  (2) C-204 (3)    Cmp Code: PANHANDLING / BEGGING
                                                  HANSON, CHR       WAYNE, ERIC
                   Case #:                          (4)                      (5)                (6)
Event Narrative...SECURITY GUARD PAUL STATES SUZANE LYONS APPROACHING CARS, SHES WEARING A GREY HOODIE
                                      Disposition: COMPLETE

Event No.          Date: 12/26/2012    Day: WED    Rcv: 16:06    Dsp: 16:11    Enr: 16:11    Arv:          Cmp: 16:13

City of Lowell 60

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2012 00:00 to 12/31/2012 23:59

P/2012-00091961    Location: 331 FLETCHER ST MARKET BASKET 2                  Pol: 7        Fire: 139        Jur: LW
                   Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                  Unit(1) C-307A (2) C-307B (3)                  (4)                  (5)                  (6)

           Case #:                                           CESARZ, RIC    COUTURE, DA
                                              Disposition: X-REFERENCED CALL
Event Narrative...WHITE LADY,BLACK COAT, SWEAT SHIRT, GLASS, LONG BLACK HAIR JUMP ON THE CALLER CAR AND LICK WINDSHIELD
ASKING FOR MONEY. FEMALE GOT OFF HIS CAR STARTED TO WALK UP BROADWAY.

           Event No.      Date: 12/28/2012    Day: FRI    Rcv: 18:14    Dsp: 18:24    Enr: 18:24    Arv: 18:25    Cmp: 18:28
P/2012-00092464    Location: 1081 GORHAM ST DUNKIN DONUTS GORHAM               Pol: 4        Fire: 48        Jur: LW
                   Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                   Origin: 911                  Unit(1) C-304 (2)                  (3)                  (4)                  (5)                  (6)
                                     GATTO, JASO
           Case #:                             Disposition: COMPLETE NO RRT
Event Narrative...MALE OUTSIDE HARASSING CUSTOMERS B/M HEADING TOWARDS ROSENBLOOMS

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  1

Event No.
P/2013-00000464      Date: 01/02/2013    Day: WED      Rcv: 12:02      Dsp: 12:04      Enr: 12:04      Arv:            Cmp: 12:11
                     Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                     Pol: 7      Fire: 117      Jur: LW
                     Call Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE                      Unit(1) C-207  (2) C-205  (3) P-213  (4)                (5)                (6)
                                                            GEOFFROY, D  FERRY, DAVI BOURRET, RA
Case #:                                                     Disposition: GONE ON ARRIVAL
Event Narrative...A MALE KNOW AS BIG RAY IN THE BACK OF THE BUSINESS BEGGING FOR MONEY

Event No.
P/2013-00001870      Date: 01/07/2013    Day: MON      Rcv: 08:43      Dsp: 08:45      Enr: 08:45      Arv:            Cmp: 08:48
                     Location: 556 DUTTON ST DUNKIN DONUTS                             Pol: 7      Fire: 29       Jur: LW
                     Call Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE                      Unit(1) C-210  (2) C-208  (3) C-207  (4)                (5)                (6)
                                                            BELAND, STE  CAMARA, MIC QUIGLEY, DA
Case #:                                                     Disposition: COMPLETE NO RRT
Event Narrative...OLDER MALE GREY SWEATSHIRT

Event No.
P/2013-00001925      Date: 01/07/2013    Day: MON      Rcv: 11:16      Dsp: 11:20      Enr: 11:20      Arv: 11:33      Cmp: 11:33
                     Location: 785 GORHAM ST MOBIL ON THE RUN                          Pol: 4      Fire: 223      Jur: LW
                     Call Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE                      Unit(1) C-204  (2)            (3)            (4)            (5)            (6)
                                                            SMITH, CHRI
Case #:                                                     Disposition: COMPLETE
Event Narrative...MALE UNWANTED IN PARKINGLOT ASKING FOR MONEY

Event No.
P/2013-00004314      Date: 01/14/2013    Day: MON      Rcv: 15:06      Dsp: 15:36      Enr: 15:36      Arv:            Cmp: 15:40
                     Location: 220 APPLETON ST TEDESCHI'S                              Pol: 9      Fire: 218      Jur: LW
                     Call Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE                      Unit(1) C-208  (2) C-210  (3)            (4)            (5)            (6)
                                                            CAMARA, MIC BELAND, STE
Case #:                                                     Disposition: COMPLETE
Event Narrative...WHITE MALE, WEARING BLUE PUFFY JACKET, BLUE JEAN, REALLY DIRTY LOOKING GUY ASKING PEOPLE FOR MONEY.

Event No.
P/2013-00004715      Date: 01/15/2013    Day: TUE      Rcv: 16:45      Dsp: 16:50      Enr: 16:50      Arv:            Cmp: 17:00
                     Location: 37 BRANCH ST ANGKOR MARKET                              Pol: 10     Fire: 37       Jur: LW
                     Call Code: PANHANDLING / BEGGING
                     Origin: TELEPHONE                      Unit(1) C-310A (2)            (3)            (4)            (5)            (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Case #:                                    RIOS, LUIS
                                           Disposition: COMPLETE NO RRT
Event Narrative...MALE ASKING FOR MONEY ASIAN JACK

Event No.
2013-00004762
Date: 01/15/2013    Day: TUE    Rcv: 18:32    Dsp: 18:37    Enr: 18:37    Arv:              Cmp: 19:06
Location: 566 PAWTUCKET ST HESS GAS STATION                Pol: 7        Fire: 352         Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-307A (2)              (3)              (4)              (5)              (6)
                                           KELLY, CHRI

Case #:
                                           Disposition: COMPLETE NO RRT
Event Narrative...W/M HEAVEY SET GRY SWEETSHIRT DRK SPORST PANTS WITH STRIPE AGGRESSIVLY PANHANDLING FROM PEOPLE

Event No.
2013-00005018
Date: 01/16/2013    Day: WED    Rcv: 14:33    Dsp: 14:35    Enr: 14:35    Arv: 14:38        Cmp: 14:40
Location: 55 CHURCH ST FAMILY DOLLAR                       Pol: 8        Fire: 262         Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-209 (2) EAST         (3)              (4)              (5)              (6)
                                           OTERO, DANI WAYNE, ERIC

Case #:
                                           Disposition: COMPLETE
Event Narrative...SUZANNE LYONS IN PARKING LOT BEGGING FOR MONEY -- FAMILY DOLLAR END OF LOT

Event No.
2013-00005668
Date: 01/18/2013    Day: FRI    Rcv: 15:35    Dsp: 15:41    Enr: 15:41    Arv:              Cmp: 15:41
Location: 220 APPLETON ST TEDESCHI'S                       Pol: 9        Fire: 218         Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: 911                Unit(1) C-210 (2)                    (3)              (4)              (5)              (6)
                                           BELAND, STE

Case #:
                                           Disposition: COMPLETE NO RRT
Event Narrative...MALE SITTING OUTSIDE DOOR ASKING FOR MONEY

Event No.
2013-00006361
Date: 01/20/2013    Day: SUN    Rcv: 22:32    Dsp: 22:34    Enr: 22:34    Arv:              Cmp: 22:38
Location: 166 GORHAM ST JAY'S FOOD STORE                   Pol: 9        Fire: 232         Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-309A (2) C-309B (3)              (4)              (5)
                                           DOWER, MIND  RAYNE, ROBE

Case #:
                                           Disposition: COMPLETE
Event Narrative...MALE OUTSIDE THE STORE BEGGING FOR MONEY

City of Lowell 63

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

---

Event No.
P/2013-00007998
Date: 01/26/2013    Day: SAT    Rcv: 00:15    Dsp: 00:34    Enr: 00:34    Arv:    Cmp: 00:38
Location: 55 CHELMSFORD ST 7-11
Call Code: PANHANDLING / BEGGING    Pol: 10    Fire: 31    Jur: LW
Origin: 911    Unit(1) C-107    (2)    Cmp Code: PANHANDLING / BEGGING
PURTELL, CH
(3)    (4)    (5)    (6)
Disposition: COMPLETE NO RRT

Event Narrative...BLACK JACKET UNSHAVEN WHITE SNEAKERS BLUE JEANS ON BIKE BOTHERING PEOPLE FOR MONEY

Case #:
Event No.
P/2013-00008808
Date: 01/28/2013    Day: MON    Rcv: 20:16    Dsp: 20:28    Enr: 20:28    Arv: 20:57    Cmp: 20:57
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Call Code: PANHANDLING / BEGGING    Pol: 7    Fire: 117    Jur: LW
Origin: TELEPHONE    Unit(1) C-307B (2) P-313    (3)    Cmp Code: PANHANDLING / BEGGING
WHALEN, TIM    DAY, KRISTO
(4)    (5)    (6)
Disposition: COMPLETE

Event Narrative...FEMALE IN PARKING LOT PESTERING CUSTOMERS

Case #:
Event No.
P/2013-00009416
Date: 01/30/2013    Day: WED    Rcv: 19:17    Dsp: 19:20    Enr: 19:20    Arv:    Cmp: 19:32
Location: 166 GORHAM ST JAY'S FOOD STORE
Call Code: PANHANDLING / BEGGING    Pol: 9    Fire: 232    Jur: LW
Origin: TELEPHONE    Unit(1) C-309B (2)    (3)    Cmp Code: PANHANDLING / BEGGING
(4)    (5)    (6)
Disposition: COMPLETE

Event Narrative...WHITE MALE BLACK JACKET BLUE PANTS BOTHERING CUSTOMERS REFUSED TO LEAVE WHEN CLERK TOLD HIM TO DO SO

Case #:
Event No.
P/2013-00009671
Date: 01/31/2013    Day: THU    Rcv: 13:46    Dsp: 13:48    Enr: 13:48    Arv: 13:55    Cmp: 14:21
Location: CENTRAL ST / GREEN ST
Call Code: PANHANDLING / BEGGING    Pol: 8    Fire: 28    Jur: LW
Origin: TELEPHONE    Unit(1) C-208    (2)    (3)    Cmp Code: PANHANDLING / BEGGING
BUTH, SOBON
(4)    (5)    (6)
Disposition: COMPLETE

Event Narrative...WHITE MALE,   BLUE JACKET, BLUE JEAN,   SIX FEET TALL , ON GREEN ST ASKING FOR MONEY.

Case #:
Event No.
P/2013-00010019
Date: 02/01/2013    Day: FRI    Rcv: 14:20    Dsp: 14:34    Enr: 14:34    Arv:    Cmp: 14:38
Location: 350 WESTFORD ST
Call Code: PANHANDLING / BEGGING    Pol: 10    Fire: 317    Jur: LW
Origin: TELEPHONE    Unit(1) C-210    (2)    (3)    Cmp Code: PANHANDLING / BEGGING
(4)    (5)    (6)

---

City of Lowell 64

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page   4

Case #:
Event Narrative...40 MINS AGO WHITE MALE, 50 YRO . 5'7 , BLUE BASEBALL HAT, GRY JACKET HOODIE, CHUBBY BUILD, BLUE JEANS,
UNK SHOES...  WATCHED THE RP TAKE MONEY FROM BANK, FOLLWED HER TO MOREY SCHOOL, WENT WALKING BACK,
TOWRRDS THE BANK AREA

Event No.                                         BELAND, STE
2013-00010047   Disposition: COMPLETE NO RRT
Date: 02/01/2013   Day: FRI   Rcv: 15:59   Dsp: 16:02   Pol: 3   Arv: 16:15   Cmp: 16:36
Location: 777 ROGERS ST HANNAFORDS SUPER MARKET   Fire: 816   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-309A (2) C-309A (3)   (4)   (5)   (6)

Case #:                             DOWER, MIND   DOWER, MIND
Event Narrative...WHITE MALE MID 20, WEARING ALL BLACK WALKING UP TO CUSTOMER IN THE LOT ASKING FOR MONEY..

Event No.                           Disposition: COMPLETE NO RRT
2013-00011180
Date: 02/05/2013   Day: TUE   Rcv: 11:24   Dsp: 11:33   Pol: 8   Arv: 11:33   Cmp: 11:34
Location: 18 HURD ST SAGE BANK   Fire: 2113   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-209   (2)   (3)   (4)   (5)   (6)

Case #:                             PEACE, NADJ
Event Narrative...B/M BLK JACKET, GRAY HOODIE, JEANS, STANDING OUTSIDE THE BANK ASKING PEOPLE FOR MONEY

Event No.                           Disposition: GONE ON ARRIVAL
2013-00011213
Date: 02/05/2013   Day: TUE   Rcv: 13:41   Dsp: 13:43   Pol: 8   Arv: 13:43   Cmp: 13:44
Location: 220 CENTRAL ST ESPRESSO PIZZA   Fire: 28   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-204   (2)   (3)   (4)   (5)   (6)

Case #:                             GARNEAU, KE
Event Narrative...OUTSIDE PIZZA SHOP, BLACK MALE, GREY SWEATER OVER HIS HEAD, BEARD, ASKING CUSTOMER FOR MONEY.

Event No.                           Disposition: COMPLETED CALL
2013-00011506
Date: 02/06/2013   Day: WED   Rcv: 12:37   Dsp: 12:41   Pol:   Arv: 12:41   Cmp: 12:49
Location: LOWELL CONN / PLAIN ST   Fire:   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-205   (2)   (3)   (4)   (5)   (6)

Case #:                             FERRY, DAVI
Disposition: COMPLETED CALL

City of Lowell 65

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21
Page   5

Event Narrative...FOR THE USUAL

Event No.
2013-00011834   Date: 02/07/2013   Day: THU   Rcv: 13:01   Dsp: 13:04   Enr: 13:04   Arv:           Cmp: 13:17
Location: PRESCOTT ST / CENTRAL ST                           Pol: 8        Fire: 26         Jur: LW
Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) P-207      (2)           (3)           (4)           (5)           (6)
                                         WAYNE, ERIC
Case #:                                  Disposition: NO CONTACT MADE
Event Narrative...WHITE FEMALE W/ DIRTY BLOND HAIR, CARRYING A GARBAGE BAG BEGGING PEOPLE FOR MONEY -- BANGING ON CAR
WINDOWS IN TRAFFIC

Event No.
2013-00012138   Date: 02/08/2013   Day: FRI   Rcv: 14:45   Dsp: 14:46   Enr: 14:46   Arv: 14:46   Cmp: 14:55
Location: PLAIN ST / TANNER ST                               Pol: 4        Fire: 454        Jur: LW
Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) C-204      (2)           (3)           (4)           (5)           (6)
                                         BEAUCHESNE,
Case #:                                  Disposition: COMPLETED CALL
Event Narrative...FOR THE REGULAR

Event No.
2013-00012638   Date: 02/10/2013   Day: SUN   Rcv: 18:42   Dsp:           Enr:           Arv:           Cmp: 18:48
Location: 166 GORHAM ST JAY'S FOOD STORE                     Pol: 9        Fire: 232        Jur: LW
Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1)            (2)           (3)           (4)           (5)           (6)
Case #:                                  Disposition: RELEASED CALL
Event Narrative...10-15 PEOPLE OUTSIDE BOTHERING CUSTOMERS ASKING FOR MONEY

Event No.
2013-00012871   Date: 02/11/2013   Day: MON   Rcv: 18:01   Dsp: 18:04   Enr: 18:04   Arv:           Cmp: 18:10
Location: 489 MERRIMACK ST SOVEREIGN 1                       Pol: 8        Fire: 14         Jur: LW
Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING
Origin: 911                              Unit(1) C-308B (2) C-308A (3)    (4)           (5)           (6)
                                         MERCADO, JA    WEBB, EVERT
Case #:                                  Disposition: GONE ON ARRIVAL
Event Narrative...PEOPLE INSIDE THE ATM AREA BEGGING FOR MONEY

Event No.           Date: 02/13/2013   Day: WED   Rcv: 14:27   Dsp: 14:45   Enr: 14:45   Arv:           Cmp: 14:54

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page    6

---

P/2013-00013453    Location: LOWELL CONN / TANNER ST                          Pol:              Fire:              Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE

Event No.          Date: 02/13/2013    Day: WED    Rcv: 17:58    Dsp: 18:03    Enr: 18:03    Arv:         Cmp: 19:14
                                                   FERRY, DAVI
P/2013-00013524    Call Code: PANHANDLING / BEGGING
                   Origin: 911                      Unit(1) C-205    (2)    Cmp Code: PANHANDLING / BEGGING
                                                                    (3)                   (4)              (5)              (6)

                   Case #:                          Disposition: COMPLETED CALL
Event Narrative...2 PEOPLE BANGING ON THE BUSINESS WINDOWS HERE AND THEY ARE PANHANDLING...WHITE MALES...THEY ARE THE
USUAL PAN HANDLERS

P/2013-00013524    Location: 185 WOBURN ST PETE'S EXXON                        Pol:              Fire:              Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE

Event No.          Date: 02/13/2013    Day: WED    Rcv: 17:58    Dsp: 18:03    Enr: 18:03    Arv:         Cmp: 19:14
                                                   FINN, WILLI
                   Call Code: PANHANDLING / BEGGING
                   Origin: 911                      Unit(1) C-304    (2)    Cmp Code: PANHANDLING / BEGGING
                                                                    (3)                   (4)              (5)              (6)

                   Case #:                          Disposition: COMPLETED CALL
Event Narrative...CALLER SAID WHITE MALE SCRUFFY LOOKING WITH OUT OF STATE PLATES ASKING FOR MONEY..CALLER HAS SINCE LEFT

P/2013-00013812    Location: BRIDGE ST / FRENCH ST                             Pol:              Fire:              Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE

Event No.          Date: 02/14/2013    Day: THU    Rcv: 17:34    Dsp: 17:35    Enr: 17:35    Arv: 17:38    Cmp: 17:44
                                                   MATOS, JAME
                   Call Code: PANHANDLING / BEGGING                                          Fire: 259    Jur: LW
                   Origin: TELEPHONE                Unit(1) C-308B   (2)    Cmp Code: PANHANDLING / BEGGING
                                                                    (3)                   (4)              (5)              (6)

                   Case #:                          Disposition: COMPLETED CALL
Event Narrative...MALE STOPPING CARS AT TRAFFIC LIGHT

P/2013-00014793    Location: 166 GORHAM ST JAY'S FOOD STORE                    Pol: 9    Fire: 232          Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE

Event No.          Date: 02/17/2013    Day: SUN    Rcv: 18:07    Dsp: 18:08    Enr: 18:08    Arv:         Cmp: 18:22
                                                   ROJAS, GUIL  GATTO, JASO  DAY, KRISTO
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE    Unit(1) C-309A  (2) C-309B  (3) O-330  (4)              (5)              (6)

                   Case # 2013-00002850             Disposition: ARREST MADE
Event Narrative...4 OR 5 PEOPLE OUTSIDE BOTHERING THE CUSTOMERS

P/2013-00014855    Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA               Pol: 7    Fire: 117          Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE

Event No.          Date: 02/17/2013    Day: SUN    Rcv: 22:21    Dsp: 22:25    Enr: 22:25    Arv:         Cmp: 22:35
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE    Unit(1) C-307B  (2) C-307A  (3)    Cmp Code: PANHANDLING / BEGGING
                                                                    (4)                   (5)              (6)



Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page   7

Event No.

Case #:
                                        FLORENCE, W WHALEN, TIM
Event Narrative...MALE IN PARKING LOT BEGGING FOR MONEY          Disposition: COMPLETE

Event No.
Date: 02/19/2013      Day: TUE      Rcv: 13:31      Dsp: 13:33      Enr: 13:33      Arv:            Cmp: 14:04
2013-00015304
Location: 181 PLAIN ST TARGET                                     Pol: 4      Fire: 454      Jur: LW
Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Unit(1) C-204  (2) C-210  (3)            (4)            (5)            (6)
                                       NOBREGA, MA  BOURRET, RA

Case #:                                Disposition: COMPLETE
Event Narrative... ON THE EXIT FROM THE CONNECTOR 2 MALES IN AND OUT OF TRAFFIC ASKING FOR MONEY

Event No.
Date: 02/20/2013      Day: WED      Rcv: 08:43      Dsp: 08:45      Enr: 08:45      Arv: 08:46      Cmp: 09:21
2013-00015550
Location: 148 CENTRAL ST BANK OF AMERICA                          Pol: 8      Fire: 27       Jur: LW
Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Unit(1) P-206  (2) C-209  (3)            (4)            (5)            (6)
                                       CAMARA, MIC  OTERO, DANI

Case #:                                Disposition: COMPLETE
Event Narrative...2 MALES IN ATM PANHANDLING

Event No.
Date: 02/20/2013      Day: WED      Rcv: 09:13      Dsp: 09:13      Enr: 09:13      Arv: 09:13      Cmp: 09:19
2013-00015558
Location: 97 CHURCH ST RADIO SHACK RETAIL STORE                   Pol: 3      Fire: 813      Jur: LW
Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED                 Unit(1) P-208  (2)         (3)            (4)            (5)            (6)
                                       GARNEAU, KE

Case #:                                Disposition: COMPLETE

Event No.
Date: 02/20/2013      Day: WED      Rcv: 20:11      Dsp: 20:12      Enr: 20:12      Arv:            Cmp: 20:18
2013-00015768
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                     Pol: 7      Fire: 117      Jur: LW
Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Unit(1) C-307A (2)         (3)            (4)            (5)            (6)
                                       KELLY, CHRI

Case #:                                Disposition: COMPLETE NO RRT
Event Narrative...MALE OUTSIDE HARASSING PEOPLE

Event No.
Date: 02/21/2013      Day: THU      Rcv: 13:48      Dsp: 13:53      Enr: 13:53      Arv:            Cmp: 14:01

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013 13:21
Page   8

---

P/2013-00015970   Location: WILDER ST / BROADWAY ST
                  Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING              Pol: 7      Fire: 33      Jur: LW
                  Origin: TELEPHONE
                                                    GEOFFROY, D
Event No.                                            Unit(1) C-207    (2)                      (3)                      (4)                    (5)                    (6)
P/2013-00016262   Date: 02/22/2013   Day: FRI   Rcv: 12:36   Dsp: 12:39   Enr: 12:39   Arv:            Cmp: 12:53
                  Disposition: NO CONTACT MADE

Case #:
Event Narrative...WHITE MALE , BLK JACKET , BLK PANTS BLK SHOES . TATOO ON HIS NECK ASKING FOR MONEY ..IF PEOPLE DONT GIVE
HIM MONEY HE IS YELLING AT PEOPLE

Event No.         Location: 456 BRIDGE ST
P/2013-00016262   Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                  Origin: TELEPHONE
                                                    CALLAHAN II
                                                     Unit(1) P-202    (2)                      (3)                      (4)                    (5)                    (6)
                  Date: 02/24/2013   Day: SUN   Rcv: 18:29   Dsp: 18:32   Enr: 18:32   Arv:            Cmp: 18:37
                  Disposition: COMPLETE NO RRT

Case #:
Event Narrative...WHITE MALE, LONG WHITE HAIR, BLK HAT, SUNGLASSES  AND BLK COAT BEGGING FOR MONEY

Event No.         Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
P/2013-00016905   Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING              Pol: 7      Fire: 117     Jur: LW
                  Origin: TELEPHONE
                                                    BYRNE, ERIN   MATOS, JAME
                                                     Unit(1) C-307A  (2) C-308B (3)                      (4)                    (5)                    (6)
                  Date: 02/26/2013   Day: TUE   Rcv: 13:04   Dsp: 13:09   Enr: 13:09   Arv: 13:13      Cmp: 13:20
                  Disposition: COMPLETED CALL

Case #:
Event Narrative...2 WHITE MALE - 1 WEARING A BLUE HAT, 1 A GREEN HAT BEGGING FOR $ IN LOT

Event No.         Location: 331 FLETCHER ST MARKET BASKET 2
P/2013-00017502   Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING              Pol: 7      Fire: 139     Jur: LW
                  Origin: TELEPHONE
                                                    PHAY, TONG   CAMARA, MIC
                                                     Unit(1) C-207    (2) C-208 (3)                      (4)                    (5)                    (6)
                  Date: 03/02/2013   Day: SAT   Rcv: 23:55   Dsp: 23:58   Enr: 23:58   Arv:            Cmp: 00:28
                  Disposition: GONE ON ARRIVAL

Case #:
Event Narrative...H/M AND H/F ASKING PEOPLE FOR $$ IN THE PARKING LOT... CALLER IS MANAGER AND STATED THERE 2 PEOPLE HAVE
BEEN DOING THIS FOR THE PAST FEW WEEKS AND ARE REFUSING TO LEAVE

Event No.         Location: 376 GORHAM ST
P/2013-00018992   Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING              Pol: 9      Fire: 215     Jur: LW

City of Lowell 69

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Incident Narrative...HISPANIC MALE BEGGING TO CUSTOMERS BLUE SWEATSHIERT

Incident No.
2013-00019843
Date: 03/05/2013   Day: TUE   Rcv: 20:16   Dsp: 20:18   Enr: 20:18   Arv: 20:24   Cmp: 20:29
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                    Pol: 7   Fire: 117   Jur: LW
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE       Unit(1) C-307A (2) C-307B (3)            (4)            (5)            (6)
                                KELLY, CHRI DAY, KRISTO
Case #:
Disposition: COMPLETED CALL

Incident Narrative...DAVID TORRES IN PARKING LOT BLK JACKET BUGGING CUSTOMERS

Origin: TELEPHONE

Unit(1) C-304 (2)                    (3)            (4)            (5)            (6)
DOKOS, NICH
Disposition: COMPLETE

Incident No.
2013-00020425
Date: 03/07/2013   Day: THU   Rcv: 16:38   Dsp: 16:39   Enr: 16:39   Arv:       Cmp: 16:54
Location: 186 APPLETON ST HAFFNERS SERVICE STATION INC Pol: 9   Fire: 24   Jur: LW
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE       Unit(1) C-309A (2)                    (3)            (4)            (5)            (6)
                                RAYNE, ROBE
Case #:
Disposition: COMPLETED CALL

Incident Narrative...2 WHITE MALES PANHANDLING AT HAFFNERS

Incident No.
2013-00021840
Date: 03/12/2013   Day: TUE   Rcv: 16:27   Dsp: 16:32   Enr: 16:32   Arv: 16:35   Cmp: 16:56
Location: 125 CHURCH ST                  Pol: 8   Fire: 261   Jur: LW
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE       Unit(1) C-309A (2) C-309B (3) ANIMAL (4)            (5)            (6)
                                RAYNE, ROBE BURD, JASON PICKARD, RO
Case #:
Disposition: COMPLETE NO RRT

Incident Narrative...FAMILY DOLLARS, FIVE HOMELESS PEOPLES OUTSIDE ASKING FOR MONEY

Incident No.
2013-00022419
Date: 03/14/2013   Day: THU   Rcv: 13:42   Dsp: 13:54   Enr: 13:54   Arv: 13:54   Cmp: 13:55
Location: 166 GORHAM ST JAY`S FOOD STORE                    Pol: 9   Fire: 232   Jur: LW
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE       Unit(1) C-204 (2) C-209 (3) P-208 (4)            (5)            (6)
                                NOBREGA, MA OTERO, DANI MATOS, JAME
Case #:
Disposition: GONE ON ARRIVAL

City of Lowell 70

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page   10

Event Narrative...GROUP OF PEOPLES OUTSIDE IN THE PARKING LOT PANHANDLING..................

Event No.
2013-00024714
Location: 970 GORHAM ST TEDESCHI'S
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #:
Date: 03/21/2013   Day: THU   Rcv: 20:01   Dsp: 20:04   Pol: 4   Enr: 20:04   Fire: 436   Arv:   Jur: LW   Cmp: 20:17
Unit(1) C-304   (2)   (3)   (4)   (5)   (6)
Disposition: COMPLETE NO RRT
FINN, WILLI

Event Narrative...BLACK MALE BEGGING FOR MONEY IN FRONT OF STORE HIS NAME IS WINSTON

Event No.
2013-00024982
Location: 1460 MIDDLESEX ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #:
Date: 03/22/2013   Day: FRI   Rcv: 16:40   Dsp: 16:49   Pol: 6   Enr: 16:49   Fire: 513   Arv:   Jur: LW   Cmp: 17:51
Unit(1) C-306   (2)   (3)   (4)   (5)   (6)
Disposition: COMPLETED CALL
CONROY, PHI

Event Narrative...CALLER SAYS THERE IS A GROUP OF HOMELESS PEOPLE BEGGING FOR MONEY

Event No.
2013-00025050
Location: 55 CHELMSFORD ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #:
Date: 03/22/2013   Day: FRI   Rcv: 20:37   Dsp: 20:40   Pol: 10   Enr: 20:40   Fire: 31   Arv:   Jur: LW   Cmp: 20:42
Unit(1) C-310A   (2)   (3)   (4)   (5)   (6)
Disposition: COMPLETED CALL
RIOS, LUIS

Event Narrative...SUSPCIOUS MALES AT THE RED BOX BEGGING FOR $

Event No.
2013-00025355
Location: 50 E MERRIMACK ST LOWELL MEMORIAL AUDITORIUM
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #:
Date: 03/23/2013   Day: SAT   Rcv: 20:37   Dsp: 20:41   Pol: 3   Enr: 20:41   Fire: 8   Arv: 20:43   Jur: LW   Cmp: 20:46
Unit(1) C-303   (2) C-309A   (3) C-308B   (4)   (5)   (6)
Disposition: COMPLETE
KELLY, JOSE   DOWER, MIND   GATTO, JASO

Event Narrative...C/S THAT OUT FRONTH THERE IS A TALL W/M WEARING A BALL CAP & A LITE COLORED SWEAT SHIRT ASKING FOR
MONEY.

Event No.                     Date: 03/29/2013   Day: FRI   Rcv: 16:26   Dsp: 16:45   Enr: 16:45   Arv:   Cmp: 17:06

City of Lowell 71

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  11

---

P/2013-00027155    Location: 11 WOOD ST MARKET BASKET 3
Event No.                Call Code: PANHANDLING / BEGGING              Pol: 9        Fire: 566        Jur: LW
P/2013-00027155    Origin: TELEPHONE                 Unit(1) C-306  (2) C-306 (3)                    (4)                (5)                (6)
Event Narrative...MALE IN A WHEELCHAIR PANHANDLING
Case #:                  Disposition: COMPLETE NO RPT
                         DAY, KRISTO   DAY, KRISTO

Event No.                Date: 04/01/2013   Day: MON   Rcv: 10:47   Dsp: 10:50   Enr: 10:50   Arv:            Cmp: 11:23
P/2013-00027956    Location: 1 GREEN ST                                                        Pol: 8        Fire: 28       Jur: LW
                         Call Code: PANHANDLING / BEGGING
Event Narrative...       Origin: TELEPHONE                 Unit(1) C-208  (2)       Cmp Code: PANHANDLING / BEGGING
                         MATOS, JAME                                        (3)               (4)               (5)               (6)
Case #:                  Disposition: COMPLETED CALL

Event No.                Date: 04/04/2013   Day: THU   Rcv: 20:48   Dsp: 20:49   Enr: 20:49   Arv: 20:50      Cmp: 20:52
P/2013-00029153    Location: 186 APPLETON ST HAFFNERS SERVICE STATION INC  Pol: 9   Fire: 24   Jur: LW
                         Call Code: PANHANDLING / BEGGING
Event Narrative...THERE IS AN OLDER MALE ON GREEN ST STEPPING IN AND OUT OF TRAFFIC ASKING FOR MONEY , GRY BEARD WEARING A
BOSTON BRUINS HAT        Origin: TELEPHONE                 Unit(1) C-309B (2)       Cmp Code: PANHANDLING / BEGGING
                         ROJAS, GUIL                                        (3)               (4)               (5)               (6)
Case #:                  Disposition: COMPLETED CALL

Event No.                Date: 04/06/2013   Day: SAT   Rcv: 17:25   Dsp: 17:33   Enr: 17:33   Arv:            Cmp: 17:47
P/2013-00029736    Location: BRANCH ST / DOVER ST                                              Pol: 10       Fire: 315      Jur: LW
                         Call Code: PANHANDLING / BEGGING
Event Narrative...TALL BLACK MALE WEARING A CAMO TOP.   Origin: TELEPHONE   Unit(1) C-310A (2)   Cmp Code: PANHANDLING / BEGGING
                         MOORE, JERO                                        (3)               (4)               (5)               (6)
Case #:                  Disposition: GONE ON ARRIVAL

Event No.                Date: 04/09/2013   Day: TUE   Rcv: 07:38   Dsp: 07:41   Enr: 07:41   Arv: 07:46      Cmp: 07:50
P/2013-00030531    Location: 700 AIKEN ST TOP DONUT                                            Pol: 2        Fire: 729      Jur: LW
                         Call Code: PANHANDLING / BEGGING
Event Narrative...OUTSIDE ASIAN REST...HEAVY SET ASIN FEMALE...GREY JACKET..BLACK PANTS..HARASSING CUSTOMERS
                         Origin: TELEPHONE                 Unit(1) C-111  (2)       Cmp Code: PANHANDLING / BEGGING
                                                                            (3)               (4)               (5)               (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Event Narrative...HOMELESS MAN PANHANDLING

Case #:                                KELLEHER, P
                                       Disposition: COMPLETE

Date: 04/10/2013    Day: WED    Rcv: 16:18    Dsp: 16:20    Enr: 16:20    Arv:        Cmp: 16:25
Location: 220 APPLETON ST TEDESCHI'S                        Pol: 9       Fire: 218   Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-309A (2)         (3)          (4)          (5)          (6)
                                 DOWER, MIND

Case #:
                                       Disposition: COMPLETE
Event Narrative...2 MEN ASKING CUSTOMERS FOR MONEY OUT FRONT HAVE BEEN ASKED TO LEAVE AND WILL NOT

Event No.
2013-00031052

Date: 04/11/2013    Day: THU    Rcv: 17:03    Dsp: 17:11    Enr: 17:11    Arv:        Cmp: 17:19
Location: 186 APPLETON ST HAFNERS SERVICE STATION INC Pol: 9    Fire: 24    Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-309A (2) C-309B (3)         (4)          (5)          (6)
                                 GATTO, JASO MERCADO, JA

Case #:
                                       Disposition: COMPLETE
Event Narrative...OUTSIDE, W/M WEARING A BLUE SWEATSHIRT & CARRYING A CHRISTMAS TREE BAG.

Event No.
2013-00031424

Date: 04/12/2013    Day: FRI    Rcv: 11:42    Dsp: 11:44    Enr: 11:44    Arv:        Cmp: 12:02
Location: 177 CHURCH ST AUTO ZONE                          Pol: 8       Fire: 261   Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-209 (2)         (3)          (4)          (5)          (6)
                                 NOBREGA, MA

Case #:
                                       Disposition: NO CONTACT MADE
Event Narrative...UNWANTED MALE IN THE PARKING LOT ASKING PEOPLE FOR MONEY  MALE IS WALKING TOWARD RITE AID .. HE WILL BE
IN A MAROON DURANGO HE IS SECURITY AND HE HAS ASKED THIS MALE TO LEAVE .

Event No.
2013-00031653

Date: 04/16/2013    Day: TUE    Rcv: 12:10    Dsp: 12:13    Enr: 12:13    Arv: 12:17    Cmp: 12:22
Location: 11 WOOD ST                                       Pol: 6       Fire: 566   Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-206 (2)         (3)          (4)          (5)          (6)
                                 TETREAULT S

Case #:
                                       Disposition: COMPLETE

Event No.
2013-00032814

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  13

Event Narrative...H/M IN A WHEEL CHAIR BEGGING FOR MONEY, INTIMIDATING WOMEN TO GET MONEY

Event No.
2013-00032913
Date: 04/16/2013   Day: TUE   Rcv: 18:46   Dsp: 18:50   Pol: 7   Enr: 18:50   Arv:   Fire: 139   Cmp: 19:09   Jur: LW
Location: 331 FLETCHER ST MARKET BASKET 2
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
        Unit(1) C-308A (2) C-308B (3)                                   (4)          (5)          (6)
Case #:                                     COLLINS, CH  PURCELL, BR
                                            Disposition: COMPLETE NO RRT

Event Narrative...2 MALES HISPANIC BEGGING FOR MONEY FROM CUSTOMERS ONE WEARING A BLUE VEST

Event No.
2013-00032921
Date: 04/16/2013   Day: TUE   Rcv: 19:14   Dsp: 19:16   Pol: 7   Enr: 19:16   Arv:   Fire: 117   Cmp: 19:37   Jur: LW
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
        Unit(1) C-307A (2) C-330 (3) C-306 (4)                                       (5)          (6)
Case #: 2013-00006358                       KELLY, CHRI  BUTH, SOBON DAY, KRISTO
                                            Disposition: ARREST MADE

Event Narrative...JAMIE SILVA IS BEGGING OUTSIDE

Event No.
2013-00033257
Date: 04/17/2013   Day: WED   Rcv: 20:27   Dsp: 20:46   Pol:   Enr: 20:46   Arv: 20:46   Fire:   Cmp: 20:54   Jur: LW
Location: 121 CHURCH ST RITE AID PHARMACY
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
        Unit(1) C-309A (2) C-309B (3)                                   (4)          (5)          (6)
Case #:                                     GATTO, JASO  NGUYEN, ALE
                                            Disposition: COMPLETE NO RRT

Event Narrative...PEOPLE OUT FRONT PANHANDLING MAKING PEOPLE UNCOMFORTABLE

Event No.
2013-00033279
Date: 04/17/2013   Day: WED   Rcv: 21:57   Dsp: 22:00   Pol: 7   Enr: 22:00   Arv:   Fire: 117   Cmp: 22:03   Jur: LW
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
        Unit(1) C-307A (2)                  (3)          (4)          (5)          (6)
Case #:                                     WHALEN, TIM
                                            Disposition: GONE ON ARRIVAL

Event Narrative...C/S PEOPLE BEHIND PIZZA PLACE BUMMING MONEY OFF CUSTOMERS

Event No.
P/2013-00033557
Date: 04/18/2013   Day: THU   Rcv: 19:11   Dsp: 19:13   Pol: 3   Enr: 19:13   Arv: 19:17   Fire: 262   Cmp: 20:20   Jur: LW
Location: 55 CHURCH ST FAMILY DOLLAR

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-303  (2) C-308B (3)                                    (4)                (5)              (6)
                                     Cmp Code: PANHANDLING / BEGGING

Case #:
                                     Disposition: COMPLETE NO RRT
Event Narrative...2 WM'S ONE WITH WHIT TSHIRT AND KAKI PANTS AND OTHER HAS DRK JACKET ON
                                     FLORENCE, W  COLLINS, CH

Event No.          Date: 04/19/2013  Day: FRI   Rcv: 11:55   Dsp: 12:05   Enr: 12:05   Arv:        Cmp: 12:09
2013-00033738      Location: 331 FLETCHER ST MARKET BASKET 2                              Pol: 7    Fire: 139   Jur: LW
Call Code: PANHANDLING / BEGGING     Unit(1) C-207  (2)                 (3)                (4)                (5)              (6)
Origin: TELEPHONE                    Cmp Code: PANHANDLING / BEGGING
                                     QUIGLEY, DA

Case #:
                                     Disposition: COMPLETE
Event Narrative...SPANISH MALE IN PARKING LOT ASKING FOR MONEY

Event No.          Date: 04/21/2013  Day: SUN   Rcv: 09:28   Dsp: 09:37   Enr: 09:37   Arv:        Cmp: 09:52
2013-00034248      Location: 560 BRIDGE ST DUNKIN DONUTS BRIDGE ST                        Pol: 2    Fire: 61    Jur: LW
Call Code: PANHANDLING / BEGGING     Unit(1) C-202  (2) C-211  (3)              (4)                (5)              (6)
Origin: TELEPHONE                    Cmp Code: PANHANDLING / BEGGING
                                     HANSON, CHR  CALLAHAN II

Case #:
                                     Disposition: COMPLETE NO RRT
Event Narrative...THEY HAVE A HOMELESS MAN ASKING CUSTOMERS FOR MONEY WILL NOT LEAVE

Event No.          Date: 04/26/2013  Day: FRI   Rcv: 13:49   Dsp: 13:52   Enr: 13:52   Arv:        Cmp: 13:56
P/2013-00035840    Location: 13 MERRIMACK ST KENNEDY'S BUTTER & EGG STORE                 Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING     Unit(1) P-207  (2) C-208  (3)              (4)                (5)              (6)
Origin: TELEPHONE                    Cmp Code: PANHANDLING / BEGGING
                                     SMITH, CHRI  MATOS, JAME

Case #:
                                     Disposition: COMPLETED CALL
Event Narrative...GROUP OUTSIDE HARASSING PEOPLE FOR MONEY AS THE WALK BY....

Event No.          Date: 04/26/2013  Day: FRI   Rcv: 18:18   Dsp: 18:22   Enr: 18:22   Arv:        Cmp: 18:46
2013-00035928      Location: MERRIMACK ST / PRESCOTT ST                                   Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING     Unit(1) C-308A (2) C-308A (3)              (4)                (5)              (6)
Origin: TELEPHONE                    Cmp Code: PANHANDLING / BEGGING
                                     MERCADO, JA  WEBB, EVERT

Case #:
                                     Disposition: RELEASED CALL

City of Lowell 75

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21
Page   15

Event Narrative...MALE IN A JEAN JACKET ASKING PEOPLE FOR MONEY

Event No.
2013-00035942   Date: 04/26/2013   Day: FRI   Rcv: 19:23   Dsp: 19:59   Enr: 19:59   Arv:   Cmp: 20:03
Location: 54 PLAIN ST WALGREENS   Pol: 10   Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-310A (2)   (3)   (4)   (5)   (6)
Case #:   RIOS, LUIS
Disposition: COMPLETE

Event No.
2013-00036200   Date: 04/27/2013   Day: SAT   Rcv: 16:05   Dsp: 16:15   Enr: 16:15   Arv: 16:18   Cmp: 16:25
Location: 13 MERRIMACK ST KENNEDY'S BUTTER & EGG STORE Pol: 8   Fire: 26   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-309A (2)   (3)   (4)   (5)   (6)
Case #:   DOWER, MIND
Disposition: COMPLETE

Event Narrative...MALE GREEN BIKE BLACK AND YELLOW JACKET WHITE SUNGLASSES AND SWEATPANTS...ASKING PEOPLE FOR MONEY SINCE
10AM

Event No.
2013-00036555   Date: 04/28/2013   Day: SUN   Rcv: 20:42   Dsp: 20:46   Enr: 20:46   Arv:   Cmp: 20:51
Location: 777 ROGERS ST   Pol: 3   Fire: 816   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: 911   Unit(1) C-303 (2) C-309B (3)   (4)   (5)   (6)
Case #:   LEAVITT, RI GATTO, JASO
Disposition: COMPLETE

Event Narrative...PEOPLE OUTSIDE ASKING FOR MONEY

Event No.
2013-00037261   Date: 05/01/2013   Day: WED   Rcv: 00:57   Dsp: 01:01   Enr: 01:01   Arv: 01:02   Cmp: 01:08
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST   Pol: 1   Fire: 61   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-102 (2) C-111 (3)   (4)   (5)   (6)
Case #:   SAR, RASMEY CZARNIONKA,
Disposition: COMPLETE

Event Narrative...2 W/M'S OUT FRONT HARASSING PEOPLE FOR MONEY. BOTH ARE WEARING SHORTS, TEE SHIRTS & BASEBALL CAPS.

Event No.
   Date: 05/01/2013   Day: WED   Rcv: 18:16   Dsp: 18:21   Enr: 18:21   Arv:   Cmp: 18:30
Case #:
Event Narrative...DK SKINNED.....BLK SHIRT..JEANS..IN PARKING LOT...REFUSES TO LEAVE

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21
Page   16

P/2013-00037551    Location: 653 BRIDGE ST
Call Code: PANHANDLING / BEGGING                                          Pol: 2        Fire: 69        Jur: LW
Origin: TELEPHONE                          Unit(1) C-302B (2)              (3)           (4)            (5)           (6)

Case #:
Event Narrative...   2 MALES OUTFRONT ASKING PEOPLE FOR MONEY... OWNER AT SIMON'S WOULD LIKE THEM REMOVED.
                     MOORE, JERO
                     Disposition: COMPLETE NO RRT

P/2013-00037555    Date: 05/01/2013    Day: WED    Rcv: 18:28    Dsp: 18:29    Enr: 18:29    Arv:           Cmp: 18:41
Location: 590 ROGERS ST SIMONS CONVENIENCE
Call Code: PANHANDLING / BEGGING                                          Pol: 3        Fire: 816       Jur: LW
Origin: TELEPHONE                          Unit(1) C-303 (2)              (3)           (4)            (5)           (6)
                     MERRILL, JA

Case #:
Event Narrative...   2 MALES ASKING PEOPLE FOR MONEY
                     Disposition: GONE ON ARRIVAL

P/2013-00037848    Date: 05/02/2013    Day: THU    Rcv: 17:23    Dsp: 17:26    Enr: 17:26    Arv: 17:35    Cmp: 17:36
Location: PLAIN ST / CHELMSFORD ST
Call Code: PANHANDLING / BEGGING                                          Pol: 10       Fire: 417       Jur: LW
Origin: TELEPHONE              Unit(1) C-310B (2) C-305 (3) C-310A (4)     (5)           (6)
                     MERRILL, SC    BURD, JASON RIOS, LUIS

Case #:
Event Narrative... WHITE MALE, GLASSES, GRAY HOODED SWEATSHIRT- IN INTERSECTION.PER CAPTAIN RICHARDSON HE IS   AN AGGRESSIVE
                     PANHANDLER
                     Disposition: COMPLETE NO RRT

P/2013-00038134    Date: 05/03/2013    Day: FRI    Rcv: 15:21    Dsp: 15:26    Enr: 15:26    Arv:           Cmp: 15:56
Location: 1 LOWELL CONNECTOR OFFRAMP
Call Code: PANHANDLING / BEGGING                                          Pol:          Fire:           Jur: LW
Origin: TELEPHONE                          Unit(1) C-204 (2)              (3)           (4)            (5)           (6)
                     LAMARCHE, D

Case #:
Event Narrative... PLAIN ST.  EXIT.  ELDERLY MALE STEPPING IN FRONT OF CARS BEGGING FOR CHANGE, ALMOST CAUSED AN ACCIDENT
                     Disposition: COMPLETE

P/2013-0003846 5    Date: 05/04/2013    Day: SAT    Rcv: 15:52    Dsp: 15:57    Enr: 15:57    Arv: 15:57    Cmp: 16:06
Location: 120 PLAIN ST
Call Code: PANHANDLING / BEGGING                                          Pol: 5        Fire: 445       Jur: LW
Origin: TELEPHONE                          Unit(1) C-204 (2)              (3)           (4)            (5)           (6)

City of Lowell 77

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013 13:21
Page 17

Event Narrative...AT THE BASE OF THE OFF RAMP OF THE PLAIN ST EXIT (LOWELL, CONN) THERE IS A BLK MALE WITH A PAPER CUP, SHOVED IT IN THE RP'S FACE BEGGING FOR MONEY, SHE AKED IF SHE COULD PUNCH HIM IN THE FACE, I ADVISED AGAINST IT, AND TOLD HER WE WOULD MOVE HIM ALONG

Event No.
Case #:                     LAMARCHE, D
2013-00038477    Date: 05/04/2013   Day: SAT    Rcv: 16:37   Dsp: 16:50   Enr: 16:50   Arv:        Cmp: 16:55
Disposition: COMPLETE NO RRT
Location: 121 CHURCH ST RITE AID PHARMACY                                                          Pol:        Fire:        Jur: LW
Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-309A (2)              (3)           (4)              (5)              (6)
                                    ROJAS, GUIL

Event No.
Case #:
2013-00038530    Date: 05/04/2013   Day: SAT    Rcv: 20:29   Dsp: 20:52   Enr: 20:52   Arv:        Cmp: 21:00
Event Narrative...WHITE MALE, RED SHIRT, BLUE JEANS. OUT IN FRONT OF STORE PANHANDLING AND BEING DISRUPTIVE
Disposition: GONE ON ARRIVAL
Location: 166 GORHAM ST                                                                            Pol: 9     Fire: 232    Jur: LW
Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-308A (2) C-308B (3)        (4)           (5)              (6)
                                    COLLINS, CH  GATTO, JASO

Event No.
Case #:
2013-00039503    Date: 05/07/2013   Day: TUE    Rcv: 21:20   Dsp: 21:36   Enr: 21:36   Arv: 21:38   Cmp: 21:45
Event Narrative...2 WHITE MALES (1 NAMED TONY) OUTSIDE BEGGING CUSTOMERS FOR $
Disposition: GONE ON ARRIVAL
Location: 2 DOVER ST L & S LIQUOR                                                                  Pol: 9     Fire: 314    Jur: LW
Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-310A (2)              (3)           (4)              (5)              (6)
                                    RIOS, LUIS

Event No.
Case #:
2013-00039775    Date: 05/08/2013   Day: WED    Rcv: 16:53   Dsp: 17:05   Enr: 17:05   Arv:        Cmp: 17:15
Event Narrative...CALLER THINKS ITS A MALE OUTSIDE, MAYBE INDIAN.
Disposition: COMPLETE NO RRT
Location: 6 LAUREL ST STORE 38                                                                     Pol: 9     Fire: 8143   Jur: LW
Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-303 (2)              (3)           (4)              (5)              (6)
                                    NGUYEN, ALE
Case #:
Disposition: GONE ON ARRIVAL

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Event No.
2013-00040027
Date: 05/09/2013     Day: THU     Rcv: 14:43     Dsp: 15:08     Enr: 15:08     Arv:          Cmp: 15:13
Location: 140 E MERRIMACK ST IMMACULATE CONCEPTION CHU Pol: 3     Fire: 8     Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-202  (2)               (3)               (4)               (5)               (6)
                                HANSON, CHR
Case #:                         Disposition: NO CONTACT MADE
Event Narrative...WHITE MALE IN HIS 20'S BEGGING FOR MONEY TO CUSTOMERS

Event No.
2013-00040670
Date: 05/11/2013     Day: SAT     Rcv: 15:14     Dsp: 15:17     Enr: 15:17     Arv: 15:21     Cmp: 15:22
Location: PLAIN ST / OFF RAMP                                    Pol:          Fire:          Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-204  (2)               (3)               (4)               (5)               (6)
                                GARNEAU, KE
Case #:                         Disposition: COMPLETED CALL
Event Narrative...W/M, GRY SHIRT, POSSIBLY WEARING JEANS...STOPPING CARS ASKING FOR MONEY... TATTOO OF A TEAR DROP..
SHORT DK BRO HAIR, ...PARKING LOT

Event No.
2013-00040700
Date: 05/11/2013     Day: SAT     Rcv: 17:12     Dsp: 17:13     Enr: 17:13     Arv: 17:18     Cmp: 17:36
Location: PLAIN ST / TANNER ST                                   Pol: 4     Fire: 454     Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-304  (2) C-310B (3) C-305  (4)               (5)               (6)
                                MERCADO, JA  VALLIANT, P  BURD, JASON
Case #:                         Disposition: RELEASED CALL
Event Narrative...BLACK MALE WITH A KANE ASKING FOR MONEY. PLAIN ST BY THE OFF RAMP FROM PLAIN ST.

Event No.
2013-00041380
Date: 05/13/2013     Day: MON     Rcv: 18:41     Dsp: 18:45     Enr: 18:45     Arv:          Cmp: 18:54
Location: 1235 BRIDGE ST                                         Pol:          Fire: 658     Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-302B (2) RESP6  (3)               (4)               (5)               (6)
                                LANGLOIS, M  PAPPACONSTA
Case #:                         Disposition: COMPLETE NO RRT
Event Narrative..2 WHITE MALES AT BOTTOM OF CONNECTOR RAMP BOTHERING MOTORISTS FOR MONEY AS THEY WAIT IN TRAFFIC ON RAMP

Event No.
Date: 05/16/2013     Day: THU     Rcv: 17:21     Dsp: 17:23     Enr: 17:23     Arv:          Cmp: 17:24
Event Narrative..2 WHITE FEMALES IN THE LOT BEGGING FOR $ - #1) W/F, BLK SWEATSHIRT, PONYTAIL #2 - SHORT BOB HAIRCUT

City of Lowell 79

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

P/2013-00042374    Location: FLETCHER ST / DUTTON ST
Call Code: PANHANDLING / BEGGING                          Pol: 7        Fire: 15         Jur: LW
Origin: TELEPHONE                    Unit(1) C-307B (2)          (3)           (4)            (5)            (6)

Case #:                              Disposition: GONE ON ARRIVAL
Event Narrative...BLACK MALE AT CORNER STOPPING CARS FOR MONEY

P/2013-00042379    Date: 05/16/2013   Day: THU   Rcv: 17:41   Dsp: 17:44                    Arv:            Cmp: 17:53
Location: 55 CHELMSFORD ST 7-11                  WHALEN, TIM     Pol: 10       Fire: 31        Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) P-315   (2)         (3)           (4)            (5)            (6)

Case #:                              Disposition: COMPLETE NO RRT
Event Narrative...CLERK CALLED ALARM COMPANY FOR POLICE TO MOVE ALONG TEH PANHANDLERS IN LOT

P/2013-00042948    Date: 05/18/2013   Day: SAT   Rcv: 14:13   Dsp: 14:16   Enr: 14:16      Arv: 14:30       Cmp: 14:30
Location: LOWELL CONNECTOR INBOUND / PLAIN ST EXIT               Pol:          Fire:          Jur: LW
Call Code: PANHANDLING / BEGGING                 MERRILL, JA
Origin: TELEPHONE                    Unit(1) C-204   (2)         (3)           (4)            (5)            (6)
                                             RAMOS, ALEX
Case #:                              Disposition: COMPLETED CALL
Event Narrative...TWO MALE ASKING FOR MONEY, BOTTOM OF THE CONNECTOR BY TARGET.

P/2013-00043238    Date: 05/19/2013   Day: SUN   Rcv: 13:38   Dsp: 13:52   Enr: 13:52      Arv:             Cmp: 13:59
Location: LENOX ST / S WHIPPLE ST                                Pol: 4        Fire: 46        Jur: LW
Call Code: PANHANDLING / BEGGING                 CAMARA, MIC
Origin: TELEPHONE                    Unit(1) C-208   (2)         (3)           (4)            (5)            (6)

Case #:                              Disposition: COMPLETE NO RRT
Event Narrative...UNDESIREABLES ASKING PEOPLE FOR MONEY, THEY NEED TO BE REMOVED FROM THE PROPERTY

P/2013-00043248    Date: 05/19/2013   Day: SUN   Rcv: 14:23   Dsp: 14:28   Enr: 14:28      Arv: 14:30       Cmp: 14:40
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                    Pol: 7        Fire: 117       Jur: LW
Call Code: PANHANDLING / BEGGING                 QUIGLEY, DA
Origin: TELEPHONE                    Unit(1) C-207   (2)         (3)           (4)            (5)            (6)

City of Lowell 80

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  20

Case #:
Event Narrative...JAMIE SILVA IS AT THE FRONT OF THE BUSINESS BEGGING CUSTOMERS FOR MONEY

Event No.
2013-00043299    Date: 05/19/2013    Day: SUN    Rcv: 18:14    Dsp: 18:17    Pol: 2    Enr: 18:17    Fire: 61    Arr:    Cmp: 18:27
Location: 438 BRIDGE ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                            Unit(1) C-302A (2) C-302B (3)                (4)                (5)                (6)
                                                            QUIGLEY, DA  LANGLOIS, M
                                                            Disposition: COMPLETE NO RRT

Case #:
Event Narrative...FOXY NAILS--EMPLOYEE SAYS WHITE MALE BOTHERING CUSTOMERS AS THEY COME IN AND OUT

Event No.
2013-00043314    Date: 05/19/2013    Day: SUN    Rcv: 19:13    Dsp: 19:16    Pol: 8    Enr: 19:16    Fire: 26    Arr: 19:16    Cmp: 19:51
Location: 13 MERRIMACK ST
Call Code: PANHANDLING / BEGGING
Origin: 911                                                 Unit(1) C-308A (2) C-308B (3)                (4)                (5)                (6)
                                                            WEBB, EVERT  LORENZI, JO
                                                            Disposition: COMPLETE

Case #:
Event Narrative...IN THE AREA OF...WHITE MALE BLUE JEAN JACKET ASKING PEOPLE FOR MONEY IN THE STREET

Event No.
2013-00043693    Date: 05/20/2013    Day: MON    Rcv: 21:15    Dsp: 21:22    Pol: 9    Enr: 21:22    Fire: 232    Arr: 21:26    Cmp: 21:26
Location: 166 GORHAM ST JAY'S FOOD STORE
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                           Unit(1) C-309B (2)                (3)                (4)                (5)                (6)
                                                            DOKOS, NICH
                                                            Disposition: COMPLETE NO RRT

Case #:
Event Narrative...2 PEOPLE OUTFRONT BUGGING CUSTOMERS FOR $ - NO DESCRIPTION

Event No.
2013-00044013    Date: 05/21/2013    Day: TUE    Rcv: 18:25    Dsp: 18:28    Pol: 10    Enr: 18:28    Fire: 37    Arr:    Cmp: 18:31
Location: 37 BRANCH ST ANGKOR MARKET
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                           Unit(1) C-310B (2) C-310A (3)                (4)                (5)                (6)
                                                            VALLIANT, P RIOS, LUIS
                                                            Disposition: COMPLETED CALL

Case #:
Event Narrative...NUMEROUS MALES OUT FRONT PANHANDLING. CALLER CLAIMS IT HAS BEEN ONGOING FOR WHILE NOW

Event No.                Date: 05/24/2013    Day: FRI    Rcv: 16:40    Dsp: 16:46    Enr: 16:46    Arr:    Cmp: 16:52

Jur: LW
Jur: LW
Jur: LW
Jur: LW

City of Lowell 81

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2013 00:00 to 11/30/2013 23:59

P/2013-00044974    Location: 0 CONNECTOR OFFRAMP
                   Call Code: PANHANDLING / BEGGING                              Pol:                        Fire:                    Jur: LW
                   Origin: TELEPHONE                    Unit(1) C-304  (2) C-305  (3)                (4)                (5)                (6)
                   Case #:                              Disposition: COMPLETE NO RRT
Event Narrative...HOMELESS MALES BEGGING AT PLAIN ST OFFRAMP
                                                        MERCADO, JA   BURD, JASON

P/2013-00046155    Date: 05/28/2013  Day: TUE  Rcv: 12:23  Dsp: 12:23  Enr: 12:23  Arv: 12:23  Cmp: 13:10
                   Location: 336 BRIDGE ST
                   Call Code: PANHANDLING / BEGGING                              Pol:                        Fire:                    Jur: LW
                   Origin: TELEPHONE                    Unit(1) P-202  (2)                (3)                (4)                (5)                (6)
                   Case #:                              Disposition: COMPLETED CALL
Event Narrative...PANHANDLING
                                                        HALLORAN, J

P/2013-00046226    Date: 05/28/2013  Day: TUE  Rcv: 16:36  Dsp: 16:37  Enr: 16:37  Arv:          Cmp: 16:40
                   Location: THORNDIKE ST / APPLETON ST
                   Call Code: PANHANDLING / BEGGING                              Pol:                        Fire:                    Jur: LW
                   Origin: TELEPHONE                    Unit(1) C-305  (2)                (3)                (4)                (5)                (6)
                   Case #:                              Disposition: NO CONTACT MADE
Event Narrative...ON THE OVERPASS
                                                        COMTOIS, JO

P/2013-00046592    Date: 05/29/2013  Day: WED  Rcv: 15:59  Dsp: 16:31  Enr: 16:31  Arv: 16:34  Cmp: 16:40
                   Location: 245 CENTRAL ST CAPPY'S COPPER KETTLE
                   Call Code: PANHANDLING / BEGGING                              Pol: 8                      Fire: 265                Jur: LW
                   Origin: TELEPHONE                    Unit(1) C-309B  (2)                (3)                (4)                (5)                (6)
                   Case #:                              Disposition: COMPLETE NO RRT
Event Narrative...WHITE MALE IN HIS 30'S -- BLK JEANS, TAN SHIRT IN THE MEDIAN STRIP ASKING CARS FOR MONEY
                                                        ROJAS, GUIL

P/2013-00046939    Date: 05/30/2013  Day: THU  Rcv: 12:09  Dsp: 12:09  Enr: 12:09  Arv: 12:09  Cmp: 12:11
                   Location: VFW HWY / AIKEN ST
                   Call Code: PANHANDLING / BEGGING                              Pol: 11                     Fire: 729                Jur: LW
                   Origin: OFCR INITIATED                Unit(1) C-211  (2)                (3)                (4)                (5)                (6)
                                                        HYDE, ERIC

City of Lowell 82

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Case #:                                     Disposition: COMPLETED CALL

Event No.
2013-00047406
Date: 05/31/2013    Day: FRI    Rcv: 16:28    Dsp:              Enr:              Arv:              Cmp: 17:04
Location: 21 BRANCH ST YUMMY EXPRESS                            Pol: 10    Fire: 37    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1)    (2)    (3)    (4)    (5)    (6)

Case #:                                     Disposition: RELEASED CALL
Event Narrative...TWO MEN, TALL WHITE MALE BEGGING FOR MONEY, VERY AGGRESSIVE..    RP WANTS THEM GONE!!!!!!
IF WE NEED TO WE CAN SEE HER INSIDE YUMMY EXPRESS

Event No.
2013-00047751
Date: 06/01/2013    Day: SAT    Rcv: 13:53    Dsp: 13:54    Enr: 13:54    Arv: 14:04    Cmp: 14:04
Location: 0 LORD OVERPASS                                       Pol: 7    Fire: 18    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-210    (2)    (3)    (4)    (5)    (6)
                     BELAND, STE

Case #:                                     Disposition: COMPLETED CALL
Event Narrative...NEAR THE THORNDIKE ST OFF RAMP

Event No.
2013-00047773
Date: 06/01/2013    Day: SAT    Rcv: 15:46    Dsp: 15:46    Enr: 15:46    Arv: 15:46    Cmp: 15:48
Location: BRANCH ST / MIDDLESEX ST                             Pol: 10    Fire: 318    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-210    (2)    (3)    (4)    (5)    (6)
                     BELAND, STE

Case #:                                     Disposition: COMPLETE NO RRT
Event Narrative...PANHANDLER AT THE PALIN MARKET

Event No.
2013-00047849
Date: 06/01/2013    Day: SAT    Rcv: 20:42    Dsp: 20:47    Enr: 20:47    Arv: 20:53    Cmp: 20:54
Location: 777 ROGERS ST HANNAFORDS SUPER MARKET                Pol: 3    Fire: 816    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-303    (2) C-309B (3)    (4)    (5)    (6)
                     DRAKOULAKOS    DOKOS, NICH
                     Disposition: GONE ON ARRIVAL

Case #:
Event Narrative...C/S 2 WHITE YOUNER MALES IN THEIR 20'S ARE ASKING PEOPLE IF THEY ARE USING CASH IN STORE IF SO CAN THEY
USE THEIR EBT CARDS IN EXCHANGE FOR THE CASH...NO DESCRIPTION JUST THAT ONE IS WEARING A BASEBALL

City of Lowell 83

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21

Page   23

CAP..CALLER HAS SINCE LEFT

Event No.
2013-00048968
Date: 06/05/2013   Day: WED   Rcv: 00:21   Dsp: 00:24   Enr: 00:24   Arv: 00:25   Cmp: 00:32
Location: 378 GORHAM ST EXTRAMART                                    Pol: 9   Fire: 215   Jur: LW
Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-109   (2) C-103   (3)                (4)        (5)        (6)
                                    DEMAIO, JAM   SUONG, CHAS
Case #:                      Disposition: COMPLETE NO RRT
Event Narrative...SEE CLERK..HAS 2 PEOPLE ASKING FOR MONEY

Event No.
2013-00050272
Date: 06/08/2013   Day: SAT   Rcv: 17:43   Dsp: 17:46   Enr: 17:46   Arv: 17:59   Cmp: 17:59
Location: 54 PLAIN ST WALGREENS                                      Pol: 10   Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-310B   (2)          (3)                (4)        (5)        (6)
                                    DAY, KRISTO
Case #:                      Disposition: GONE ON ARRIVAL
Event Narrative...C/S A WHITE MALE BALD,   BLUE JEANS GRAY LONG SLEEVE ON BOTHERING CUSTOMERS FOR MONEY AND WAS ASKED TO
LEAVE AND HAS NOT

Event No.
2013-00051297
Date: 06/11/2013   Day: TUE   Rcv: 20:44   Dsp: 20:46   Enr: 20:46   Arv:        Cmp: 20:52
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                        Pol: 7   Fire: 117   Jur: LW
Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-307A   (2) C-307B   (3)                (4)        (5)        (6)
                                    QUINONES, M   DOWER, MIND
Case #:                      Disposition: COMPLETE
Event Narrative...FEMALE IN PARKING LOT IN BLACK JACKET

Event No.
2013-00051861
Date: 06/13/2013   Day: THU   Rcv: 11:46   Dsp: 11:48   Enr: 11:48   Arv:        Cmp: 11:55
Location: 37 LEE ST ST JOSEPH'S SHRINE                               Pol: 8   Fire: 2112   Jur: LW
Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) P-207   (2)          (3)                (4)        (5)        (6)
                                    MATOS, JAME
Case #:                      Disposition: COMPLETE
Event Narrative...WHITE MALE..GREY HAIR...JEANS AND A GREEN SHIRT ....SHE HAS BEEN WORKING WITH DET FIGUEROA REGARDING
HIM HAR PEOPLE IN THE PAST ...SHE WOULD LIKE HIM ARRESTED

City of Lowell 84

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  24

Event No.
P/2013-00051898
 Date: 06/13/2013 Day: THU Rcv: 15:00 Dsp: 15:03 Enr: 15:03 Arv: Cmp: 15:07
 Location: 700 AIKEN ST TOP DONUT Pol: 2 Fire: 729 Jur: LW
 Call Code: PANHANDLING / BEGGING Cmp Code: PANHANDLING / BEGGING
 Origin: TELEPHONE Unit(1) C-202 (2) (3) (4) (5) (6)
  CALLAHAN II
 Case #: Disposition: COMPLETE NO RRT
Event Narrative...WHITE MALE,  5'5 HT, RED SHIRT, SALT AND PEPPER HAIR, HARASSING THE CUSTOMER. HE IS OUTSIDE AT THIS
TIME. THE WORKER WANT HIM OFF THE PROPERTY.

Event No.
P/2013-00052545
 Date: 06/15/2013 Day: SAT Rcv: 12:57 Dsp: 13:04 Enr: 13:04 Arv: Cmp: 13:09
 Location: 11 KEARNEY SQ Pol: 8 Fire: 26 Jur: LW
 Call Code: PANHANDLING / BEGGING Cmp Code: PANHANDLING / BEGGING
 Origin: 911 Unit(1) P-207 (2) C-208 (3) (4) (5) (6)
  TETREAULT J RIVERA JR.,
 Case #: Disposition: NO CONTACT MADE
Event Narrative...CAFE....OWNER SAID MEN PAN HANDLING AND LEAVING BEER BOTTLES..WHITE MALE WITH A DEFORMITY TO HIS FACE

Event No.
P/2013-00052231
 Date: 06/17/2013 Day: MON Rcv: 13:28 Dsp: 13:31 Enr: 13:31 Arv: Cmp: 13:32
 Location: 11 KEARNEY SQ Pol: 8 Fire: 26 Jur: LW
 Call Code: PANHANDLING / BEGGING Cmp Code: PANHANDLING / BEGGING
 Origin: TELEPHONE Unit(1) C-208 (2) (3) (4) (5) (6)
  TETREAULT J
 Case #: Disposition: COMPLETE NO RRT
Event Narrative...MAKE OUT FRONT WEARING BLK SHIRT KHAKI PANTS ASKING PEOPLE FOR MONEY

Event No.
P/2013-00053367
 Date: 06/17/2013 Day: MON Rcv: 21:22 Dsp: 21:25 Enr: 21:25 Arv: Cmp: 22:20
 Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA Pol: 7 Fire: 117 Jur: LW
 Call Code: PANHANDLING / BEGGING Cmp Code: PANHANDLING / BEGGING
 Origin: TELEPHONE Unit(1) C-307A (2) C-307B (3) (4) (5) (6)
  DAY, KRISTO NGUYEN, ALE
 Case #: Disposition: COMPLETE
Event Narrative...W/M UOT FRONT WEARING A BLUE T SHIRT AND BLK PANTS  BOTHERING  PEOPLE  FOR MONEY

Event No.
P/2013-00053849
 Date: 06/19/2013 Day: WED Rcv: 08:44 Dsp: 08:47 Enr: 08:47 Arv: Cmp: 08:55
 Location: YMCA DR / THORNDIKE ST Fire: 39 Jur: LW
 Call Code: PANHANDLING / BEGGING Cmp Code: PANHANDLING / BEGGING

City of Lowell 85

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Origin: TELEPHONE                    Unit(1) C-210            (2)                    (3)                    (4)                    (5)                    (6)
                                     BELAND, STE
                                     Disposition: NO CONTACT MADE

Case #:
Event Narrative...UNDER THE BRIDGE 2 GUY ASKING FOR MONEY

Event No.        Date: 06/19/2013   Day: WED   Rcv: 12:26   Dsp: 12:31   Enr: 12:31   Arv: 12:36   Cmp: 12:40
P/2013-00053924  Location: 145 THORNDIKE ST LOWELL REGIONAL TRANSIT        Pol: 10      Fire: 265   Jur: LW
                 Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-207            (2)                    (3)                    (4)                    (5)                    (6)
                                     BOURRET, RA
                                     Disposition: COMPLETE NO RRT

Case #:
Event Narrative...FEMALE IS PANHANDLING HERE....IN ROW B3 WHERE THE BUSES PARK...HISP FEMALE...BLUE PANTS ...WHITE SHIRT
....GREEN SWEATER...GLASSES

Event No.        Date: 06/19/2013   Day: WED   Rcv: 13:16   Dsp: 13:23   Enr: 13:23   Arv:         Cmp: 13:31
P/2013-0005336   Location: PLAIN ST / EXIT 4                               Pol:         Fire:       Jur: LW
                 Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-204      (2)                      (3)                    (4)                    (5)                    (6)
                                     CAMARA, MIC
                                     Disposition: COMPLETE

Case #:
Event Narrative...AT THE BOTTOM OF THE PLAIN ST, TWO GUY ASKING FOR MONEY

Event No.        Date: 06/19/2013   Day: WED   Rcv: 17:15   Dsp: 17:24   Enr: 17:24   Arv:         Cmp: 17:35
P/2013-0005402   Location: 492 GORHAM ST                                   Pol: 9       Fire: 223   Jur: LW
                 Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-309A (2)                      (3)                    (4)                    (5)                    (6)
                                     DOWER, MIND
                                     Disposition: COMPLETE NO RRT

Case #:
Event Narrative...MALE BEGGING FOR MONEY AT END OF THE CONNECTOR

Event No.        Date: 06/19/2013   Day: WED   Rcv: 20:23   Dsp: 20:24   Enr: 20:24   Arv:         Cmp: 20:39
2013-00054067    Location: 63 MAMMOTH RD 711 VARIETY STORE                 Pol: 7       Fire: 691   Jur: LW
                 Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-311      (2)                      (3)                    (4)                    (5)                    (6)
                                     KELLY, JOSE
                                     Disposition: COMPLETE

Case #:

12/09/2013  13:21
Page  25

City of Lowell 86

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  26

---

Event Narrative...W/M AROUND 25 WEARING A LONG SLEEVE BLACK SHIRT STANDING OUTSIDE.

Event No.
2013-0005071   Date: 06/22/2013   Day: SAT   Rcv: 18:31   Dsp: 18:33   Pol: 3   Fire: 816   Arv: 18:37   Cmp: 18:59
Location: 803 ROGERS ST MCDONALDS RESTAURANT                                              Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: 911                        Unit (1) C-303   (2) C-308B   (3)           (4)           (5)           (6)

Case #:                            Disposition: COMPLETED CALL
                                   HULTGREN, T   COLLINS, CH

Event Narrative...25YOA WHITE MALE COVERED IN TATTOOS OUT FRONT. HAS BEEN ASKED NUMEROUS TIMES TO STOP AND LEAVE.

Event No.
2013-0005262   Date: 06/26/2013   Day: WED   Rcv: 08:51   Dsp: 09:06   Pol: 4   Fire: 454   Arv: 09:12   Cmp: 09:13
Location: 181 PLAIN ST TARGET                                                             Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-204   (2)           (3)           (4)           (5)           (6)

Case #:                            Disposition: NO CONTACT MADE
                                   LAMARCHE, D

Event Narrative...UNDER THE BRIDGE BEFORE TARGET PLAZA, 2 WHITE MALES BEGGING IN THE STREET AS CARS GO BY

Event No.
2013-0005694   Date: 06/27/2013   Day: THU   Rcv: 11:58   Dsp: 12:03   Pol: 3   Fire: 81   Arv:        Cmp: 12:20
Location: 36 CONCORD ST BELVIDERE LIQUORS                                                 Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-203   (2)           (3)           (4)           (5)           (6)

Case #:                            Disposition: COMPLETE NO RRT
                                   MORIARTY, D

Event Narrative...C/S THERE HISP/MALE ASKING PEOPLE FOR MONEY WONT LEAVE

Event No.
2013-0005353   Date: 06/29/2013   Day: SAT   Rcv: 08:26   Dsp: 08:40   Pol: 10   Fire: 441   Arv:        Cmp: 09:03
Location: 443 CHELMSFORD ST DUNKIN DONUTS CHELMSFORD                                      Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-210   (2)           (3)           (4)           (5)           (6)

Case #:                            Disposition: COMPLETED CALL
                                   BELAND, STE

Event Narrative...MALE WEARING BASEBALL HAT AND BLUE SHIRT

Event No.
P/2013-0005355   Date: 06/29/2013   Day: SAT   Rcv: 08:32                     Pol: 3               Arv: 09:03   Cmp: 09:03
Location: 66 PLAIN ST MCDONALDS REST                                          Fire: 417            Jur: LW

City of Lowell 87

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21

Page   27

---

Event No.
2013-00057420

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Location: 450 BRIDGE ST CATHAY WOK
Date: 06/29/2013   Day: SAT   Rcv: 13:09   Dsp: 13:11   Enr: 13:11   Arv: 13:13   Cmp: 13:20
Unit(1) C-203                    (2)                (3)         Pol: 1  Fire: 61   Jur: LW
                                                                (4)                (5)                (6)
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Disposition: COMPLETED CALL
Event Narrative...WHITE MALE RED TSHIRT/SHORTS..BASEBALL HAT.....

Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Cmp Code: PANHANDLING / BEGGING
Disposition: COMPLETED CALL

---

Event No.
2013-00054485

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Location: 1 MAMMOTH RD
Date: 07/02/2013   Day: TUE   Rcv: 15:47   Dsp: 15:53   Enr: 15:53   Arv: 16:02   Cmp: 16:07
Unit(1) C-301                    (2)                (3)         Pol: 1  Fire: 7134  Jur: LW
                   KELLY, JOSE   (3)                (4)                (5)                (6)
                                 ST. ARNAUD,
                                 BELAND, STE
Call Code: PANHANDLING / BEGGING
Cmp Code: PANHANDLING / BEGGING
Disposition: COMPLETED CALL
Event Narrative...MALE WALKING IN TRAFFIC HOLDING A SIGN ASKING FOR DONATIONS FOR HOMELESS VETERANS --CALLER STATES HE
KNOWS HIM AND HE IS NOT A VETERAN

---

Event No.
2013-00058884

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Location: SCHOOL ST / PAWTUCKETT ST
Date: 07/03/2013   Day: WED   Rcv: 19:48   Dsp: 19:49   Enr: 19:49   Arv:        Cmp: 20:05
Unit(1) C-308B  (2) C-307B       (3)                (4)         Pol: 7  Fire: 131   Jur: LW
        GATTO, JASO  GILLAN, KEV  (4)                (5)                (6)
Call Code: PANHANDLING / BEGGING
Cmp Code: PANHANDLING / BEGGING
Disposition: NO CONTACT MADE
Event Narrative...FOR A GUY COLLECTING FOR HOMELESS VETERANS...

---

Event No.
2013-00059070

Case #: 2013-00011256
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Location: 710 LAKEVIEW AV PACE GAS STATION
Date: 07/04/2013   Day: THU   Rcv: 12:45   Dsp: 12:47   Enr: 12:47   Arv:        Cmp: 12:55
Unit(1) C-202  (2) C-211         (3)                (4)         Pol: 2  Fire: 622   Jur: LW
        HANSON, CHR  PEREZ, NELS  (4)                (5)                (6)
Call Code: PANHANDLING / BEGGING
Cmp Code: PANHANDLING / BEGGING
Disposition: COMPLETE
Event Narrative...AGGRESSIVE PAN HANDLING - W/ M , TAN SHORTS, WHI SHIRT

---

City of Lowell 88

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**

01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21

Page  28

---

Case #:

Event Narrative...WHITE MALE ABOUT 50 YRS OLD, YELLOW SHIRT WITH STRIPES IN PARKING LOT BOTHERING CUSTOMERS FOR MONEY

Event No.
2013-00059118
Date: 07/04/2013        Day: THU      Rcv: 17:12      Dsp: 17:14      Enr: 17:14      Arv:           Cmp: 17:20
Location: 710 LAKEVIEW AV PACE GAS STATION                                          Pol: 2         Fire: 622
Call Code: PANHANDLING / BEGGING                         Cmp Code: PANHANDLING / BEGGING              Jur: LW
Origin: TELEPHONE
                    Unit(1) C-302A (2)              (3)              (4)              (5)              (6)
                    DILLON, RYA
                    Disposition: GONE ON ARRIVAL

Case #:

Event Narrative...WHITE MALE SHORT YELLOW & BLUE STRIPED SHIRT AND JEANS---WE WERE THERE EARLIER TODAY BUT THIS GUY WAS
GONE ON ARRIVAL

Event No.
2013-00059538
Date: 07/05/2013        Day: FRI      Rcv: 18:22      Dsp: 18:25      Enr: 18:25      Arv:           Cmp: 18:31
Location: 16 PERRY ST FIN'S CAR WASH                                                Pol: 3         Fire: 81
Call Code: PANHANDLING / BEGGING                         Cmp Code: PANHANDLING / BEGGING              Jur: LW
Origin: TELEPHONE
                    Unit(1) C-308B (2) C-309A (3) C-303 (4)                          (5)              (6)
                    MERCADO, JA  RAYNE, ROBE FLORENCE, W
                    Disposition: COMPLETE

Case #:

Event Narrative...MALE SITTING ON WALL BY CAR WASH EXIT PESTERING CUSTOMERS FOR MONEY

Event No.
2013-00060462
Date: 07/08/2013        Day: MON      Rcv: 16:21      Dsp: 16:31      Enr: 16:31      Arv: 16:32      Cmp: 16:34
Location: 186 APPLETON ST HAFNERS SERVICE STATION INC                               Pol: 9         Fire: 24
Call Code: PANHANDLING / BEGGING                         Cmp Code: PANHANDLING / BEGGING              Jur: LW
Origin: TELEPHONE
                    Unit(1) C-309A (2) C-309B (3)              (4)              (5)              (6)
                    ROJAS, GUIL  BUTH, SOBON
                    Disposition: GONE ON ARRIVAL

Case #:

Event Narrative...FEMALE PURPLE SHIRT, BLK SHORTS WHITE STRIPE, WHITE FEMALE, SHORT, DIRTY BLONDE
HAIR....GOING UP TO EVERY CUSTOMER TELLING THEM SHE GOT ROBBED AND BEGGING THEM FOR MONEY

Event No.
2013-00060563
Date: 07/08/2013        Day: MON      Rcv: 21:04      Dsp: 21:11      Enr: 21:11      Arv:           Cmp: 21:33
Location: 166 GORHAM ST JAY'S FOOD STORE                                            Pol: 9         Fire: 232
Call Code: PANHANDLING / BEGGING                         Cmp Code: PANHANDLING / BEGGING              Jur: LW
Origin: TELEPHONE
                    Unit(1) C-309A (2) C-308A (3)              (4)              (5)              (6)
                    ROJAS, GUIL COLLINS, CH
                    Disposition: COMPLETE

Case #:

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21
Page   29

Event Narrative...3 INTOX MALES IN PARKING LOT

Event No.
2013-00060589
Date: 07/08/2013        Day: MON        Rcv: 23:19        Dsp: 23:21        Enr: 23:21        Arv: 23:23        Cmp: 23:28
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST                                 Pol: 1        Fire: 61        Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                Unit(1) C-302B (2) C-302A (3)                                (4)                (5)                (6)
                        PHOTHIMATH, MERCADO, JA
Case #:
Disposition: COMPLETE

Event Narrative...GROUP IN PARKING LOT

Event No.
2013-00060769
Date: 07/09/2013        Day: TUE        Rcv: 15:51        Dsp: 15:55        Enr: 15:55        Arv: 15:58        Cmp: 15:58
Location: CENTRAL ST / GREEN ST                                              Pol: 8        Fire: 28        Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                Unit(1) C-309B (2)                           (3)             (4)                (5)                (6)
                        BUTH, SOBON
Case #:
Disposition: COMPLETE NO RRT

Event Narrative...ON GREEN ST THERE IS A FEMALE, ONLY DESCRIPTION "HEAVY SET, OR VERY CHUBBY" BEGGING FOR MONEY ......RP
STATES ITS "NOT A GOOD LOOK FOR THE CITY"

Event No.
2013-00060809
Date: 07/09/2013        Day: TUE        Rcv: 18:05        Dsp: 18:05        Enr: 18:05        Arv: 18:05        Cmp: 18:14
Location: CLINTON AV / MAMMOTH RD                                            Pol: 1        Fire: 7        Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED
                Unit(1) N-303L (2) C-301 (3)                                 (4)                (5)                (6)
                        CULLEN, JOH FLORENCE, W
Case #:
Disposition: COMPLETED CALL

Event No.
2013-00061150
Date: 07/10/2013        Day: WED        Rcv: 21:16        Dsp: 21:18        Enr: 21:18        Arv:                Cmp: 21:30
Location: 421 CENTRAL ST PACIFIC LIQUORS                                     Pol: 9        Fire: 229        Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                Unit(1) C-309B (2) C-309A (3)                                (4)                (5)                (6)
                        DOKOS, NICH RAYNE, ROBE
Case #:
Disposition: COMPLETED CALL

Event Narrative...3 PEOLE OUTFRONT

Event No.
P/2013-0061941
Date: 07/13/2013        Day: SAT        Rcv: 12:10        Dsp: 12:12        Enr: 12:12        Arv:                Cmp: 12:20
Location: 54 PLAIN ST WALGREENS                                             Pol: 10        Fire: 417        Jur: LW

City of Lowell 90

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**

01/01/2013 00:00 to 11/30/2013 23:59

Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-205         Cmp Code: PANHANDLING / BEGGING
                                     RAMIREZ, CA              (2)              (3)              (4)              (5)              (6)

Case #:
Event Narrative...W/M, IN HIS 20'S BOTHERING CUSTOMERS FOR MONEY AS THEY COME OUT OF THE STORE -- 5'7, BURGUNDY SHIRT,
GRAY HAT AND SUNGLASSES

                                     Disposition: GONE ON ARRIVAL

Event No.                Date: 07/13/2013   Day: SAT   Rcv: 14:38   Dsp: 14:49   Enr: 14:49   Arv:         Cmp: 14:50
P/2013-00061970          Location: 11 SALEM ST TIPICO'S RESTAURANT                            Pol:         Fire: 141   Jur: LW
                         Call Code: PANHANDLING / BEGGING
Origin: 911                          Unit(1) C-208         Cmp Code: PANHANDLING / BEGGING
                                     RIVERA JR.,              (2)              (3)              (4)              (5)              (6)

Case #:
                                     Disposition: COMPLETE NO RRT

Event Narrative...RED SHORT AND GLASSES . ASKING FOR MONEY

Event No.                Date: 07/15/2013   Day: MON   Rcv: 10:03   Dsp: 10:03   Enr: 10:03   Arv: 10:03   Cmp: 10:07
P/2013-00062475          Location: PARKER ST / PLAIN ST                                       Pol: 10      Fire: 417   Jur: LW
                         Call Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED               Unit(1) C-205         Cmp Code: PANHANDLING / BEGGING
                                     BOMIL, CHRI              (2)              (3)              (4)              (5)              (6)

Case #:
                                     Disposition: COMPLETE

Unit 1 Narrative..checking the area

Event No.                Date: 07/15/2013   Day: MON   Rcv: 18:21   Dsp: 18:29   Enr: 18:29   Arv:         Cmp: 18:50
P/2013-00062599          Location: GORHAM ST / MOORE ST                                       Pol: 4       Fire: 436   Jur: LW
                         Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) RESP3         Cmp Code: PANHANDLING / BEGGING
                                     RAYNE, ROBE              (2)              (3)              (4)              (5)              (6)

Case #:
                                     Disposition: COMPLETE NO RRT

Event Narrative..C/S THAT THERE IS A LARGE BLACK MALE OUTSIDE THE TROLLY DINER WEARING A BROWN SHIRT PANHANDELING.

Event No.                Date: 07/16/2013   Day: TUE   Rcv: 18:17   Dsp: 18:20   Enr: 18:20   Arv:         Cmp: 18:33
P/2013-00062924          Location: 1201 BRIDGE ST MARKET BASKET-SUNRISE PLAZA                 Pol: 4       Fire: 658   Jur: LW
                         Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-302A         Cmp Code: PANHANDLING / BEGGING
                                     DILLON, RYA              (2)              (3)              (4)              (5)              (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page    31

Case #:
Event Narrative...SPANISH MALE WHITE POLO SHIRT /SHORTS/BLK BASEBALL CAP WITH GAS CAN BEGGING ELDERLY FOR MONEY

Event No.          Date: 07/16/2013      Day: TUE    Rcv: 19:30    Dsp: 19:34    Enr: 19:34    Arv:            Cmp: 19:47
2013-00062941      Location: PRESCOTT ST / MERRIMACK ST                                        Pol: 8        Fire: 26    Jur: LW
                   Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
                   Origin: E-911                Unit(1) C-309A (2) C-308A (3) O-330                   (4)            (5)            (6)
                                                          RAYNE, ROBE   WEBB, EVERT NGUYEN, ALE

Case #: 2013-00012085                        Disposition: ARREST MADE
Event Narrative...MAN WHITE SHIRT, BEARD BEGGING FOR $, HANGING IN CARS AT THE TRAFFIC LIGHT.STATES HE IS DRUNK

Event No.          Date: 07/16/2013      Day: TUE    Rcv: 20:00    Dsp: 20:03    Enr: 20:03    Arv: 20:03      Cmp: 20:32
2013-00062951      Location: 400 WESTFORD ST                                                   Pol:          Fire: 52    Jur: LW
                   Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE            Unit(1) C-310A (2) C-310B (3)                        (4)            (5)            (6)
                                                          MERRILL, SC VALLIANT, P

Case #:                                       Disposition: COMPLETE
Event Narrative...IN THE AREA OF....HISPANIC MALE BLUE T SHIRT ON HAS A KID WITH HIM HAVING THE KID ASK PEOPLE FOR MONEY

Event No.          Date: 07/17/2013      Day: WED    Rcv: 19:38    Dsp: 19:43    Enr: 19:43    Arv:            Cmp: 19:46
2013-00063261      Location: 55 CHELMSFORD ST 7-11                                             Pol: 10       Fire: 31    Jur: LW
                   Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE            Unit(1) C-310B (2) C-305 (3)                         (4)            (5)            (6)
                                                          VALLIANT, P BURD, JASON

Case #:                                       Disposition: COMPLETE NO RRT
Event Narrative...  1 FEMALE  AND 2 MALES BOTHERING PEOPLE FOR MONEY... CALLER HUNG UP BEFORE GIVING DESCRIP.

Event No.          Date: 07/17/2013      Day: WED    Rcv: 21:25    Dsp: 21:26    Enr: 21:26    Arv: 21:28      Cmp: 22:56
2013-00063288      Location: 166 GORHAM ST                                                     Pol: 9        Fire: 232   Jur: LW
                   Call Code: PANHANDLING / BEGGING       Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE            Unit(1) C-309B (2) C-309A (3)                        (4)            (5)            (6)
                                                          DOKOS, NICH RAYNE, ROBE

Case #: 2013-00012155                        Disposition: COMPLETE NO RRT
Event Narrative...PANHANDLING

Event No.          Date: 07/19/2013      Day: FRI    Rcv: 13:14    Dsp: 13:17    Enr: 13:17    Arv:            Cmp: 13:37

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  32

---

**P/2013-00063836**
Location: BRIDGE ST / VFW HWY
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Cmp Code: PANHANDLING / BEGGING
Pol:    Fire: 6    Jur: LW
Case #:
Event Narrative...MALE ON THE BRIDGE BURNT FACE, GREEN SHIRT ASKING FOR MONEY
Disposition: COMPLETE
Date: 07/20/2013   Day: SAT   Rcv: 18:24   Dsp: 18:30   Enr: 18:30   Arv: 18:32   Cmp: 18:34
Unit(1) C-202   (2)   (3)   (4)   (5)   (6)
CALLAHAN II

---

**P/2013-00064190**
Location: PRESCOTT ST / MERRIMACK ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Cmp Code: PANHANDLING / BEGGING
Pol: 8    Fire: 26    Jur: LW
Case #:
Event Narrative...WHEN CARS STOP AT LIGHT..MALE BEGGING FOR MONEY
Disposition: COMPLETE
Date: 07/21/2013   Day: SUN   Rcv: 17:08   Dsp: 17:15   Enr: 17:15   Arv: 17:19   Cmp: 17:19
Unit(1) C-308B   (2)   (3)   (4)   (5)   (6)
GATTO, JASO

---

**P/2013-00064468**
Location: 658 MERRIMACK ST JEANNE D'ARC CREDIT UNION B
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Cmp Code: PANHANDLING / BEGGING
Pol: 8    Fire: 141    Jur: LW
Case #:
Event Narrative...APPROACHING PEOPLE AT DRIVE-THRU ATM BEGGING FOR MONEY
Disposition: COMPLETE NO RRT
Date: 07/25/2013   Day: THU   Rcv: 10:21   Dsp: 10:23   Enr: 10:23   Arv:    Cmp: 10:33
Unit(1) C-308B   (2)   (3)   (4)   (5)   (6)
GATTO, JASO

---

**P/2013-00065650**
Location: CENTRAL ST / MERRIMACK ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Cmp Code: PANHANDLING / BEGGING
Pol: 5    Fire: 231    Jur: LW
Case #:
Event Narrative...THIN WHITE LSW SHORTS & BASEBALL CAP
Disposition: COMPLETE
Date: 07/25/2013   Day: THU   Rcv: 16:27   Dsp: 16:39   Enr: 16:39   Arv:    Cmp: 17:17
Unit(1) P-207   (2) EAST   (3)   (4)   (5)   (6)
SMITH, CHRI   RAMOS, ALEX

---

**P/2013-00065756**
Location: 26 REISS AV
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Cmp Code: PANHANDLING / BEGGING
Pol:    Fire: 433    Jur: LW
Case #:
Event Narrative...ON CENTRAL ST. WHITE MALE, GREY HOODY SWEAT SHIRT, BLUE JEANS, HARASSING PEOPLE FOR MONEY. RIGHT OUTSIDE OF DUNKIN.
Disposition: COMPLETE
Unit(1) C-310A   (2) C-310B   (3)   (4)   (5)   (6)

---



Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Event Narrative...AT THE BOTTOM ON PLAIN ST , MALE ASKING FOR MONEY.................

Case #:
Date: 07/28/2013   Day: SUN   Rcv: 16:28   Dsp: 16:39   Enr: 16:39   Arv:   Cmp: 16:57
Location: LOWELL CONNECTOR INBOUND / PLAIN ST                Pol:   Fire:   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit (1) C-305   (2)               (3)               (4)               (5)               (6)
RIVERA, RAF
Disposition: COMPLETE

Event Narrative...REPORTS OF 5-7 PEOPLE PANHANDLING ON THE STREET (AM)

Case #:
Date: 07/28/2013   Day: SUN   Rcv: 13:53   Dsp: 13:58   Enr: 13:58   Arv:   Cmp: 14:02
Location: PAIGE ST / BRIDGE ST                              Pol: 8   Fire: 217   Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit (1) FOLK01   (2)               (3)               (4)               (5)               (6)
LATHAM, JAM
Disposition: COMPLETE

Event Narrative...C/S WHITE FEMALE BLUE SHIRT BOTHERING PEOPLE FOR MONEY

Case #:
Date: 07/28/2013   Day: SAT   Rcv: 15:44   Dsp: 15:51   Enr: 15:51   Arv: 15:56   Cmp: 15:59
Location: 37 BRANCH ST ANGKOR MARKET                        Pol: 10   Fire: 37   Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit (1) C-307A   (2) C-210   (3)               (4)               (5)               (6)
MOORE, JERO   CAMARA, MIC
Disposition: NO CONTACT MADE

Event Narrative...PEOPLE OUT FRON ASKING FOR MONEY

2013-00066330

Case #:
Date: 07/27/2013   Day: THU   Rcv: 20:29   Dsp: 20:30   Enr: 20:30   Arv:   Cmp: 20:38
Location: 166 GORHAM ST JAY'S FOOD STORE                    Pol: 9   Fire: 232   Jur: LW
Call Code: PANHANDLING / BEGGING            Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit (1) C-309A   (2) C-309B   (3)               (4)               (5)               (6)
DOWER, MIND   MERCADO, JA
Disposition: COMPLETE NO RRT

Event Narrative...WHITE MALE..RED HOODIE, TAN SHORTS OVER BY THE OUTBACK NOW IN THE LOT ASKING FOR MONEY

2013-00065820

KEW, DAVID   MERRILL, SC
Disposition: COMPLETE NO RRT

2013-00066635

2013-00066670

City of Lowell 94

12/09/2013  13:21
Page 33

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  34

Event No.     Date: 07/29/2013   Day: MON   Rcv: 09:55   Dsp: 09:58   Enr: 09:58   Arv:          Cmp: 10:02
P/2013-00068892   Location: 271 SCHOOL ST 4M'S VARIETY                     Pol: 7       Fire: 117   Jur: LW
              Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
              Origin: TELEPHONE              Unit(1) C-207  (2)              (3)              (4)              (5)              (6)
                                             RAMOS, ALEX
              Case #:                        Disposition: COMPLETE
Event Narrative...W/MALE OUTSIDE WEARING BLK T SHIRT BLK PANT BLK HAT

Event No.     Date: 07/31/2013   Day: WED   Rcv: 22:03   Dsp: 22:06   Enr: 22:06   Arv: 22:13   Cmp: 22:13
P/2013-00067816   Location: 54 PLAIN ST                                    Pol: 10      Fire: 417   Jur: LW
              Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
              Origin: TELEPHONE              Unit(1) C-310B (2) C-310A (3)              (4)              (5)              (6)
                                             MERRILL, SC  RIOS, LUIS
              Case #:                        Disposition: COMPLETE NO RRT
Event Narrative...WHITE MALE 5'8, SHORTS, BB CAP ON BACKWADS, FOOTBALL SHIRT IN THE LOT ASKING PEOPLE FOR $3 TO GO TO BACK
TO BOSTON VIA TRAIN

Event No.     Date: 08/02/2013   Day: FRI   Rcv: 17:24   Dsp: 17:27   Enr: 17:27   Arv: 17:27   Cmp: 17:29
P/2013-00068375   Location: PLAIN ST / TANNER ST                          Pol: 4       Fire: 454   Jur: LW
              Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
              Origin: TELEPHONE              Unit(1) C-305  (2) C-310A (3) C-310B (4)              (5)              (6)
                                             MERRILL, JA  MERCADO, JA VALLIANT, P
              Case #:                        Disposition: COMPLETE NO RRT
Event Narrative...CALLER STATED THAT THERE WAS A MALE AT THE OFF RAMP OF THE CONNECTOR BOTHERING PEOPLE THAT ARE STOPPED
FOR MONEY.  CALLER STATED HE WAS BEING VERY AGGRESSIVE

Event No.     Date: 08/03/2013   Day: SAT   Rcv: 12:55   Dsp: 12:56   Enr: 12:56   Arv: 12:59   Cmp: 13:03
P/2013-00068613   Location: 1201 BRIDGE ST MARKET BASKET-SUNRISE PLAZA     Pol: 1       Fire: 658   Jur: LW
              Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
              Origin: TELEPHONE              Unit(1) C-202  (2)              (3)              (4)              (5)              (6)
                                             HANSON, CHR
              Case #:                        Disposition: COMPLETE NO RRT
Event Narrative...H/M WALKING AROUND THE PARKING LOT ASKING PEOPLE FOR GAS MONEY..  HE IS CARRYING A GAS CAN//////  BLK
SHORTS

Event No.     Date: 08/03/2013   Day: SAT   Rcv: 15:43   Dsp: 15:49   Enr: 15:49   Arv:          Cmp: 15:53

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

P/2013-00068634    Location: MERRIMACK ST / CENTRAL ST                          Pol: 8         Fire: 231       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                    Unit(1) C-204   (2)              (3)            (4)            (5)            (6)
Case #:                                                 Disposition: COMPLETE NO RRT
Event Narrative...WHITE MALE 30'S BROWN HAIR WHITE T-SHIRT BESIDE EDIBLE ARRANGMENT (AM)

P/2013-00068741    Date: 08/03/2013    Day: SAT    Rcv: 23:07    Dsp: 23:10    Enr: 23:10    Arv:          Cmp: 23:17
                   Location: SCHOOL ST / PAWTUCKET ST                                         Pol: 7         Fire: 131       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                    Unit(1) C-307A (2) C-307B (3)          (4)            (5)            (6)
                                                        HALLORAN, J
Case #:                                                 Cmp Code: PANHANDLING / BEGGING
Event Narrative...WHITE FEMALE PINK SHIRT HITCH HIKING RIGHT SIDE ROAD HEADINGTOWARD SCHOOL.
                                                        Disposition: GONE ON ARRIVAL

P/2013-00068943    Date: 08/04/2013    Day: SUN    Rcv: 18:19    Dsp: 18:21    Enr: 18:21    Arv: 18:22    Cmp: 18:22
                   Location: KIRK ST / MERRIMACK ST                                           Pol: 8         Fire: 21        Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                    Unit(1) C-308B (2)                     (3)            (4)            (5)            (6)
                                                        COLLINS, CH
                                                        DAY, KRISTO COUTURE, DA
Case #:                                                 Cmp Code: PANHANDLING / BEGGING
                                                        Disposition: COMPLETED CALL
Event Narrative...TALL WHITE MALE , BLK SHIRT – BEGGING FOR $

P/2013-00068992    Date: 08/04/2013    Day: SUN    Rcv: 21:04    Dsp: 21:20    Enr: 21:20    Arv:          Cmp: 21:20
                   Location: 166 GORHAM ST                                                    Pol: 9         Fire: 232       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                    Unit(1) C-309B (2)                     (3)            (4)            (5)            (6)
                                                        DOKOS, NICH
Case #:                                                 Cmp Code: PANHANDLING / BEGGING
                                                        Disposition: COMPLETE NO RRT
Event Narrative...PEOPLE INFRONT OF THE STORE BEGGING

P/2013-00069252    Date: 08/05/2013    Day: MON    Rcv: 16:46    Dsp: 16:46    Enr: 16:46    Arv: 16:46    Cmp: 16:48
                   Location: PLAIN ST / TANNER ST                                             Pol: 4         Fire: 454       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: OFCR INITIATED                Unit(1) C-305   (2)                   (3)            (4)            (5)            (6)
                                                        BURD, JASON

City of Lowell 96

12/09/2013  13:21

Page  35



Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Case #:                    Disposition: COMPLETE NO RRT

Event No.
2013-00069660          Date: 08/06/2013   Day: TUE   Rcv: 18:37   Dsp: 18:41   Enr: 18:41   Arv:           Cmp: 18:47
Location: MERRIMACK ST / CENTRAL ST                                              Pol: 8   Fire: 231   Jur: LW
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                 Unit(1) C-308A (2)          (3)          (4)          (5)          (6)
                                        WEBB, EVERT

Case #:                    Disposition: COMPLETE NO RRT
Event Narrative...IN FRONT OF DUNKIN DONUTS FOR A SPANISH MALE APPROX 30 YRS OLD WEARING TAN PANTS AND A GRAY SHIRT
ASKING PEOPLE FOR MONEY...

Event No.
2013-00069947          Date: 08/07/2013   Day: WED   Rcv: 17:29   Dsp: 17:35   Enr: 17:35   Arv: 17:44   Cmp: 17:44
Location: PLAIN ST / TANNER ST                                                   Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                 Unit(1) C-304 (2)          (3)          (4)          (5)          (6)
                                        KEW, DAVID

Case #:                    Disposition: COMPLETE NO RRT
Event Narrative...FEMALE PANHANDLING AT BOTTOM OF CONNECTOR OFF RAMP.  HEAVY SET HISP FEMALE BLACK TANK TOP AND JEAN
SHORTS

Event No.
2013-00070227          Date: 08/08/2013   Day: THU   Rcv: 14:30   Dsp: 15:14   Enr: 15:14   Arv:           Cmp: 15:19
Location: 166 GORHAM ST                                                          Pol: 9   Fire: 232   Jur: LW
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                 Unit(1) C-208 (2) C-204 (3)          (4)          (5)          (6)
                                        MATOS, JAME    TETREAULT J

Case #:                    Disposition: COMPLETE NO RRT
Event Narrative...OWNER OF STORE REPORTS FOUR/FIVE PEOPLE PANHANDLING CUSTOMERS ENETRING STORE.....ALL MEN ONE
WOMEN......WOMEN APPEARES TO BE ON DRUGS.....(AM)

Event No.
2013-00071163          Date: 08/11/2013   Day: SUN   Rcv: 16:20   Dsp: 16:20   Enr: 16:20   Arv: 16:20   Cmp: 16:21
Location: 0 LOWELL CONNECTOR                                                     Pol:     Fire:       Jur: LW
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED            Unit(1) C-305 (2)          (3)          (4)          (5)          (6)
                                        BURD, JASON

Case #:                    Disposition: COMPLETE

12/09/2013  13:21
Page  36

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  37

Event No.
P/2013-00071450   Date: 08/12/2013   Day: MON   Rcv: 13:49   Dsp: 14:27   Enr: 14:27   Arv:            Cmp: 14:36
Location: PLAIN ST / LOWELL CONNECTOR                          Pol:            Fire:            Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-204    (2)          (3)          (4)          (5)          (6)
                                     CAMARA, MIC
Case #:                              Disposition: COMPLETE
Event Narrative...PANHANDLER AT THE OFF RAMP OF CONNECTOR ON PLAIN ST

Event No.
P/2013-00072076   Date: 08/14/2013   Day: WED   Rcv: 11:47   Dsp: 12:15   Enr: 12:15   Arv: 12:36      Cmp: 12:36
Location: 698 MERRIMACK ST                                     Pol: 8          Fire: 141        Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-208    (2)          (3)          (4)          (5)          (6)
                                     MATOS, JAME
Case #:                              Disposition: COMPLETE
Event Narrative...10 HOMELESS PEOPLE.. ASKING FOR MONEY LOOKING FOR DRUGS....STANDING IN FRONT OF LIQUOR STORE....(AM)

Event No.
P/2013-00072136   Date: 08/14/2013   Day: WED   Rcv: 15:16   Dsp: 15:21   Enr: 15:21   Arv: 15:25      Cmp: 15:27
Location: 66 PLAIN ST MCDONALDS REST                           Pol: 10         Fire: 417        Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-210    (2) W-201    (3)          (4)          (5)          (6)
                                     ROYER, RAYM   MCPADDEN, J
Case #:                              Disposition: COMPLETE
Event Narrative...18 YEAR OLD IN WHEEL CHAIR ASKING FOR MONEY OUTSIDE MCDONALS......WEARING ALL BLACK...(AM)

Event No.
P/2013-00072556   Date: 08/15/2013   Day: THU   Rcv: 19:13   Dsp: 19:17   Enr: 19:17   Arv:            Cmp: 19:23
Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK              Pol: 8          Fire: 26         Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-308A   (2) C-308B  (3) P-307    (4)          (5)          (6)
                                     UNKNOWN EMP   COLLINS, CH  KIENG, BUNT
Case #:                              Disposition: COMPLETE NO RRT
Event Narrative...DUNKIN DONUTS....  MALE AND FEMALE BOTHERING PEOPLE FOR MONEY....  S/MALE IS WEARING A WHITE VISOR AND A
RED SHIRT.. FEMALE IS BLONDE WITH GLASSES

Event No.
P/2013-00073166   Date: 08/17/2013   Day: SAT   Rcv: 17:40   Dsp: 17:44   Enr: 17:44   Arv:            Cmp: 17:48
Location: 44 PALMER ST TRE- MONTE                                              Fire: 25         Jur: LW
Call Code: PANHANDLING / BEGGING                                                                Cmp Code: PANHANDLING / BEGGING

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page    38

Event Narrative...SOMEONE OUTSIDE BEGGING FOR MONEY....WHITE MALE. 250LBS. BLONDE HAIR, AND COMPLETELY DIRTY LOOKING.....
THIS WAS REPORTED TO THEM BY A CUSTOMER NO FURTHER CLOTHING DESC

Origin: TELEPHONE                          Unit(1) C-308B (2) C-308A (3)                    (4)                    (5)                    (6)
                                           DOKOS, NICH  GILLAN, KEV
                                           Disposition: COMPLETE NO RRT

Case #:
Event No.
P/2013-00073951    Location: 494 BRIDGE ST                                                                                     Jur: LW
Date: 08/20/2013    Day: TUE    Rcv: 08:50    Dsp: 09:07    Pol: 2    Arv:    Cmp: 09:43
                                           Fire: 61
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: 911                                Unit(1) C-202 (2)                    (3)                    (4)                    (5)                    (6)
                                           LANE III, J
Case #:                                  Disposition: COMPLETE

Event Narrative..2 CUSTOMERS FEMALE WITH BLOND HAIR  HYSPANIC MALE WITH CHECKERED HAT .. PANHANDELING THE MALE BECAME
AGGRESSIVE WITH MANAGER SHE WANTS TO MAKE REPORT HE IS IN DUNKINS NOW

Event No.
P/2013-00074351    Location: 1235 BRIDGE ST MARKET BASKET                                                                      Jur: LW
Date: 08/21/2013    Day: WED    Rcv: 12:26    Dsp: 12:29    Pol: 4    Enr: 12:29    Arv: 12:32    Cmp: 12:51
                                           Fire: 658
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) C-202 (2) C-211 (3)                    (4)                    (5)                    (6)
                                           HANSON, CHR  HYDE, ERIC
Case #:                                  Disposition: COMPLETE

Event Narrative...THREE MEN TALL..ONE WHITE......ONE SPANISH.....ONE WEARING BLACK HAT BLACK
SHORTS......HAS BEEN GOING ON FOR THREE DAYS..

Event No.
P/2013-00074685    Location: TANNER ST / PLAIN ST                                                                              Jur: LW
Date: 08/22/2013    Day: THU    Rcv: 13:38    Dsp: 14:00    Pol: 4    Enr: 14:00    Arv: 14:06    Cmp: 14:09
                                           Fire: 454
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) C-204 (2)                    (3)                    (4)                    (5)                    (6)
                                           PHAY, TONG
Case #:                                  Disposition: COMPLETE

Event Narrative...AT THE BASE OF THE OFF RAMP FOR THE MALES BEGGING FOR MONEY, WHITE MALE BALD, WHITE SHIRT.... ONGOING
ISSUE..

Event No.
P/2013-00074692    Location: 1150 BRIDGE ST HAFFNER'S SERVICE STATION                                                         Jur: LW
Date: 08/22/2013    Day: THU    Rcv: 14:07    Dsp: 14:11    Pol:    Enr: 14:11    Arv: 14:12    Cmp: 14:19
                                           Fire: E6
Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING

Lowell P.D.

# C A D   A c t i v i t y   R e p o r t
## 01/01/2013 00:00 to 11/30/2013 23:59

Origin: TELEPHONE

Event No.
Case #:
Event Narrative...FEMALE IN THE PARKING LOT ASKING FOR MONEY.  WHITE FEMALE , BLACK SHORTS, FLORA PRINT SHIRT,
BLUE/BLACK BANDANA  3249008 NH TAG,  GREEN MECURY

Event No.
2013-00075363   Date: 08/24/2013   Day: SAT   Rcv: 15:19   Dsp: 15:21   Enr: 15:21   Arv:            Cmp: 15:33
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST                          Pol: 1   Fire: 61   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-202      (2)            (3)            (4)            (5)            (6)
Disposition: COMPLETE
                                         LEVASSEUR,
                                         HYDE, ERIC
Unit(1) C-202      (2)   C-211      (3)            (4)            (5)            (6)

Case #:
Event Narrative...WHITE MALE,  NO SHIRT, TATOO ON HIS BODY, DRUNK ASKING PEOPLE FOR MONEY.  HE OUTSIDE AT THE ENTRANCE.
CALLED IN BY STORE CLERK

Disposition: NO CONTACT MADE
                                         LEVASSEUR,

Event No.
P/2013-00076111   Date: 08/26/2013   Day: MON   Rcv: 19:19   Dsp: 19:21   Enr: 19:21   Arv:            Cmp: 19:32
Location: 331 FLETCHER ST MARKET BASKET 2                             Pol: 7   Fire: 139  Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-307B (2)                 (3)            (4)            (5)            (6)
                                         WHALEN, TIM
Disposition: COMPLETE

Case #:
Event Narrative...CHECKED FOR A W/M HEAVY SET WEARING BLK SHIRT AND BLK SHORTS ASKING CUSTOMERS FOR MONEY

Event No.
P/2013-00076325   Date: 08/27/2013   Day: TUE   Rcv: 12:13   Dsp: 12:16   Enr: 12:16   Arv:            Cmp: 12:20
Location: 166 GORHAM ST JAY'S FOOD STORE                             Pol: 9   Fire: 232  Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-209      (2)   P-208      (3)            (4)            (5)            (6)
                                         PEACE, NADJ   GARNEAU, KE
Disposition: COMPLETE NO RRT

Case #:
Event Narrative...A COUPLE OF PANHANDLERS OUTSIDE BEGGING FOR MONEY // BOTHERING CUSTOMERS -- A FEMALE AND POSSIBLY 2
MALES

Event No.
2013-00076612   Date: 08/28/2013   Day: WED   Rcv: 09:39   Dsp: 09:42   Enr: 09:42   Arv:            Cmp: 09:47
Location: 560 BRIDGE ST DUNKIN DONUTS BRIDGE ST                      Pol: 2   Fire: 61   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-202      (2)   P-202      (3)            (4)            (5)            (6)

City of Lowell 100

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21

Page   40

Case #:
Event Narrative...BLACK WOMEN WEARING GLASSES..WHITE PANTS...FLORAL TOP.....SCREAMING AT PEOPLE FOR THEM TO GIVE THEM A
DOLLAR............

ST. ARNAUD, HALLORAN, J

Event No.
Disposition: COMPLETE NO RRT
2013-00076927
Date: 08/29/2013   Day: THU   Rcv: 08:50   Dsp: 09:00   Enr: 09:00   Arv:          Cmp: 09:04
Location: 443 CHELMSFORD ST DUNKIN DONUTS CHELMSFORD   Pol: 10   Fire: 441   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-210   (2)   (3)   (4)   (5)   (6)

Case #:
Event Narrative...W/MALE WEARING WHITE WHITE T-SHIRT ASKING CUSTOMER FOR MONEY

BELAND, STE

Event No.
Disposition: COMPLETE NO RRT
2013-00076970
Date: 08/29/2013   Day: THU   Rcv: 11:32   Dsp: 11:40   Enr: 11:40   Arv:          Cmp: 11:50
Location: CENTRAL ST / MARKET ST   Pol: 8   Fire: 231   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) P-207   (2)   (3)   (4)   (5)   (6)

SMITH, CHRI

Case #:
Event Narrative...WHITE MALE...5'10...LATE 30/40.....BROWN SHIRT...JUST UP CENTRAL ST TOWARD THE CANAL ASKING FEMALES FOR
MONEY...

Event No.
Disposition: COMPLETE NO RRT
P/2013-00076995
Date: 08/29/2013   Day: THU   Rcv: 13:29   Dsp: 13:30   Enr: 13:30   Arv: 13:33   Cmp: 14:08
Location: PRESCOTT ST / MERRIMACK ST   Pol: 8   Fire: 26   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) P-207   (2) C-209   (3) A-203   (4) O-220   (5) C-208   (6)

SMITH, CHRI   OTERO, DANI   RYAN JR.,   ACALLAHAN, BRIVERA, JO

Case #: 2013-00014959
Event Narrative...DEP RYAN GOT INFO OF AGGRESSIVE PANHANDLERS IN GROUPS DOWNTOWN, MIDDLE AND CENTRAL STS..HE IS ALSO
CHECKING THE AREA

Disposition: ARRESTED

Event No.
2013-00077018
Date: 08/29/2013   Day: THU   Rcv: 14:50   Dsp: 14:55   Enr: 14:55   Arv:          Cmp: 14:59
Location: 290 CENTRAL ST DUNKIN DONUTS CENTRAL   Pol: 8   Fire: 262   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: 911   Unit(1) C-209   (2) C-204   (3)   (4)   (5)   (6)

OTERO, DANI   PEACE, NADJ

City of Lowell 101

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Case #:
Event Narrative...WHITE MALE TAP ON HER CAR WINDOWN, WHITE STRIPE T SHIRT........WITH ANOTHER BLACK MALE.................

Event No.
2013-00077332
Date: 08/30/2013     Day: FRI     Rcv: 13:53     Dsp: 13:54     Enr: 13:54     Arv:          Cmp: 13:56
Location: 55 CHELMSFORD ST 7-11                                                Pol: 10    Fire: 31    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) C-210      (2)         Cmp Code: PANHANDLING / BEGGING
                                          BELAND, STE
                                                (3)              (4)              (5)              (6)

Case #:
Event Narrative...WHT MALE , DRESSED IN BLUE ASKING PEOPLE FOR MONEY .. HE IS SITTING AT 7-11
                                         Disposition: COMPLETED CALL

Event No.
2013-00077414
Date: 08/30/2013     Day: FRI     Rcv: 19:23     Dsp: 19:32     Enr: 19:32     Arv: 19:46     Cmp: 19:46
Location: 331 FLETCHER ST                                                      Pol: 7     Fire: 19    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) C-307A (2) P-313 (3)      Cmp Code: PANHANDLING / BEGGING
                                          KEW, DAVID        MERRILL, JA
                                                (4)              (5)              (6)
                                         Disposition: COMPLETE NO RRT

Case #:
Event Narrative...SEE CLERK INSIDE....SERVICE DESK

Event No.
2013-00077627
Date: 08/31/2013     Day: SAT     Rcv: 12:42     Dsp: 12:46     Enr: 12:46     Arv:          Cmp: 13:04
Location: 181 PLAIN ST TARGET                                                  Pol: 4     Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) C-204      (2)         Cmp Code: PANHANDLING / BEGGING
                                          LAMARCHE, D
                                                (3)              (4)              (5)              (6)
                                         Disposition: NO CONTACT MADE

Case #:
Event Narrative...WHITE MALE 30'S WHITE T SHIRT PANHANDLIGN AND FOLLOWING PPL TO CAR TO GET MONEY.......

Event No.
2013-00077644
Date: 08/31/2013     Day: SAT     Rcv: 13:48     Dsp: 13:51     Enr: 13:51     Arv:          Cmp: 13:55
Location: 214 BROADWAY ST OLYMPOS BAKERY                                       Pol: 7     Fire: 113   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) C-207 (2) C-208 (3)      Cmp Code: PANHANDLING / BEGGING
                                          GEOFFROY, D    PHAY, TONG
                                                (4)              (5)              (6)
                                         Disposition: COMPLETE NO RRT

Case #:
Event Narrative...MAN SITTING OUTSIDE BAKERY AND IS NOT WANTED THERE......ASKING FOR MONEY...

Event No.
                    Date: 09/01/2013     Day: SUN     Rcv: 12:47     Dsp: 12:55     Enr: 12:55     Arv: 13:02     Cmp: 13:03

Disposition: GONE ON ARRIVAL

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21
Page   42

P/2013-00077950    Location: 777 ROGERS ST HANNAFORDS SUPER MARKET                    Pol: 3         Fire: 816        Jur: LW
                   Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                                 (2)                   (3)                    (4)                    (5)                    (6)
                        LAMARCHE, D
        Case #:                                          Disposition: GONE ON ARRIVAL
Event Narrative...WHITE MALE MID 20'S BAREFOOT...BLUE JEANS..BLUE SHIRT...ASKING FOR MONEY AND FOLLOWING TO CAR.......

P/2013-00078391    Date: 09/03/2013    Day: TUE    Rcv: 00:21    Dsp: 00:38    Enr: 00:38    Arv:           Cmp: 00:39
                   Location: 141 WORTHEN ST WORTHEN HOUSE                                     Pol: 8         Fire: 12        Jur: LW
                   Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                                 Unit(1) E-103E (2)    (3)                    (4)                    (5)                    (6)
                        GENDREAU, S
        Case #:                                          Disposition: GONE ON ARRIVAL
Event Narrative...HISP MALE APROX 5'6 WITH RED CUP BANGING ON CAR WINDOWS BEGGING FOR MONEY

P/2013-00078545    Date: 09/03/2013    Day: TUE    Rcv: 11:50    Dsp: 11:51    Enr: 11:51    Arv: 11:54     Cmp: 12:06
                   Location: 1201 BRIDGE ST MARKET BASKET-SUNRISE PLAZA                       Pol:           Fire: 658       Jur: LW
                   Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                                 Unit(1) C-202 (2)    (3)                    (4)                    (5)                    (6)
                        LEVASSEUR,
        Case #:                                          Disposition: RELEASED CALL
Event Narrative...FEMALE IS OUTSIDE HARRASSING PEOPLE FOR MONEY. SHE HAS BEEN ASKED TO LEAVE AND SHE IS REFUSING... B/F
BROWN SHIRT, GLASSES, SHORT HAIR

P/2013-00079421    Date: 09/05/2013    Day: THU    Rcv: 20:03    Dsp: 20:07    Enr: 20:07    Arv:           Cmp: 20:46
                   Location: 54 PLAIN ST WALGREENS                                           Pol: 10         Fire: 417       Jur: LW
                   Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                                 Unit(1) D-334 (2)    (3)                    (4)                    (5)                    (6)
                        FENLON, TOD
        Case #:                                          Disposition: COMPLETE NO RRT
Event Narrative...MALE BLUE HOODY...BLACK PANTS....OUT FRONT

P/2013-00080599    Date: 09/09/2013    Day: MON    Rcv: 18:04    Dsp: 18:07    Enr: 18:07    Arv:           Cmp: 18:13
                   Location: 37 LEE ST ST JOSEPH'S SHRINE                                    Pol: 8          Fire: 2112      Jur: LW
                   Call Code: PANHANDLING / BEGGING                  Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                                 Unit(1) C-308B (2)    (3)                    (4)                    (5)                    (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  43

Event Narrative...W/M 45 YRO  BLK SHORTS GRY T SHIRT LARGE BUILD BEGGING MONEY IN PARKING LOT NEXT TO SHRINE

Event No.
2013-00080611

Case #:                          KIENG, BUNT
                          Disposition: COMPLETE NO RRT

Date: 09/09/2013    Day: MON    Rcv: 18:45    Dsp: 18:47    Enr: 18:47    Arv:           Cmp: 19:03
Location: 1235 BRIDGE ST MARKET BASKET                      Pol:           Fire: 658      Jur: LW
Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                          Unit(1) C-302B (2) C-302A (3)                    (4)            (5)            (6)
                          BUTH, SOBON   DILLON, RYA

Case #:
                          Disposition: ACC FIRE ALARM-BILL

Event Narrative...MANAGER STATES WHITE MALE BLACK JEANS GRAY SWEATSHIRT BLUE BACK PACK SITTING ON LEDGE BOTHERING
CUSTOMERS

Event No.
2013-00081155

Date: 09/12/2013    Day: THU    Rcv: 13:32    Dsp: 13:33    Enr: 13:33    Arv:           Cmp: 13:46
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST                Pol: 1         Fire: 61       Jur: LW
Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                          Unit(1) C-202 (2)                                (3)            (4)            (5)            (6)
                          HANSON, CHR

Case #:
                          Disposition: GONE ON ARRIVAL

Event Narrative...BLUE SHIRT, GREY HAT SPANISH MALE . .  BACK PACK . . HE IS IN THE PARKINKG LOT THEY HAVE ASKED HIM TO LEAVE
.

Event No.
P/2013-00082246

Date: 09/14/2013    Day: SAT    Rcv: 12:34    Dsp: 12:34    Enr: 12:34    Arv: 12:34      Cmp: 12:35
Location: 181 PLAIN ST                                      Pol: 4         Fire: 454      Jur: LW
Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED
                          Unit(1) M5 (2)                                   (3)            (4)            (5)            (6)
                          SAUVE, SCOT

Case #:
                          Disposition: COMPLETE NO RRT

Event No.
2013-00082785

Date: 09/16/2013    Day: MON    Rcv: 10:38    Dsp: 10:41    Enr: 10:41    Arv:           Cmp: 11:04
Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK           Pol: 8         Fire: 26       Jur: LW
Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                          Unit(1) P-207 (2)                                (3)            (4)            (5)            (6)
                          RAMOS, ALEX

Case #:
                          Disposition: COMPLETE

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21
Page    44

Event Narrative...TWO GUYS   BUMMIN FOR MONEY, GRY HOODIE PATRIOTS, BACK PACK WHITE MALE AND   A
FEMALE WHITE, SHORT HAIR, BLK SWEATER...... ASKING FOR MONEY AND KEEP USING THEIR BATHROOM

Case #:
Event No.
2013-00082920
Date: 09/16/2013    Day: MON    Rcv: 17:27    Dsp: 17:37    Pol:    Enr: 17:37    Arv:    Cmp: 17:52
Location: 0 LOWELL CONNECTOR INBOUND                                                Fire:    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-310B (2)    (3)    (4)    (5)    (6)
MERRILL, SC
Disposition: COMPLETE

Event Narrative...PLAIN ST.....DARK PANTS PATRIOTS SHIRT ASKING PEOPLE FOR MONEY

Case #:
Event No.
2013-00084528
Date: 09/21/2013    Day: SAT    Rcv: 15:01    Dsp: 15:07    Pol: 10    Enr: 15:07    Arv: 15:21    Cmp: 15:21
Location: 0 PLAIN ST                                                          Fire: 445    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-204 (2)    (3)    (4)    (5)    (6)
LAMARCHE, D
Disposition: COMPLETE

Event Narrative...CAMO JACKET W/ A SIGN WALKING INBOUND ON THE RAMP ON PLAIN ST.

Case #:
Event No.
2013-00085304
Date: 09/23/2013    Day: MON    Rcv: 22:18    Dsp: 22:21    Pol: 5    Enr: 22:21    Arv: 22:24    Cmp: 22:24
Location: 300 MERRIMACK ST HESS GAS STATION                                  Fire: 12    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-308B (2) STEP4    (3)    (4)    (5)    (6)
DOKOS, NICH BOUTSELIS,
Disposition: COMPLETE NO RRT

Event Narrative...WHITE MALE, 5"6, GRAY SWEATSHIRT- BEGGING FOR $$

Case #:
Event No.
2013-00086506
Date: 09/27/2013    Day: FRI    Rcv: 15:47    Dsp: 15:50    Pol: 8    Enr: 15:50    Arv: 16:04    Cmp: 16:20
Location: 660 SUFFOLK ST                                                      Fire: 158    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307B (2)    (3)    (4)    (5)    (6)
COUTURE, DA
Disposition: COMPLETE NO RRT

Event Narrative...AMANDA FROM CRIME ANALSIS CALLED AND STATED A WHITE MALE IS OUTSIDE ABOVE ADDRESS ASKING FOR MONEY FROM
PEOPLE.....

City of Lowell 105

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21
Page    45

Event No.
P/2013-00086855
Date: 09/28/2013   Day: SAT   Rcv: 15:45   Dsp: 15:46   Enr: 15:46   Arr:   Cmp: 15:53
Location: 121 CHURCH ST RITE AID PHARMACY                                Pol:      Fire:      Jur: LW
Call Code: PANHANDLING / BEGGING                              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                            Unit(1) C-309A (2)  D-332 (3)  C-309B (4)               (5)               (6)
Case #:                                      PURCELL, BR  BOWLER, NAT RAYNE, ROBE
Event Narrative...MALE OUTSIDE BEGGING FOR MONEY HISP MALE GLASSES
                                             Disposition: COMPLETE NO RRT

Event No.
P/2013-00087105
Date: 09/29/2013   Day: SUN   Rcv: 11:31   Dsp: 11:34   Enr: 11:34   Arr: 11:37   Cmp: 12:09
Location: 282 SUFFOLK ST ST PATRICK'S CHURCH                             Pol: 7    Fire: 164    Jur: LW
Call Code: PANHANDLING / BEGGING                              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                            Unit(1) C-207 (2) C-208 (3)               (4)               (5)               (6)
Case #:                                      QUIGLEY, DA  BOURRET, RA
Event Narrative...JEANS  BROWN JACKET.....  DK BROWN PANTS, LIGHT TAN TOP... BOTH LIGHT SKINNED  APPROACHING PEOPLE FOR
MONEY AND LOOKINGINTO CARS                   Disposition: COMPLETE NO RRT

Event No.
P/2013-00087167
Date: 09/29/2013   Day: SUN   Rcv: 17:33   Dsp: 17:35   Enr: 17:35   Arr:   Cmp: 17:40
Location: LORD OVERPASS / CHELMSFORD ST                                  Pol: 10   Fire: 265    Jur: LW
Call Code: PANHANDLING / BEGGING                              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                            Unit(1) C-310A (2)               (3)               (4)               (5)               (6)
Case #:                                      PHOTHIMATH,
                                             PHOTHIMATH,
Event Narrative...IN THE AREA FOR PANHANDLERS. NO DESCRIPTIONS.
                                             Disposition: COMPLETE.

Event No.
P/2013-00087211
Date: 09/29/2013   Day: SUN   Rcv: 20:39   Dsp: 20:57   Enr: 20:57   Arr: 20:59   Cmp: 21:00
Location: 336 BRIDGE ST CVS 3                                            Pol: 2    Fire: 6      Jur: LW
Call Code: PANHANDLING / BEGGING                              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                            Unit(1) C-302A (2) C-302B (3)               (4)               (5)               (6)
Case #:                                      PEREZ, NELS KELLY, JOSE
Event Narrative...BLACK MALE OUTSIDE WEARING A BLACK JACKET.
                                             Disposition: COMPLETE NO RRT

Event No.
P/2013-00087733
Date: 10/01/2013   Day: TUE   Rcv: 14:11   Dsp: 14:11   Enr: 14:11   Arr: 14:17   Cmp: 15:25
Location: 54 PLAIN ST WALGREENS                                          Pol: 10   Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING                              Cmp Code: PANHANDLING / BEGGING

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page   46

Origin: TELEPHONE

Event No.
2013-0008776S
Case #:
Location: 25 WOOD ST RITE AID
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-205   (2) C-206   (3) C-207   (4) AMB1   (5) C-205   (6)
ROYER, RAYM   TETREAULT S GEOFFROY, DUNKNOWN EMPOYER, RAY
Disposition: COMPLETE NO RRT

Date: 10/01/2013   Day: TUE   Rcv: 15:40   Dsp: 16:50   Pol: 6   Fire: 566   Arr:   Cmp: 17:31
                                                                Jur: LW
Unit(1) C-306   (2)   Cmp Code: PANHANDLING / BEGGING
                        (3)   (4)   (5)   (6)
CONROY, PHI
Disposition: COMPLETE NO RRT

Event Narrative...LORI IS VERY DIRTY LOOKING AND JEANS , ASKING PEOPLE FOR THEIR SHOES,   SHE JUST FOLLOWED SOMEONE   OUT TO
THEIR CAR FOR THEIR SHOES

Case #:
Location: 19 PALMER ST ENTERPRISE BANK 2
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 10/03/2013   Day: THU   Rcv: 17:21   Dsp: 17:25   Pol: 3   Fire: 21   Arr: 17:25   Cmp: 17:30
                                              SUITE 30          Jur: LW
Unit(1) C-309A   (2) C-309B   (3)   Cmp Code: PANHANDLING / BEGGING
                                        (4)   (5)   (6)
ROJAS, GUIL DOKOS, NICH
Disposition: GONE ON ARRIVAL

Event Narrative...MGR OF WOOD ST MARKET BASKET STATES A MALE WITH HIS TIKE SON IN A STROLLER JUST CHALLENGED HIM TO
FIGHT...HE IS PANHANDLEING FOR MONEY, WHITE THSIRT, MID 20'S, ROUGH LOOKING...

Event No.
P/2013-00088496
Case #:
Location: 0 HURD ST
Call Code: PANHANDLING / BEGGING
Origin: E-911

Date: 10/08/2013   Day: TUE   Rcv: 15:02   Dsp: 15:08   Pol: 8   Fire: 27   Arr:   Cmp: 15:09
                                                                Jur: LW
Unit(1) C-208   (2)   Cmp Code: PANHANDLING / BEGGING
                        (3)   (4)   (5)   (6)
ST. ARNAUD,
Disposition: RELEASED CALL

Event Narrative...CHECK THE AREA FOR SHANNON LALLY ASKING EMPLOYEES FOR MONEY AS THEY WALK TO THE GARAGE

Event No.
P/2013-00089976
Case #:
Location: 125 CHURCH ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 10/11/2013   Day: FRI   Rcv: 15:21   Dsp: 15:41   Pol: 8   Fire: 261   Arr: 15:46   Cmp: 15:54
                                                                Jur: LW
Unit(1) C-304   (2) C-309A   (3) C-309B   (4)   Cmp Code: PANHANDLING / BEGGING
                                                (5)   (6)

Event No.
2013-00090942
Event Narrative...CALLER IS UPSET BECAUSE A W/M, TEENAGER PANHANDLED HER 2 DAYS IN A ROW -- W/M, THIN BUILD, DK HAIR, BLK
SWEATSHIRT @ 1507 CAR 8 HAS THE CALL

City of Lowell 107

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  47

```
                                    KEW, DAVID    DOWER, MIND RAYNE, ROBE

          Case #:                   Disposition: COMPLETE NO RRT
Event Narrative...PEOPLE OUTSIDE ASKING FOR MONEY, THIS WAS CALLED IN BY A MONITORING COMPANY (ALARM COMANY)... THEIR
SPEAKERS ARENT WORKING SO THEY ARE UNABLE TO MAKE AN ANNOUNCEMENT

Event No.
2013-00090987
          Date: 10/11/2013  Day: FRI  Rcv: 17:43  Dsp: 17:44  Enr: 17:44  Arv:          Cmp: 18:01
          Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA        Pol: 7       Fire: 117    Jur: LW
          Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
          Origin: TELEPHONE            Unit(1) C-307A (2) C-307B (3) O-330 (4)           (5)           (6)
                                       KELLY, CHRI GILLAN, KEV NGUYEN, ALE

          Case #: 2013-00017945       Disposition: ARRESTED
Event Narrative...JAIME SILVA BEGGING FOR MONEY

Event No.
2013-00091243
          Date: 10/12/2013  Day: SAT  Rcv: 15:25  Dsp: 15:34  Enr: 15:34  Arv:          Cmp: 15:54
          Location: 186 APPLETON ST HAFFNERS SERVICE STATION INC Pol: 9     Fire: 24    Jur: LW
          Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
          Origin: TELEPHONE            Unit(1) P-208 (2)            (3)           (4)           (5)           (6)
                                       GARNEAU, KE

          Case #:                     Disposition: SERVICE MADE
Event Narrative...BILLY STOKES HERE

Event No.
2013-00091722
          Date: 10/14/2013  Day: MON  Rcv: 12:57  Dsp: 12:59  Enr: 12:59  Arv:          Cmp: 13:03
          Location: 5 MERRIMACK ST                             Pol: 8       Fire: 26    Jur: LW
          Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
          Origin: TELEPHONE            Unit(1) P-202 (2)            (3)           (4)           (5)           (6)
                                       HALLORAN, J

          Case #:                     Disposition: COMPLETE
Event Narrative...WHITE FEMALE SITTING ON THE BENCH OUT FRONT IS ASKING PEOPLE FOR MONEY -- W/F, BLK SWEATER, BROWN PONY
TAIL

Event No.
2013-00092070
          Date: 10/15/2013  Day: TUE  Rcv: 16:28  Dsp: 16:58  Enr: 16:58  Arv: 17:17    Cmp: 17:17
          Location: 710 LAKEVIEW AV PACE GAS STATION           Pol: 2       Fire: 622   Jur: LW
          Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
          Origin: TELEPHONE            Unit(1) C-302B (2)           (3)           (4)           (5)           (6)
                                       LANGLOIS, M

          Case #:                     Disposition: COMPLETED CALL
```

City of Lowell 108

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**

01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21

Page   48

Event No.
P/2013-00092490
Event Narrative...W/M ABOUT 25 YRS OLD IN A BLK HOODY ASKING PEOPLE FOR MONEY

Date: 10/17/2013   Day: THU   Rcv: 00:47   Dsp: 00:49   Pol: 1   Arv: 00:50   Cmp: 00:58
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST                    Fire: 61   Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                        Unit (1) C-102   (2) C-111   (3)                (4)        (5)        (6)
                                                         SAR, RASMEY   CZARNIONKA,
                                        Disposition: COMPLETE NO RRT

Case #:

Event No.
P/2013-00092571
Event Narrative...W.M WITH A HAT BLACK LEATHER JACKET ASKING PEOPLE FOR MONEY

Date: 10/17/2013   Day: THU   Rcv: 08:58   Dsp: 09:01   Pol: 8   Arv: 09:01   Cmp: 09:29
Location: MOODY ST / CABOT ST                                   Fire: 114  Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                        Unit (1) C-208   (2) C-208   (3)          (4)              (5)        (6)
                                                  MATOS, JAME   MATOS, JAME
                                        Disposition: COMPLETE NO RRT

Case #:

Event No.
P/2013-00092710
Event Narrative...C/S THERE WOMAN PULL CAR OVER ASKIN G FOR MONEY...HISP/FEMALE GREEN SLIP UP SWEATH SHIRT

Date: 10/17/2013   Day: THU   Rcv: 17:06   Dsp: 17:24   Pol:    Arv: 17:37   Cmp: 17:37
Location: 375 MERRIMACK ST                                      Fire:      Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                        Unit (1) C-308A   (2)               (3)          (4)        (5)        (6)
                                                  WEBB, EVERT
                                        Disposition: COMPLETE NO RRT

Case #:

Event No.
P/2013-00092749
Event Narrative...BY CITY HALL PAN HANDLER PLAID SHIRT

Date: 10/17/2013   Day: THU   Rcv: 19:01   Dsp: 19:07   Pol: 8   Arv: 19:10   Cmp: 19:10
Location: 45 CENTRAL ST BANK NORTH                              Fire: 231  Jur: LW
Call Code: PANHANDLING / BEGGING        Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                        Unit (1) C-308B   (2) P-307   (3)              (4)          (5)        (6)
                                                  DOKOS, NICH   PURCELL, BR
                                        Disposition: COMPLETE NO RRT

Case #:

Event No.
P/2013-00092957
Event Narrative...SHARON LALLY PAN HANDLING

Date: 10/18/2013   Day: FRI   Rcv: 13:04   Dsp: 13:06   Pol: 10   Arv: 13:06   Cmp: 13:20
Location: 37 BRANCH ST ANGKOR MARKET                            Fire: 37   Jur: LW

City of Lowell 109

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013   13:21
Page   49

```
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-210  (2) C-205  (3) H-222  (4)                    (5)                    (6)

Case #:                          Disposition: COMPLETE
.....W/M SHORT, DRK BLUE SHIRT.. SITTING NEXT TO THE DOOR AT THE  YUMMY EXPRESS.. MALE HAS BEEN ASKED SEVERAL
TIMES TODAY TO MOVE ALONG, BUT REFUSES

Event No.
P/2013-00093272                  Date: 10/19/2013   Day: SAT   Rcv: 12:01   Dsp: 12:03   Enr: 12:03   Arv: 12:06   Cmp: 12:08
                                 Location: 37 BRANCH ST ANGKOR MARKET                    Pol: 10      Fire: 37     Jur: LW
Call Code: PANHANDLING / BEGGING                                                         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-210  (2)              (3)                    (4)                    (5)                    (6)
                                                 BOURRET, RA
Case #:                          Disposition: GONE ON ARRIVAL
Event Narrative...SAME GUY FROM YESTERDAY, DRK BLUE JACKET, SHORT HAIR, W/M...... ASKING FOR $$$

Event No.
P/2013-00094748                  Date: 10/24/2013   Day: THU   Rcv: 12:48   Dsp: 12:50   Enr: 12:50   Arv: 12:57   Cmp: 13:02
                                 Location: MERRIMACK ST / BRIDGE ST                      Pol: 8       Fire: 26     Jur: LW
Call Code: PANHANDLING / BEGGING                                                         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) P-207  (2)              (3)                    (4)                    (5)                    (6)
                                                 SMITH, CHRI
Case #:                          Disposition: RELEASED CALL
Event Narrative...DTF ON THE HAT , BLK LEATHER COAT ..HISP MALE ,  ASKING PEOPLE FOR MONEY BY THE ARMY NATIONAL GUARD ..

Event No.
P/2013-00095624                  Date: 10/27/2013   Day: SUN   Rcv: 13:54   Dsp: 14:01   Enr: 14:01   Arv: 14:01   Cmp: 14:08
                                 Location: 378 GORHAM ST EXTRAMART                       Pol: 9       Fire: 215    Jur: LW
Call Code: PANHANDLING / BEGGING                                                         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-209  (2)              (3)                    (4)                    (5)                    (6)
                                                 PEACE, NADJ
Case #:                          Disposition: NO CONTACT MADE
Event Narrative...OLDER FEMALE IN HER 50, RED JACKET, BLUE JEANS, WHITE SNEAKERS...PONY TAIL......HARASSING CUSTOMER FOR
MONEY. WENT DOWN GORHAM ST.

Event No.
P/2013-00095923                  Date: 10/28/2013   Day: MON   Rcv: 17:18   Dsp: 17:21   Enr: 17:21   Arv:         Cmp: 17:25
                                 Location: 271 SCHOOL ST 4M'S VARIETY                    Pol: 7       Fire: 117    Jur: LW
Call Code: PANHANDLING / BEGGING                                                         Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-307B (2)              (3)                    (4)                    (5)                    (6)
```

City of Lowell 110

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  50

Case #:
Incident Narrative...LADY IN WHEELCHAIR ASKING PEOPLE FOR CIGARETTES AND CHANGE , SHE ALSO IS TAKING UP A PARKING SPOT WITH
HER WHEELCHAIR

COUTURE, DA
Disposition: COMPLETE NO RRT

Incident No.        Date: 10/29/2013   Day: TUE   Rcv: 15:11   Dsp: 15:43   Enr: 15:43   Arv:           Cmp: 16:21
2013-00096185      Location: 777 ROGERS ST HANNAFORDS SUPER MARKET                              Fire: 816      Jur: LW
                   Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: 911                        Unit (1) C-303       (2)              (3)              (4)              (5)              (6)
                                                        QUINONES, M

Case #:
Incident Narrative...WHITE MALE, VERY TALL., BLUE HOODY, BLUE JEANS, BLUE DODGE DURANGO WITH NH TAG, GOING UP TO CAR
ASKING FOR MONEY.

Disposition: RELEASED CALL

Incident No.        Date: 10/30/2013   Day: WED   Rcv: 17:38   Dsp: 17:45   Enr: 17:45   Arv:           Cmp: 17:59
2013-00096486      Location: 168 PLAIN ST LOWELL CAR WASH                                    Fire: 454      Jur: LW
                   Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-310B (2)              (3)              (4)              (5)              (6)
                                                        VALLIANT, P

Case #:
Incident Narrative...MALE AT THE END OF THE CONNECTOR ASKING PEOPLE FOR MONEY

Disposition: COMPLETED CALL

Incident No.        Date: 10/31/2013   Day: THU   Rcv: 17:27   Dsp: 17:27   Enr: 17:27   Arv:           Cmp: 17:46
2013-00096745      Location: 331 FLETCHER ST                                Pol: 4         Fire: 19       Jur: LW
                   Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-307A (2)              (3)              (4)              (5)              (6)
                                                        PHOTHIMATH,

Case # : 2013-00019182
Disposition: COMPLETED CALL

Incident Narrative...W/M BLUE SWEATSHIRT

Incident No.        Date: 11/01/2013   Day: FRI   Rcv: 17:11   Dsp: 17:15   Enr: 17:15   Arv:           Cmp: 17:26
2013-00097115      Location: TANNER ST / PLAIN ST                           Pol: 7         Fire: 454      Jur: LW
                   Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-304   (2)              (3)              (4)              (5)              (6)
                                                        BRITO, DANN

Case #:
Disposition: COMPLETE

City of Lowell 111

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21

Page  51

Event Narrative...PEOPLE ON BOTH SIDE OF THE STREET BEGGING FOR MONEY

Event No.
2013-0009751 4    Date: 11/02/2013    Day: SAT    Rcv: 21:27    Dsp: 21:29    Pol: 10    Fire: 417    Arv: 21:33    Jur: LW    Cmp: 21:34
Location: 54 PLAIN ST WALGREENS
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-310A (2)        (3)        (4)        (5)        (6)
Case #:                        MERRILL, SC
Event Narrative...AGGRESSIVE ASIAN FEMALE PANHANDLING      Disposition: GONE ON ARRIVAL

Event No.
2013-0009790 7    Date: 11/04/2013    Day: MON    Rcv: 07:19    Dsp: 07:32    Pol: 4    Fire: 48    Arv: 07:32    Jur: LW    Cmp: 07:38
Location: 1081 GORHAM ST DUNKIN DONUTS GORHAM
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-110 (2) C-104 (3)        (4)        (5)        (6)
Case #:                        MA, NARIN       GOMEZ, OSCA
Event Narrative...TALL BLK MALE IN A CAMO HOODIE ASKING FOR MONEY AT DUNKS      Disposition: GONE ON ARRIVAL

Event No.
2013-0009900 2    Date: 11/07/2013    Day: THU    Rcv: 19:09    Dsp: 19:11    Pol: 10    Fire: 31    Arv: 19:11    Jur: LW    Cmp: 19:13
Location: 55 CHELMSFORD ST
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: 911                  Unit (1) C-310A (2)        (3)        (4)        (5)        (6)
Case #:                        MOORE, JERO
Event Narrative...MALE OUTSIDE ...CALLED IN BY SECURITY COMPANY      Disposition: GONE ON ARRIVAL.

Event No.
2013-0009226 9    Date: 11/08/2013    Day: FRI    Rcv: 15:25    Dsp: 15:29    Pol: 8    Fire: 27    Arv: 15:29    Jur: LW    Cmp: 15:31
Location: 148 CENTRAL ST BANK OF AMERICA
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit (1) C-208 (2) M5 (3)        (4)        (5)        (6)
                                TETREAULT J  SAUVE, SCOT
Case #:                        Disposition: COMPLETE
Event Narrative...HOMELESS MAN BEING AGGRESSIVE WITH PEOPLE LEAVING THE ATM.....WHITE MALE 40'S...NO COLOR
COAT.....NAME IS SHANNON LANRY......CALLER HUNG UP...NO DESCRIPTION GIVEN....

Event No.         Date: 11/11/2013    Day: MON    Rcv: 08:24    Dsp: 08:27    Enr: 08:27    Arv:        Cmp: 08:34

City of Lowell 112

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  52

P/2013-00100064    Location: 54 PLAIN ST WALGREENS                                    Pol: 10        Fire: 417       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                                                  (2)            (3)             (4)            (5)             (6)
Event Narrative...WHITE MALE 60 YO BLUE JEANS TAN COAT WITH RED HOODIE UNDERNEATH AND A KNEE BRACE OVER THE PANTS..
Case #:                                                   Disposition: COMPLETED CALL
                                          FERRY, DAVI
Date: 11/14/2013    Day: THU    Rcv: 20:30    Dsp: 20:31    Enr: 20:31    Arv:         Cmp: 20:35
P/2013-00101031    Location: 55 CHELMSFORD ST 7-11                                    Pol: 10        Fire: 31        Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                      Unit(1) C-310A (2) C-310B (3)              (4)             (5)            (6)
                                          MERRILL, SC DAY, KRISTO
Case #:                                                   Disposition: COMPLETED CALL
Event Narrative...2 WHITE MALES OUTSIDE PAN HANDLING
P/2013-00101477    Location: 489 MERIMACK ST SOVEREIGN 1                              Pol: 8         Fire: 14        Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                      Unit(1) C-209 (2) C-209 (3)                (4)             (5)            (6)
                                          OTERO, DANI PERRIN, DAN
Case #:                                                   Disposition: COMPLETE NO RRT
Date: 11/16/2013    Day: SAT    Rcv: 09:03    Dsp: 09:04    Enr: 09:04    Arv:         Cmp: 09:09
P/2013-00101503    Location: 11 SALEM ST TIPICO'S RESTAURANT                          Pol: 10        Fire: 141       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: 911                            Unit(1) C-208 (2)                          (3)             (4)            (5)            (6)
                                          PEACE, NADJ
Case #:                                                   Disposition: COMPLETE NO RRT
Date: 11/16/2013    Day: SAT    Rcv: 11:38    Dsp: 12:00    Enr: 12:00    Arv:         Cmp: 12:13
Event Narrative...PASSERBY REPORTED THIS
P/2013-00101505    Location: 37 BRANCH ST                                             Pol: 10        Fire: 37        Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                      Unit(1) C-205 (2)                          (3)             (4)            (5)            (6)
Case #:                                                   Disposition: COMPLETE NO RRT    OWNER ASKED THE MALE TO LEAVE THEY
Event Narrative...BLK HAT, GRY JACKET, HISP MALE, SEE THE OWNER OF THE STORE....
REFUSED...
Date: 11/16/2013    Day: SAT    Rcv: 11:53    Dsp: 12:05    Enr: 12:05    Arv: 12:11   Cmp: 12:11

City of Lowell 113

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

12/09/2013  13:21
Page  53

Case #:                          FERRY, DAVI
Event Narrative...WHITE MALE...BLUE COAT ...SAME MALE AS USUAL
                Disposition: COMPLETE NO RRT

Event No.       Date: 11/16/2013   Day: SAT   Rcv: 17:55   Dsp: 18:01   Enr: 18:01   Arv:        Cmp: 18:11
2013-00101587   Location: 556 DUTTON ST DUNKIN DONUTS                    Pol: 7        Fire: 29    Jur: LW
                Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE            Unit(1) C-307A (2)           (3)           (4)          (5)          (6)
                                    MERCADO, JA

Case #:
                Disposition: COMPLETE
Event Narrative...DUNKIN DONUTS... FEMALE INSIDE ASKING PEOPLE FOR MONEY... LIGHT BLUE JEANS  BLK JACKET AND A WHITE HAT

Event No.       Date: 11/17/2013   Day: SUN   Rcv: 12:29   Dsp: 12:32   Enr: 12:32   Arv: 12:35   Cmp: 12:36
2013-00101790   Location: 222 MERRIMACK ST                               Pol: 8        Fire: 21    Jur: LW
                Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE            Unit(1) P-207 (2)            (3)           (4)          (5)          (6)
                                    SMITH, CHRI

Case #:
                Disposition: NO CONTACT MADE
Event Narrative...2 WM 5lO", SCRUFFY, JEANS, SKINNY...CALLED INTO THE MAINDESK.....

Event No.       Date: 11/17/2013   Day: SUN   Rcv: 19:55   Dsp: 19:55   Enr: 19:55   Arv: 19:55   Cmp: 19:55
2013-00101882   Location: 55 WESTFORD ST                                 Pol: 10       Fire: 36    Jur: LW
                Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
                Origin: OFCR INITIATED       Unit(1) WEST (2)             (3)           (4)          (5)          (6)
                                    DESMARAIS,

Case #:
                Disposition: COMPLETE

Event No.       Date: 11/18/2013   Day: MON   Rcv: 10:36   Dsp: 10:45   Enr: 10:45   Arv:        Cmp: 10:59
2013-00102034   Location: BRIDGE ST / VFW HWY                            Pol: 2        Fire: 6     Jur: LW
                Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE            Unit(1) C-202 (2) S-225 (3) 697 (4)        (5)          (6)
                                    HANSON, CHR  KINNEY, BRI  RAMIREZ, JO
                Disposition: COMPLETE
Case #:
Event Narrative...MALE AND FEMALE STANDING IN THIS LOCATION HOLDING A SIGN STATING
                "YOUNG CHRISTIAN COUPLE" C/S THEY ARE THE SAME PEOPLE AS ALWAYS

City of Lowell 114

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

01/01/2013 00:00 to 11/30/2013 23:59

Event No.
P/2013-00103107    Date: 11/21/2013    Day: THU    Rcv: 20:43    Dsp: 20:45    Enr: 20:45    Arv:    Cmp: 21:05
Location: 427 BRIDGE ST MANNINGS LIQUORS    Pol: 2    Fire: 6121    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-302B (2) C-302A (3)    (4)    (5)    (6)

Case #:    LANGLOIS, M   PEREZ, NELS
Event Narrative...BACK PARKING FOR A PANHANDLER..MALE    . DRK HOODIE AND JEANS
Disposition: GONE ON ARRIVAL

Event No.
P/2013-00103217    Date: 11/22/2013    Day: FRI    Rcv: 07:55    Dsp: 08:08    Enr: 08:08    Arv: 08:09    Cmp: 08:14
Location: 55 CHELMSFORD ST 7-11    Pol: 10    Fire: 31    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-110    (2) C-106    (3)    (4)    (5)    (6)

Case #:    MA, NARIN   DESMARAIS,
Event Narrative...WHITE MALE LONG BEARD STOCKING HAT TAN JACKET BLUE JEANS OUTSIDE STORE BEGGING FOR CHANGE
Disposition: GONE ON ARRIVAL

Event No.
P/2013-00103589    Date: 11/23/2013    Day: SAT    Rcv: 15:56    Dsp: 16:20    Enr: 16:20    Arv: 16:25    Cmp: 16:34
Location: 37 BRANCH ST ANGKOR MARKET    Pol: 10    Fire: 37    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-305    (2)    (3)    (4)    (5)    (6)

Case #:    DAY, KRISTO
Event Narrative...MALE OUT FRONT WHO HAS BEEN ASKING FOR MONEY ALL DAY AND WILL NOT LEAVE
Disposition: COMPLETE

Event No.
P/2013-00104197    Date: 11/25/2013    Day: MON    Rcv: 14:02    Dsp: 14:04    Enr: 14:04    Arv:    Cmp: 14:29
Location: 37 TANNER ST / PLAIN ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-204    (2)    (3)    (4)    (5)    (6)

Case #:    LAMARCHE, D
Event Narrative...2 WHITE MALES I WHITE FEMALE.......HOLDING SIGNS.....
Disposition: COMPLETE

Event No.
P/2013-00104314    Date: 11/25/2013    Day: MON    Rcv: 22:34    Dsp: 22:37    Enr: 22:37    Arv:    Cmp: 23:08
Location: 369 BROADWAY ST CHINA STAR    Pol: 7    Fire: E3    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307B (2) C-310A (3) C-307A (4) AMB2    (5)    (6)

City of Lowell 115

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
01/01/2013 00:00 to 11/30/2013 23:59

Case #:

Event Narrative...B/M PURPLE HAT AND A HOODIE.....KEEPS BOTHERING THE CUSTOMERS OUT FRONT

COUTURE, DA    MERRILL, SC WHALEN, TIMUNKNOWN EMP

Disposition: COMPLETE NO RRT

Event No.

Date: 11/27/2013   Day: WED   Rcv: 00:42   Dsp: 00:45   Enr: 00:45   Arv:   Cmp: 00:49

2013-0010467S

Location: 300 MERRIMACK ST HESS GAS STATION   Pol: 5   Fire: 12   Jur: LW

Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING

Origin: TELEPHONE   Unit(1) C-105   (2) C-108   (3) C-110   (4)   (5)   (6)

KENNEDY, FR   BUGLER, STE MA, NARIN

Case #:

Disposition: COMPLETE NO RRT

Event Narrative...6FT BLK MALE BLK COAT ASKING PEOPLE FOR MONEY

City of Lowell 116

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  1

Event No.
P/2013-00105867
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Event Narrative...WHITE MALE, BLACK/TAN HOODY IN PARKING  WALKING ON CHELMSFORD ST TOWARD CROSS POINT SOLICITING

Date: 12/01/2013   Day: SUN   Rcv: 14:22   Dsp: 14:25   Enr: 14:25   Arv:   Cmp: 14:43
Location: 850 CHELMSFORD ST 99 RESTAURANT
Unit(1) C-205 (2)   Pol: 5   Fire: 418   Jur: LW
(3)   (4)   (5)   (6)

Event No.
P/2013-00108529
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #:
GEOFFROY, D

Date: 12/10/2013   Day: TUE   Rcv: 19:07   Dsp: 19:11   Enr: 19:11   Arv:   Cmp: 19:18
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Unit(1) C-307B (2)   Pol: 7   Fire: 117   Jur: LW
(3)   (4)   (5)   (6)
Disposition: COMPLETE
COUTURE, DA

Event Narrative...MAN IN A RED COAT BEGGING FOR MONEY IN THE LOT. WHITE MALE
Disposition: COMPLETE NO RRT

Event No.
P/2013-00111240
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 12/20/2013   Day: FRI   Rcv: 16:37   Dsp: 16:40   Enr: 16:40   Arv:   Cmp: 16:55
Location: 222 MERRIMACK ST ENTERPRISE BANK
Unit(1) C-309A (2) C-308A (3) C-309B (4) C-308B (5)   Pol: 8   Fire: 21   Jur: LW
(6)
Case #:
DOKOS, NICH  WEBB, EVERT MERCADO, JACOLLINS, CH
Disposition: GONE ON ARRIVAL

Event Narrative...SHANON LALLY IS HANGING OUT WAITING FOR EMPLOYEES TO COME OUT TO PANDHANDLE

Event No.
P/2013-00111315
Call Code: PANHANDLING / BEGGING
Origin: 911

Date: 12/20/2013   Day: FRI   Rcv: 21:11   Dsp: 21:30   Enr: 21:30   Arv:   Cmp: 21:44
Location: 0 BRIDGE ST
Unit(1) C-308A (2)   Pol: 2   Fire: 618   Jur: LW
(3)   (4)   (5)   (6)
Case #:
WEBB, EVERT
Disposition: COMPLETE NO RRT

Event Narrative...ON BRIDGE ST BRIDGE ELDERLY MALE STUMBLING PAN HANDLING WALKING TOWARDS DOWNTOWN

Event No.
2013-00111492
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 12/21/2013   Day: SAT   Rcv: 13:34   Dsp: 13:36   Enr: 13:36   Arv: 13:40   Cmp: 13:42
Location: 37 BRANCH ST ANGKOR MARKET
Unit(1) C-205 (2)   Pol: 10   Fire: 37   Jur: LW
(3)   (4)   (5)   (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page   2

BOURRET, RA

Case #:
Event Narrative...ASIAN GUY ASKING FOR MONEY
Disposition: COMPLETE NO RRT

Event No.
2013-00111784
Date: 12/22/2013   Day: SUN   Rcv: 16:09   Dsp: 16:13   Enr: 16:13   Arv: 16:18   Cmp: 16:31
Location: 41 JOHNSON ST                   Pol: 1   Fire: 78   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-301        (2)          KELLY, JOSE   (3)          (4)          (5)          (6)

Case #:
Event Narrative...FEMALE WITH A BLUE COAT AND RED PANTS GOIGN DOOR TO DOOR ASKING FOR MONEY FROM PEOPLE SHE IS STILL IN TH
AREA
Disposition: COMPLETE

Event No.
2013-00113216
Date: 12/28/2013   Day: SAT   Rcv: 18:40   Dsp: 18:42   Enr: 18:42   Arv:          Cmp: 18:49
Location: 331 FLETCHER ST MARKET BASKET 2                   Pol: 7   Fire: 139   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-307A       (2)          KELLY, CHRI   (3)          (4)          (5)          (6)

Case #:
Event Narrative...MALE ASKING PEOPLE FOR MONEY IN THE PARKING LOT   GREEN JACKET   BLUE JEANS   WORK BOOTS AND ORANGE GLOVES
Disposition: GONE ON ARRIVAL

Event No.
2013-00113222
Date: 12/28/2013   Day: SAT   Rcv: 19:11   Dsp: 19:13   Enr: 19:13   Arv: 19:15   Cmp: 19:23
Location: 1274 LAWRENCE ST BRANDO'S SUB SHOP                Pol: 4   Fire: 8127   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-304   (2) C-309A   (3) C-309B (4)          (5)          (6)
          MERCADO, JA   KIENG, BUNT   RAYNE, ROBE

Case #:
Event Narrative...HOMELESS MAN BECOMING AGGRESSIVE OUTSIDE....WHITE MALE 60 BALD...NAVY BLUE SWEATPANTS..NAVY BLUE
JACKET.....
Disposition: COMPLETE NO RRT

Event No.
2013-00113271
Date: 12/28/2013   Day: SAT   Rcv: 22:13   Dsp: 22:16   Enr: 22:16   Arv: 22:16   Cmp: 22:20
Location: PRESCOTT ST / BRIDGE ST                          Pol: 8   Fire: 26   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-308A       (2)          WEBB, EVERI   (3)          (4)          (5)          (6)
Disposition: COMPLETE

Case #:

City of Lowell 118

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page   3

Event Narrative...C/S WHITE MALE PAN HANDLING IN THE AREA STUMBLING AROUND IN THE AREA

Event No.
2013-0011373375
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 12/29/2013   Day: SUN   Rcv: 10:52   Dsp: 11:00   Pol: 8   Fire: 26   Arv:   Cmp: 11:01
Location: 11 KEARNEY SQ                                                          Jur: LW

Case #:
Unit(1) C-208    (2)              Cmp Code: PANHANDLING / BEGGING        (3)                           (4)                           (5)                           (6)
CAMARA, MIC
Disposition: COMPLETED CALL

Event Narrative...2 MALES OUT FRONT ASKING EVERYONE FOR MONEY

Event No.
2013-0011333381
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 12/29/2013   Day: SUN   Rcv: 11:16   Dsp: 11:23   Pol: 8   Fire: 21   Arv: 11:23   Cmp: 11:25
Location: KIRK ST / MERRIMACK ST                                                 Jur: LW

Case #:
Unit(1) C-208    (2)              Cmp Code: PANHANDLING / BEGGING        (3)                           (4)                           (5)                           (6)
CAMARA, MIC
Disposition: COMPLETED CALL

Event Narrative...NEAR THE BRAZILIAN RESTUARANT ...WHITE MALE WITH A CANE ...STOPPING PEOPLE IN TRAFFIC ASKING FOR MONEY

Event No.
2013-0011336681
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 12/30/2013   Day: MON   Rcv: 12:24   Dsp: 12:33   Pol: 10   Fire: 417   Arv: 12:33   Cmp: 12:33
Location: 54 PLAIN ST WALGREENS                                                  Jur: LW

Case #:
Unit(1) C-210    (2)              Cmp Code: PANHANDLING / BEGGING        (3)                           (4)                           (5)                           (6)
TETREAULT J
Disposition: COMPLETED CALL

Event Narrative...W/M WITH A WINTER HAT AND BRN JACKET AND BLK SWEAT PANTS BOTHERING CUSTOMERS FOR MONEY

Event No.
2013-0011337769
Call Code: PANHANDLING / BEGGING
Origin: 911

Date: 12/30/2013   Day: MON   Rcv: 18:24   Dsp: 18:27   Pol: 10   Fire: 31   Arv: 18:29   Cmp: 18:33
Location: 55 CHELMSFORD ST                                                       Jur: LW

Case #:
Unit(1) C-310A    (2) C-310B    (3)              Cmp Code: PANHANDLING / BEGGING        (4)                           (5)                           (6)
RIOS, LUIS          VALLIANT, P
Disposition: GONE ON ARRIVAL

Event Narrative...BROWN JACKET AND GREY HOODIE MICHAEL YOUNG BEGGING CUSTOMERS FOR MONEY ...STANDING BY THE REDBOX NOW

Event No.
P/2013-0011356
Location: 166 GORHAM ST JAY'S FOOD STORE

Date: 12/31/2013   Day: TUE   Rcv: 13:50   Dsp: 13:56   Pol: 9   Fire: 232   Arv: 13:56   Cmp: 14:02
                                                                                 Jur: LW

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit (1) C-209  (2)                    (3)                    (4)                    (5)                    (6)
                                         PEACE, NADJ
Case #:                                  Disposition: COMPLETED CALL
Narrative...OVER BY THE PAY PHONE THREE TO FOUR WHITE MALE PANHANDLING................

Case #:
Date: 12/31/2013    Day: TUE    Rcv: 19:50    Dsp: 20:10    Enr: 20:10    Arv:          Cmp: 20:23
Location: 271 SCHOOL ST 4M'S VARIETY                        Pol: 7    Fire: 117    Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit (1) C-307B (2) C-307A (3)                    (4)                    (5)                    (6)
                                         QUIGLEY, DA  WHALEN, TIM
Case #:                                  Disposition: COMPLETE NO RRT
Date: 01/01/2014    Day: WED    Rcv: 16:33    Dsp: 16:49    Enr: 16:49    Arv: 16:50    Cmp: 16:50
Location: PRESCOTT ST / MERRIMACK ST                        Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit (1) C-308B (2)                    (3)                    (4)                    (5)                    (6)
                                         GATTO, JASO
Case #:                                  Disposition: COMPLETE NO RRT
Narrative...SPANISH MALE ASKING FOR CHANGE

Case #:
Date: 01/06/2014    Day: MON    Rcv: 20:39    Dsp: 20:51    Enr: 20:51    Arv: 20:54    Cmp: 20:55
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA               Pol: 7    Fire: 117    Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit (1) C-307A (2)                    (3)                    (4)                    (5)                    (6)
                                         WHALEN, TIM
Case #:                                  Disposition: COMPLETED CALL
Narrative...W/M BLUE JEANS, GREEN JACKET. GREEN HOODIE ASKING PEOPLE--- STOPPING CARS

Case #:
Date: 01/07/2014    Day: TUE    Rcv: 11:19    Dsp: 11:26    Enr: 11:26    Arv: 11:44    Cmp: 11:45
Location: 1219 PAWTUCKET BLVD                               Pol: 1    Fire: 7126    Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit (1) C-201  (2)                    (3)                    (4)                    (5)                    (6)
                                         MARTIR JR.,
Case #:                                  Disposition: COMPLETE

Narrative...
   ELVIN MARTINEZ IS IN FRONT OF LIQUOR STORE BOTHER PEOPLE.. SPANISH MALE WEARING A BLUE SWEATER

Client No.
2013-0011402

Client No.
2014-0000018

Client No.
2014-0000150

Client No.
2014-0000164

04/27/2015  12:07
Page    4

City of Lowell 120

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07

Page   5

Event No.
Event Narrative...LADY WALKING AROUND THE NIEGHBOR ASKING FOR MONEY NEXT TO UNIT 74... WHITE FEMALE, BROWN COAT, BLUE
SKIRT.

Event No.
2014-00001952   Date: 01/08/2014   Day: WED   Rcv: 12:46   Dsp: 12:49   Enr: 12:49   Arv: 12:50   Cmp: 12:52
Location: 220 APPLETON ST TEDESCHI'S                          Pol: 9   Fire: 218   Jur: LW
Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
Origin: 911                                Unit(1) C-209   (2)           (3)           (4)           (5)           (6)
                                           OTERO, DANI
Case #:                                    Disposition: COMPLETE
Event Narrative...IN THE PARKING , WHITE MALE, BLUE JEAN, WORK BOOTS, HOODY WITH A LEATHER JACKET.

Event No.
2014-00002331   Date: 01/09/2014   Day: THU   Rcv: 19:29   Dsp: 19:32   Enr: 19:32   Arv: 21:13   Cmp: 21:13
Location: 186 APPLETON ST HAFFNERS SERVICE STATION INC Pol: 9   Fire: 24   Jur: LW
Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) C-309A (2) C-309B (3)          (4)           (5)           (6)
                                           TETREAULT J ST. ARNAUD,
Case #:                                    Disposition: COMPLETE
Event Narrative...WHITE PALE 50'S....BLUE JEANS GREY JACKET...LGH HAT.....

Event No.
2014-00002511   Date: 01/10/2014   Day: FRI   Rcv: 12:17   Dsp: 12:20   Enr: 12:20   Arv: 12:31   Cmp: 12:31
Location: 181 PLAIN ST TARGET DEPARTMENT STORE             Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) C-204   (2)           (3)           (4)           (5)           (6)
                                           LAMARCHE, D
Case #:                                    Disposition: COMPLETE
Event Narrative...W/M, 170LBS, BLK JACKET HOODIE, BRO BOOTS, BEGGING FOR MONEY...

Event No.
2014-00004186   Date: 01/16/2014   Day: THU   Rcv: 11:45   Dsp: 11:50   Enr: 11:50   Arv:       Cmp: 11:53
Location: APPLETON ST / GORHAM ST                          Pol: 8   Fire: 232   Jur: LW
Call Code: PANHANDLING / BEGGING           Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                          Unit(1) P-208   (2) C-208   (3)           (4)           (5)           (6)
                                           QUIGLEY, JO   DEMAIO, JAM
Case #:                                    Disposition: COMPLETED CALL
Event Narrative...THREE TO FOUR PEOPLE BANGING ON CAR WINDOWS ASKING FOR MONEY .. CALLER SAID THEY ARE HOMELESS PEOPLE

Event No.                              Date: 01/16/2014   Day: THU   Rcv: 14:46   Dsp: 14:54   Enr: 14:54   Arv:       Cmp: 15:30

City of Lowell 121

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   6

Event No. P/2014-00004233
Location: PRESCOTT ST / MERRIMACK ST
Call Code: PANHANDLING / BEGGING          Pol: 8          Fire: 26          Jur: LW
Origin: TELEPHONE          Unit(1) C-208   (2) P-207   (3) P-208   (4)                    (5)                    (6)

Case #:
Event Narrative...4 PANHANDLERS KNOCKING ON PEOPLES CARS
Disposition: COMPLETE NO RRT

Event No. 2014-00004717
Date: 01/17/2014   Day: FRI   Rcv: 22:03   Dsp: 22:03   Enr: 22:03   Arv:          Cmp: 22:25
Location: 218 E MERRIMACK ST IMMACULATE CONCEPTION   SC Pol: 3          Fire: 82   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-303   (2)          (3)          (4)                    (5)                    (6)
DEMAIO, JAM   SMITH, CHRI QUIGLEY, JO
DONALDSON,

Case #:
Event Narrative...IN PARKING LOT
Disposition: COMPLETED CALL

Event No. P/2014-00004959
Date: 01/18/2014   Day: SAT   Rcv: 18:58   Dsp: 19:05   Enr: 19:05   Arv: 19:05   Cmp: 19:29
Location: 331 FLETCHER ST MARKET BASKET 2          Pol: 7          Fire: 139   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-307B   (2) C-307A   (3)          (4)                    (5)                    (6)
CHRISTIANSE DAY, KRISTO

Case #:
Event Narrative...C/S MAN IN PARKING LOT PAN HANDLING-HISP MALE BLACK COAT AND HAT
Disposition: COMPLETE NO RRT

Event No. P/2014-00005225
Date: 01/19/2014   Day: SUN   Rcv: 20:05   Dsp: 20:13   Enr: 20:13   Arv: 20:21   Cmp: 20:21
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST          Pol: 2          Fire: 61   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-302B   (2) C-302A   (3)          (4)                    (5)                    (6)
LANGLOIS, M DILLON, RYA

Case #:
Event Narrative... MALE WEARING A RED JACKET WITH A GRAY HOODIE UNDERNEATH ASKING PEOPLE FOR MONEY
Disposition: COMPLETE NO RRT

Event No. P/2014-00006065
Date: 01/22/2014   Day: WED   Rcv: 22:02   Dsp: 22:05   Enr: 22:05   Arv:          Cmp: 22:20
Location: 54 PLAIN ST WALGREENS          Pol: 10          Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: 911          Unit(1) C-310A   (2) C-310B   (3) C-310B   (4)                    (5)                    (6)
MERCADO, JA VALLIANT, P VALLIANT, P

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event Narrative...YOUNG MALE BY THE DOOR TO WALGREENS ASKING PEOPLE FOR MONEY

Case #:
Event No.
2014-00006326    Date: 01/23/2014    Day: THU    Rcv: 19:35    Dsp: 19:41    Enr: 19:41    Arv:    Cmp: 19:46
Location: PRESCOTT ST / MERRIMACK ST    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-308A (2) C-308B (3)    (4)    (5)    (6)
PURTELL, CH    WEBB, EVERT
Disposition: COMPLETE

Event Narrative...C/S THAT THERE IS A MALE WITH A NORTH FACE JACKET WITH A DUNKIN DONUTS CUP BEGGING.

Case #:
Event No.
2014-00006557    Date: 01/24/2014    Day: FRI    Rcv: 14:06    Dsp: 14:43    Enr: 14:43    Arv:    Cmp: 15:08
Location: 220 APPLETON ST TEDESCHI'S    Pol: 9    Fire: 218    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-209 (2)    (3)    (4)    (5)    (6)
SIOPES, ARL
Disposition: COMPLETE

Event Narrative...TALL, WHITE MALE  -- BLUE JACKET AND BLK BACKPACK ASKING CUSTOMERS FOR MONEY

Case #:
Event No.
2014-00007508    Date: 01/27/2014    Day: MON    Rcv: 20:37    Dsp: 20:40    Enr: 20:40    Arv:    Cmp: 20:51
Location: MERRIMACK ST / PRESCOTT ST    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-308A (2) C-308B (3)    (4)    (5)    (6)
COUTURE, DA    KELLY, JOSE
Disposition: COMPLETE NO RRT

Event Narrative...MAN AND WOMEN ASKING FOR MONEY...DARK CLOTHES.....KNOCKING ON CAR WINDOWS.....THEY ARE WAITING FOR THE
LIGHT TO TURN RED...THEN THEY GO UP TO CARS...

Case #:
Event No.
2014-00008256    Date: 01/30/2014    Day: THU    Rcv: 13:46    Dsp: 13:50    Enr: 13:50    Arv:    Cmp: 15:11
Location: MERRIMACK ST / BRIDGE ST    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) P-207 (2)    (3)    (4)    (5)    (6)
SMITH, CHRI
Disposition: COMPLETE

Event Narrative...A GROUP OF MALES IN THEIR 40'S HARASSING PEOPLE FOR MONEY AND SAYING RUDE THINGS WHEN THEY DON'T GIVE

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

THEM ANY CASH

Event No.
2014-00008291   Date: 01/30/2014   Day: THU   Rcv: 16:24   Dsp: 16:42   Pol: 2   Enr: 16:42   Fire: 729   Arv:   Cmp: 16:43   Jur: LW
Location: 700 AIKEN ST TOP DONUT
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) C-311     (2)          (3)          (4)          (5)          (6)
Case #:                                  LEVASSEUR,
Event Narrative...MALE IN A MAROON COAT PANHANDLING           Disposition: COMPLETE

Event No.
2014-00008519   Date: 01/31/2014   Day: FRI   Rcv: 10:57   Dsp: 10:58   Pol: 1   Enr: 10:58   Fire: 7126   Arv:   Cmp: 12:02   Jur: LW
Location: 1401 PAWTUCKET BLVD    (21)
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) C-201     (2)          (3)          (4)          (5)          (6)
Case #:                                  MARTIR JR.,
Event Narrative...FEMALE BEGGING FOR $$$---  FEMALE STAYS AT THIS ADDRESS        Disposition: COMPLETE

Event No.
2014-00010091   Date: 02/05/2014   Day: WED   Rcv: 20:42   Dsp: 20:55   Pol: 9   Enr: 20:55   Fire: 24   Arv:   Cmp: 20:59   Jur: LW
Location: 186 APPLETON ST HAFNERS SERVICE STATION INC
Call Code: PANHANDLING / BEGGING
Origin: 911                              Unit(1) C-309B    (2)          (3)          (4)          (5)          (6)
Case #:                                  MATOS, JAME
Event Narrative...C/S BLACK MALE BLK SWEATSHIRT GRAY HOODIE UNDER NEATH PAN HANDLING        Disposition: COMPLETED CALL

Event No.
2014-00011952   Date: 02/11/2014   Day: TUE   Rcv: 21:21   Dsp: 21:22   Pol: 10   Enr: 21:22   Fire: 31   Arv: 21:25   Cmp: 21:29   Jur: LW
Location: 55 CHELMSFORD ST 7-11
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                        Unit(1) C-310A    (2)          (3)          (4)          (5)          (6)
Case #:                                  DAY, KRISTO
Event Narrative...MALE WEARING BLUE JACKET & RED HOODIE           Disposition: GONE ON ARRIVAL

Event No.
P/2014-00012131   Date: 02/12/2014   Day: WED   Rcv: 12:32   Dsp: 12:40   Pol: 8   Enr: 12:40   Fire: 21   Arv:   Cmp: 12:48   Jur: LW
Location: MERRIMACK ST / SHATTUCK ST

City of Lowell 124

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Case #:
Date: 02/12/2014   Day: WED   Rcv: 14:20   Dsp: 14:22   Enr: 14:22   Arv:   Cmp: 15:04
Location: 37 BRANCH ST ANGKOR MARKET   Pol: 10   Fire: 37   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-205   (2)   (3)   (4)   (5)   (6)
   GEOFFROY, D
Disposition: COMPLETE
Event Narrative...WHITE FEMALE ASKING FOR MONEY STRIPED HAT, GRAY COAT AND BLK BOOTS

Event No.
2014-00012165
Event Narrative...MALE BEGGING FOR MONEY   AMY COAT WHITE MALE SHORT BLN HAIR GREEN GARBAGE BAG

Case #:
Date: 02/14/2014   Day: FRI   Rcv: 12:28   Dsp: 12:31   Enr: 12:31   Arv: 12:31   Cmp: 12:39
Location: PRESCOTT ST / MERRIMACK ST   Pol: 8   Fire: 26   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-208   (2) P-207   (3)   (4)   (5)   (6)
   PERRIN, DAN   SMITH, CHRI
Disposition: COMPLETE
Event No.
2014-00012773
Event Narrative...WHITE FEMALE, BLUE JACKET, RED BACKPACK IN TRAFFIC ASKING FOR MONEY

Case #:
Date: 02/15/2014   Day: SAT   Rcv: 15:14   Dsp: 15:22   Enr: 15:22   Arv: 15:22   Cmp: 15:56
Location: PRESCOTT ST / MERRIMACK ST   Pol: 8   Fire: 26   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) P-207   (2)   (3)   (4)   (5)   (6)
   RAMOS, ALEX
Disposition: COMPLETE NO RRT
Event No.
2014-00013151
Event Narrative...GROUP OF PEOPLE ARE KNOCKING AT PEOPLES CAR WINDOWS/ THEY ARE ASKING FOR MONEY  --- 1 FEMALE, 3 MALES--
THEY ARE ALL WHITE

Case #:
Date: 02/16/2014   Day: SUN   Rcv: 21:17   Dsp: 21:19   Enr: 21:19   Arv: 21:25   Cmp: 21:25
Location: BRIDGE ST / VFW HWY   Pol: 8   Fire: 6   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-302A   (2)   (3)   (4)   (5)   (6)
   MERCADO, JA

Event No.
2014-00013587

Disposition: COMPLETE NO RRT
SMITH, CHRI

04/27/2015  12:07
Page   9

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

Case #:
Event No.
2014-00013861    Date: 02/17/2014    Day: MON    Rcv: 18:51    Dsp: 18:54    Enr: 18:54    Arv:    Cmp: 18:59
Location: 331 FLETCHER ST MARKET BASKET 2    Pol: 7    Fire: 139    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307B (2) P-313 (3)    (4)    (5)    (6)
                     CHRISTIANSE GILLAN, KEV
Disposition: COMPLETE NO RRT
Event Narrative...ALL DARK CLOTHING...GOING UP TO CARS....

Case #:
Event No.
2014-00014960    Date: 02/21/2014    Day: FRI    Rcv: 01:02    Dsp: 01:17    Enr: 01:17    Arv: 01:27    Cmp: 01:27
Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST    Pol: 1    Fire: 61    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-111 (2)    (3)    (4)    (5)    (6)
                     KELLEHER, P
Disposition: GONE ON ARRIVAL
Event Narrative...UNWANTED--PAN HANDLING WHITE MALE RED HAT BLACK JACKET EMPLOYEE SAYS HES ALWAYS THERE AND HES
TRESPASSING

Case #:
Event No.
2014-00015079    Date: 02/21/2014    Day: FRI    Rcv: 12:32    Dsp: 13:11    Enr: 13:11    Arv: 13:18    Cmp: 13:22
Location: MERRIMACK ST / PRESCOTT ST    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) P-207 (2) COLLEG (3)    (4)    (5)    (6)
                     DELANEY, CH  HICKEY, THO
Disposition: COMPLETE NO RRT
Event Narrative...1 PR MALE STANDING OUTSIDE TEDECHIS WITH MILK JUG IN HAND. BLK SHIRT GRAY HAT

Case #:
Event No.
2014-00015189    Date: 02/21/2014    Day: FRI    Rcv: 18:37    Dsp: 18:45    Enr: 18:45    Arv: 18:57    Cmp: 19:00
Location: PRESCOTT ST / MERRIMACK ST    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) EAST (2)    (3)    (4)    (5)    (6)
                     COLLINS, CH
Disposition: COMPLETE
Event Narrative...TWO WHITE MALE ASKING FOR MONEY. STANDING UNDER THE CONSTRUCTION TRAP........

Case #:
Event Narrative...1 MALE...1 FEMALE REDHEAD...GOING UP TO CARS....

City of Lowell 126

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event No.
P/2014-00015245     Date: 02/21/2014     Day: FRI     Rcv: 22:24     Dsp: 22:27     Enr: 22:27     Arv: 22:30     Cmp: 22:35
Location: MIDDLE ST / CENTRAL ST                                                   Pol: 8     Fire: 231     Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE     Unit(1) C-308B (2)     (3)     (4)     (5)     (6)
Case #:
Event Narrative...WHITE MALE...GRAY COAT...BACKPACK...
                                      WEBB, EVERT
                                      Disposition: COMPLETE NO RRT

Event No.
P/2014-00015592     Date: 02/22/2014     Day: SAT     Rcv: 22:32     Dsp: 22:34     Enr: 22:34     Arv: 22:54     Cmp: 22:56
Location: 463 CHELMSFORD ST TEDESCHI'S CHELMSFORD ST     Pol: 4     Fire: 417     Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE     Unit(1) C-310A (2) C-305 (3)     (4)     (5)     (6)
Case #:
Event Narrative...MALE OUT FRONT HARASSING CUSTOMERS
                                      DOKOS, NICH   DALY, ANDRE
                                      Disposition: COMPLETE

Event No.
P/2014-00015847     Date: 02/23/2014     Day: SUN     Rcv: 20:13     Dsp: 20:23     Enr: 20:23     Arv:     Cmp: 20:24
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA     Pol: 7     Fire: 117     Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE     Unit(1) W-303L (2)     (3)     (4)     (5)     (6)
Case #:
Event Narrative...BLK JACKET GRN HAT IN PARKING LOT
                                      LANGLOIS, M
                                      Disposition: GONE ON ARRIVAL

Event No.
P/2014-00015856     Date: 02/23/2014     Day: SUN     Rcv: 21:04     Dsp: 21:06     Enr: 21:06     Arv:     Cmp: 21:09
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA     Pol: 7     Fire: 117     Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE     Unit(1) C-307A (2) C-307B (3)     (4)     (5)     (6)
Case #:
Event Narrative...INTOX MALE OUTSIDE BOTHER THE CUSTOMERS
                                      WHALEN, TIM   CHRISTIANSE
                                      Disposition: COMPLETED CALL

Event No.
2014-00016018     Date: 02/24/2014     Day: MON     Rcv: 12:20     Dsp: 12:22     Enr: 12:22     Arv:     Cmp: 12:40
Location: PRESCOTT ST / MERRIMACK ST     Pol: 8     Fire: 26     Jur: LW
Call Code: PANHANDLING / BEGGING     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE     Unit(1) P-207A (2)     (3)     (4)     (5)     (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page    12

Case #:
Event Narrative...FEMALE ON PRESCOTT ST KNOCKING ON WINDOWS LOOKING FOR MONEY

RAMOS, ALEX
Disposition: COMPLETE NO RRT

Event No.
2014-00016106
Date: 02/24/2014    Day: MON    Rcv: 18:02    Dsp: 18:07    Enr: 18:07    Arv:           Cmp: 18:10
Location: 220 APPLETON ST TEDESCHI'S                         Pol: 9    Fire: 218    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                    Unit(1) C-309B (2) C-309A (3) P-308 (4)                (5)           (6)
                    MATOS, JAME   PURCELL, BR  DEANGELO, A

Case #:
Event Narrative...CLERK MAGGIE STATED 2 MALES ARE IN THE PARKING LOT ASKING PEOPLE FOR MONEY. ACCORDING TO A CUSTOMER
ONE MALE WAS SEEN SNORTING COKE... I ASKED MAGGIE WHAT THEY WERE WEARING AND SHE STATED " I DONT KNOW
MAYBE A  ARMY  JACKET, MY BOSS TOLD ME NOT TO  GO OUT LOOK:

Disposition: COMPLETE NO RRT

Event No.
2014-00016119
Date: 02/24/2014    Day: MON    Rcv: 19:00    Dsp: 19:02    Enr: 19:02    Arv:           Cmp: 19:14
Location: 331 FLETCHER ST MARKET BASKET 2                    Pol: 7    Fire: 139    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                    Unit(1) C-307D (2) C-307A (3)                (4)                (5)           (6)
                    CHRISTIANSE  WHALEN, TIM

Case #:
Event Narrative...MALE ASKING PEOPLE FOR MONEY... WEARING A BLACK SWEATSHRT AND HE HAS A BEARD.. WALKING AROUND THE
PARKING LOT

Disposition: COMPLETE NO RRT

Event No.
P/2014-00016770
Date: 02/26/2014    Day: WED    Rcv: 22:20    Dsp: 22:23    Enr: 22:23    Arv:           Cmp: 22:36
Location: PRESCOTT ST / MERRIMACK ST                         Pol: 8    Fire: 26     Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                    Unit(1) C-308A (2) P-307 (3)                (4)                (5)           (6)
                    COUTURE, DA GATTO, JASO

Case #:
Event Narrative...W/M WEARING A LIGHT GREY JACKET & CARRYING A BACK PACK.

Disposition: COMPLETE

Event No.
P/2014-00017315
Date: 02/28/2014    Day: FRI    Rcv: 16:52    Dsp: 17:01    Enr: 17:01    Arv:           Cmp: 17:05
Location: 116 NESMITH ST                                     Pol: 3    Fire: 86     Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                    Unit(1) C-303 (2)                (3)                (4)                (5)           (6)
                    MACDONALD,

City of Lowell 128

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Case #:
Event Narrative...18Y FEMALE BRO HAIR, JACKET, HOLDING A SIGN ASKING FOR MONEY
Event No.                                                                Disposition: COMPLETED CALL
2014-00017571
Date: 03/01/2014        Day: SAT    Rcv: 12:50    Dsp: 12:52    Enr: 12:52    Arv:           Cmp: 13:04
Location: PRESCOTT ST / MERRIMACK ST                              Pol: 8        Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Cmp Code: PANHANDLING / BEGGING
                            Unit(1) C-208    (2) P-207    (3)           (4)           (5)           (6)
                                DEMAIO, JAM  GONSALVES,

Case #:
Event Narrative...MALE GRAY JACKET, BLK PANTS, BACKPACK - ON PRESCOTT ST BEGGING FOR MONEY------- CALLER THINKS ITS BRENDAN
Event No.                                                                Disposition: COMPLETE NO RRT
2014-00017948
Date: 03/02/2014        Day: SUN    Rcv: 20:50    Dsp: 21:09    Enr: 21:09    Arv:           Cmp: 21:30
Location: 1460 MIDDLESEX ST HARRY'S MOBIL GAS                     Pol: 6        Fire: 513   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Cmp Code: PANHANDLING / BEGGING
                            Unit(1) C-306    (2)           (3)           (4)           (5)           (6)
                                CONROY, PHI

Case #:
Event Narrative...MOBIL GAS          MALE ABOUT 20 YRS IN PARKING LOT ASKING PEOPLE FOR MONEY   HE IS WEARING A GREEN COAT
Event No.                                                                Disposition: COMPLETE NO RRT
2014-00018533
Date: 03/04/2014        Day: TUE    Rcv: 19:57    Dsp: 20:08    Enr: 20:08    Arv: 20:12    Cmp: 20:16
Location: 11 WOOD ST MARKET BASKET 3                             Pol: 9        Fire: 566   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Cmp Code: PANHANDLING / BEGGING
                            Unit(1) C-305    (2) C-301    (3)           (4)           (5)           (6)
                                COMTOIS, JO  GARCIA, JUA

Case #:
Event Narrative...MALES ASKING FOR MONEY IN PARKING
Event No.                                                                Disposition: COMPLETE
2014-00019089
Date: 03/06/2014        Day: THU    Rcv: 15:03    Dsp: 15:41    Enr: 15:41    Arv: 15:46    Cmp: 15:51
Location: 54 PLAIN ST WALGREENS                                  Pol: 10       Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                      Cmp Code: PANHANDLING / BEGGING
                            Unit(1) C-210    (2)           (3)           (4)           (5)           (6)
                                BOURRET, RA

Case #:
Event Narrative......WHITE MALE MULTI COLOR BEANIE HAT...TAN WORK JKT...BEING VERY VERBAL TO THE MGR OUTSIDE FRONT HERE
                                                                         Disposition: NO CONTACT MADE
NOW.....HE ALWAYS PAN HANDLES HERE

City of Lowell 129

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event No.
P/2014-00019092
Date: 03/06/2014   Day: THU   Rcv: 15:11   Dsp: 15:14   Enr: 15:14   Arv:   Cmp: 15:33
Location: GORHAM ST / LOWELL CONNECTOR   Pol:   Fire:   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-204   (2)   (3)   (4)   (5)   (6)
Case #:   Disposition: COMPLETE NO RRT
LAMARCHE, D
Event Narrative...MALE/PARTY ASKING PEOPLE FOR MONEY AT THE END OF CONNECTOR/ HAS A DOG WITH HIM/IN THE MEDIAN

Event No.
P/2014-00019106
Date: 03/06/2014   Day: THU   Rcv: 16:28   Dsp: 16:47   Enr: 16:47   Arv: 17:17   Cmp:
Location: 1460 MIDDLESEX ST   Pol: 6   Fire: 513   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-306   (2)   (3)   (4)   (5)   (6)
Case #:   Disposition: RELEASED CALL
CONROY, PHI
Event Narrative...3 MALES ...20 ISH YR OLD.....POSS WHITE OR HISP ASKING PEOPLE FOR MONEY

Event No.
P/2014-00019339
Date: 03/07/2014   Day: FRI   Rcv: 11:57   Dsp: 11:59   Enr: 11:59   Arv:   Cmp: 12:06
Location: VFW HWY / BRIDGE ST   Pol: 2   Fire: 729   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) P-202   (2)   (3)   (4)   (5)   (6)
Case #:   Disposition: COMPLETED CALL
GONSALVES,
Event Narrative...PEOPLE OUTSIDE COMING UP TO MVS ASKING FOR MONEY

Event No.
P/2014-00019383
Date: 03/07/2014   Day: FRI   Rcv: 15:24   Dsp: 15:26   Enr: 15:26   Arv:   Cmp: 15:35
Location: BRIDGE ST / VFW HWY   Pol: 3   Fire: 6   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) P-202   (2)   (3)   (4)   (5)   (6)
GARCIA, JUA
Case #:   Disposition: COMPLETE NO RRT
Event Narrative...THEY'A RE BANGING ON WINDOWS OF CARS NWO INTO TRAFFIC

Event No.
P/2014-00019400
Date: 03/07/2014   Day: FRI   Rcv: 16:27   Dsp: 16:39   Enr: 16:39   Fire: 825   Jur: LW
Location: ROGERS ST / NESMITH ST
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-303   (2)   (3)   (4)   (5)   (6)

04/27/2015   12:07
Page   14

City of Lowell 130

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event No.
2014-00019753

Case #:
Event Narrative...THERE IS A MALE HERE WITH HIS DOG IN THE MEDIAN ASKING FOR MONEY

Date: 03/08/2014    Day: SAT    Rcv: 19:27    Dsp: 19:31    Enr: 19:31    Arv:    Cmp: 19:36
Location: 1235 BRIDGE ST MARKET BASKET    Pol:    Fire: 658    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-302B (2)    (3)    (4)    (5)    (6)
HALLORAN, J
Disposition: GONE ON ARRIVAL

Event No.
2014-00020221

Case #:
Event Narrative...FEMALE IN A HYUNDAI ELANTRA PAN HANDLING

Date: 03/10/2014    Day: MON    Rcv: 16:29    Dsp: 16:34    Enr: 16:34    Arv: 16:43    Cmp:
Location: 37 BRANCH ST ANGKOR MARKET    Pol: 10    Fire: 37    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307A (2)    (3)    (4)    (5)    (6)
MERRILL, SC
Disposition: GONE ON ARRIVAL

Event No.
2014-00020286

Case #:
Event Narrative...FEMALE OUT FRONT ASKING PATRONS FOR $....WHITE FEMALE...GREENISH JKT

Date: 03/10/2014    Day: MON    Rcv: 20:06    Dsp: 20:19    Enr: 20:19    Arv: 20:22    Cmp:
Location: 54 PLAIN ST    Pol: 10    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-305 (2)    (3)    (4)    (5)    (6)
COMTOIS, JO
Disposition: COMPLETED CALL

Event No.
2014-00020326

Case #:
Event Narrative...2 MALES AT ENTRANCE TO STORE BEGGING FIOR MONEY. 1 HAS A RED HOODED S/S, THE OTHER A BLK BLEANIE.THEY HAVE BEEN ASKED 4 TIMES TO LEAVE

Date: 03/10/2014    Day: MON    Rcv: 23:19    Dsp: 23:22    Enr: 23:22    Arv: 23:24    Cmp: 23:30
Location: 1460 MIDDLESEX ST WENDY'S    Pol: 6    Fire: 513    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-306 (2) C-308A (3)    (4)    (5)    (6)
KELLY, JOSE    KELLY, JOSE
Disposition: GONE ON ARRIVAL

Case #:

City of Lowell 131

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  16

Event Narrative...SEE MANAGER AT WENDYS FOR A PANHANDLER THAT KEEPS MAKING THREATS TO HIM.  HE BELIEVES HE IS STILL
OUTSIDE  W/MALE WEARING A RED SHIRT AND JEANS  ABOUT 5'10 WITH A BEARD

Event No.:          Date: 03/11/2014   Day: TUE   Rcv: 17:26   Dsp: 17:28   Enr: 17:28   Arv:         Cmp: 17:47
2014-00020557       Location: 11 WOOD ST MARKET BASKET 3                      Pol: 6       Fire: 566   Jur: LW
                    Call Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE              Unit(1) C-306    (2)   Cmp Code: PANHANDLING / BEGGING
                                                                     (3)            (4)            (5)            (6)
Case #:                                           CONROY, PHI
                                   Disposition: COMPLETE NO RRT

Event Narrative...MALE ON A BKIE WEARING ALL BALCK BLK HAT ASKING PEOPLE FOR MONEY

Event No.:          Date: 03/12/2014   Day: WED   Rcv: 20:20   Dsp: 20:24   Enr: 20:24   Arv: 20:24   Cmp: 20:26
2014-00020956       Location: 55 CHELMSFORD ST 7-11                          Pol: 10      Fire: 31    Jur: LW
                    Call Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE              Unit(1) P-315    (2) D-302  (3)   Cmp Code: PANHANDLING / BEGGING
                                                                     (4)            (5)            (6)
Case #:                              KIENG, BUNT   MURRAY, JOS
                                   Disposition: GONE ON ARRIVAL

Event Narrative...W/M BLK HOODIE APROX 25 YRO BEGGING FOR MONEY OUTSIDE

Event No.:          Date: 03/14/2014   Day: FRI   Rcv: 22:43   Dsp: 22:47   Enr: 22:47   Arv: 22:47   Cmp: 23:05
2014-00021614       Location: 54 PLAIN ST WALGREENS                          Pol: 10      Fire: 417   Jur: LW
                    Call Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE              Unit(1) C-310A   (2)   Cmp Code: PANHANDLING / BEGGING
                                                                     (3)            (4)            (5)            (6)
Case #:                                           GARCIA, JUA
                                   Disposition: COMPLETED CALL

Event Narrative...W/M 6FT TALL JEANS BLUE HAT PURPLE JACKET GOING UP TO PEOPLE ASKING FOR MONEY

Event No.:          Date: 03/16/2014   Day: SUN   Rcv: 13:44   Dsp: 13:46   Enr: 13:46   Arv:         Cmp: 13:56
2014-00022061       Location: 1201 BRIDGE ST MARKET BASKET-SUNRISE PLAZA     Pol: 10      Fire: 658   Jur: LW
                    Call Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE              Unit(1) C-202    (2)   Cmp Code: PANHANDLING / BEGGING
                                                                     (3)            (4)            (5)            (6)
Case #:                              MARTIR JR.,
                                   Disposition: NO CONTACT MADE

Event Narrative...IN MARKET BASKET LOT FEMALE KEEPS GETTING OUT OF A FORD RANDER PU ASKING PEOPLE FOR MONEY AND TRUCK
DOESNT HAVE PLATES

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   17

Event No.       Date: 03/17/2014   Day: MON   Rcv: 10:26   Dsp: 10:31   Enr: 10:31   Arv:         Cmp: 10:31
P/2014-00022260 Location: 37 BRANCH ST ANGKOR MARKET                    Pol: 10   Fire: 37   Jur: LW
                Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE       Unit(1) C-210   (2) C-206   (3)                (4)                (5)                (6)
                Case #:                                 Disposition: COMPLETED CALL
                                                        BOURRET, RA   TETREAULT S
Event Narrative...FEMALE ASKING PEOPLE FOR MONEY, SHE WAS ASKED TO LEAVE AND SHE IS REFUSING--- W/F GREENISH JACKET

Event No.       Date: 03/17/2014   Day: MON   Rcv: 10:56   Dsp: 11:15   Enr: 11:15   Arv:         Cmp: 11:31
P/2014-00022272 Location: 55 CHELMSFORD ST 7-11                         Pol: 10   Fire: 31   Jur: LW
                Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE       Unit(1) C-210   (2) C-205   (3) O-202   (4) C-206   (5)                (6)
                Case #:                                 Disposition: COMPLETED CALL
                                                        BOURRET, RA   LAFFERTY, T BUSBY, WILLIETREAULT S
Event Narrative...BLK JACKET AND BLUE PANTS .. HE IS ASKING FOR MONEY WHEN PEOPLE DONT GIVE HIM THE MONEY HE MAKES THREATS
TO THEM

Event No.       Date: 03/17/2014   Day: MON   Rcv: 11:59   Dsp: 12:01   Enr: 12:01   Arv:         Cmp: 12:10
2014-00022289   Location: 37 BRANCH ST ANGKOR MARKET                    Pol: 10   Fire: 37   Jur: LW
                Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE       Unit(1) C-206   (2)             (3)                (4)                (5)                (6)
                Case #:                                 Disposition: COMPLETED CALL
                                                        TETREAULT S

Event No.       Date: 03/17/2014   Day: MON   Rcv: 17:13   Dsp: 17:15   Enr: 17:15   Arv: 17:18   Cmp: 17:22
2014-00022373   Location: 37 BRANCH ST ANGKOR MARKET                    Pol: 10   Fire: 37   Jur: LW
                Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE       Unit(1) C-310A  (2)             (3)                (4)                (5)                (6)
                Case #:                                 Disposition: COMPLETE NO RRT
                                                        OSBORN, CHR
Event Narrative...FEMALE OUT FRONT SCABBING FOR CHANGE.

Event No.       Date: 03/17/2014   Day: MON   Rcv: 23:13   Dsp: 23:23   Enr: 23:23   Arv:         Cmp: 23:42
2014-00022464   Location: 1460 MIDDLESEX ST                             Pol: 6   Fire: 513   Jur: LW
                Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING

City of Lowell 133

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event Narrative...2 MALES OUT FRONT

Event No.
2014-00022717

Case #:

Origin: 911                Unit(1) C-306    (2)              (3)              (4)              (5)              (6)

CONROY, PHI

Disposition: COMPLETED CALL.

Event No.
2014-00022995

Case #:

Date: 03/18/2014    Day: TUE    Rcv: 18:45    Dsp: 18:48    Enr: 18:48    Arv:              Cmp: 19:24
Location: 11 WOOD ST MARKET BASKET 3                      Pol: 9    Fire: 566    Jur: LW
Call Code: PANHANDLING / BEGGING                      Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-310A (2) C-306 (3)              (4)              (5)              (6)

OSBORN, CHR  CONROY, PHI

Disposition: COMPLETED CALL.

Event Narrative...C/S THAT THERE IS A WHITE MALE GOING CAR TO CAR IN THE PARKING LOT ASKING PEOPLE FOR MONEY. HE HAS RED
HAIR & A BEARD & WEARING A PLAID SHIRT.

Event No.
2014-00024379

Case #:

Date: 03/19/2014    Day: WED    Rcv: 17:20    Dsp: 18:20    Enr: 18:20    Arv:              Cmp: 18:41
Location: 613 MERRIMACK ST                              Pol: 8    Fire: 141    Jur: LW
Call Code: PANHANDLING / BEGGING                      Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) P-306    (2)              (3)              (4)              (5)              (6)

MANYO-WASHI

Disposition: COMPLETE NO RRT

Event Narrative...W/M REEBOK PULL OVER JACKET RED HOODIE AND JEANS IS OUT FRONT ASKING PEOPLE FOR MONEY THEY HAVE ASKED
HIM TO LEAVE NUMEROUS TIMES

Event No.
2014-00025014

Case #:

Date: 03/24/2014    Day: MON    Rcv: 15:34    Dsp: 15:38    Enr: 15:38    Arv: 15:48    Cmp: 15:56
Location: 181 PLAIN ST TARGET                          Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING                      Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-204    (2)              (3)              (4)              (5)              (6)

LAMARCHE, D

Disposition: COMPLETE

Event Narrative...WHITE MALE AND WHITE FEMALE IN FRONT OF THE STORE, MAKING PEOPLE FEEL UNCOMFORTABLE...  CALLED IN BY
SECURITY FROM TARGET

Date: 03/26/2014    Day: WED    Rcv: 17:40    Dsp: 17:42    Enr: 17:42    Arv:              Cmp: 17:58
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                  Pol: 7    Fire: 117    Jur: LW
Call Code: PANHANDLING / BEGGING                      Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-307A (2) C-307B (3) P-313 (4)              (5)              (6)

City of Lowell 134

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page 19

---

**Case #:**
KELLY, CHRI  COUTURE, DA MERRILL, JA
Disposition: COMPLETE
Event Narrative...FEMAKLE IN PARKING LOT BLK JACKET BLUE JEANS HARASSING CUSTOMERS FOR MONEY SWEARING AT THEM

Event No.
2014-00025322
Date: 03/27/2014    Day: THU    Rcv: 19:12    Dsp: 19:14    Enr: 19:14    Arv:    Cmp: 19:24
Location: 166 GORHAM ST JAY'S FOOD STORE    Pol: 9    Fire: 232    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) DB-305 (2)    Cmp Code: PANHANDLING / BEGGING
GILIAN, KEV
(3)    (4)    (5)    (6)

**Case #:**
Disposition: COMPLETE NO RRT
Event Narrative...COUPLE OF GUYS OUTSIDE BOTHERING CUSTOMERS

Event No.
2014-00025324
Date: 03/27/2014    Day: THU    Rcv: 19:27    Dsp: 19:29    Enr: 19:29    Arv:    Cmp: 19:40
Location: 54 PLAIN ST WALGREENS    Pol: 10    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-310B (2) C-310A (3)    Cmp Code: PANHANDLING / BEGGING
ROUSSELL, T RIOS, LUIS
(4)    (5)    (6)

**Case #:**
Disposition: COMPLETE NO RRT
Event Narrative...3 PANHANDLERS BY DOOR....

Event No.
2014-00025350
Date: 03/28/2014    Day: THU    Rcv: 21:22    Dsp: 21:26    Enr: 21:26    Arv:    Cmp: 21:29
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA    Pol: 7    Fire: 117    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307A (2) C-307B (3)    Cmp Code: PANHANDLING / BEGGING
MERRILL, SC COUTURE, DA
(4)    (5)    (6)

**Case #:**
Disposition: COMPLETED CALL
Event Narrative...MAN NAMED JOHN IN LOT BEGGING FOR $. BRO JACKET JEANS

Event No.
2014-00025605
Date: 03/28/2014    Day: FRI    Rcv: 17:00    Dsp: 17:03    Enr: 17:03    Arv:    Cmp: 17:14
Location: 1460 MIDDLESEX ST    Pol: 6    Fire: 513    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-306 (2)    Cmp Code: PANHANDLING / BEGGING
DEANGELO, A
(3)    (4)    (5)    (6)

**Case #:**
Disposition: GONE ON ARRIVAL
Event Narrative...MOBIL GAS STATION---WHITE MALE OUTSIDE STORE ASKING FOR MONEY

City of Lowell 135

Lowell P.D.

**C A D   Activity   Report**

12/01/2013 00:00 to 03/31/2015 23:59

Event No.
P/2014-00025675
Date: 03/28/2014   Day: FRI   Rcv: 20:34   Dsp: 20:39   Enr: 20:39   Arv:            Cmp: 22:16
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                 Pol: 7   Fire: 117   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-307A   (2) C-307B   (3)         (4)         (5)         (6)
Case #:                                   MERRILL, SC   COUTURE, DA
Event Narrative...PEOPLE ASKING CUSTOMERS FOR MONEY
                                          Disposition: COMPLETE NO RRT

Event No.
P/2014-00025873
Date: 03/29/2014   Day: SAT   Rcv: 13:31   Dsp: 13:32   Enr: 13:32   Arv:            Cmp: 13:38
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                 Pol: 7   Fire: 117   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-207   (2) DA-204   (3)          (4)         (5)         (6)
Case #:                                   KEEFE, BRIA   CHRISTIANSE
Event Narrative...WHITE FEMALE WITH PINK T SHIRT ASKING FOR MONEY
                                          Disposition: COMPLETE NO RRT

Event No.
P/2014-00026219
Date: 03/30/2014   Day: SUN   Rcv: 16:53   Dsp: 16:55   Enr: 16:55   Arv:            Cmp: 17:00
Location: 166 GORHAM ST JAY'S FOOD STORE                      Pol: 9   Fire: 232   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-309A   (2) P-308   (3)          (4)         (5)         (6)
Case #:                                   FLORENCE, W   COLLINS, CH
Event Narrative...MALE OUT FRONT ASKING PEOPLE FOR MONEY
                                          Disposition: COMPLETE

Event No.
P/2014-00026262
Date: 03/30/2014   Day: SUN   Rcv: 19:14   Dsp: 19:16   Enr: 19:16   Arv:            Cmp: 19:36
Location: 777 ROGERS ST HANNAFORDS SUPER MARKET               Pol: 3   Fire: 816   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-303   (2) C-304   (3)           (4)         (5)         (6)
Case #:                                   MERCADO, JA   DEANGELO, A
Event Narrative...MALE AND FEMALE IN LOT HARASSING CUSTOMERS FOR $, REFUSING TO LEAVE
                                          Disposition: COMPLETE

Event No.
2014-00026493
Date: 03/31/2014   Day: MON   Rcv: 14:53   Dsp: 15:00   Enr: 15:00   Arv:            Cmp: 15:12
Location: 1460 MIDDLESEX ST                                            Fire: 513   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-206   (2) C-210   (3)           (4)         (5)         (6)

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event Narrative...W/M RED JACKET AND BLK HAT BOTHERING CUSTOMERS FOR MONEY

Event No.

Case #:
Date: 03/31/2014      Day: MON      Rcv: 16:00      Dsp: 16:26      Enr: 16:26      Arv:              Cmp: 16:43
2014-00026511
Location: 37 BRANCH ST                                          Pol: 10      Fire: 37      Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-307B (2)          (3)          (4)          (5)          (6)
                                          COUTURE, DA

Case #:
Disposition: COMPLETE

Event Narrative...WHITE FEMALE IN A PINK JACKET AND BLK BOOTS

Event No.

Case #:
Date: 04/01/2014      Day: TUE      Rcv: 21:49      Dsp: 21:50      Enr: 21:50      Arv: 21:52      Cmp: 21:59
2014-00026933
Location: 55 CHELMSFORD ST 7-11                                 Pol: 10      Fire: 31      Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-309B (2) C-310A (3) C-310B (4)          (5)          (6)
                                          DOKOS, NICH   RIOS, LUIS   OSBORN, CHR

Case #:
Disposition: COMPLETED CALL

Event Narrative...W/M IN 20'S RED SWEATER BLK PANTS TELLING PEOPLE HES A VETERAN TRYING TO GET MONEY FROM THEM

Event No.

Case #:
Date: 04/02/2014      Day: WED      Rcv: 15:55      Dsp: 16:20      Enr: 16:20      Arv:              Cmp: 16:30
2014-00027142
Location: TANNER ST / PLAIN ST                                  Pol: 4       Fire: 454     Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-309B (2)          (3)          (4)          (5)          (6)
                                          DOWER, MIND

Case #:
Disposition: RELEASED CALL

Event Narrative...AT THE END OF THE CONNECTOR, ONE WHITE MALE SITTING ASKING FOR MONEY. SECOND WHITE MALE WITH ASIGN
ASKING FOR MONEY

Event No.

Case #:
Date: 04/05/2014      Day: SAT      Rcv: 16:17      Dsp: 16:28      Enr: 16:28      Arv:              Cmp: 16:36
2014-00028087
Location: 11 WOOD ST MARKET BASKET 3                            Pol: 6       Fire: 566     Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                         Unit(1) C-305 (2)          (3)          (4)          (5)          (6)
                                          QUINONES, M

Case #:
Disposition: COMPLETE NO RRT

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   22

Event Narrative...W/M GREEN JACKET, BLK HOODIE,,, ASKING PEOPLE FOR MONEY/ THEY HAVE ASKED HIM TO LEAVE, BUT HE IS
REFUSING--- THIS SAME GUY IS ALWAYS HERE

Event No.
2014-00028846

| Date: 04/08/2014 | Day: TUE | Rcv: 15:10 | Dsp: 15:22 | Enr: 15:22 | Arv: 15:26 | Cmp: 15:30 |
| Location: 11 WOOD ST MARKET BASKET 3 | | | | | Fire: 566 | Jur: LW |

Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-206      (2)      (3)      (4)      (5)      (6)
TETREAULT S

Case #:

Disposition: GONE ON ARRIVAL

Event Narrative...GUY IS BEGGING FOR MONEY AGAIN....WHITE TSHIRT, BLUE JEANS, SCRUFFY BEARD,  WHITE MALE, HE IS ON THE
SIDE OF THE "RED BOX"

Event No.
2014-00028863

| Date: 04/08/2014 | Day: TUE | Rcv: 16:36 | Dsp: 16:42 | Enr: 16:42 | Arv: 16:52 | Cmp: 17:05 |
| Location: 11 WOOD ST MARKET BASKET 3 | | | | | Fire: 566 | Jur: LW |

Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-306      (2)      (3)      (4)      (5)      (6)
DEANGELO, A

Case #:

Disposition: COMPLETE

Event Narrative...ASKING CUSTOMERS FOR MONEY...THEY WANT HIM TO MOVE ALONG

Event No.
2014-00029109

| Date: 04/09/2014 | Day: WED | Rcv: 14:17 | Dsp: 14:20 | Enr: 14:20 | Arv: | Cmp: 14:29 |
| Location: 1815 MIDDLESEX ST CVS 2 | | | | | Fire: 516 | Jur: LW |

Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-206      (2) C-205      (3)      (4)      (5)      (6)
TETREAULT S      MOORE SR.,

Case #:

Disposition: COMPLETE NO RRT

Event Narrative...WHITE MALE, GREEN WINDBREAKER, RED SOX HAT AND WHITE SUNGLASSES -- ASKING PEOPLE FOR MONEY OUTSIDE OF
CVS

Event No.
2014-00029112

| Date: 04/09/2014 | Day: WED | Rcv: 14:28 | Dsp: 14:29 | Enr: 14:29 | Arv: | Cmp: 14:35 |
| Location: 11 WOOD ST | | | | | Fire: 566 | Jur: LW |

Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-206      (2)      (3)      (4)      (5)      (6)
TETREAULT S

Case #:

Disposition: GONE ON ARRIVAL

City of Lowell 138

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

Event No.
2014-00029180
Event Narrative...WHITE MALE, RED SHIRT , PANHANDLER

Date: 04/09/2014   Day: WED   Rcv: 18:11   Dsp: 18:16   Enr: 18:16   Arv:   Cmp: 18:26
Location: PLAIN ST / TANNER ST                                        Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-305        (2)      Cmp Code: PANHANDLING / BEGGING
                                            (3)                   (4)                  (5)          (6)
Case #:
                                   COMTOIS, JO
                                   Disposition: COMPLETE NO RRT

Event No.
2014-00029742
Event Narrative...W/M BLUE FLANNEL SHIRT BLUE HAT RUNNING OUT AT CARS BEGGING AND THREW SOMETHING AT CALLER WHEN HE WAS
ASKED TO LEAVE THE AREA

Date: 04/11/2014   Day: FRI   Rcv: 13:44   Dsp: 14:28   Enr: 14:28   Arv:   Cmp: 14:44
Location: 59 DOANE ST                                                 Pol: 5   Fire: 57   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-205        (2)      Cmp Code: PANHANDLING / BEGGING
                                            (3)                   (4)                  (5)          (6)
Case #:
                                   DESILETS, R
                                   Disposition: COMPLETE NO RRT

Event No.
2014-00030723
Event Narrative...KENS MOBILE AUTO...  THERES AN OLDER WOMAN HERE ASKING FOR JUST ABOUT ANYTHING IN THE SHOP....  SHE
SHOULD BE IN THE AVE A AREA.....  BLUE WINTER COAT...  WHITE SHOES...  WHITE FEMALE,  BROWN HAIR ...

Date: 04/14/2014   Day: MON   Rcv: 19:29   Dsp: 19:32   Enr: 19:32   Arv:   Cmp: 19:42
Location: 1815 MIDDLESEX ST CVS 2                                     Pol: 6   Fire: 516   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: 911                        Unit(1) C-305        (2) C-306    (3)   Cmp Code: PANHANDLING / BEGGING
                                            MERRILL, JA  KEEFE, BRIA
                                            (3)                   (4)                  (5)          (6)
Case #:
                                   Disposition: GONE ON ARRIVAL.

Event No.
2014-00031002
Event Narrative...W/M IN HIS 20'S WEARING A GREEN JACKET & APPEARS TO BE ON SOMETHING.

Date: 04/15/2014   Day: TUE   Rcv: 18:38   Dsp: 18:46   Enr: 18:46   Arv:   Cmp: 18:46
Location: 16 BRANCH ST                                                Pol: 10   Fire: 37   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-310A       (2)      Cmp Code: PANHANDLING / BEGGING
                                            RIOS, LUIS
                                            (3)                   (4)                  (5)          (6)
Case #:
                                   Disposition: COMPLETE

Event Narrative...FEMALE RED WEATSHIRT BEGGING

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015    12:07
Page    24

Event No.
P/2014-00031012    Date: 04/15/2014    Day: TUE    Rcv: 19:05    Dsp: 19:09    Enr: 19:09    Arv: 19:10    Cmp: 19:19
Location: 777 ROGERS ST HANNAFORDS SUPER MARKET    Pol: 3    Fire: 816    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-303    (2) C-304    (3) C-309A (4)    (5)    (6)
Case #:    DELANEY, CH    FINN, WILLI COLLINS, CH
Disposition: COMPLETE
Event Narrative...MALE AND FEMALE BOTH WHITE AND IN THEIR 20'S BEGGING HAS BEEN ASKED TO LEAVE BEFORE THEY KEEOP COMNG
BACK

Event No.
2014-00031576    Date: 04/17/2014    Day: THU    Rcv: 17:07    Dsp: 17:14    Enr: 17:14    Arv: 17:15    Cmp: 17:16
Location: 1460 MIDDLESEX ST    Pol: 6    Fire: 513    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-306    (2)    (3)    (4)    (5)    (6)
Case #:    GONSALVES,
Disposition: GONE ON ARRIVAL
Event Narrative...IN PARKING LOT...ASKING PEOPLE FOR MONEY..WHITE MALE....GREEN SHIRT..GRAY PANTS...

Event No.
2014-00031849    Date: 04/18/2014    Day: FRI    Rcv: 14:26    Dsp: 14:28    Enr: 14:28    Arv:    Cmp: 14:40
Location: PRESCOTT ST / BRIDGE ST    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-208    (2)    (3)    (4)    (5)    (6)
Case #:    RIVERA JR.,
Disposition: COMPLETE
Event Narrative...WHT MALE ASKING FOR MONEY HOODY UNK WHAT COLOR

Event No.
2014-00032138    Date: 04/19/2014    Day: SAT    Rcv: 19:26    Dsp: 19:28    Enr: 19:28    Arv:    Cmp: 19:33
Location: 1460 MIDDLESEX ST    Pol: 6    Fire: 513    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-306    (2)    (3)    (4)    (5)    (6)
Case #:    ROUSSELL, T
Disposition: COMPLETE NO RRT
Event Narrative...MOBIL GAS---MALE WHITE GRAY JACK BOTHERING CUSTOMERS WAS ALREADY TOLD TO STAY AWAY

Event No.
2014-00032164    Date: 04/19/2014    Day: SAT    Rcv: 21:56    Dsp: 22:03    Enr: 22:03    Arv: 22:03    Cmp: 22:12
Location: 1815 MIDDLESEX ST CVS 2    Pol: 6    Fire: 516    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING

City of Lowell 140

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event Narrative...W/M GRAY SWEATSHIRT OUT FRONT ASKING PEOPLE FOR MONEY

Origin: TELEPHONE

Event No.
2014-00032486

Case #:

Date: 04/21/2014   Day: MON   Rcv: 10:10   Dsp: 10:13   Enr: 10:13   Arv: 10:14   Cmp: 10:14
Location: PRESCOTT ST / MERRIMACK ST                                      Pol: 8   Fire: 26   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-208   (2) C-209   (3) AS-205   (4)                (5)                (6)
RIVERA JR.,  BERNARD, WI SHEEHAN, JO

Disposition: COMPLETE NO RRT

Event Narrative...WHITE MALE  ..GREY SWEATSHIRT AND A HAT

Origin: TELEPHONE

Unit(1) C-306   (2)   (3)   (4)   (5)   (6)
ROUSSELL, T

Disposition: COMPLETE NO RRT

Event No.
2014-00032609

Case #:

Date: 04/21/2014   Day: MON   Rcv: 18:05   Dsp: 18:24   Enr: 18:24   Arv: 18:26   Cmp: 18:41
Location: 11 WOOD ST MARKET BASKET 3                                      Pol: 9   Fire: 566   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-306   (2)   (3)   (4)   (5)   (6)
MOORE, JERO

Disposition: COMPLETE

Event Narrative...MAN ON ROLLER BLADES PAN HANDLING

Event No.
2014-00032681

Case #:

Date: 04/21/2014   Day: MON   Rcv: 22:45   Dsp: 22:47   Enr: 22:47   Arv:   Cmp: 00:32
Location: 1815 MIDDLESEX ST CVS 2                                      Pol: 6   Fire: 516   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-306   (2) C-310B (3)   (4)   (5)   (6)
MOORE, JERO  VALLIANT, P

Disposition: COMPLETE NO RRT

Event Narrative...MALE PLAID SHIRT ROLLERBLADES.....ASKING CUSTOMERS FOR MONEY.....

Event No.
2014-00032942

Case #:

Date: 04/22/2014   Day: TUE   Rcv: 18:32   Dsp: 18:39   Enr: 18:39   Arv:   Cmp: 18:55
Location: MARKET ST / DUMMER ST                                      Pol: 8   Fire: 168   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-308B (2) C-308B (3)   (4)   (5)   (6)
WEBB, EVERT  WEBB, EVERT

Disposition: COMPLETE

City of Lowell 141

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   26

Event Narrative...FEMALE BLONDE HAIR RED JACKET...GOING UP TO CARS ASKING FOR MONEY....

Event No.
2014-00033183
Date: 04/23/2014       Day: WED       Rcv: 15:54       Dsp: 15:58       Enr: 15:58       Arv:              Cmp: 16:07
Location: PRESCOTT ST / CENTRAL ST                                     Pol: 8           Fire: 26          Jur: LW
Call Code: PANHANDLING / BEGGING                     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                    Unit(1) P-307   (2) C-208   (3) O-330   (4)                    (5)                   (6)
Case # : 2014-00006682
                                                     Disposition: ARRESTED
Event Narrative...MALE BEGGING IN TRAFFIC WHITE HOODED SWEATSHIRT AND JEANS

Event No.
2014-00033485
Date: 04/24/2014       Day: THU       Rcv: 17:16       Dsp: 17:20       Enr: 17:20       Arv:              Cmp: 17:27
Location: KEARNEY SQ / MERRIMACK ST                                    Pol: 8           Fire: 26          Jur: LW
Call Code: PANHANDLING / BEGGING                     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                    Unit(1) C-308B (2)          (3)          (4)                    (5)                   (6)
Case #:
                                                     Disposition: COMPLETE
Event Narrative...FEMALE RED HOODIE AND A LEATHER JACKET ASKING PEOPLE FOR MONEY

Event No.
2014-00033818
Date: 04/25/2014       Day: FRI       Rcv: 22:14       Dsp: 22:15       Enr: 22:15       Arv:              Cmp: 22:18
Location: 166 GORHAM ST                                                Pol: 9           Fire: 232         Jur: LW
Call Code: PANHANDLING / BEGGING                     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                    Unit(1) C-309B (2) C-309A (3)          (4)                    (5)                   (6)
Case #:                                                     CESARZ, RIC       DOWER, MIND
                                                     Disposition: RELEASED CALL
Event Narrative...PEOPLE OUT FRONT BOTHERIN THE CUSTOMERS

Event No.
2014-00034435
Date: 04/28/2014       Day: MON       Rcv: 08:58       Dsp: 08:59       Enr: 08:59       Arv:              Cmp: 09:01
Location: LOWELL CONNECTOR / GORHAM ST                                 Pol:             Fire:            Jur: LW
Call Code: PANHANDLING / BEGGING                     Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                    Unit(1) C-209   (2)          (3)          (4)                    (5)                   (6)
Case #:                                                     LAFFERTY, T
                                                     Disposition: COMPLETED CALL
Event Narrative...CHECK OUT THE MALE

Event No.
P/2014-00034505
Date: 04/28/2014       Day: MON       Rcv: 12:58                                        Arv: 13:01        Cmp: 13:19
Location: 66 PLAIN ST MCDONALDS REST                                                    Fire: 417         Jur: LW
                                                                                        Pol: 10
                                                     Dsp: 13:01

City of Lowell 142

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   27

Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Case #:
Incident No.: 2014-00034588     Date: 04/28/2014   Day: MON   Rcv: 18:04   Dsp: 18:07   Enr: 18:07   Arv:          Cmp: 18:30
Location: GORHAM ST / S HIGHLAND ST                                        Pol: 9   Fire: 215   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit(1) C-309A   (2)          (3)          (4)          (5)          (6)
                                        VAN, KYLE K
Incident Narrative... WHITE FEMALE SKINNY, BLK HAIR, LOBBY, PINK SWEATER, BLK PANTS, ASKING PEOPLE FOR MONEY

Case #:                      Disposition: COMPLETE NO RRT
Incident No.: 2014-00034628     Date: 04/28/2014   Day: MON   Rcv: 20:37   Dsp: 20:39   Enr: 20:39   Arv:          Cmp: 20:49
Location: 326 FLETCHER ST KING LIQUORS INC                                 Pol: 7   Fire: 19   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit(1) C-307B   (2)          (3)          (4)          (5)          (6)
                                        MERRILL, SC
Incident Narrative... MALE WALKING IN TRAFFIC AMONG MV'S TRYING TO GET OFF LOWELL CONNECTOR

Case #:                      Disposition: COMPLETE NO RRT
Incident No.: 2014-00034626     Date: 04/28/2014   Day: MON

GEOFFROY, D LEVASSEUR,
Disposition: COMPLETE

Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit(1) C-204   (3)          (4)          (5)          (6)
Call Code: PANHANDLING / BEGGING
Unit(1) C-207   (2)
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Case #:
Incident No.: 2014-00035099     Date: 04/30/2014   Day: WED   Rcv: 16:26   Dsp: 16:29   Enr: 16:29   Arv:          Cmp: 17:01
Location: 467 GORHAM ST HYNES TAVERN                                       Pol: 6   Fire: 215   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit(1) C-309B   (2)          (3)          (4)          (5)          (6)
                                        DOKOS, NICH
Incident Narrative... 1 MALE ASKING PEOPLE FOR MONEY...

Case #:                      Disposition: COMPLETE NO RRT
Incident No.: 2014-00035102     Date: 04/30/2014   Day: WED   Rcv: 16:45   Dsp: 16:49   Enr: 16:49   Arv:          Cmp: 17:12
Location: 1815 MIDDLESEX ST CVS 2                                          Pol: 6   Fire: 516   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit(1) C-306   (2)          (3)          (4)          (5)          (6)
                                        CONROY, PHI
Incident Narrative... MALE AT THE END OF THE CONNECTOR WERAING A CAMO JACKET WITH HOOD AND JEANS PANDHANDLING AND SCREAMING AT
THE CARS TOO

City of Lowell 143

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page    28

Case #:
Event Narrative...WHITE MALE WITH DARK HAIR BOTHERING CUSTOMERS

Event No.                                              Disposition: COMPLETE
2014-00035384   Date: 05/01/2014   Day: THU   Rcv: 18:07   Dsp: 18:08   Enr: 18:08   Arv:          Cmp: 18:24
Location: 1235 BRIDGE ST MARKET BASKET                                                  Fire:         Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit(1) C-302B (2)              (3)               (4)               (5)               (6)
                              HALLORAN, J

Case #:
                                                       Disposition: COMPLETED CALL
Event Narrative...TAN PANTS WHITE SHIRT WHITE MALE ASKING FOR CHANGE..CALLED IN BY WOMAN WHO WAS SHOPPING WHO HAS SINCE
VACATED THE PREMISE

Event No.
2014-00035405   Date: 05/01/2014   Day: THU   Rcv: 19:27   Dsp: 19:31   Enr: 19:31   Arv: 19:52      Cmp: 19:52
Location: 777 ROGERS ST HANNAFORDS SUPER MARKET                       Pol: 3   Fire: 816   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: 911                   Unit(1) C-303       (2)               (3)               (4)               (5)               (6)
                              PURCELL, BR

Case #:
                                                       Disposition: COMPLETE NO RRT
Event Narrative...FEMALE PANHANDLING.....WHITE FEMALE..BLACK PANTS..HOT PINK TOP...DARK HAIR...

Event No.
2014-00035641   Date: 05/02/2014   Day: FRI   Rcv: 15:44   Dsp: 16:01   Enr: 16:01   Arv:            Cmp: 16:07
Location: 10 BRIDGE ST ARBOR COUNSELING                               Pol: 8   Fire: 26   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit(1) C-309A (2) STEP1 (3)             (4)               (5)               (6)
                              PURCELL,
                              BR ALEXANDER,

Case #:
                                                       Disposition: COMPLETE NO RRT
Event Narrative...ASKING FOR MONEY .  HE IS OUT SIDE THE BUILDING OLDER MALE WHITE HAIR AND BEARD

Event No.
2014-00035886   Date: 05/03/2014   Day: SAT   Rcv: 15:12   Dsp: 15:16   Enr: 15:16   Arv: 15:47      Cmp: 15:47
Location: 489 MERRIMACK ST SANTANDER 1                                Pol: 8   Fire: 14   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Unit(1) C-208     (2) C-307A (3) C-307B (4)              (5)               (6)
                              RIVERA, JR,       MERRILL, SC PHOTHIMATH,
                              Disposition: GONE ON ARRIVAL

Case #:
Event Narrative...HEAVY SET MALE , BLONDE HAIR...5FT8 MALE .... GRY SHIRT, HE CALLED RP A FUC"N BITCH FOR NOT GIVEN THIS

City of Lowell 144

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  29

WOMAN ANY MONEY

Event No.: 2014-00036643
Date: 05/06/2014    Day: TUE    Rcv: 09:59    Dsp: 10:12    Pol:    Enr: 10:12    Arr:    Cmp: 10:14
Location: MIDDLESEX ST / JACKSON ST    Fire:    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-204  (2) C-208    (3)    (4)    (5)    (6)
LAMARCHE, D  RIVERA, JOS
Case #:    Disposition: COMPLETE NO RRT
Event Narrative...OUTSIDE GARAGE AREA, HARASSING PEOPLE FOR MONEY . WHITE MALE, BLACK SHIRT, GREY PANTS, BROWN HAIR
GOING UP TO PEOPLE FOR MONEY

Event No.: 2014-00036961
Date: 05/07/2014    Day: WED    Rcv: 12:12    Dsp: 12:26    Pol:    Enr: 12:26    Arr:    Cmp: 12:52
Location: 1695 MIDDLESEX ST FAMILY DOLLAR STORE    Fire: 565    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-207  (2)    (3)    (4)    (5)    (6)
GEOFFROY, D
Case #:    Disposition: COMPLETE
Event Narrative...IN PARKING LOT- MALE ASKING PEOPLE FOR MONEY----- W/M, PLAID SHIRT, HAT, ON SCOOTER-- NOW HEADING
TOWARDS THE CAR WASH

Event No.: 2014-00037103
Date: 05/07/2014    Day: WED    Rcv: 21:08    Dsp: 21:11    Pol: 7    Enr: 21:11    Arr: 21:13    Cmp: 21:28
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA    Fire: 117    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307B  (2)    (3)    (4)    (5)    (6)
GATTO, JASO
Case #:    Disposition: COMPLETE
Event Narrative...HISP MALE IN PARKING LOT

Event No.: 2014-00037966
Date: 05/10/2014    Day: SAT    Rcv: 18:07    Dsp: 18:10    Pol: 9    Enr: 18:10    Arr:    Cmp: 18:31
Location: 484 GORHAM ST    Fire: 215    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309B  (2)    (3)    (4)    (5)    (6)
DOKOS, NICH
Case #:    Disposition: COMPLETE
Event Narrative...W/M GRAY LONG SLEEVE SHIRT, GRAY HAIR,    W/F BLK TSHIRT, JEANS---- APPOACHING CARS FOR MONEY/ KNOCKING

City of Lowell 145

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  30

Event No. 2014-00038233
Date: 05/11/2014  Day: SUN  Rcv: 21:18  Dsp: 21:28  Pol: 9  Fire: 215  Arv: 21:28  Cmp: 21:48  Jur: LW
Location: GORHAM ST / S HIGHLAND ST
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-309A (2) C-309A (3)                        (4)        (5)        (6)
Case #:
Disposition: COMPLETE
Event Narrative...ON WINDOWS AND YELLING AT PEOPLE/ STOPPING TRAFFIC

Event No. 2014-00038491
Date: 05/12/2014  Day: MON  Rcv: 19:05  Dsp: 19:06  Pol: 1  Fire: 443  Arv: 19:06  Cmp: 19:06  Jur: LW
Location: 0 LOWELL CONNECTOR INBOUND
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-309A (2)                        (3)        (4)        (5)        (6)
Case #:                    DALY, ANDRE  DALY, ANDRE
Disposition: COMPLETE
Event Narrative...W/M APROX  40 ARMY JACKET HOLDING A SIGN AT THE END OF THE CONNECTOR

Event No. 2014-00039463
Date: 05/16/2014  Day: FRI  Rcv: 10:39  Dsp: 10:41  Pol: 8  Fire: 231  Arv: 10:41  Cmp: 10:53  Jur: LW
Location: 45 CENTRAL ST TD BANK NORTH
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-309A (2)                        (3)        (4)        (5)        (6)
Case #:                    LEHMANN, RE
Disposition: COMPLETE NO RRT
Event Narrative...CALLED IN BY CAR 8

Event No. 2014-00040078
Date: 05/18/2014  Day: SUN  Rcv: 10:45  Dsp: 10:46  Pol: 7  Fire: 139  Arv: 10:46  Cmp: 10:47  Jur: LW
Location: 331 FLETCHER ST MARKET BASKET 2
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) P-207 (2)                        (3)        (4)        (5)        (6)
Case #:                    SMITH, CHRI
Disposition: COMPLETE NO RRT
Event Narrative...COUPLE KIDS ON BENCH ASKING PEOPLE FOR MONEY

Event No. P/2014-00040126
Date: 05/18/2014  Day: SUN  Rcv: 14:55  Dsp: 14:58  Pol: 9  Fire: 24  Arv: 14:58  Cmp: 15:19  Jur: LW
Location: 186 APPLETON ST HAFNERS SERVICE STATION INC
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-207 (2)                        (3)        (4)        (5)        (6)
Case #:                    GEOFFROY, D
Disposition: COMPLETE NO RRT
Event Narrative...BLK MALE WINTER COAT HARASSING PEOPLE FOR MONEY

City of Lowell 146

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07

Page  31

Event No.                        Call Code: PANHANDLING / BEGGING
2014-00040398        Origin: TELEPHONE                Unit(1) C-209 (2)        Cmp Code: PANHANDLING / BEGGING (3)        (4)        (5)        (6)

Event Narrative...CALLER STATES TALL WHITE MALE APPROX 6'3" WHITE CAP GREEN T SHIRT ASKING EVERYONE FOR MONEY.

Case #:                        Disposition: COMPLETE
                        Date: 05/19/2014        Day: MON        Rcv: 15:10        Dsp: 15:14        Enr: 15:14        Arv:        Cmp: 15:37
                        Location: WOOD ST / PRINCETON BLVD                        Pol: 6        Fire: 566        Jur: LW
                        Call Code: PANHANDLING / BEGGING                        Cmp Code: PANHANDLING / BEGGING
                        Origin: TELEPHONE                Unit(1) C-206 (2)        (3)        (4)        (5)        (6)
                                MALDONADO,
                                SIOPES, ARL

Event No.                        Call Code: PANHANDLING / BEGGING
P/2014-00040433        Origin: TELEPHONE                Unit(1) C-310B (2) C-310A (3)        Cmp Code: PANHANDLING / BEGGING (4)        (5)        (6)

Event Narrative...CALLER STATES THERE ARE PEOPLE WITH CANS APPROACHING CARS FOR DONATIONS. CALLER STATES SHE SAW THEM AT
WOOD ST AND MIDDLESEX EARLIER.

Case #:                        Disposition: COMPLETE
                        Date: 05/19/2014        Day: MON        Rcv: 17:46        Dsp: 17:48        Enr: 17:48        Arv:        Cmp: 18:03
                        Location: 463 CHELMSFORD ST TEDESCHI'S CHELMSFORD ST                        Pol: 4        Fire: 417        Jur: LW
                        Call Code: PANHANDLING / BEGGING                        Cmp Code: PANHANDLING / BEGGING
                        Origin: TELEPHONE                Unit(1) C-310B (2) C-310A (3)        (4)        (5)        (6)
                                OSBORN, CHR        RICHARD JR.

Event No.                        Call Code: PANHANDLING / BEGGING
P/2014-00040506        Origin: TELEPHONE                Unit(1) C-310B (2)        Cmp Code: PANHANDLING / BEGGING (3)        (4)        (5)        (6)

Event Narrative...BEGGING AND BEING LOUD --BLACK MALE 5'6 WEARING ALL BACK

Case #:                        Disposition: COMPLETE NO RRT
                        Date: 05/19/2014        Day: MON        Rcv: 22:33        Dsp: 22:37        Enr: 22:37        Arv:        Cmp: 00:26
                        Location: 54 PLAIN ST WALGREENS                        Pol: 10        Fire: 417        Jur: LW
                        Call Code: PANHANDLING / BEGGING                        Cmp Code: PANHANDLING / BEGGING
                        Origin: TELEPHONE                Unit(1) C-310B (2)        (3)        (4)        (5)        (6)
                                OSBORN, CHR

Event No.                        Call Code: PANHANDLING / BEGGING
2014-00040564        Origin: TELEPHONE                Unit(1) C-105 (2) C-106 (3) C-110 (4)        Cmp Code: PANHANDLING / BEGGING (5)        (6)

Event Narrative...MALE OUTSIDE AGGRESSIVELY SEEKING MONEY FROM CUSTOMERS

Case #:                        Disposition: COMPLETED CALL
                        Date: 05/20/2014        Day: TUE        Rcv: 06:07        Dsp: 06:09        Enr: 06:09        Arv: 06:11        Cmp: 06:20
                        Location: 309 CHELMSFORD ST B P GAS STATION                        Pol: 3        Fire: 41        Jur: LW
                        Call Code: PANHANDLING / BEGGING                        Cmp Code: PANHANDLING / BEGGING
                        Origin: TELEPHONE                PARADISE II        IGLESIAS, F SUONG, CHAS

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Case #:
Event Narrative...MALE PANDHANDLING REFUSING TO LEAVE

Event No.
2014-00042087
Date: 05/25/2014    Day: SUN    Rcv: 12:37    Dsp: 12:41    Enr: 12:41    Arv:    Cmp: 12:56
Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-208    (2) C-203    (3)    LANE III, J KEEFE, BRIA    (4)    (5)    (6)

Case #:
Event Narrative...STATES THAT THERE ARE ABOUT 10 PEOPLE PANHANDLING.

Event No.
2014-00042175
Date: 05/25/2014    Day: SUN    Rcv: 19:48    Dsp: 19:52    Enr: 19:52    Arv:    Cmp: 19:52
Location: 391 DUTTON LOWELL SUN    Pol: 7    Fire: 8    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-307B (2)    COUTURE, DA    (3)    (4)    (5)    (6)

Case #:
Event Narrative...CHECK AREA FOR PAN HANDLER I ASKED WHAT THE PERSON LOOKED LIKE HE SAID NOT SURE MALE OR FEMALE HOLDING A CUP

Event No.
2014-00042650
Date: 05/27/2014    Day: TUE    Rcv: 15:19    Dsp:    Enr:    Arv:    Cmp: 15:48
Location: PLAIN ST / TANNER ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1)    (2)    (3)    (4)    (5)    (6)

Case #:
Event Narrative...THE END OF THE LOW CONN ON PLAIN..MALE GOING UP TO PEOPLES MV ASKING FOR MONEY

Event No.
2014-00042654
Date: 05/27/2014    Day: TUE    Rcv: 15:36    Dsp: 15:48    Enr: 15:48    Arv:    Cmp: 17:05
Location: LOWELL CONNECTOR INBOUND / GORHAM ST    Pol:    Fire:    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Unit(1) C-309A (2) C-309A (3)    RAYNE, ROBE    RAYNE, ROBE    (4)    (5)    (6)

Case #:
Event Narrative...OLDER WHITE MALE WITH A CUP IN HIS HAND ASKING FOR MONEY

Disposition: COMPLETE NO RRT

Disposition: COMPLETE NO RRT

Disposition: COMPLETE NO RRT

Disposition: X-REFERENCED CALL

Disposition: COMPLETE

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event No.
P/2014-00042895       Date: 05/28/2014   Day: WED   Rcv: 13:16   Dsp: 13:18   Enr: 13:18   Arv: 13:21   Cmp: 13:23
Location: 484 GORHAM ST
Call Code: PANHANDLING / BEGGING                        Pol: 9   Fire: 215   Jur: LW
Origin: TELEPHONE                 Unit(1) C-209 (2)      Cmp Code: PANHANDLING / BEGGING   (3)      (4)      (5)      (6)
Case #:
                                  BERNARD, WI
                                  Disposition: COMPLETE
Event Narrative...MALE IN HIS 60'S WEARING A CAMO HOODY AND JEANS AT THE END OF CONNECTOR ASKING FOR MONEY AGAIN

Event No.
P/2014-00043031       Date: 05/28/2014   Day: WED   Rcv: 21:36   Dsp: 21:38   Enr: 21:38   Arv: 21:48   Cmp: 21:53
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Call Code: PANHANDLING / BEGGING                        Pol: 7   Fire: 117   Jur: LW
Origin: TELEPHONE                 Unit(1) C-307A (2)     Cmp Code: PANHANDLING / BEGGING   (3)      (4)      (5)      (6)
Case #:
                                  MERCADO, JA
                                  Disposition: COMPLETE NO RRT
Event Narrative...FEMALE IN THE PARKING LOT KEEPS BOTHERING THE STORE OWNER

Event No.
P/2014-00043515       Date: 05/30/2014   Day: FRI   Rcv: 16:37   Dsp: 16:47   Enr: 16:47   Arv:          Cmp: 16:53
Location: 181 PLAIN ST TARGET
Call Code: PANHANDLING / BEGGING                        Pol: 4   Fire: 454   Jur: LW
Origin: TELEPHONE                 Unit(1) C-305 (2)      Cmp Code: PANHANDLING / BEGGING   (3)      (4)      (5)      (6)
Case #:
                                  GARCIA, JUA
                                  Disposition: COMPLETE NO RRT
Event Narrative...CALLER NOT ON SCENE // CALLER SAYS THERE IS A FAMILY WITH A VERY SMALL CHILD OUT FRONT BY DOORS ASKING
PEOPLE FOR MONEY AS THEY GO IN AND COME OUT

Event No.
P/2014-00044590       Date: 06/03/2014   Day: TUE   Rcv: 15:12   Dsp: 15:13   Enr: 15:13   Arv:          Cmp: 15:30
Location: 467 GORHAM ST HYNES TAVERN
Call Code: PANHANDLING / BEGGING                        Pol: 6   Fire: 215   Jur: LW
Origin: TELEPHONE                 Unit(1) C-204 (2)      Cmp Code: PANHANDLING / BEGGING   (3)      (4)      (5)      (6)
Case #:
                                  LAMARCHE, D
                                  Disposition: GONE ON ARRIVAL
Event Narrative...MALE AT THE BOTTOM OF THE CONN BANGING ON WINDOWS ASKING PEOPLE FOR MONEY

Event No.
P/2014-00044593       Date: 06/03/2014   Day: TUE   Rcv: 15:18   Dsp:          Enr:          Arv:          Cmp: 15:22
Location: 0 LOWELL CONNECTOR OUTBOUND
Call Code: PANHANDLING / BEGGING                        Pol: 10   Fire: 448   Jur: LW

04/27/2015  12:07
Page  33

City of Lowell 149

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   34

Origin: TELEPHONE                    (2)              (3)              (4)              (5)              (6)

Case #:
Event Narrative...MAN IN LIGHT BLUE SHIRT AND LIGHT PANTS WALKING ONTO THE CONNECTOR FROM GORHAM ST.
                                     Disposition: X-REFERENCED CALL

Event No.
2014-00046677
Date: 06/03/2014    Day: TUE    Rcv: 20:52    Dsp: 20:57    Enr: 20:57    Arv:              Cmp: 21:28
Location: JOHN ST / MERRIMACK ST                                          Fire: 217        Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit(1) C-308B (2) C-308B (3) O-330 (4) P-307 (5)              (6)
                                     WEBB, EVERT WEBB, EVERT DAY, KRISTOPHOTHIMATH,

Case #: 2014-00009146                BERNARD, WI
                                     Disposition: ARREST MADE
Event Narrative...WHITE MALE IN 30'S..WHITE T SHIRT..GOING UP TO CARS AND ASKING FOR MONEY...

Event No.
2014-00044808
Date: 06/04/2014    Day: WED    Rcv: 12:12    Dsp: 12:14    Enr: 12:14    Arv:              Cmp: 12:20
Location: 426 GORHAM ST                                                   Fire: 215        Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit(1) C-209 (2)         (3)              (4)              (5)              (6)

Case #:                              Disposition: COMPLETE
Event Narrative...CLOSER TO THE END OF THE CONN....BLK LONG SLEEVE T-SHIRT...JEANS...60ISH...WHITE MALE ....C/S HE IS
VERY AGGRESSIVE

Event No.
2014-00045342
Date: 06/06/2014    Day: FRI    Rcv: 10:37    Dsp: 10:40    Enr: 10:40    Arv:              Cmp: 10:46
Location: CENTRAL ST / GREEN ST                                Pol: 8    Fire: 28          Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit(1) C-208 (2)         (3)              (4)              (5)              (6)
                                     LANE III, J

Case #:                              Disposition: COMPLETE NO RRT
Event Narrative...W.M WHITE A SIGN ASKING FOR CHANGE

Event No.
2014-00045494
Date: 06/06/2014    Day: FRI    Rcv: 19:42    Dsp: 19:48    Enr: 19:48    Arv:              Cmp: 19:53
Location: 166 GORHAM ST                                        Pol: 9    Fire: 232         Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE              Unit(1) C-309A (2)        (3)              (4)              (5)              (6)
                                     DOWER, MIND

Case #:                              Disposition: COMPLETE

City of Lowell 150

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   35

Event Narrative...SPANISH MALE GREEN TSHIRT OUTSIDE BOTHERING CUSTOMERS

Event No.
2014-00045510
Date: 06/06/2014   Day: FRI   Rcv: 20:50   Dsp: 20:52   Pol: 9   Enr: 20:52   Fire: 232   Arv:   Jur: LW   Cmp: 20:59
Location: 166 GORHAM ST JAY'S FOOD STORE
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                        Unit(1) C-309A (2) C-304 (3) C-308B (4)                                    (5)                    (6)
                                        DOWER, MIND  FINN, WILLI LAGANAS, NI
Case #:                 Disposition: COMPLETE

Event Narrative...PANHANDLER IS BACK AGAIN --HISP MALE GREE TSHIRT

Event No.
2014-00046246
Date: 06/09/2014   Day: MON   Rcv: 10:02   Dsp: 10:05   Pol: 8   Enr: 10:05   Fire: 26   Arv: 10:08   Jur: LW   Cmp: 10:08
Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                        Unit(1) P-207 (2)                    (3)                    (4)                    (5)                    (6)
                                        SMITH, CHRI
Case #:                 Disposition: NO CONTACT MADE

Event Narrative...FEMALE OUT FRONT IN THE WHEELCHAIR ASKING PEOPLE FOR MONEY

Event No.
2014-00046256
Date: 06/09/2014   Day: MON   Rcv: 11:02   Dsp: 11:03   Pol: 10   Enr: 11:03   Fire: 565   Arv: 11:04   Jur: LW   Cmp: 11:09
Location: 1695 MIDDLESEX ST FAMILY DOLLAR STORE
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                        Unit(1) C-206 (2) C-210 (3)                    (4)                    (5)                    (6)
                                        RAMOS, ALEX  BELAND, STE
Case #:                 Disposition: COMPLETED CALL

Event Narrative...MALE IN THE PKLOT...SHORT HAIR...LIGHT COLORED SHORTSLEEVE SHIRT...HAS A SCOOTER

Event No.
2014-00046314
Date: 06/09/2014   Day: MON   Rcv: 14:34   Dsp: 14:53   Pol: 8   Enr: 14:53   Fire: 26   Arv: 14:53   Jur: LW   Cmp: 14:55
Location: PRESCOTT ST / KEARNEY SQ
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                        Unit(1) P-207 (2)                    (3)                    (4)                    (5)                    (6)
                                        SMITH, CHRI
Case #:                 Disposition: COMPLETE NO RRT

Event Narrative...BLAD WHITE GUY  HOLDING A SIGN AND BEGGING PEOPLE FOR MONEY,  ITS RIGHT IN FRONT OF THE OLD LOWELL SUN
BLDG ON PRESCOTT ST

Event No.
Date: 06/09/2014   Day: MON   Rcv: 17:23   Dsp:   Enr:   Arv:   Cmp: 17:34

City of Lowell 151

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  36

Event No.     P/2014-00046353
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Location: 1235 BRIDGE ST MARKET BASKET
Cmp Code: PANHANDLING / BEGGING
Pol:           Fire: 658        Jur: LW

Case #:
Disposition: COMPLETE

Date: 06/10/2014    Day: TUE    Rcv: 10:57    Dsp: 10:57    Enr: 10:57    Arv: 10:57    Cmp: 11:46
Pol: 7    Fire: 112    Jur: LW
Unit(1) C-302B (2) C-302A (3)    (4)    (5)    (6)

Event Narrative...40'S W/M BEARD GRY PANTS WHITE T-SHIRT......HARASSING CUSTOMERS FOR MONEY...L/S SMOKING A CIGARETTE
INFRONT OF LAUNDRY MAT

Event No.     P/2014-00046564
Call Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED

Location: 280 CENTRAL ST WARD EIGHT
Cmp Code: PANHANDLING / BEGGING
HALLORAN, J  DELANEY, CH

Case #:
Disposition: COMPLETE

Date: 06/11/2014    Day: WED    Rcv: 13:03    Dsp: 13:08    Enr: 13:08    Arv:         Cmp: 13:23
Pol: 8    Fire: 26    Jur: LW
Unit(1) DB-206 (2) DB-202 (3)    (4)    (5)    (6)
HANSON, CHR  BOMIL, CHRI

Event No.     P/2014-00046893
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Location: 35 MERRIMACK ST CVS 1
Cmp Code: PANHANDLING / BEGGING
KINNEY, BRI  SMITH, CHRI

Case #:
Disposition: COMPLETE NO RRT

Date: 06/11/2014    Day: WED    Rcv: 13:59    Dsp: 14:01    Enr: 14:01    Arv:         Cmp: 14:06
Pol: 8    Fire: 26    Jur: LW
Unit(1) C-208 (2) P-207 (3)    (4)    (5)    (6)
SMITH, CHRI

Event No.     P/2014-00046911
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Location: 35 MERRIMACK ST CVS 1
Cmp Code: PANHANDLING / BEGGING
Pol: 11    Fire: 637    Jur: LW

Case #:
Disposition: COMPLETE

Date: 06/12/2014    Day: THU    Rcv: 14:09    Dsp: 14:18    Enr: 14:18    Arv: 14:20    Cmp: 14:27
Pol: 11    Fire: 637    Jur: LW
Unit(1) P-207 (2) C-202 (3) DA-206 (4)    (5)    (6)

Event Narrative...WOMAN WITH YOUNG BOY 3 TO 4 YRS OLD. CAUCASIAN LARGE WOMAN BROWN HAIR AND PINK TANK. APPROACHING PEOPLE
OUTSIDE CVS.

Event No.     P/2014-00047214
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Location: 814 LAKEVIEW AV
Cmp Code: PANHANDLING / BEGGING
Unit(1) C-211 (2)    (3)    (4)    (5)

Event Narrative...THERE IS A W/M WEARING A BLUE SHIRT , TAN SHORTS WHT SNEAKERS ASKING PEOPLE FOR MONEY

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   37

```
Case #:                          CALLAHAN II  LANE III, J PEACE, NADJ
Event Narrative...MAN IS ACROSS THE STREET IN THE PARK. GO TOWARD BASKETBALL COURT. THERE IS A TREE IN BACK OF BASEBALL
FIELD HE IS DRINKING.. NEAR HIGHWAY AREA.. WHITE SHIRT.. GREY SHERMAN WILLIAMS SHIRT. OLDER WHITE.
APPARENTLEY VERY INTOXICATED. BEGGING FOR MONEY. HARRY ALLEN FIELD.

Event No.
2014-00047221   Date: 06/12/2014   Day: THU   Rcv: 14:33   Dsp: 14:38   Pol: 2   Enr: 14:38   Arv:   Cmp: 15:17
Location: 715 LAKEVIEW AV CAMEO DINER                       Disposition: COMPLETE   Fire: 622   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                   Unit(1) DB-206 (2) C-202  (3)     Cmp Code: PANHANDLING / BEGGING
                                            (2)           (3)           (4)           (5)

Case #:  2014-00009672
Event Narrative...BEGGING AND REACHING INTO HER CAR.  BALD ..SHORT BLACK TSHIRT.. ANGRY RED FACE.. MIDDLE OF ROAD IN FRONT
OF THE DINER.                       HANSON, CHR LANE III, J MCCABE, MATCALLAHAN IISHEEHAN, JGONZALEZ, J
                                    WAYNE, ERIC
                                    Disposition: ARREST MADE

Event No.
P/2014-00048040  Date: 06/15/2014   Day: SUN   Rcv: 13:46   Dsp: 13:58   Pol: 9   Enr: 13:58   Arv:   Cmp: 14:43
Location: 186 APPLETON ST HAFFNERS SERVICE STATION INC      Disposition: COMPLETE NO RRT   Fire: 24   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                   Unit(1) C-209  (2)     Cmp Code: PANHANDLING / BEGGING
                                            (2)           (3)           (4)           (5)

Case #:
Event Narrative...W/M WEARING A RED MUSCLE SHIRT & BALL CAP PANHANDLING OUTSIDE.

Event No.
P/2014-00048088  Date: 06/15/2014   Day: SUN   Rcv: 17:44   Dsp: 17:48   Pol: 7   Enr: 17:48   Arv:   Cmp: 18:05
Location: 331 FLETCHER ST MARKET BASKET 2                   Disposition: COMPLETE   Fire: 139   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                   Unit(1) C-307A (2)     Cmp Code: PANHANDLING / BEGGING
                                    KELLY, CHRI
                                            (2)           (3)           (4)           (5)

Case #:
Event Narrative...POSS W/M WHITE TANK TOP & A BLACK HATGOING UP TO PATRONS & ASKING FOR MONEY, HE ALSO THREATENED THE
STAFF WHEN CONFRONTED.

Event No.
2014-00048269   Date: 06/16/2014   Day: MON   Rcv: 08:11   Dsp: 08:14   Pol: 8   Enr: 08:14   Arv: 08:15   Cmp: 08:17
Location: 290 CENTRAL ST DUNKIN DONUTS CENTRAL              Disposition: COMPLETED CALL   Fire: 262   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                   Unit(1) C-203  (2) C-209  (3)     Cmp Code: PANHANDLING / BEGGING
                                            (2)           (3)           (4)           (5)           (6)
```

City of Lowell 153

Lowell P.D.



**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

MORIARTY, D WAYNE, ERIC

Event No.

Case #:
Date: 06/16/2014    Day: MON    Rcv: 13:24    Dsp:    Enr:    Arv:    Cmp: 13:52
Location: 1201 BRIDGE ST MARKET BASKET-SUNRISE PLAZA    Pol:    Fire: 658    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1)    (2)    (3)    (4)    (5)    (6)
Event Narrative...B/M WITH A BACKPACK OUT FRONT ASKING PEOPLE FOR MONEY STARTING TO BECOME AGGRESSIVE

Event No.
Case #:
Date: 06/16/2014    Day: MON    Rcv: 18:34    Dsp: 18:37    Enr: 18:37    Arv: 18:38    Cmp: 18:49
Location: 447 BRIDGE ST I & M GAS STATION    Pol: 2    Fire: 61    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-302A (2) C-302B (3) C-311 (4)    (5)    (6)
Disposition: X-REFERENCED CALL
Event Narrative...2 FEMALES OUT FRONT HERE HAVE BEEN ASKED TO LEAVE AND HAVE REFUSED

Event No.
Case #:
Date: 06/18/2014    Day: WED    Rcv: 21:00    Dsp: 21:08    Enr: 21:08    Arv:    Cmp: 21:16
Location: 8 MERRIMACK ST LOWELL SUN ELDERLY HOUSING    Pol: 8    Fire: 26    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-308B (2)    (3)    (4)    (5)    (6)
GONSALVES, HALLORAN, J KIENG, BUNT
Disposition: COMPLETE
Event Narrative...W/M SHORT HAIR WEARING GRAY PANTS & SHIRT & RED SNEAKERS ON THE SIDE WALK BEGGING FOR MONEY.

Event No.
Case #:
Date: 06/20/2014    Day: FRI    Rcv: 15:26    Dsp: 15:26    Enr: 15:26    Arv: 15:26    Cmp: 15:29
Location: 186 APPLETON ST HAFNERS SERVICE STATION INC    Pol: 9    Fire: 24    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: DISTURBANCE GENERAL
Origin: OFCR INITIATED    Unit(1) DB-202 (2)    (3)    (4)    (5)    (6)
MOORE, JERO
BOMIL, CHRI
Disposition: COMPLETE
Event Narrative...WHITE MALE BLUE SHIRT PAN HANDLING

Event No.
Case #:
Date: 06/20/2014    Day: FRI    Rcv: 16:49    Dsp: 16:54    Enr: 16:54    Arv:    Cmp: 17:39
Disposition: COMPLETE NO RRT

City of Lowell 154

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   39

---

P/2014-00049665   Location: LOWELL CONNECTOR / GORHAM ST
Event No.                Call Code: PANHANDLING / BEGGING              Pol:              Fire:              Jur: LW
                         Origin: TELEPHONE                             Unit(1) C-304  (2)  DB-305 (3)         (4)                    (5)                   (6)
                         Case #:                                       Disposition: COMPLETE
Case Narrative...WHITE MALE , LITE BLUE T SHIRT, BLUE JEANS 5'8 AND60 YRS OLD .. IS KNOCKING ON WINDOWS ASKING FOR MONEY
                         Date: 06/21/2014   Day: SAT   Rcv: 11:30   Dsp: 11:37   Enr: 11:37   Arv:        Cmp: 12:20
                                                                     DELANEY, CH   GILLAN, KEV

P/2014-00049940   Location: BRIDGE ST / VFW HWY
Event No.                Call Code: PANHANDLING / BEGGING              Pol: 2              Fire: 6              Jur: LW
2014-00049940            Origin: TELEPHONE                             Unit(1) BS-204 (2)                      (3)                    (4)                   (5)                   (6)
                                                                       FULLER, SCO
                         Disposition: COMPLETED CALL
Case Narrative...CALLER STATES PEOPLE ARE APPROACHING HIM AND OTHERS WITH BUCKETS ASKING FOR MONEY.
                         Date: 06/22/2014   Day: SUN   Rcv: 10:57   Dsp: 11:03   Enr: 11:03   Arv:        Cmp: 11:10

P/2014-00050206   Location: BRIDGE ST / VFW HWY
Event No.                Call Code: PANHANDLING / BEGGING              Pol:              Fire: 6              Jur: LW
                         Origin: TELEPHONE                             Unit(1) C-211  (2)  DA-201 (3)         (4)                    (5)                   (6)
                                                                       RAMOS, ALEX   GARNEAU, KE
                         Disposition: COMPLETED CALL
Case Narrative....  CALLER STATES THEY ARE AGGRESSIVE.

P/2014-00050350   Location: 463 CHELMSFORD ST TEDESCHI'S CHELMSFORD ST
Event No.                Call Code: PANHANDLING / BEGGING              Pol: 4              Fire: 417              Jur: LW
2014-00050350            Origin: 911                                   Unit(1) C-307B (2)  C-305 (3)            (4)                    (5)                   (6)
                                                                       MERRILL, SC   COMTOIS, JO
                         Disposition: COMPLETED CALL
                         Date: 06/22/2014   Day: SUN   Rcv: 22:25   Dsp: 22:41   Enr: 22:41   Arv:        Cmp: 23:00

P/2014-00050900   Location: 436 CHELMSFORD ST WENDY'S
Event No.                Call Code: PANHANDLING / BEGGING              Pol: 10              Fire: 441              Jur: LW
2014-00050900            Origin: TELEPHONE                             Unit(1) C-310B (2)  C-305 (3)  C-310A (4)                      (5)                   (6)
                                                                       OSBORN, CHR   WHALEN, TIM  RIOS, LUIS
                         Disposition: COMPLETED CALL
Case Narrative...MALE OUTSIDE...WHITE TANK TOP AND BLUE JEANS
                         Date: 06/24/2014   Day: TUE   Rcv: 18:48   Dsp: 18:50   Enr: 18:50   Arv: 18:55  Cmp: 18:57

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   40

Case #:
Event Narrative...MALE LAYING ON GROUND BEHIND WENDYS TALKING TO HIMSELF AND ASKING PEOPLE FOR MONEY.  WHITE TEE SHIRT, BLACK SWEATPANTS, BLACK HAT, WHITE SNEAKERS

Event No.                        Disposition: COMPLETE NO RRT
2014-00050904    Date: 06/24/2014    Day: TUE    Rcv: 19:04    Dsp: 19:07    Enr: 19:07    Arv: 19:11    Cmp: 19:32
Location: 433 ROGERS ST SHEDD PARK                    Pol: 3    Fire: 8124    Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                 Unit(1) C-303    (2) C-308A (3) BS-304 (4)                  (5)                  (6)
                 MERCADO, JA  KELLY, JOSE CRAWFORD, D

Case #:
                 Disposition: COMPLETED CALL
Event Narrative...SNACK SHACK EMPLOYEE SAYS MALE AND FEMALE ASKING PEOPLE FOR STUFF MALE IS WHITE FEM IS HISPANIC MALE WEARING BLACK SWEAT PANTS

Event No.                        Disposition: GONE ON ARRIVAL
2014-00050907    Date: 06/24/2014    Day: TUE    Rcv: 19:10    Dsp: 19:36    Enr: 19:36    Arv:    Cmp: 19:36
Location: 16 SOUTH ST ROMEO & JULIETS                 Pol: 9    Fire: 24    Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: 911
                 Unit(1) BS-306 (2)              (3)              (4)              (5)              (6)
                 NOBREGA, MA

Case #:
                 Disposition: COMPLETED CALL
Event Narrative...5 MALES OUTSIDE STORE ASKING FOR MONEY....GOING UP TO CARS....

Event No.                        Disposition: COMPLETED CALL
2014-00050927    Date: 06/24/2014    Day: TUE    Rcv: 20:37    Dsp: 20:42    Enr: 20:42    Arv:    Cmp: 21:06
Location: 433 ROGERS ST SHEDD PARK                    Pol: 3    Fire: 8124    Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                 Unit(1) C-303    (2) C-304 (3)              (4)              (5)              (6)
                 MERCADO, JA  FINN, WILLI

Case #:
                 Disposition: COMPLETED CALL
Event Narrative...MALE AND FEMALE ASKING FOR MONEY ARE BACK.. THEY ARE RIGHT BY THE FRONT BASEBALL FIELD

Event No.                        Disposition: COMPLETE NO RRT
2014-00052287    Date: 06/29/2014    Day: SUN    Rcv: 08:44    Dsp: 08:47    Enr: 08:47    Arv:    Cmp: 08:51
Location: MIDDLESEX ST / WALKER ST                    Pol: 10    Fire: 315    Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                 Unit(1) C-210    (2) C-205 (3)              (4)              (5)              (6)
                 BELAND, STE  MOORE SR.,

Case #:
                 Disposition: COMPLETE NO RRT

City of Lowell 156

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   41

Event Narrative...ELIJA DOBY BLACK MALE WEARING GRAY T-SHIRT WHITE HAIR  STOPPING CARS TRYING TO GET MONEY

Event No.
2014-00052345
Location: 26 REISS AV CHILI'S RESTAURANT
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-210   (2) C-206   (3)                    (4)                    (5)                    (6)
                                     BELAND, STE   SIOFES, ARI
Case #:                              Disposition: GONE ON ARRIVAL
Date: 06/29/2014   Day: SUN   Rcv: 13:31   Dsp: 13:40   Pol: 5   Fire: 433   Arv: 13:46   Jur: LW   Cmp: 13:59

Event Narrative...MALE PAN HANDLING--WHITE MALE WHITE WHITE TANK BACK PACK WITH A FEMALE EMPLOYEES SAY HES THERE ALL THE TIME

Event No.
2014-00052456
Location: 467 GORHAM ST HYNES TAVERN
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) B2   (2) AMB1   (3)                    (4)                    (5)                    (6)
                                     PERRIN, DAN   UNKNOWN EMP
Case #:                              Disposition: COMPLETED CALL.
Date: 06/29/2014   Day: SUN   Rcv: 21:13   Dsp: 21:26   Pol: 6   Fire: 215   Arv: 21:26   Jur: LW   Cmp: 21:34

Event Narrative... END OF LOWELL CONNECTOR FOR INTOX MALE WEARING WHITE T-SHIRT AND JEANS  ASKING PEOPLE FOR MONEY

Event No.
2014-00052595
Location: GORHAM ST / LOWELL CONNECTOR
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-209   (2) C-204   (3)                    (4)                    (5)                    (6)
                                     DESILETS, R   LAMARCHE, D
Case #:                              Disposition: COMPLETED CALL.
Date: 06/30/2014   Day: MON   Rcv: 10:12   Dsp: 10:18   Pol:    Fire:   Arv:   Jur: LW   Cmp: 10:24

Event Narrative...@ THE BOTTOM OF THE CONNECTOR AT GORHAM ST. WHITE MALE ABOUT 5'10 HT ASKING FOR MONEY. HE MAY BE IN THE
BUSH AREA BEHINE THE BAR.

Event No.
2014-00052659
Location: 222 MERRIMACK ST ENTERPRISE BANK
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-203   (2)         (3)                    (4)                    (5)                    (6)
                                     COYLE, RYAN
Case #:                              Disposition: COMPLETE NO RRT
Date: 06/30/2014   Day: MON   Rcv: 15:24   Dsp: 15:25   Pol: 8   Fire: 21   Arv: 15:25   Jur: LW   Cmp: 15:32

Event Narrative...SHANNON LALLY OUTSIDE BY ATM BEGGING PEOPLE FOR MONEY

Event No.                            Date: 06/30/2014   Day: MON   Rcv: 15:10   Dsp: 15:12   Pol: 8   Fire: 21   Enr: 15:12   Arv:   Cmp: 15:12

City of Lowell 157

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

P/2014-00052663    Location: 186 APPLETON ST HAFFNERS SERVICE STATION INC    Pol: 9    Fire: 24    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) DB-206    (2)    (3)    (4)    (5)    (6)
Case #:    HANSON, CHR
Event Narrative...MALE WERING A GRN HAT REFUSES TO LEAVE    Disposition: COMPLETE NO RRT

Event No.    Date: 06/30/2014    Day: MON    Rcv: 21:24    Dsp: 21:32    Enr: 21:32    Arv:    Cmp: 21:38
2014-00052756    Location: GORHAM ST / KEENE ST    Pol: 9    Fire: 215    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309A    (2) C-309B    (3)    (4)    (5)    (6)
Case #:    BOMIL, KERR    DOKOS, NICH
Event Narrative...    Disposition: COMPLETE

Event No.    Date: 07/05/2014    Day: SAT    Rcv: 14:01    Dsp: 14:03    Enr: 14:03    Arv: 14:19    Cmp: 14:19
2014-00054208    Location: 427 BRIDGE ST MANNINGS LIQUORS    Pol: 2    Fire: 6121    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-202    (2) DA-206    (3)    (4)    (5)    (6)
Case #:    PERRIN, DAN    PEACE, NADJ
Event Narrative...1 MALE TAN SHORTS AND T SHIRT... AT THE END OF LOWELL CONNECTOR HOLDING A CUP...APPEARS UNDER THE
INFLUENCE....    Disposition: COMPLETE

Event No.    Date: 07/05/2014    Day: SAT    Rcv: 19:32    Dsp: 19:36    Enr: 19:36    Arv:    Cmp: 19:43
2014-00054269    Location: 0 LOWELL CONNECTOR INBOUND    Pol: 1    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-305    (2)    (3)    (4)    (5)    (6)
Case #:    WHALEN, TIM
Event Narrative...TWO MALES ASKING PEOPLE FOR MONEY IN THE BACK PARKING LOT.    Disposition: COMPLETE

Event No.    Date: 07/06/2014    Day: SUN    Rcv: 13:09    Dsp: 13:21    Enr: 13:21    Arv: 13:26    Cmp: 13:33
2014-00054564    Location: 1201 BRIDGE ST MARKET BASKET-SUNRISE PLAZA    Pol: 1    Fire: 658    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-202    (2)    (3)    (4)    (5)    (6)
Event Narrative...PANHANDLER

04/27/2015    12:07
Page    42

City of Lowell 158

Lowell P.D.

**C A D   Activity Report**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   43

Event Narrative...IN THE PARKING LOT.. FEMALE.. PANHANDLING AND HAS BEEN ASKED TO LEAVE SEVERAL TIMES BEFORE. NO
DESCRIPTION.. SEE MANAGER VICTOR.

Case #:

SMITH, CHRI

Event No.                                      Disposition: COMPLETE NO RRT
2014-00056161   Date: 07/12/2014   Day: SAT   Rcv: 02:32   Dsp: 02:33   Enr: 02:33   Arv: 02:35   Cmp: 02:41
Location: 145 DUTTON ST CLUB DINNER                        Pol: 8       Fire: 13    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: 911                     Unit(1) C-108 (2) C-107 (3)         (4)         (5)         (6)
                                RUDY, KOREY HOUSTON, DA

Case #:                         Disposition: COMPLETE NO RRT

Event Narrative...H/M TANK TOP ASKING PEOPLE FIR MONEY

Event No.
2014-00056290   Date: 07/12/2014   Day: SAT   Rcv: 16:52   Dsp: 16:56   Enr: 16:56   Arv:         Cmp: 17:06
Location: 1201 BRIDGE ST MARKET BASKET-SUNRISE PLAZA       Pol:         Fire: 658   Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: E-911                   Unit(1) C-302A (2)         (3)         (4)         (5)         (6)
                                LEHMANN, RE

Case #:                         Disposition: GONE ON ARRIVAL

Event Narrative...FEMALE IN PARKING LOT ASKING MALE CUSTOMERS FOR MONEY -- DK SKINNED FEMALE, LIME GREEN HEADBAND,
SUNGLASSES, LIME GREEN TANK TOP, LEOPARD SHORTS, NEAR MARKET BASKET

Event No.
2014-00056585   Date: 07/13/2014   Day: SUN   Rcv: 20:46   Dsp: 20:49   Enr: 20:49   Arv:         Cmp: 21:06
Location: 850 CHELMSFORD ST 99 RESTAURANT                  Pol: 5       Fire: 418   Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-305 (2)          (3)         (4)         (5)         (6)
                                BUTH, SOBEN

Case #:                         Disposition: COMPLETE NO RRT

Event Narrative...MALE IN THE PARKING LOT...

Event No.
2014-00057710   Date: 07/14/2014   Day: MON   Rcv: 11:05   Dsp: 11:31   Enr: 11:31   Arv:         Cmp: 11:32
Location: 166 GORHAM ST                                    Pol: 9       Fire: 232   Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-209 (2)          (3)         (4)         (5)         (6)
                                WAYNE, ERIC

Case #:                         Disposition: COMPLETE NO RRT

City of Lowell 159

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   44

Event Narrative...THREE MALES AND A BLONDE HOOKER ASKING PEOPLE FOR MONEY AND CIGERETTES

Event No.
2014-00057629
Date: 07/17/2014       Day: THU    Rcv: 16:48       Dsp: 17:11       Enr: 17:11       Arv:              Cmp: 17:20
Location: 55 CHURCH ST FAMILY DOLLAR                                                                    Pol: 3    Fire: 262    Jur: LW
Call Code: PANHANDLING / BEGGING                          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-309A (2)              (3)              (4)              (5)              (6)
                                     RICHARD JR.
Case #:                              Disposition: COMPLETED CALL

Event Narrative...WHT MALE RED SHIRT AND TAN SHORTS BOTHERING PEOPLE FOR MONEY

Event No.
2014-00057899
Date: 07/18/2014       Day: FRI    Rcv: 13:47       Dsp: 13:48       Enr: 13:48       Arv: 13:49        Cmp: 13:51
Location: 245 CENTRAL ST CAPPY'S COPPER KETTLE                                                          Pol: 8    Fire: 28     Jur: LW
Call Code: PANHANDLING / BEGGING                          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-209 (2)              (3)              (4)              (5)              (6)
                                     ROYER, RAYM
Case #:                              Disposition: COMPLETE NO RRT

Event Narrative...MALE AND WHITE FEMALE WITH PURPLE HAIR.. CUP FOR MONEY.. CLAIMING TO BE VICTIMS OF BRANCH ST
FIRE..HOLDING SIGN.

Event No.
2014-00057921
Date: 07/18/2014       Day: FRI    Rcv: 15:26       Dsp: 16:00       Enr: 16:00       Arv:              Cmp: 16:21
Location: 55 CHURCH ST FAMILY DOLLAR                                                                    Pol: 3    Fire: 262    Jur: LW
Call Code: PANHANDLING / BEGGING                          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-309B (2)              (3)              (4)              (5)              (6)
                                     DOKOS, NICH
Case #:                              Disposition: COMPLETE NO RRT

Event Narrative...WHITE MALE, SCRUFFY, AN OFFICER WAS HERE LOOKING FOR HIM YESTERDAY SUPPOSEDLY.
BEGGING FOR MONEY...

Event No.
2014-00058164
Date: 07/19/2014       Day: SAT    Rcv: 11:48       Dsp: 11:49       Enr: 11:49       Arv:              Cmp: 11:57
Location: PLAIN ST / TANNER ST                                                                          Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING                          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                    Unit(1) C-204 (2)              (3)              (4)              (5)              (6)
                                     LAMARCHE, D
Case #:                              Disposition: COMPLETED CALL

Event Narrative...LOWELL CONN INBOUND OFF RAMP MALE ASKING FOR MONEY

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   45

Event No.          Date: 07/19/2014   Day: SAT   Rcv: 15:27   Dsp: 15:29   Enr: 15:29   Arv: 15:31   Cmp: 15:32
P/2014-00058203    Location: 427 BRIDGE ST MANNINGS LIQUORS                Pol: 2   Fire: 6121   Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                   Unit(1) C-202   (2) DA-206   (3)                (4)                (5)                (6)
                   Case #:
                   Event Narrative...MALE BOTHERING THE CUSTOMERS . THEY ARE OUTSIDE // AKING FOR MONEY   BLUE SHORTS, BLUE WHITE MALE
                                      PAPPACONSTA   PEACE, NADJ
                   Disposition: GONE ON ARRIVAL

Event No.          Date: 07/19/2014   Day: SAT   Rcv: 19:53   Dsp: 19:56   Enr: 19:56   Arv:         Cmp: 20:02
P/2014-0005263     Location: 16 SOUTH ST ROMEO & JULIETS                    Pol: 9   Fire: 24    Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
                   Origin: 911                         Unit(1) C-309A   (2) C-309B   (3)                (4)                (5)                (6)
                   Case #:                             RAYNE, ROBE   DOWER, MIND
                   Disposition: COMPLETE NO RRT
                   Event Narrative...GROUP OUTSIDE BOTHERING PEOPLE FOR MONEY

Event No.          Date: 07/20/2014   Day: SUN   Rcv: 20:23   Dsp: 20:26   Enr: 20:26   Arv:         Cmp: 20:34
P/2014-0005831     Location: 777 ROGERS ST HANNAFORDS SUPER MARKET          Pol: 3   Fire: 816   Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                   Unit(1) C-304   (2) C-303   (3)                (4)                (5)                (6)
                   Case #:                             O'DONNELL,   WHALEN, TIM
                   Disposition: COMPLETE NO RRT
                   Event Narrative...WHITE FEMALE CHUNKY PINK SHIRT BOTHERING CUSTOMERS

Event No.          Date: 07/21/2014   Day: MON   Rcv: 19:23   Dsp: 19:30   Enr: 19:30   Arv:         Cmp: 19:37
P/2014-0005795     Location: 494 BRIDGE ST TEDESCHI'S BRIDGE ST             Pol: 2   Fire: 61    Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                   Unit(1) C-302A   (2) DA-305   (3)                (4)                (5)                (6)
                   Case #:                             GONSALVES,   KEW, DAVID
                   Disposition: COMPLETE
                   Event Narrative... W/MALE WEARING A RED SOX SHIRT AND BLACK PANTS   BOTHERING PEOPLE FOR MONEY

Event No.          Date: 07/22/2014   Day: TUE   Rcv: 20:01   Dsp: 20:03   Enr: 20:03   Arv:         Cmp: 20:11
2014-00005093      Location: 467 GORHAM ST HYNES TAVERN                     Pol: 6   Fire: 215   Jur: LW
                   Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                   Unit(1) C-309A   (2) DA-301   (3) DB-301   (4)                (5)                (6)

City of Lowell 161

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07

Page   46

```
Case #:                          RAYNE, ROBE  ASAMOAH, GE GATTO, JASO

              Disposition: COMPLETE NO RRT

ent Narrative...AT THE END OF THE CONNECTOR CHECK FOR A MALE BEGGING FOR $. CALLER STATES THAT HE HAS A LIMP AND
              CLASSIFIED THE INCIDENT AS SCARY.HE WAS JUST DRIVING BY

ent No.
2014-00059185   Date: 07/23/2014   Day: WED   Rcv: 04:23   Dsp: 04:26   Enr: 04:26   Arv:          Cmp: 04:39
                Location: ELM ST / GORHAM ST                             Pol:  9   Fire: 266        Jur: LW
                Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                     Unit(1) C-109    (2) C-108    (3)         (4)              (5)              (6)
                                                      MACDONALD,
                                                      GONZALEZ, F

Case #:
              Disposition: COMPLETE NO RRT

ent Narrative...GAS ATTENDANT KICK A WHITE MALE WEARING WHITE TANK TOP AND BLUE JEAN OFF THE PROPERTY FOR BEGGING MONEY.
              HE IS AT THIS CORNER STOPPING CAR NOW FOR MONEY

ent No.
2014-00059359   Date: 07/23/2014   Day: WED   Rcv: 19:07   Dsp: 19:28   Enr: 19:28   Arv:          Cmp: 19:29
                Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                Pol: 7   Fire: 117     Jur: LW
                Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                     Unit(1) BS-306   (2)          (3)         (4)              (5)              (6)
                                                      NOBREGA, MA

Case #:
              Disposition: COMPLETE

ent Narrative...ELVIN MARTINEZ OUT FRONT

ent No.
2014-00060037   Date: 07/26/2014   Day: SAT   Rcv: 11:31   Dsp: 11:38   Enr: 11:38   Arv:          Cmp: 11:49
                Location: 11 WOOD ST                                          Pol: 6   Fire: 566   Jur: LW
                Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                     Unit(1) C-206    (2)          (3)         (4)              (5)              (6)
                                                      TETREAULT S

Case #:
              Disposition: COMPLETE

...WOOD AND MIDDLESEX AND WOOD AND PRINCETON BLVD  WITH VESTS AND BUCKETS COLLECTING MONEY...PER CAPT WEBB
   CHECK THEM OUT, IF THEY ARE A RELIGIOUS GROUOP THEY CAN COLLECT.

ent No.
2014-00060068   Date: 07/26/2014   Day: SAT   Rcv: 13:51   Dsp: 14:07   Enr: 14:07   Arv:          Cmp: 14:42
                Location: LOWELL CONNECTOR / GORHAM ST                        Pol:     Fire:        Jur: LW
                Call Code: PANHANDLING / BEGGING      Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                     Unit(1) C-204    (2) C-204    (3)         (4)              (5)              (6)
                                                      PAPPACONSTA    PAPPACONSTA
```

City of Lowell 162

Lowell P.D.



**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

---

Event No.       Case #:                    Disposition: COMPLETE
Event Narrative...WHITE MALE , 60 YRS OLD GREY HAIR BLK T SHIRT ASKING PEOPLE FOR MONEY
2014-00060109   Date: 07/26/2014   Day: SAT   Rcv: 16:21   Dsp: 16:44   Enr: 16:44   Arv: 16:54   Cmp: 17:14
                Location: WOOD ST / MIDDLESEX ST                         Pol: 6        Fire: 516    Jur: LW
                Call Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                 Unit(1) C-306   (2)   Cmp Code: PANHANDLING / BEGGING
                                        DEANGELO, A
                                                (3)             (4)             (5)             (6)

Event No.       Case #:                    Disposition: COMPLETE NO RRT
Event Narrative...MALE CLAIMING TO BE HOMELESS TRYING TO COLLECT MONEY HERE
2014-00060310   Date: 07/27/2014   Day: SUN   Rcv: 09:44   Dsp: 09:46   Enr: 09:46   Arv: 09:54   Cmp: 09:54
                Location: LOWELL CONN / PLAIN ST                         Pol:          Fire:        Jur: LW
                Call Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                 Unit(1) C-204   (2)   Cmp Code: PANHANDLING / BEGGING
                                        ROYER, RAYM
                                                (3)             (4)             (5)             (6)

Event No.       Case #:                    Disposition: COMPLETE
Event Narrative...WHITE MALE...HEAVYSET...HAT ON.....
2014-00060333   Date: 07/27/2014   Day: SUN   Rcv: 11:58   Dsp: 12:30   Enr: 12:30   Arv: 12:37   Cmp: 12:38
                Location: BRIDGE ST / VFW HWY                            Pol:          Fire: 6      Jur: LW
                Call Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                 Unit(1) C-202   (2)   Cmp Code: PANHANDLING / BEGGING
                                        LEVASSEUR,
                                                (3)             (4)             (5)             (6)

Event No.       Case #:                    Disposition: COMPLETE
Event Narrative...PEOPLE AT THE LIGHTS ASKING FOR MONEY FOR THE HOMELESS CHILDREN
2014-00060341   Date: 07/27/2014   Day: SUN   Rcv: 13:03   Dsp: 13:07   Enr: 13:07   Arv:          Cmp: 13:07
                Location: WOOD ST / MIDDLESEX ST                         Pol: 6        Fire: 516    Jur: LW
                Call Code: PANHANDLING / BEGGING
                Origin: OFCR INITIATED            Unit(1) C-206   (2)   Cmp Code: PANHANDLING / BEGGING
                                        TETREAULT S
                                                (3)             (4)             (5)             (6)

Event No.       Case #:                    Disposition: COMPLETE
Event Narrative...2 PEOPLE ON THE MARKET BASKET SIDE OF THE ROARKE BRIDGE ASKING FOR MONEY. CALLED TO MAIN DESK..
                Date: 07/28/2014   Day: MON   Rcv: 18:04   Dsp: 18:13   Enr: 18:13   Arv:          Cmp: 18:18

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

P/2014-00060690    Location: 125 CHURCH ST                                                      Pol: 8        Fire: 261       Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                                Cmp Code: PANHANDLING / BEGGING
                                                                    RAYNE, ROBE
                   Case #:                                          Disposition: COMPLETED CALL.
Event Narrative...W/M RED LONG SLEEVE SHIRT & BROWN SHORTS & IS IN BETWEEN RITE AID.
2014-00060730      Date: 07/28/2014   Day: MON    Rcv: 20:17    Dsp: 20:20    Enr: 20:20    Arv: 20:25    Cmp: 20:25
                   Location: 125 CHURCH ST                                                                Fire: 261
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                   Unit(1) C-309B (2) C-309A (3)        (4)           (5)          (6)
                                                       DOKOS, NICH  RAYNE, ROBE
                   Case #:                             Disposition: COMPLETED CALL
Event Narrative...THE WHITE MALE WEARING THE RED LONG SLEEVE SHIRT IS BACK HASSELING PEOPLE
P/2014-00060959    Date: 07/29/2014   Day: TUE    Rcv: 17:01    Dsp: 17:12    Enr: 17:12    Arv: 17:15    Cmp: 17:53
                   Location: GORHAM ST / S HIGHLAND ST                                      Pol: 9       Fire: 215    Jur: LW
                   Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                        Unit(1) C-309A (2)        (3)       (4)          (5)          (6)
                                                            DOWER, MIND
                   Case #:                                  Disposition: COMPLETED CALL
Event Narrative...INTOX MALE GREEN SHIRT & BEARD STANDING AT END OF CONNECTOR
P/2014-00061302    Date: 07/30/2014   Day: WED    Rcv: 19:18    Dsp: 19:23    Enr: 19:23    Arv: 19:32    Cmp: 19:32
                   Location: GORHAM ST / S HIGHLAND ST                                      Pol: 9       Fire: 215    Jur: LW
                   Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                        Unit(1) C-309A (2)        (3)       (4)          (5)          (6)
                                                            DOWER, MIND
                   Case #:                                  Disposition: COMPLETE
Event Narrative...WHITE MALE GREEN TEE SHIRT & JEANS W/CAST ON ARM...WALKING UP ON CONNECTOR TO TRY AND GET MONEY FROM
PEOPLE IN TRAFFIC
2014-00061306      Date: 07/30/2014   Day: WED    Rcv: 19:25    Dsp:            Enr:         Arv:         Cmp: 19:28
                   Location: 0 LOWELL CONNECTOR INBOUND                                     Pol:         Fire: 454    Jur: LW
                   Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE                        Unit(1)          (2)        (3)       (4)          (5)          (6)

City of Lowell 164

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event Narrative...PAN HANDLING MALE YELLING AT CARS

Event Narrative...

Case #:

Date: 07/30/2014    Day: WED    Rcv: 20:29    Dsp: 20:32    Enr: 20:32    Arv:    Cmp: 20:36
Location: 54 PLAIN ST WALGREENS                                              Pol: 10    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-310B (2)            (3)            (4)            (5)            (6)
                                 OSBORN, CHR
Disposition: RELEASED CALL

Case #:

Date: 08/05/2014    Day: TUE    Rcv: 15:08    Dsp: 15:12    Enr: 15:12    Arv:    Cmp: 15:17
Location: GORHAM ST / LOWELL CONNECTOR                                       Pol:    Fire:    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-204 (2)            (3)            (4)            (5)            (6)
                                 KINNEY, BRI
Disposition: COMPLETE

Event Narrative...BLK MALE WITH A BANDAGE ON HIS ARM ASKING PEOPLE FOR MONEY

Case #:

Date: 08/07/2014    Day: THU    Rcv: 13:58    Dsp: 14:18    Enr: 14:18    Arv:    Cmp: 14:18
Location: 1 MAMMOTH RD                                                       Pol: 1    Fire: 7    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-201 (2)            (3)            (4)            (5)            (6)
                                 KEEFE, BRIA
Disposition: COMPLETE NO RRT

Event Narrative...W/M GRAY T SHIRT, CARDBOARD SIGN ASKING FOR MONEY

Case #:

Date: 08/11/2014    Day: MON    Rcv: 16:49    Dsp: 16:59    Enr: 16:59    Arv: 17:01    Cmp: 17:04
Location: 467 GORHAM ST HYNES TAVERN                                         Pol: 6    Fire: 215    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-309A (2)            (3)            (4)            (5)            (6)
                                 DOWER, MIND
Disposition: COMPLETE NO RRT

Event Narrative...CALLER IS CONCERNED THERE IS A VERY YOUNG GIRLS DRESSED IN A BLK SHIRT AND BLK BOOTY SHORTS ASKING CARS
FOR MONEY RIGHT BY LIGHTS AT MCDONALDS // CALLER NOT ON SCENE

Case #:

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page 50

Event Narrative...MALE AT THE END OF CONNECTOR OANHANDLING IN AND OUT OF TRFC HE HAS A CAST ON

Event No.
2014-00064701
Location: PLAIN ST / TANNER ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 08/12/2014  Day: TUE  Rcv: 16:15  Dsp: 16:23  Pol: 4  Arv: 16:30  Cmp: 16:38
Unit(1) C-309B (2)  Cmp Code: PANHANDLING / BEGGING  Fire: 454  Jur: LW
DOWER, MIND  (3)  (4)  (5)  (6)

Case #:
Disposition: NO CONTACT MADE

Event Narrative...THE END OF THE LOWELL CONN...FOR THE USUAL

Event No.
2014-00064723
Location: CANAL ST / MIDDLESEX ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 08/12/2014  Day: TUE  Rcv: 17:31  Dsp: 17:36  Pol: 9  Arv: 17:36  Cmp: 17:47
Unit(1) C-309B (2) C-309A (3)  Cmp Code: PANHANDLING / BEGGING  Fire: 218  Jur: LW
DOWER, MIND  RAYNE, ROBE  (4)  (5)  (6)

Case #:
Disposition: GONE ON ARRIVAL

Event Narrative..3 PEOPLE 2MALE 1 FEMALE LOOKED DRUGGED OUT ASKED CALLER FOR A DOLLAR THEN GOT ROUGH WITH HER ACTED
INTIMIDATING

Event No.
2014-00064989
Location: 121 CHURCH ST RITE AID PHARMACY
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 08/13/2014  Day: WED  Rcv: 18:37  Dsp: 18:43  Pol:  Enr: 18:43  Arv: 18:46  Cmp: 18:58
Unit(1) C-309B (2)  Cmp Code: PANHANDLING / BEGGING  Fire:  Jur: LW
(3)  (4)  (5)  (6)

Case #:
Disposition: COMPLETE

Event Narrative...HOMELESS MALE BEGGING BOTHERING PEOPLE-WHITE MALE SCRUFFY LOOKING WEARING BLUE JEANS

Event No.
2014-00065317
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Date: 08/14/2014  Day: THU  Rcv: 20:02  Dsp: 20:10  Pol: 7  Enr: 20:10  Arv: 20:14  Cmp: 20:15
Unit(1) C-307A (2) C-307B (3)  Cmp Code: PANHANDLING / BEGGING  Fire: 117  Jur: LW
GARCIA, JUA  MERRILL, SC  (4)  (5)  (6)

Case #:
Disposition: COMPLETE

Event Narrative...2 MALES ONE WITH WHITE LONGSLEEVE NUMBER 2 BLUE CAP WITH BLUE SWEATER OVER SHOULDER

Event No.
Date: 08/15/2014  Day: FRI  Rcv: 14:48  Dsp: 14:51  Enr: 14:51  Arv:  Cmp: 14:58

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

P/2014-00065552     Location: GORHAM ST / S HIGHLAND ST                Pol: 9         Fire: 215      Jur: LW
                    Call Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE                  Unit(1) C-209    (2)          (3)          (4)          (5)          (6)

                    Case #:                            Disposition: COMPLETE
                    Date: 08/18/2014    Day: MON    Rcv: 17:09    Dsp: 17:12    Enr: 17:12    Arv:          Cmp: 17:16
                    Location: 55 CHURCH ST FAMILY DOLLAR           Pol: 3         Fire: 262      Jur: LW
                    Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE                  Unit(1) C-309A (2) C-309B (3)          (4)          (5)          (6)

Event Narrative...MALE AT THE END OF THE LOWELL CONNECTOR W/M BLUE SHIRT..CAST ON ARM...ASKING PPL FOR MONEY...

P/2014-00066443     Location: 133 CENTRAL ST                           Pol: 8         Fire: 27       Jur: LW
                    Call Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE                  Unit(1) C-208    (2)          (3)          (4)          (5)          (6)

                    Case #:                            Disposition: COMPLETE
                    Date: 08/20/2014    Day: WED    Rcv: 07:58    Dsp: 08:19    Enr: 08:19    Arv:          Cmp: 08:28
                    RAYNE, ROBE    DOWER, MIND

Event Narrative... MALE WEARING A GRAY TANK TOP AND BLK SHORTS

P/2014-00066862     Location: GORHAM ST / LOWELL CONNECTOR             Pol: 4         Fire:          Jur: LW
                    Call Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE                  Unit(1) C-208    (2) C-208 (3)          (4)          (5)          (6)

                    Case #:                            Disposition: GONE ON ARRIVAL
                    Date: 08/21/2014    Day: THU    Rcv: 11:24    Dsp: 11:26    Enr: 11:26    Arv:          Cmp: 11:35
                    WAYNE, ERIC    BERNARD, WI

Event Narrative...C/S THERE A FEMALE ASKING FOR MONEY WEARING SHORT,,,SHE BY THE LAW OFFICE ON LEFTSIDE

P/2014-00067157     Location: PLAIN ST / TANNER ST                     Pol:           Fire: 454      Jur: LW
                    Call Code: PANHANDLING / BEGGING
                    Origin: TELEPHONE                  Unit(1) C-304    (2)          (3)          (4)          (5)          (6)

                    Case #:                            Disposition: NO CONTACT MADE.
                    Date: 08/21/2014    Day: THU    Rcv: 15:14    Dsp: 17:02    Enr: 17:02    Arv:          Cmp: 17:15
                    DEANGELO, A

Event Narrative...WHITE MALE GREY SHIRT AND DARK COLOR PANTS WALKING IN THE STREET ASKING FOR MONEY

P/2014-00067214     Location: PLAIN ST / TANNER ST

ROYER, RAYM

City of Lowell 167

Lowell P.D.

**C A D  Activity Report**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page 52

---

Case #:
Event Narrative...WHITE MALE WITH A CANE...                                 Disposition: COMPLETED CALL

Event No.
2014-00068097
Date: 08/24/2014   Day: SUN   Rcv: 18:09   Dsp: 18:12   Enr: 18:12   Arv:            Cmp: 18:21
Location: 824 ROGERS ST KMART/SEARS ESSENTIALS                       Pol: 3   Fire: 816   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
         WHALEN, TIM   WHALEN, TIM
Unit(1) C-303     (2) C-303     (3)          (4)          (5)          (6)

Case #:
Event Narrative...CHECKA AREA .....FOR MALE WITH SUIT CASE ON WHEELS PANHANDLING HES WEARING A PLAID SHIRT
                                                              Disposition: REF. TO OTHER AGENCY

Event No.
2014-00068307
Date: 08/25/2014   Day: MON   Rcv: 10:12   Dsp: 10:15   Enr: 10:15   Arv:            Cmp: 10:25
Location: 186 APPLETON ST HAFFNERS SERVICE STATION INC   Pol: 9   Fire: 24   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: 911
         OTERO, DANI   CONCEPCION,
Unit(1) C-209     (2) H-222     (3)          (4)          (5)          (6)

Case #:
Event Narrative...SMALL LITTLE FEMALE,   GREY SWEAT SHIRT, BLUE JEAN   HARASSING THE CUSTOMER, ASKING FOR MONEY.  WHITE
FEMALE, 22 YRS OLDS,   SEEN WALKING TOWARD TEDSECHI. AT ONE TIME A CUSTOMER GOT OUT OF HIS MV AND SHOVE
HER TO THE GROUND.                                            Disposition: COMPLETE

Event No.
2014-00068325
Date: 08/25/2014   Day: MON   Rcv: 11:20   Dsp: 12:15   Enr: 12:15   Arv:            Cmp: 12:28
Location: LOWELL CONNECTOR INBOUND / PLAIN ST                        Pol:     Fire:      Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
         SIOPES, ARL
Unit(1) C-204     (2)          (3)          (4)          (5)          (6)

Case #:
Event Narrative...WHITE MALE, SHORT BEARD, TATTOO ON HIS LEFT ARM. ASKING MONEY WITH A MC DONALD CUP.
                                                              Disposition: NO CONTACT MADE

Event No.
2014-00068428
Date: 08/25/2014   Day: MON   Rcv: 17:52   Dsp: 18:29   Enr: 18:29   Arv: 18:30      Cmp: 18:34
Location: PLAIN ST / TANNER ST                                       Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
         LEHMANN, RE
Unit(1) C-304     (2)          (3)          (4)          (5)          (6)

Case #:                                                       Disposition: COMPLETE

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   53

---

Event No.
2014-00068970
Event Narrative...W/M WITH A CAST ON HIS ARM ASKING FOR MONEY.

Case #:
Date: 08/27/2014    Day: WED    Rcv: 17:16    Dsp: 17:20    Enr: 17:20    Arv:           Cmp: 17:55
Location: 1695 MIDDLESEX ST FAMILY DOLLAR STORE    Pol: 10    Fire: 565    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-306    (2)    (3)    (4)    (5)    (6)
                     CONROY, PHI
                     Disposition: COMPLETE
Event Narrative...FRONT OF STORE...WHITE MALE..NO SHIRT..WEARING BACKPACK...ASKING CUSTOMERS FOR MONEY...

Event No.
2014-00069037
Case #:
Date: 08/27/2014    Day: WED    Rcv: 21:32    Dsp: 21:35    Enr: 21:35    Arv: 21:45    Cmp: 21:55
Location: 28 REISS AV OUTBACK STEAKHOUSE    Pol: 5    Fire: 535    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-305    (2) C-304    (3)    (4)    (5)    (6)
                     COMTOIS, JO    DEANGELO, A
                     Disposition: COMPLETED CALL
Event Narrative...W/M IN PARKING LOT..LIGHT COLORED SHORT...SMALL SUITCASE WITH HIM..ASKING PPL FOR MONEY...C/S SHE ALSO
NOTICED HE WAS LOOKING INTO CARS...

Event No.
2014-00069819
Case #:
Date: 08/30/2014    Day: SAT    Rcv: 14:26    Dsp: 15:15    Enr: 15:15    Arv:           Cmp: 15:15
Location: AIKEN ST / VFW HWY    Pol: 8    Fire: 166    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-211    (2)    (3)    (4)    (5)    (6)
                     BOMIL, KERR
                     Disposition: COMPLETE NO RRT
Event Narrative...PEOPLE ASKING FOR MONEY FOR HOMELESS CHILDREN

Event No.
2014-00070634
Case #:
Date: 09/02/2014    Day: TUE    Rcv: 12:27    Dsp: 12:30    Enr: 12:30    Arv:           Cmp: 12:32
Location: 254 MERRIMACK ST SUBWAY SANDWICHES    Pol: 8    Fire: 21    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) P-207    (2)    (3)    (4)    (5)    (6)
                     SMITH, CHRI
                     Disposition: COMPLETE
Event Narrative...WHITE MALE GREY TANK TOP SKINNY UNSHAVEN PANDHANGLING AGGRESSIVILY

Event No.
Date: 09/03/2014    Day: WED    Rcv: 21:27    Dsp: 21:36    Enr: 21:36    Arv:           Cmp: 21:43

City of Lowell 169

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   54

Event No.        P/2014-00071099
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING                    Pol: 7      Fire: 117      Jur: LW
Origin: TELEPHONE                                                   Unit(1) BS-306 (2)                 (3)               (4)          (5)            (6)
                                                                    NOBREGA, MA
Case #:                                                             Disposition: COMPLETE NO RRT
Event Narrative...W/M WHITE SHIRT BEGGING FOR MONEY IN PARKING LOT

Event No.        P/2014-00071357
Date: 09/04/2014        Day: THU        Rcv: 17:38        Dsp: 17:42        Enr: 17:42        Arv:          Cmp: 18:08
Location: 6 LAUREL ST STORE 38                                                                                          Pol: 9      Fire: 8143     Jur: LW
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                                   Unit(1) C-303 (2)                  (3)               (4)          (5)            (6)
                                                                    MERCADO, JA
Case #:                                                             Disposition: COMPLETED CALL
Event Narrative...MALE WITH WHITE SHIRT AND SUIT CASE ASKING PEOPLE FOR MONEY

Event No.        P/2014-00071386
Date: 09/04/2014        Day: THU        Rcv: 19:24        Dsp: 19:27        Enr: 19:27        Arv: 19:27    Cmp: 19:30
Location: 417 HILDRETH ST                                                                                              Pol: 2      Fire: 653      Jur: LW
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                                   Unit(1) C-302B (2)                 (3)               (4)          (5)            (6)
                                                                    HALLORAN, J
Case #:                                                             Disposition: COMPLETED CALL
Event Narrative...WHITE MALE HEADING TOWARD HANNAFORD WEARING BLUE SHORTS DARK HAIR HISPANIC...PAN HANDLING WITH A GAS CAN
CLAIMING NEEDED FOR GAS

Event No.        P/2014-00071986
Date: 09/06/2014        Day: SAT        Rcv: 16:20        Dsp: 16:51        Enr: 16:51        Arv:          Cmp: 16:53
Location: GRAND ST / MIDDLESEX ST                                                                                      Pol: 10     Fire: 35       Jur: LW
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                                   Unit(1) C-307B (2)                 (3)               (4)          (5)            (6)
                                                                    O'DONNELL,
Case #:                                                             Disposition: COMPLETE
Event Narrative...WHITE FEMALE, WHITE T SHIRT, JOGGING PANTS, NO SHOES, BLONDE HAIR, 5'2 HT, 130 LBS RUNNING UP TO CARS,
BEGGING FOR MONEY

Event No.        2014-00072224
Date: 09/07/2014        Day: SUN        Rcv: 13:24        Dsp: 13:24        Enr: 13:24        Arv: 13:24    Cmp: 13:24
Location: PLAIN ST / AVENUE C                                                                                          Pol: 5      Fire: 445      Jur: LW
Call Code: PANHANDLING / BEGGING                                    Cmp Code: PANHANDLING / BEGGING

City of Lowell 170

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  55

Exhibit 1 Narrative..NEAR THE CONN FOR THE PANHANDLER

Origin: OFCR INITIATED

Case #:

Origin: OFCR INITIATED                    Unit(1) C-204        (2)              (3)              (4)              (5)              (6)
                                          LAMARCHE, D
Case #:                                   Disposition: COMPLETE

Event No.
2014-00072619  Date: 09/08/2014  Day: MON  Rcv: 17:26  Dsp: 17:29  Enr: 17:29  Arv:          Cmp: 17:30
               Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                       Pol: 7     Fire: 117   Jur: LW
               Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
               Origin: TELEPHONE                         Unit(1) C-307A (2) C-307B (3)       (4)              (5)              (6)
                                                         KELLY, CHRI MERRILL, SC
               Case #:                                   Disposition: COMPLETED CALL

Event Narrative..MELVIN IS BACK PANHANDLING IN THE PARKING LOT, HE'S WEARING A WHITE TANK TOP.

Event No.
2014-00073581  Date: 09/11/2014  Day: THU  Rcv: 20:17  Dsp: 20:19  Enr: 20:19  Arv:          Cmp: 20:33
               Location: 186 APPLETON ST HAFFNERS SERVICE STATION INC Pol: 9      Fire: 24   Jur: LW
               Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
               Origin: TELEPHONE                         Unit(1) C-309A (2) C-309A (3) C-309B (4)            (5)              (6)
                                                         KELLY, JOSE KELLY, JOSE RIVERA, JON
               Case #:                                   Disposition: COMPLETE

Event Narrative...BILLY STOKES IS PAN HANDLING

Event No.
2014-00073726  Date: 09/12/2014  Day: FRI  Rcv: 11:10  Dsp: 11:14  Enr: 11:14  Arv:          Cmp: 11:23
               Location: 1 GREEN ST                                              Pol: 8      Fire: 262  Jur: LW
               Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
               Origin: TELEPHONE                         Unit(1) C-208      (2)              (3)              (4)              (5)              (6)
                                                         COYLE, RYAN
               Case #:                                   Disposition: COMPLETE

Event Narrative...CHECK FOR THE MALE HOLDING UP A SIGN ..ONE SIDE SAYS "SMILE" THE OTHER SAYS "CHANGE"
THESE PEOPLE TEND TO BE AGGRESSIVE, ON GREEN ST NEAR THE GATEWAY CENTER

Event No.
2014-00074688  Date: 09/15/2014  Day: MON  Rcv: 19:15  Dsp: 20:50  Enr: 20:50  Arv:          Cmp: 21:11
               Location: 185 WOBURN ST PETE'S EXXON                              Pol: 4      Fire: 824  Jur: LW
               Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
               Origin: TELEPHONE                         Unit(1) C-304      (2)              (3)              (4)              (5)              (6)
                                                         FINN, WILLI
               Case #:                                   Disposition: COMPLETED CALL

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   56

Event Narrative...45YOA WHITE MALE BALD GREY SWEATSHIRT OUT FRONT

Event No.
2014-00074911    Date: 09/16/2014    Day: TUE    Rcv: 12:17    Dsp: 12:19    Enr: 12:19    Arv:    Cmp: 12:28
Location: 181 PLAIN ST                                              Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-204  (2) C-205  (3)    (4)    (5)    (6)
                     DEMAIO, JAM  GRIFFIN, KY
Case #:    Disposition: COMPLETED CALL

Event Narrative...WHITE MALE PANHANDLING ON PLAIN ST IN FRONT OF TARGET PARKING LOT

Event No.
2014-00074990    Date: 09/16/2014    Day: TUE    Rcv: 16:57    Dsp: 17:06    Enr: 17:06    Arv:    Cmp: 17:33
Location: 740 AIKEN ST                                              Pol: 2    Fire: 729    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-302B  (2) C-311  (3)    (4)    (5)    (6)
                     MOORE, JERO  UNKNOWN EMP
Case #:    Disposition: COMPLETE

Event Narrative...C/S THERE IS A MALE IN HIS PARKING LOT BEGGING FOR MONEY- HE'S BEEN OUT THERE FOR 3HRS NOW-- TALL H/M,
BLUE GYM SHORT/ CARRYING GAS CAN

Event No.
2014-00075876    Date: 09/19/2014    Day: FRI    Rcv: 11:52    Dsp: 11:55    Enr: 11:55    Arv: 12:00    Cmp: 12:24
Location: 443 CHELMSFORD ST DUNKIN DONUTS CHELMSFORD               Pol: 10    Fire: 441    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-210  (2) C-205  (3)    (4)    (5)    (6)
                     DEMAIO, JAM  DESILETS, R
Case #:    Disposition: COMPLETED CALL

Event Narrative...W/M LATE 40'S BLUE JEANS, BLUE JACKET. HOLDING CUP ASKING PEOPLE FOR MONEY/ HE'S BEEN ASKED TO LEAVE
SEVERAL TIMES BY MANAGERS

Event No.
2014-00075981    Date: 09/19/2014    Day: FRI    Rcv: 19:06    Dsp: 19:09    Enr: 19:09    Arv: 19:10    Cmp: 19:14
Location: 1161 BRIDGE ST WALGREEN'S PHARMACY                        Pol: 4    Fire: 658    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-302A  (2)  (3)    (4)    (5)    (6)
                     DELANEY, CH
Case #:    Disposition: COMPLETE NO RRT

Event Narrative...1 HISPANIC MALE GRAY SHIRT...HOLDING A GAS TANK...GOING UP TO CARS AND ASKING FOR MONEY...

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015    12:07
Page    57

Event No.
P/2014-00076281

Date: 09/20/2014    Day: SAT    Rcv: 19:19    Dsp: 19:36    Enr: 19:36    Arv:    Cmp: 19:44
Location: 1235 BRIDGE ST MARKET BASKET    Pol:    Fire: 658    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: 911    Unit(1) C-302B (2)    (3)    (4)    (5)    (6)
    HALLORAN, J

Case #:    Disposition: RELEASED CALL
Event Narrative...PARKING LOT...HISPANIC MALE 20'S STRIPED POLO SHIRT..CARRYING AROUND A RED GAS TANK..ASKING PPL FOR
MONEY..

Event No.
P/2014-00076489

Date: 09/21/2014    Day: SUN    Rcv: 13:47    Dsp: 14:45    Enr: 14:45    Arv: 14:46    Cmp: 14:46
Location: 1161 BRIDGE ST WALGREEN'S PHARMACY    Pol:    Fire: 658    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-211 (2)    (3)    (4)    (5)    (6)
    CALLAHAN II

Case #:    Disposition: GONE ON ARRIVAL
Event Narrative...W/M, LATE 20'S, BLUE BALLCAP, BLUE GYM SHORTS, BLUE HOODIE, W GAS CAN- ASKING PEOPLE FOR MONEY- HE IS
NOW INFRONT OF WALGREENS NEAR THE PHARMACY DRIVE THRU- HE WAS WALKING AROUND THE WHOLE PLAZA

Event No.
P/2014-00076810

Date: 09/22/2014    Day: MON    Rcv: 16:00    Dsp: 16:14    Enr: 16:14    Arv: 16:25    Cmp: 16:25
Location: 181 PLAIN ST TARGET    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309B (2) C-305 (3)    (4)    (5)    (6)
    DOKOS, NICH    WHALEN, TIM

Case #:    Disposition: COMPLETED CALL
Event Narrative...WHITE MALE WITH A SIGN BEGGING FOR MONEY -- AT THE DRIVEWAY AT PLAIN ST

Event No.
P/2014-00077335

Date: 09/24/2014    Day: WED    Rcv: 11:03    Dsp: 11:03    Enr: 11:03    Arv: 11:03    Cmp: 11:08
Location: PLAIN ST / LOWELL CONN    Pol:    Fire:    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED    Unit(1) C-205 (2)    (3)    (4)    (5)    (6)
    LAFFERTY, T

Case #:    Disposition: COMPLETE NO RRT

Event No.
P/2014-00077521

Date: 09/24/2014    Day: WED    Rcv: 22:23    Dsp: 22:26    Enr: 22:26    Arv:    Cmp: 22:29
Location: PLAIN ST / TANNER ST    Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   58

Origin: TELEPHONE

Case #:

Event Narrative...AT THE END OF INBOUND RAMP OF CONNECTOR...C/S EXTREMELY YOUNG FEMALE HOLDING SIGN BEGGING FOR MONEY

Event No.
2014-00077636
Date: 09/25/2014   Day: THU   Rcv: 10:41   Dsp: 10:48   Enr: 10:48   Arv: 10:50   Cmp: 10:56
Location: 480 CHELMSFORD ST JIMMY'S PIZZA TOO                       Pol: 10   Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-304   (2) C-305   (3)   (4)   (5)   (6)
DELANEY, CH   O'DONNELL,

Disposition: GONE ON ARRIVAL

Case #:

Event Narrative...TWO PEOPLE //. NEED POLICE

Event No.
2014-00077639
Date: 09/25/2014   Day: THU   Rcv: 10:53   Dsp: 10:56   Enr: 10:56   Arv: 10:56   Cmp: 11:01
Location: 374 CHELMSFORD ST DOMINO'S PIZZA                       Pol: 10   Fire: 441   Jur: LW
Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING
Origin: 911

Unit(1) C-210   (2) C-205   (3)   (4)   (5)   (6)
BELAND, STE DESILETS, R

Disposition: COMPLETE

Case #:

Event Narrative...W/M BEIGE SWEATER, REDSOX HAT BACKWARDS--- W/F CAMO LEGGINGS ON- THEY WERE INSIDE THE STORE HARASSING THE CLERK FOR MONEY. THEY SEEMS OUT OF IT-- THEY ARE NOW WALKING TOWARDS THE LINCOLN SCHOOL

Event No.
2014-00077732
Date: 09/25/2014   Day: THU   Rcv: 18:03   Dsp: 18:08   Enr: 18:08   Arv:   Cmp: 18:21
Location: 1161 BRIDGE ST WALGREEN'S PHARMACY                       Pol:   Fire: 658   Jur: LW
Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-302A   (2)   (3)   (4)   (5)   (6)
DELANEY, CH

Disposition: COMPLETE

Case #:

Event Narrative...MALE OUTFRONT HOLDIN A RED GAS CAN ASKING FOR MONEY `

Event No.
2014-00077734
Date: 09/25/2014   Day: THU   Rcv: 18:14   Dsp: 18:23   Pol: 7   Enr: 18:23   Arv:   Fire: 139   Cmp: 18:41   Jur: LW
Location: 331 FLETCHER ST MARKET BASKET 2
Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE

Unit(1) C-307A   (2) C-307B   (3)   (4)   (5)   (6)
KELLY, CHRI MERRILL, SC

Disposition: COMPLETE

Case #:

City of Lowell 174

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page 59

Event Narrative...2 GUYS OUTSIDE OF MARKET BASKET ASKING FOR MONEY// WEARING BLK JACKET BLK BAG// WEARING GRAY SHORTS TAN SHIRT DUE RAG//

Event No. 2014-00077977
Date: 09/26/2014   Day: FRI   Rcv: 14:09   Dsp: 14:21   Enr: 14:21   Arv:   Cmp: 14:22
Location: 254 MERRIMACK ST SUBWAY SANDWICHES
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING   Pol: 8   Fire: 21   Jur: LW
Origin: TELEPHONE
GEOFFROY, D
Unit(1) C-207        (2)        (3)        (4)        (5)        (6)
Case #:
Disposition: GONE ON ARRIVAL

Event Narrative...ACROSS FROM HERE THERE IS A W/M WEARING A GREEN SHIRT PANHANDLING HE IS BY YHE CANAL SIDE CLOSE TO MERRIMACK ST

Event No. 2014-00078070
Date: 09/26/2014   Day: FRI   Rcv: 19:20   Dsp: 19:24   Enr: 19:24   Arv:   Cmp: 19:41
Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING   Pol: 7   Fire: 117   Jur: LW
Origin: TELEPHONE
KELLY, CHRI
Unit(1) C-307A       (2)        (3)        (4)        (5)        (6)
Case #:
Disposition: COMPLETED CALL

Event Narrative...ALVIN HISP MALE GOATEE BLK T-SHIRT BEGGING MONEY IN PARKING LOT

Event No. 2014-00078084
Date: 09/26/2014   Day: FRI   Rcv: 19:43   Dsp: 19:57   Enr: 19:57   Arv:   Cmp: 20:05
Location: 181 PLAIN ST TARGET
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING   Pol: 4   Fire: 454   Jur: LW
Origin: TELEPHONE
GARCIA, JUA
Unit(1) C-305        (2)        (3)        (4)        (5)        (6)
Case #:
Disposition: GONE ON ARRIVAL

Event Narrative...MALE BY THE ENTRANCE TO THE PARKING LOT HOLDING A CARDBOARD SIGN AND BOTHERING PEOPLE FOR MONEY ALL SECURITY COULD SAY WAS HE WAS WEARING A LIGHT COLORED SHIRT

Event No. 2014-00078289
Date: 09/27/2014   Day: SAT   Rcv: 10:54   Dsp: 11:02   Enr: 11:02   Arv:   Cmp: 11:13
Location: 66 PLAIN ST MCDONALDS REST
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING   Pol: 3   Fire: 417   Jur: LW
Origin: TELEPHONE
BELAND, STE
Unit(1) C-210        (2)        (3)        (4)        (5)        (6)
Case #:
Disposition: COMPLETE NO RRT

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page 60

Event Narrative...W/M BLK SHORTS, GRAY TSHIRT, BACKPACK- HE IS HOLDING SIGN ASKING PEOPLE FOR MONEY/ HE'S BEEN ASKED TO
LEAVE BUT REFUSED- HE IS STANDING IN THEIR WALKWAY/ CUSTOMERS ARE COMPLAINING

Event No.        Date: 09/29/2014    Day: MON    Rcv: 21:20    Dsp: 21:22    Enr: 21:22    Arv:           Cmp: 22:01
2014-00079060    Location: 181 PLAIN ST TARGET DEPARTMENT STORE              Pol: 4              Fire: 454    Jur: LW
                 Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE         Unit(1) C-304      (2)       (3)         (4)         (5)         (6)

Case #:                                            FINN, WILLI
                                      Disposition: RELEASED CALL

Event Narrative...MALE AT ENTRANCE TO PARKING LOT HOLDING A SIGN ASKING FOR MONEY.. NO DESCRIPTION    SECURITY   IS GETTING
CALLS REGARDING THIS PARTY SO THEY DONT KNOW WHAT HE IS WEARING

Event No.        Date: 10/01/2014    Day: WED    Rcv: 20:21    Dsp: 20:24    Enr: 20:24    Arv: 20:27    Cmp: 20:27
2014-00079647    Location: 181 PLAIN ST TARGET              Pol: 4              Fire: 454    Jur: LW
                 Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE         Unit(1) C-304    (2) C-305   (3)         (4)         (5)         (6)

Case #:                                  DEANGELO, A    COMTOIS, JO
                                      Disposition: GONE ON ARRIVAL

Event Narrative...MALE BLUE/WHITE JACKET BEGGING FOR MONEY AT THE ENTRANCE TO THE PLAZA

Event No.        Date: 10/02/2014    Day: THU    Rcv: 17:46    Dsp: 17:57    Enr: 17:57    Arv:           Cmp: 18:03
2014-00079897    Location: 1274 LAWRENCE ST BRANDO'S SUB SHOP              Pol: 4              Fire: 8127    Jur: LW
                 Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE         Unit(1) C-304      (2)       (3)         (4)         (5)         (6)

Case #:                                            GARCIA, JUA
                                      Disposition: COMPLETE

Event Narrative...GRAY SWEATSHIRT..BALDING...ASKING PPL FOR MONEY.... CALL CLEARED BY CAR 4

Event No.        Date: 10/03/2014    Day: FRI    Rcv: 22:41    Dsp: 22:46    Enr: 22:46    Arv:           Cmp: 22:51
2014-00080335    Location: 68 MAMMOTH RD REX LIQUORS              Pol: 1              Fire: 691    Jur: LW
                 Call Code: PANHANDLING / BEGGING         Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE         Unit(1) C-301      (2)       (3)         (4)         (5)         (6)

Case #:                                            KIENG, BUNT
                                      Disposition: COMPLETE

Event Narrative...FEMALE IS ASKING CUSTOMERS FOR MONEY....BLK SWEAT SHIRT AND JEANS.....

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page 61

Event No.
P/2014-00080539          Date: 10/04/2014   Day: SAT   Rcv: 18:27   Dsp: 18:30   Enr: 18:30   Arv:          Cmp: 18:34
Location: 220 APPLETON ST TEDESCHI'S                                                         Pol: 9   Fire: 218   Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-309A  (2) C-309B  (3)                  (4)          (5)          (6)
Case #:                            Disposition: COMPLETE
Event Narrative...C/S FEMALE OUT SIDE--CHUBBY WHITE FEMALE MAROON SWEATER BROWN HAIR ASKING FOR MONEY ALSO ASKED CALLER IF
HE NEEDS WEED

Event No.
2014-00080555            Date: 10/04/2014   Day: SAT   Rcv: 19:34   Dsp: 19:35   Enr: 19:35   Arv:          Cmp: 19:45
Location: 1235 BRIDGE ST MARKET BASKET                                                      Pol:      Fire: 658   Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-302B  (2)                  (3)          (4)          (5)          (6)
                                        HALLORAN, J
Case #:                            Disposition: COMPLETE NO RRT
Event Narrative...DRACUT PD...MALE PANHANDLER CARRYING GAS CAN IN PARKING LOT....

Event No.
2014-00081424            Date: 10/07/2014   Day: TUE   Rcv: 22:33   Dsp: 22:40   Enr: 22:40   Arv:          Cmp: 22:40
Location: 336 BRIDGE ST CVS 3                                                               Pol: 2   Fire: 6     Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-302A  (2)                  (3)          (4)          (5)          (6)
                                        DELANEY, CH
Case #:                            Disposition: NO CONTACT MADE
Event Narrative...MALE COMING UP TO CARS WEARING JEANS SWEATSHIRT.HOLDING A RED GAS CONTAINER...

Event No.
2014-00081985            Date: 10/09/2014   Day: THU   Rcv: 17:50   Dsp: 17:53   Enr: 17:53   Arv:          Cmp: 18:01
Location: 181 PLAIN ST TARGET                                                               Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                  Unit(1) C-305  (2)                  (3)          (4)          (5)          (6)
                                        WHALEN, TIM
Case #:                            Disposition: COMPLETE
Event Narrative...WHITE MALE RED HOODIE JEANS HOLDING CARD BOARD SIGN

Event No.
2014-00082270            Date: 10/10/2014   Day: FRI   Rcv: 17:19   Dsp:          Enr: 17:34   Arv: 17:34   Cmp: 17:34
Location: 181 PLAIN ST TARGET                                                                        Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page  62

Event Narrative...WHITE MALE WEARING RED HOODY

Case #:
Event No.
2014-00083229
Date: 10/14/2014   Day: TUE   Rcv: 09:13   Dsp: 09:16   Enr: 09:16   Arv:   Cmp: 09:31
Location: 280 CENTRAL ST WARD EIGHT                                Pol: 7   Fire: 28   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) P-208   (2)   (3)   (4)   (5)   (6)
                                       CESARZ, RIC
Origin: TELEPHONE   Unit(1) DB-306   (2)   (3)   (4)   (5)   (6)
Disposition: COMPLETE

Case #:
Event Narrative...MALE WEARING TAN JACKET WITH SIGN STANDING THE SIDE OF THE ROAD HOLDING TRAFFIC
Event No.
2014-00083647
Date: 10/15/2014   Day: WED   Rcv: 14:56   Dsp: 15:00   Enr: 15:00   Arv:   Cmp: 15:08
Location: 181 PLAIN ST TARGET                                      Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: 911   Unit(1) C-204   (2)   (3)   (4)   (5)   (6)
                              GOLDEN, TIM
Disposition: COMPLETE

Case #:
Event Narrative...YOUNG BOY ASKING FOR MONEY, WHITE MALE, NOT SO TALL, LIGHT SKIN , BLONDE HAIR, BLUE OR GREEN EYES.
CALLER IS ON RT GOING HOME NOW. HAPPEN ABOUT 5-10 MINUTE AGO.
Event No.
2014-00083870
Date: 10/16/2014   Day: THU   Rcv: 17:48   Dsp: 17:51   Enr: 17:51   Arv:   Cmp: 17:57
Location: 1150 BRIDGE ST HAFFNER'S SERVICE STATION                 Pol:   Fire: E6   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-302A   (2)   (3)   (4)   (5)   (6)
                                 LAMARCHE, D
Disposition: COMPLETED CALL

Case #:
Event Narrative...W/F GRY SWEATSHIRT PANHANDLING IN PARKING LOT
Event No.
2014-00086177
Date: 10/24/2014   Day: FRI   Rcv: 10:39   Dsp: 10:39   Enr: 10:39   Arv: 10:39   Cmp: 111:10
Location: GORHAM ST / LOWELL CONNECTOR                             Pol:   Fire:   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED   Unit(1) C-204   (2)   (3)   (4)   (5)   (6)
                                        PEREZ, NELS
Disposition: COMPLETE
Origin: OFCR INITIATED   Unit(1) C-204   (2)   (3)   (4)   (5)   (6)
                                     PHAY, TONG
Disposition: COMPLETE

Case #:

City of Lowell 178

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page    63

Unit 1 Narrative..moving the panhadler along

Event No.      Date: 10/27/2014   Day: MON   Rcv: 16:31   Dsp: 16:36   Enr: 16:36   Arv:          Cmp: 17:34
P/2014-00087163   Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                  Pol: 7   Fire: 117   Jur: LW
                Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                    Unit(1) C-307B (2)          (3)              (4)              (5)              (6)
                Case #:                          Disposition: RELEASED CALL
Event Narrative...H/M OUTSIDE ASKING PEOPLE FOR MONEY. THEYVE ASKED HIM TO LEAVE AND HES REFUING

Event No.      Date: 10/27/2014   Day: MON   Rcv: 17:14   Dsp: 17:20   Enr: 17:20   Arv:          Cmp: 19:01
P/2014-00087176   Location: 181 PLAIN ST TARGET                              Pol: 4   Fire: 454   Jur: LW
                Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                    Unit(1) C-305 (2)          (3)              (4)              (5)              (6)
                                                      WHALEN, TIM
                Case #:                          Disposition: RELEASED CALL
Event Narrative...AT THE LIGHT ON PLAIN PANHANDLER UNKNOWN RACE WHITE HOODY JEANS

Event No.      Date: 10/28/2014   Day: TUE   Rcv: 15:45   Dsp: 15:51   Enr: 15:51   Arv:          Cmp: 16:02
P/2014-00087432   Location: 283 SCHOOL ST LOWELL HOUSE OF PIZZA                  Pol: 7   Fire: 117   Jur: LW
                Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                    Unit(1) C-307B (2)          (3)              (4)              (5)              (6)
                                                      COUTURE, DA
                Case #:                          Disposition: COMPLETE NO RRT
Event Narrative...WHITE FEMALE, GRAY SWEATSHIRT AND WHITE MALE DARK RED T-SHIRT PANHANDLING

Event No.      Date: 10/28/2014   Day: TUE   Rcv: 20:36   Dsp: 20:37   Enr: 20:37   Arv:          Cmp: 21:15
P/2014-00087522   Location: 331 FLETCHER ST                              Pol: 7   Fire: 19   Jur: LW
                Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
                Origin: TELEPHONE                    Unit(1) C-307A (2) C-307B (3) O-330 (4)          (5)              (6)
                                                      KELLY, CHRI   COUTURE, DA DAY, KRISTO
                Case # 2014-00019258                  Disposition: ARREST MADE

Event No.      Date: 11/06/2014   Day: THU   Rcv: 14:07   Dsp: 15:23   Enr: 15:23   Arv:          Cmp: 15:38
P/2014-00090058   Location: 181 PLAIN ST TARGET                              Pol: 4   Fire: 454   Jur: LW
Event Narrative...MALE BAG AGAIN

City of Lowell 179

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-204    (2)              (3)                    (4)                    (5)                    (6)
                                      LAMARCHE, D
                                Disposition: NO CONTACT MADE

Case #:
Date: 11/12/2014    Day: WED    Rcv: 19:40    Dsp: 19:44    Enr: 19:44    Arv:         Cmp: 19:58
Document No.
2014-0091769
Location: 54 PLAIN ST WALGREENS                                          Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-310B (2) C-310A (3)              (4)                    (5)                    (6)
                                      VALLIANT, P    OSBORN, CHR
Document Narrative...OUT AT THE ENTRANCE HERE THEY HAVE A FEMALE PANHANDLER HERE
                                Disposition: COMPLETED CALL

Case #:
Date: 11/13/2014    Day: THU    Rcv: 15:44    Dsp: 15:48    Enr: 15:48    Arv: 15:54    Cmp: 15:54
Document No.
2014-0091964
Location: 26 REISS AV CHILI'S RESTAURANT                            Pol: 5   Fire: 433    Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-210 (2) C-206 (3)              (4)                    (5)                    (6)
                                      BELAND, STE    ROYER, RAYM
Document Narrative...A W/M WEARING RED SOX HAT WITH A NAVY HOODY ON A BIKE GOING CAR TO CAR ASKING PEOPLE FOR MONEY
                                Disposition: NO CONTACT MADE

Case #:
Date: 11/14/2014    Day: FRI    Rcv: 13:24    Dsp: 13:29    Enr: 13:29    Arv:         Cmp: 13:32
Document No.
2014-00092248
Location: 564 BRIDGE ST DCU                                        Pol: 2   Fire: 6122   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-211    (2) DA-206 (3)              (4)                    (5)                    (6)
                                      CALLAHAN II PEACE, NADJ
Document Narrative...2 MALE OUTSIDE ASKING PEOPLE FOR MONEY---- 1 MALE BLK JACKET, 1 MALE BLUE JACKET
                                Disposition: COMPLETE NO RRT

Case #:
Date: 11/16/2014    Day: SUN    Rcv: 11:24    Dsp: 11:26    Enr: 11:26    Arv:         Cmp: 11:38
Document No.
2014-00092760
Location: 1235 BRIDGE ST                                                    Fire: 658    Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE               Unit(1) C-202    (2)              (3)                    (4)                    (5)                    (6)
                                      LANE III, J
                                Disposition: COMPLETE NO RRT

Case #:

04/27/2015  12:07
Page 64

City of Lowell 180

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event Narrative...NEAR THE ENTRANCE OF WAL GREENS ...MALE HOLDING A HOMELESS SIGN ASKING FOR MONEY

Event No.
2014-00093018
Date: 11/17/2014   Day: MON   Rcv: 13:08   Dsp: 13:10   Pol: 8   Enr: 13:10   Arv:   Cmp: 13:10
Location: 246 MARKET ST MARKET MILLS                                    Fire: 293   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) P-207   (2)                    (3)          (4)          (5)          (6)
Case #:                SMITH, CHRI
                       Disposition: COMPLETE

Event Narrative...MALE OUTFRONT THINKS HE IS ASKING PEOPLE FOR MONEY --- JEAN JACKET W/ HOODIE

Event No.
2014-00093467
Date: 11/19/2014   Day: WED   Rcv: 03:37   Dsp: 03:40   Pol: 5   Enr: 03:40   Arv:   Cmp: 03:42
Location: 300 MERRIMACK ST HESS GAS STATION                            Fire: 12    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-108   (2) C-107   (3)        (4)          (5)          (6)
Case #:                FERNANDEZ,
                       GONZALEZ, F
                       Disposition: COMPLETE NO RRT

Event Narrative...WHITE MALE WITH WINTER HAT SCRAGGLY LOOKING BOTHERING CUSTOMERS

Event No.
2014-00093956
Date: 11/20/2014   Day: THU   Rcv: 21:13   Dsp: 21:15   Pol: 10   Enr: 21:15   Arv:   Cmp: 21:22
Location: 54 PLAIN ST WALGREENS                                        Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-310A  (2) C-310B  (3)        (4)          (5)          (6)
Case #:                DALY, ANDRE
                       OSBORN, CHR
                       Disposition: COMPLETED CALL

Event Narrative...W/M 20'S RED HAT GRN JACKET BLK BACKPACK...BOTHERING CUSTOMERS AND BEGGING FOR MONEY

Event No.
2014-00094624
Date: 11/23/2014   Day: SUN   Rcv: 15:35   Dsp: 15:50   Pol: 9   Enr: 15:50   Arv: 15:53   Cmp: 15:57
Location: 166 GORHAM ST JAY'S FOOD STORE                               Fire: 232   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                Unit(1) C-309A  (2) C-309B  (3) C-309A  (4)         (5)          (6)
Case #:                RAYNE, ROBE   KELLY, JOSE RAYNE, ROBE
                       Disposition: GONE ON ARRIVAL

Event Narrative...LONG BLACK COAT.. PONYTAIL.. SNEAKERS.. HISPANIC.. IN THE PARKING LOT

Event No.
P/2014-00095083
Date: 11/25/2014   Day: TUE   Rcv: 09:30   Dsp: 09:32   Pol: 9   Enr: 09:32   Arv:   Cmp: 09:45
Location: 186 APPLETON ST HAFNERS SERVICE STATION INC                  Fire: 24    Jur: LW

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page 66

Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE            Unit (1) C-208  (2) C-207  (3) C-209  (4)                    (5)                    (6)
                             KINNEY, BRI      GEOFFROY, D PAPPACONSTA

Case #: 2014-00020924        Disposition: COMPLETE
ent Narrative...AGGRESSIVE PANHANDLER THREATENING CUSTOEMR...BLUE JACKET BLACK PANTS...

ent No.            Date: 11/26/2014    Day: WED    Rcv: 11:42    Dsp: 11:45    Enr: 11:45    Arv:          Cmp: 11:57
2014-00095396      Location: BRIDGE ST / VFW HWY                                            Pol: 2    Fire: 6    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE            Unit (1) C-202  (2)                    (3)                    (4)                    (5)                    (6)
                             LANE III, J

Case #:                      Disposition: COMPLETE NO RRT
ent Narrative...A YOUNG W/M WITH A HOODY AND TAN PANTS ON WITH A SIGN N TRFC ASKING PEOPLE FOR MONEY AT INTERSECTION

ent No.            Date: 11/26/2014    Day: WED    Rcv: 21:35    Dsp: 21:39    Enr: 21:39    Arv:          Cmp: 21:42
2014-00095540      Location: 66 PLAIN ST MCDONALDS REST                                     Pol: 3    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE            Unit (1) C-310B  (2) C-305  (3)                    (4)                    (5)                    (6)
                             OSBORN, CHR      MERRILL, JA

Case #:                      Disposition: COMPLETED CALL
ent Narrative...MANAGER SAYS MALE IN LOBBY AXING PEOPLE FOR MONEY..REFUSE TO LEAVE

ent No.            Date: 11/28/2014    Day: FRI    Rcv: 15:16    Dsp: 15:17    Enr: 15:17    Arv:          Cmp: 15:27
2014-00095857      Location: 181 PLAIN ST TARGET                                            Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE            Unit (1) C-204  (2) C-210  (3)                    (4)                    (5)                    (6)
                             SIOPES, ARL      GRIFFIN, KY

Case #:                      Disposition: COMPLETE
ent Narrative...AT THE END OF THE CONNECTOR - STAGGERING BLK JACKET

ent No.            Date: 11/29/2014    Day: SAT    Rcv: 12:14    Dsp: 12:14    Enr: 12:14    Arv: 12:14    Cmp: 12:19
2014-00096066      Location: BRIDGE ST / VFW HWY                                            Pol:    Fire: 6    Jur: LW
Call Code: PANHANDLING / BEGGING                Cmp Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED       Unit (1) DA-201  (2)                    (3)                    (4)                    (5)                    (6)
                             GARNEAU, KE

Case # : 2014-00021141       Disposition: REPORT TAKEN

City of Lowell 182

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event No.
P/2014-00096562    Date: 12/01/2014    Day: MON    Rcv: 16:44    Dsp: 16:46    Enr: 16:46    Arv:    Cmp: 17:15
Location: PLAIN ST / TANNER ST                                   Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-310A (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)

Case #:                                        OSBORN, CHR
Event Narrative...MALE AT THE END OF THE CONN IN THE USUAL SPOT    Disposition: COMPLETED CALL

Event No.
P/2014-00097467    Date: 12/04/2014    Day: THU    Rcv: 17:52    Dsp: 17:56    Enr: 17:56    Arv:    Cmp: 18:03
Location: 54 PLAIN ST WALGREENS                                  Pol: 10    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-310A (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)

Case #:                                        RIOS, LUIS
Event Narrative...MALE PANHANDLING WHITE MALE LONG BLOND LOCKS, RED SOX HAT    Disposition: NO CONTACT MADE

Event No.
P/2014-00100193    Date: 12/15/2014    Day: MON    Rcv: 16:49    Dsp: 17:05    Enr: 17:05    Arv:    Cmp: 17:13
Location: 211 PLAIN ST LINCOLN TECHNICAL INSTITUTE              Pol: 4    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-305 (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)

Case #:                                        WHALEN, TIM
Event Narrative...2 MALES IN THE BACK GOING UP TO STUDENTS ASKING FO RMONEY...UNKNOWN DESCRIPTION...    Disposition: GONE ON ARRIVAL

Event No.
P/2014-00100236    Date: 12/15/2014    Day: MON    Rcv: 19:00    Dsp: 19:02    Enr: 19:02    Arv:    Cmp: 19:24
Location: 66 PLAIN ST MCDONALDS REST                            Pol: 3    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-310A (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)

Case #:                                        MOORE, JERO
Event Narrative...MALE INSIDE ASKING PEOPLE FOR MONEY    Disposition: COMPLETE

Event No.
2014-00100327    Date: 12/16/2014    Day: TUE    Rcv: 07:13    Dsp: 07:17    Enr: 07:17    Arv: 07:21    Cmp: 07:25
Location: MIDDLESEX ST / GORHAM ST                              Pol: 8    Fire: 28    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-110 (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)

04/27/2015    12:07
Page    67

City of Lowell 183

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Location: 331 FLETCHER ST
Date: 12/18/2014    Day: THU    Rcv: 20:13    Dsp: 20:15    Enr: 20:15    Arv:    Cmp: 20:28
Agent No.
2014-00100992
Unit(1) C-307B (2)                                    (3)    Pol: 7    Fire: 19    Jur: LW
Cmp Code: PANHANDLING / BEGGING                       (4)                        (5)                    (6)
Disposition: COMPLETE
RIVERA, JON
Agent Narrative...SCRAGGLY LOOKING MALE HOLDING SIGN FOR MONEY/FOOD IN WARD 8 AREA

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Location: 280 CENTRAL ST WARD EIGHT
Date: 12/19/2014    Day: FRI    Rcv: 07:09    Dsp: 07:11    Enr: 07:11    Arv: 07:14    Cmp: 07:23
Agent No.
2014-00101103
Unit(1) C-104 (2)                                     (3)    Pol: 7    Fire: 28    Jur: LW
Cmp Code: PANHANDLING / BEGGING                       (4)                        (5)                    (6)
COUTURE, DA
Disposition: COMPLETE NO RRT
CASEY, PATR
Agent Narrative...W/M WINTER HAT BROWN JACKET BLACK PANTS ASKING PEOPLE FOR MONEY/BOTHERING THE CUSTOMERS

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Location: 24 MERRIMACK ST
Date: 12/19/2014    Day: FRI    Rcv: 08:53    Dsp: 08:56    Enr: 08:56    Arv:    Cmp: 09:02
Agent No.
2014-00101120
Unit(1) P-207 (2)                                     (3)    Pol: 8    Fire: 26    Jur: LW
Cmp Code: PANHANDLING / BEGGING                       (4)                        (5)                    (6)
SMITH, CHRI
Disposition: COMPLETE
Agent Narrative...MALE IN BLUR HOODIE ASKING PEOPLE FOR MONEY

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Location: 290 CENTRAL ST DUNKIN DONUTS CENTRAL
Date: 12/20/2014    Day: SAT    Rcv: 08:35    Dsp: 08:38    Enr: 08:38    Arv: 08:38    Cmp: 08:38
Agent No.
2014-00101403
Unit(1) C-209 (2)                                     (3)    Pol: 8    Fire: 262    Jur: LW
Cmp Code: PANHANDLING / BEGGING                       (4)                        (5)                    (6)
DESILETS, R
Disposition: COMPLETE NO RRT
Agent Narrative...TWO W/M OUT FRONT PANHANDLING AND BOTHERING THE CUSTOMERS

Case #:
Origin: TELEPHONE
Call Code: PANHANDLING / BEGGING
Disposition: COMPLETE
Agent Narrative...MALE WITH GREY JACKET.. ORANGE SCARF.. HAT..

04/27/2015    12:07
Page    68

City of Lowell 184

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

---

Event No.: P/2014-00101469
Date: 12/20/2014   Day: SAT   Rcv: 15:50   Dsp: 15:52   Enr: 15:52   Arv:   Cmp: 15:55
Location: TANNER ST / PLAIN ST
Call Code: PANHANDLING / BEGGING   Pol: 4   Fire: 454   Jur: LW
Origin: TELEPHONE
Unit(1) C-204   (2)   (3)   (4)   (5)   (6)
Case #:
Event Narrative...FEMALE STATES THERE IS A GROUP OUT THERE
LAMARCHE, D
Disposition: COMPLETE NO RRT

Event No.: P/2014-00101658
Date: 12/21/2014   Day: SUN   Rcv: 13:24   Dsp: 13:25   Enr: 13:25   Arv: 13:29   Cmp: 13:37
Location: PLAIN ST / LOWELL CONNECTOR
Call Code: PANHANDLING / BEGGING   Pol:   Fire:   Jur: LW
Origin: TELEPHONE
Unit(1) C-204   (2)   (3)   (4)   (5)   (6)
COYLE, RYAN
Case #:
Disposition: COMPLETE

Event No.: P/2014-00101809
Date: 12/22/2014   Day: MON   Rcv: 07:18   Dsp: 07:25   Enr: 07:25   Arv: 07:32   Cmp: 07:50
Location: 280 CENTRAL ST WARD EIGHT
Call Code: PANHANDLING / BEGGING   Pol: 7   Fire: 28   Jur: LW
Origin: TELEPHONE
Unit(1) C-104   (2) C-108   (3)   (4)   (5)   (6)
Case #:
DESMARAIS, FERNANDEZ,
Event Narrative...TWO MALE BEGGING FOR MONEY,
Disposition: COMPLETE NO RRT

Event No.: P/2014-00102070
Date: 12/23/2014   Day: TUE   Rcv: 11:04   Dsp: 11:14   Enr: 11:14   Arv:   Cmp: 11:22
Location: 181 PLAIN ST TARGET
Call Code: PANHANDLING / BEGGING   Pol: 4   Fire: 454   Jur: LW
Origin: TELEPHONE
Unit(1) C-210   (2)   (3)   (4)   (5)   (6)
COYLE, RYAN
Case #:
Event Narrative...SWEATSHIRT.. BLUE.. CARRYING A SIGN..
Disposition: COMPLETE NO RRT

Event No.: 2014-00102148
Date: 12/23/2014   Day: TUE   Rcv: 17:01   Dsp: 17:01   Enr: 17:01   Arv:   Cmp: 17:05
Location: 331 FLETCHER ST MARKET BASKET 2
Call Code: PANHANDLING / BEGGING   Pol: 7   Fire: 139   Jur: LW
Origin: TELEPHONE
Unit(1) C-307B   (2)   (3)   (4)   (5)   (6)
Case #:
Event Narrative...MALE.. BLACK PANTS.. DARK GREEN/GRAY HOODIE AND BEANIE CAP.. HOLDING SIGN.. BY THE ENTRANCE..

---

04/27/2015   12:07
Page 69

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07

Page    70

Case #:

Event Narrative...2 W/M OUT FRONT ASKING FOR MONEY

ASAMOAH, GE

Disposition: RELEASED CALL

Event No.
2014-00102287

Date: 12/24/2014    Day: WED    Rcv: 07:17    Dsp: 07:21    Enr: 07:21    Arv: 07:24    Cmp: 07:55

Location: VFW HWY / BRIDGE ST    Pol: 2    Fire: 729    Jur: LW

Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING

Origin: TELEPHONE

Unit(1) C-102    (2) C-111    (3)    (4)    (5)    (6)

SAR, RASMEY CZARNIONKA,

Case #:

Disposition: COMPLETE NO RRT

Event Narrative...MALE WEARING A BLACK COAT AND CARRYING A BLACK AND WHITE BACKPACK KEEPS HITTING THE WALK BUTTONS AT THE

LIGHTS TO PANDHANLE

Event No.
2014-00102355

Date: 12/24/2014    Day: WED    Rcv: 15:54    Dsp: 15:57    Enr: 15:57    Arv: 16:01    Cmp: 16:03

Location: 581 MERRIMACK ST    Pol: 8    Fire: 137    Jur: LW

Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING

Origin: TELEPHONE

Unit(1) C-208    (2) C-308B    (3)    (4)    (5)    (6)

ROYER, RAYM ASAMOAH, GE

Case #:

Disposition: COMPLETE

Event Narrative...HISP MALE STANDING AT THE ATM HERE ASKING FOR MONEY ...ORANGE PULLOVER

Event No.
2014-00103206

Date: 12/28/2014    Day: SUN    Rcv: 15:07    Dsp: 15:14    Enr: 15:14    Arv:    Cmp: 15:21

Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK    Pol: 8    Fire: 26    Jur: LW

Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING

Origin: TELEPHONE

Unit(1) C-208    (2)    (3)    (4)    (5)    (6)

RAMOS, ALEX

Case #:

Disposition: GONE ON ARRIVAL

Event Narrative...WHITE MALE W/BLONDE HAIR, PLAID TYPE SWEATSHIRT , FACIAL HAIR ASKING PEOPLE FOR MONEY

Event No.
2014-00103334

Date: 12/29/2014    Day: MON    Rcv: 07:52    Dsp: 07:56    Enr: 07:56    Arv: 07:58    Cmp: 07:59

Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK    Pol: 8    Fire: 26    Jur: LW

Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING

Origin: TELEPHONE

Unit(1) C-108    (2) C-110    (3)    (4)    (5)    (6)

FERNANDEZ, SPINNEY, JO

Case #:

Disposition: COMPLETED CALL

City of Lowell 186

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   71

Event No.
Event Narrative...GROUP OF PEOPLE OUT FRONT BOTHERING CUSTOMERS.. R/P WOULD LIKE TO SPEAK TO AN OFFICER RE.. NO
TRESSPASSING ORDER.. STATES THIS IS AN ONGOING PROBLEM..

Event No.
2014-00103487   Date: 12/29/2014   Day: MON   Rcv: 21:38   Dsp: 21:52   Enr: 21:52   Arv:   Cmp: 21:59
Location: 777 ROGERS ST HANNAFORDS SUPER MARKET                                              Pol: 3   Fire: 816   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Cmp Code: PANHANDLING / BEGGING
                             Unit(1) C-303   (2) C-304   (3) C-309B (4)        (5)        (6)
                             WHALEN, TIM   MOORE, JERO DOWER, MIND
Case #:
Event Narrative...C/S PAN HANDLER BEING AGGRESSIVE, SHORT FEMALE WHITE HAT JEANS RED HOOD THIN WHITE FEMALE
                             Disposition: COMPLETE

Event No.
2014-00103624   Date: 12/30/2014   Day: TUE   Rcv: 15:00   Dsp: 15:04   Enr: 15:04   Arv: 15:09   Cmp: 15:17
Location: 564 BRIDGE ST DCU                                                                  Pol: 2   Fire: 6122   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Cmp Code: PANHANDLING / BEGGING
                             Unit(1) DA-201 (2) C-202   (3)            (4)        (5)        (6)
                             GARNEAU, KE RAMOS, ALEX
Case #:
Event Narrative...YOUNG MALE AT BACK DOOR OF DCU ASKING CUSTOMERS FOR MONEY
                             Disposition: GONE ON ARRIVAL

Event No.
2015-00001486   Date: 01/06/2015   Day: TUE   Rcv: 20:42   Dsp: 20:45   Enr: 20:45   Arv:   Cmp: 20:51
Location: INDUSTRIAL AV / REISS AV                                                           Pol: 5   Fire: 433   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE             Cmp Code: PANHANDLING / BEGGING
                             Unit(1) C-305   (2) C-310A (3)            (4)        (5)        (6)
                             FLORENCE, W COLLINS, CH
Case #:
Event Narrative...C/S THAT AT THE BOTTOM OF THE OFF RAMP OF THE CONNECTOR INBOUND THERE IS A HOMELESS MALE PANHANDELING.
                             Disposition: GONE ON ARRIVAL

Event No.
2015-00001488   Date: 01/06/2015   Day: TUE   Rcv: 20:57   Dsp: 20:57   Enr: 20:57   Arv: 20:57   Cmp: 20:58
Location: 181 PLAIN ST TARGET                                                                Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: OFCR INITIATED        Cmp Code: PANHANDLING / BEGGING
                             Unit(1) C-310A (2)            (3)            (4)        (5)        (6)
                             COLLINS, CH
Case #:
                             Disposition: COMPLETE

Event No.   Date: 01/09/2015   Day: FRI   Rcv: 11:24   Dsp: 11:30   Enr: 11:30   Arv:   Cmp: 11:50
Exit 1 Narrative..moved along

City of Lowell 187

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page 72

P/2015-00002079   Location: 181 PLAIN ST
                  Call Code: PANHANDLING / BEGGING                                    Pol: 4         Fire: 454      Jur: LW
                  Origin: TELEPHONE                    Unit(1) C-204    (2)            (3)            (4)            (5)            (6)

Case #:                                Disposition: COMPLETE
Date: 01/10/2015   Day: SAT   Rcv: 11:28   Dsp: 11:30   Enr: 11:30   Arv:            Cmp: 12:00
                                                        HANSON, CHR

Event Narrative...2 MALES AT ENTRANCE PANHANDLING -- CALLER SAYS SHE KNOWS 1 OF THEM IS A MALE NAMED BILL EATON --- AND
BELIEVES THEY ARE DEALING DRUGS

P/2015-00002338   Location: GREEN ST / CENTRAL ST
                  Call Code: PANHANDLING / BEGGING                                                                  Cmp Code: PANHANDLING / BEGGING
                  Origin: TELEPHONE                    Unit(1) C-208    (2)            (3)            (4)            (5)            (6)
                                                        LANE III, J

Case #:                                Disposition: COMPLETED CALL
Event Narrative...MALE GREY AND BLACK JACKET HAS SIGN

P/2015-00003178   Location: 55 CHELMSFORD ST 7-11
                  Call Code: PANHANDLING / BEGGING                                                                  Cmp Code: PANHANDLING / BEGGING
                  Origin: 911                           Unit(1) C-105    (2) C-107    (3) C-110    (4)            (5)            (6)
                                                        PARADISE II   DRAKOULAKOS DEMAIO, JAM

Case #:                                Disposition: COMPLETED CALL
Date: 01/14/2015   Day: WED   Rcv: 00:35   Dsp: 00:42   Enr: 00:42   Arv: 00:43      Cmp: 00:43
                                                                                                   Pol: 10        Fire: 31       Jur: LW

Event Narrative...MALE OUTSIDE BEGGING FOR MONEY ...BLACK JACKET JEANS BLACK MALE ...

P/2015-00004057   Location: 66 PLAIN ST MCDONALDS REST
                  Call Code: PANHANDLING / BEGGING                                                                  Cmp Code: PANHANDLING / BEGGING
                  Origin: TELEPHONE                    Unit(1) C-210    (2)            (3)            (4)            (5)            (6)
                                                        RAMOS, ALEX

Case #:                                Disposition: COMPLETE
Date: 01/17/2015   Day: SAT   Rcv: 15:48   Dsp: 15:49   Enr: 15:49   Arv: 15:54      Cmp: 16:04
                                                                                                   Pol: 10        Fire: 417      Jur: LW

Event Narrative...WHT MALE DRESSED IN ALL BLK WITH A GRAY HAT OUTSIDE BOTHERING PEOPLE FOR MONEY

P/2015-00004233   Location: 181 PLAIN ST TARGET
                  Call Code: PANHANDLING / BEGGING                                                                  Cmp Code: PANHANDLING / BEGGING
                  Origin: TELEPHONE                    Unit(1) C-204    (2)            (3)            (4)            (5)            (6)

Date: 01/18/2015   Day: SUN   Rcv: 12:52   Dsp: 12:53   Enr: 12:53   Arv:            Cmp: 13:26
                                                                                                   Pol: 4         Fire: 454      Jur: LW

City of Lowell 188

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  73

Case # :                                    LAMARCHE, D
Event Narrative...PANHANDLER OUTSIDE STORE UNKNOWN RACE WEARING DARK COAT
                                            Disposition: COMPLETE

Event No.
2015-00004451
Date: 01/19/2015    Day: MON    Rcv: 13:28    Dsp: 13:31    Enr: 13:31    Arv:          Cmp: 13:45
Location: 66 PLAIN ST MCDONALDS REST                          Pol: 10    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                    Unit(1) C-210    (2)              (3)          (4)          (5)          (6)

Case # :                                    BELAND, STE
                                            Disposition: COMPLETE
Event Narrative...SEE MGR INSIDE HE WOULD LIKE TO SPEAK TO OFC CONCERNING A MALE OUT FRONT WHO HAS BEEN HOLDING A SIGN
ASKING FOR MONEY HE IS THERE NOW // MGR WOULD LIKE HE REMOVED AND ALSO SPEAK TO MGE AS WELL

Event No.
2015-00004636
Date: 01/20/2015    Day: TUE    Rcv: 08:08    Dsp: 08:47    Enr: 08:47    Arv:          Cmp: 09:00
Location: 16 PERRY ST FIN'S CAR WASH                          Pol: 3     Fire: 81     Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                    Unit(1) C-203    (2)              (3)          (4)          (5)          (6)

Case # :                                    KINNEY, BRI
                                            Disposition: COMPLETE NO RRT
Event Narrative...OLDER MALE WITH BACK PACK.. LARGE COAT.. YELLOW WHITE AND BLACKISH.. HARASSING CUSTOMERS FOR $

Event No.
2015-00004785
Date: 01/20/2015    Day: TUE    Rcv: 18:36    Dsp: 18:40    Enr: 18:40    Arv:          Cmp: 18:47
Location: 326 FLETCHER ST KING LIQUORS INC                    Pol: 7     Fire: 19     Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                    Unit(1) C-307A    (2) C-307B    (3)          (4)          (5)          (6)

Case # :                                    RICHARD JR. MERRILL, SC
                                            Disposition: COMPLETE NO RRT

Event No.
2015-00004789
Date: 01/20/2015    Day: TUE    Rcv: 18:55    Dsp: 18:59    Enr: 18:59    Arv: 19:03    Cmp: 19:10
Location: PLAIN ST / TANNER ST                                Pol: 4     Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                    Unit(1) C-304    (2) C-310B    (3) C-302A    (4)          (5)          (6)
                    ROUSSELL, T    COLLINS, CH    HALLORAN, J

Event Narrative...HISP MALE OUTSIDE...BLACK AND ORANGE SWEATER

Case # :
                                            Disposition: COMPLETE

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   74

Event Narrative...C/S THERE IS A BUNCH OF "BUMS" GATHERING AT END OF CONNECTOR OFF RAMPS....UNDER THE CONNECTOR
BRIDGE..AND IN THE TARGET PARKING LOT..GETTING A LITTLE AGGRESSIVE TAPPING ON WINDOWS FOR
CHANGE......BEGGING FOR MONEY

Event No.
2015-00005234
Date: 01/22/2015    Day: THU    Rcv: 12:32    Dsp: 12:34    Enr: 12:34    Arv:    Cmp: 13:02
Location: 186 APPLETON ST HAFNERS SERVICE STATION INC  Pol: 9    Fire: 24    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-209   (2) P-208   (3)    (4)    (5)    (6)
                     LAFFERTY, T    BERNARD, WI

Case #:
Disposition: COMPLETED CALL

Event Narrative...MALE WEARING A BLK HAT BLK LEATHER JACKET BLK JEANS PANHANDLING OUT FRONT

Event No.
2015-00006024
Date: 01/25/2015    Day: SUN    Rcv: 11:02    Dsp: 11:04    Enr: 11:04    Arv: 11:06    Cmp: 11:06
Location: 186 APPLETON ST HAFNERS SERVICE STATION INC  Pol: 9    Fire: 24    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) DB-203   (2)    (3)    (4)    (5)    (6)
                     RAMOS, ALEX

Case #:
Disposition: COMPLETE NO RRT

Event Narrative...B/M BLUE FLEECE JACKET, CAMO PANTS- BOTHERING CUSTOMERS

Event No.
2015-00006065
Date: 01/25/2015    Day: SUN    Rcv: 15:44    Dsp: 16:07    Enr: 16:07    Arv:    Cmp: 16:17
Location: 131 MIDDLESEX ST GARCIA BROGANS    Pol: 9    Fire: 28    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-307A   (2) C-307B   (3)    (4)    (5)    (6)
                     KELLY, CHRI    GATTO, JASO

Case #:
Disposition: COMPLETE NO RRT

Event Narrative...UNWANTED MALE ASKING FOR MONEY

Event No.
2015-00006084
Date: 01/25/2015    Day: SUN    Rcv: 17:10    Dsp: 17:13    Enr: 17:13    Arv:    Cmp: 17:15
Location: 220 APPLETON ST TEDESCHI'S    Pol: 9    Fire: 218    Jur: LW
Call Code: PANHANDLING / BEGGING    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-309B   (2)   (3)    (4)    (5)    (6)
                     RAYNE, ROBE

Case #:
Disposition: COMPLETE

Event Narrative...MALE HARRASING CUSTOMERS --TALL BLACK MALE BEIGE DRESSY COAT HOODY WITH CAMO PANTS EMPLOYEE SAID HE WAS



Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   75

ALREADY BANNED FROM THE STORE

Event No.
2015-00006261
Location: MERRIMACK ST / CENTRAL ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #:
Date: 01/26/2015    Day: MON    Rcv: 09:57    Dsp: 09:59    Enr: 09:59    Arv:    Cmp: 10:21
Pol: 8    Fire: 231    Jur: LW
Unit(1) C-208    (2)    (3)    (4)    (5)    (6)
DESILETS, R
Disposition: COMPLETE
Event Narrative...WHITE MALE, BLONDE HAIR, TAN COAT, SCREAMING FOR MONEY............HE WAS GETTING INTO PEOPLE FACE.....

Event No.
2015-00007207
Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #:
Date: 01/29/2015    Day: THU    Rcv: 06:43    Dsp: 06:45    Enr: 06:45    Arv:    Cmp: 06:57
Pol: 8    Fire: 26    Jur: LW
Unit(1) C-108    (2)    (3)    (4)    (5)    (6)
FERNANDEZ,
Disposition: COMPLETED CALL
Event Narrative...SEE THE MANAGER ABOUT SHANNON LALLY HE WAS IN THE STORE EARLIER HARASSING PEOPLE    HE IS NOW ACROSS THE
STREET BY EDDIBLE ARANGEMENTS

Event No.
2015-00007350
Location: 220 APPLETON ST TEDESCHI'S
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #: 2015-00001666
Date: 01/31/2015    Day: SAT    Rcv: 17:58    Dsp: 18:00    Enr: 18:00    Arv:    Cmp: 18:15
Pol: 9    Fire: 218    Jur: LW
Unit(1) P-308    (2) C-309A (3)    (4)    (5)    (6)
RIVERA, JON    PEREZ, NELS
Disposition: REPORT TAKEN
Event Narrative...EMPLOYEE SAYS MALE PANHANDLING --TALL BLACK MALE WEARING CAMO PANTS AGGRESSIVE

Event No.
2015-00007798
Location: 55 CHELMSFORD ST 7-11
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE
Case #:
Date: 01/31/2015    Day: SAT    Rcv: 05:00    Dsp: 05:02    Enr: 05:02    Arv: 05:05    Cmp: 05:09
Pol: 10    Fire: 31    Jur: LW
Unit(1) C-110    (2) C-105 (3)    (4)    (5)    (6)
DEMAIO, JAM    PARADISE II
Disposition: COMPLETED CALL
Event Narrative...WHITE MALE W/BEARD BLUE JACKET JEANS ASKING PEOPLE FOR MONEY OUTSIDE

Event No.
Date: 01/31/2015    Day: SAT    Rcv: 15:20    Dsp: 15:51    Enr: 15:51    Arv:    Cmp: 16:17

City of Lowell 191

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  76

P/2015-00007906    Location: PLAIN ST / TANNER ST                               Pol: 4         Fire: 454         Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE          Unit(1) C-309A (2) C-309B (3)           (4)           (5)           (6)

                   Case #: 2015-00001789      Disposition: ARREST MADE
                   Event Narrative...MALE AGGRESIVELY BEGGING FROM EACH MV SITTING AT BOTTOM OF CONENCTOR RAMP
                                                           BOUASRI, EM  RAYNE, ROBE

P/2015-00008630    Date: 02/03/2015   Day: TUE   Rcv: 07:11   Dsp: 07:15   Enr: 07:15   Arv: 07:23   Cmp: 07:30
                   Location: 10 FAVOR ST LOWELL JUVENILE DETENTION CTR       Pol: 9         Fire: 2214        Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE          Unit(1) C-108 (2)              (3)           (4)           (5)           (6)
                                              FERNANDEZ,
                   Case #:                    Disposition: COMPLETE
                   Event Narrative...ARCODD THE STREET FROM THE COURT IN THE BAC PARKING LOT THAT A BLK MALE ASKING PEOPLE FOR MONEY

P/2015-00008959    Date: 02/04/2015   Day: WED   Rcv: 10:05   Dsp: 10:07   Enr: 10:07   Arv: 10:15   Cmp: 10:15
                   Location: 24 MERRIMACK ST DUNKIN DONUTS MERRIMACK          Pol: 8         Fire: 26          Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE          Unit(1) C-203 (2)              (3)           (4)           (5)           (6)
                                              TETREAULT J
                   Case #:                    Disposition: COMPLETED CALL
                   Event Narrative...WHITE MALE , BLK HAT , BLK TAN COAT ASKING FOR MONEY //HE IS ASKING PEOPLE FOR MONEY

P/2015-00009879    Date: 02/07/2015   Day: SAT   Rcv: 12:13   Dsp: 12:17   Enr: 12:17   Arv:          Cmp: 12:41
                   Location: 145 THORNDIKE ST                                Pol: 10        Fire: 265         Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE          Unit(1) C-210 (2)              (3)           (4)           (5)           (6)
                                              BELAND, STE
                   Case #:                    Disposition: COMPLETE NO RRT
                   Event Narrative...MALE WAS ASKING FOR MONEY PUT HIS HANDS ON CALLER THINKS IS WILLIE WINSTON

2015-00011293      Date: 02/12/2015   Day: THU   Rcv: 16:44   Dsp: 16:47   Enr: 16:47   Arv: 16:49   Cmp: 16:52
                   Location: APPLETON ST / CENTRAL ST                        Pol: 8         Fire: 232         Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: 911                Unit(1) C-309B (2) C-309A (3)            (4)           (5)           (6)
                                              RAYNE, ROBE  DOWER, MIND

City of Lowell 192

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   77

Event No.
Case #:
Event Narrative...FEMALE IN TRAFFIC ASKING PEOPLE FOR MONEY. APPEARS SHE IS PRETENDING TO GET HIT BY MVS TO GET MONEY
2015-00011367   Date: 02/12/2015   Day: THU   Rcv: 21:08   Dsp: 21:12   Enr: 21:12   Arv:   Cmp: 21:15
Location: 66 PLAIN ST MCDONALDS REST   Pol: 3   Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-310B (2)   (3)   (4)   (5)   (6)
COLLINS, CH
Disposition: GONE ON ARRIVAL

Event No.
Case #:
Event Narrative...MALE WITH DARK CLOTHING..BACKWARDS BASEBALL CAP AND BACKPACK IS PANHANDLING...POSS HAS A MUSTACHE...
2015-00011908   Date: 02/14/2015   Day: SAT   Rcv: 19:55   Dsp: 19:57   Enr: 19:57   Arv:   Cmp: 20:03
Location: 305 WESTFORD ST LOWELL PACKAGE STORE INC   Pol: 10   Fire: 317   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-310A (2) C-306 (3) C-310B (4)   (5)   (6)
RIOS, LUIS   DOKOS, NICH ROUSSELL, T
Disposition: COMPLETE

Event No.
Case #:
Event Narrative...PAN HANDLERS BEING AGGRESSIVE CUSTOMERS COMPLAINING---TWO WHITE MALES
2015-00012499   Date: 02/16/2015   Day: MON   Rcv: 21:45   Dsp: 21:47   Enr: 21:47   Arv:   Cmp: 21:57
Location: PLAIN ST / TANNER ST   Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: 911   Unit(1) C-304 (2)   (3)   (4)   (5)   (6)
GONSALVES,
Disposition: COMPLETED CALL

Event No.
Case #:
Event Narrative...BY TARGET...MALE BLK PUFFY COAT HOLDING A SIGN PAN HANDLING....
2015-00013370   Date: 02/20/2015   Day: FRI   Rcv: 02:55   Dsp: 02:56   Enr: 02:56   Arv:   Cmp: 03:06
Location: 55 CHELMSFORD ST 7-11   Pol: 10   Fire: 31   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit(1) C-110 (2) C-109 (3)   (4)   (5)   (6)
BOUVIER, MI   DESMARAIS,
Disposition: COMPLETE

Event No.
Case #:
Event Narrative...BLK MALE WEARING A WHT JACKET OUT FRONT BOTHERING PEOPLE FOR MONEY
Date: 02/21/2015   Day: SAT   Rcv: 10:51   Dsp: 10:52   Enr: 10:52   Arv: 10:56   Cmp: 10:59

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   78

P/2015-00013689   Location: GREEN ST / CENTRAL ST
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-208   (2) DB-204   (3) DB-202   (4)      Pol: 8      Fire: 28      Jur: LW
Case #:          Disposition: COMPLETE          DESILETS, R   BOMIL, CHRI QUIGLEY, JO          (5)          (6)
Event Narrative...MALE HOLDING UP A SIGN WALKING INTO TRAFFIC WHILE DOING IT

Event No.          Date: 02/22/2015   Day: SUN   Rcv: 14:55   Dsp: 14:57   Enr: 14:57   Arv:          Cmp: 15:07
2015-00013947   Location: 220 APPLETON ST TEDESCHI'S                                                        Pol: 9   Fire: 218   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: 911          Unit(1) C-208   (2) C-204   (3)          (4)          (5)          (6)
Case #:          KINNEY, BRI   LAMARCHE, D
          Disposition: COMPLETE NO RRT
Event Narrative...GROUP OF PEOPLE OUT FRONT ASKING PEOLE FOR MONEY

Event No.          Date: 02/26/2015   Day: THU   Rcv: 14:16   Dsp: 14:46   Enr: 14:46   Arv:          Cmp: 14:49
P/2015-00015047   Location: LOWELL CONNECTOR / GORHAM ST                                                Pol:      Fire:      Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-209   (2)          (3)          (4)          (5)          (6)
Case #:          PURTELL, CH
          Disposition: COMPLETED CALL
Event Narrative...FEMALE WITH BLACK JACKET WITH A HOOD, HOLDING A SIGN ON THE LOWELL CONNECTOR NEAR THE END OF CONNECTOR
BY GORHAM ST.

Event No.          Date: 03/01/2015   Day: SUN   Rcv: 14:07   Dsp: 14:11   Enr: 14:11   Arv:          Cmp: 14:18
2015-00015811   Location: 280 CENTRAL ST WARD EIGHT                                                    Pol: 7   Fire: 28   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-208   (2)          (3)          (4)          (5)          (6)
Case #:          KINNEY, BRI
          Disposition: COMPLETE
Event Narrative...ONE MALE AND ONE FEMAELE ON GREEN ST SIDE

Event No.          Date: 03/03/2015   Day: TUE   Rcv: 08:14   Dsp: 08:16   Enr: 08:16   Arv: 08:22   Cmp: 08:23
2015-00016228   Location: 66 PLAIN ST MCDONALDS REST                                                    Pol: 10   Fire: 417   Jur: LW
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-205   (2) C-209   (3)          (4)          (5)          (6)

City of Lowell 194

Lowell P.D.

**C A D  A c t i v i t y  R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

MORIARTY, D  SIOPES, ARI

Case #:
Date: 03/04/2015    Day: WED    Rcv: 17:04    Dsp: 17:20    Enr: 17:20    Arv:    Cmp: 17:24
Location: 0 LOWELL CONNECTOR INBOUND    Pol:    Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-305 (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)
ZWICKER, BO
Disposition: COMPLETE NO RRT

Event No.
2015-00016640

Case #:
Date: 03/07/2015    Day: SAT    Rcv: 09:49    Dsp: 09:54    Enr: 09:54    Arv:    Cmp: 09:54
Location: 16 PERRY ST FIN'S CAR WASH    Pol: 3    Fire: 81    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-203 (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)
TETREAULT J
Disposition: COMPLETED CALL

Event Narrative...PLAIN ST EXIT WHITE FEMALE PANHANDLING, SHES ALSO STANDING IN A DANGEROUS SPOT OUT OF PASSER BY VIEW

Event No.
2015-00017354

Case #:
Date: 03/07/2015    Day: SAT    Rcv: 10:00    Dsp: 10:03    Enr: 10:03    Arv: 10:04    Cmp: 10:05
Location: 803 ROGERS ST    Pol: 3    Fire: 816    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-203 (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)
TETREAULT J
Disposition: COMPLETE NO RRT

Event Narrative...PEOPLE LOITERING, DRINKING AND PANHANDLING FOR MONEY

Event No.
2015-00017358

Case #:
Date: 03/07/2015    Day: SAT    Rcv: 12:26    Dsp: 12:27    Enr: 12:27    Arv:    Cmp: 12:32
Location: CHELMSFORD ST / PLAIN ST    Pol: 5    Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE    Unit(1) C-205 (2)    Cmp Code: PANHANDLING / BEGGING (3)    (4)    (5)    (6)
MATOS, JAME
Disposition: COMPLETE NO RRT

Event Narrative...CHECK FOR MIKAYLA HUME AND NICK GARDANARO THEY WERE PANHANDELING IN STADIUM PLAZA AND TEWKS PD MOVED THEM OVER THE LINE, TPD DOESNT HAVE PANHANDLING BILAWS THAT WE DO...

Event No.
2015-00017376

Case #:

MANAGER COMPLAING ABOUT BLACK MALE, BLUE JACKET AND BLACK PANTS BOTHERING CUSTOMER FOR MONEY

04/27/2015 12:07
Page  79

City of Lowell 195

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event Narrative...FEMALE HERE IN THE MIDDLE OF THE ST....WHITE FEMALE...

Event No.
2015-0018064
Date: 03/09/2015   Day: MON   Rcv: 19:08   Dsp: 19:17   Pol: 5   Fire: 417   Arr:   Jur: LW   Cmp: 19:27
Location: CHELMSFORD ST / PLAIN ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                              Unit (1) C-305   (2)   Cmp Code: PANHANDLING / BEGGING   (3)   (4)   (5)   (6)
Case #:                                        DAY, KRISTO
Event Narrative...W/F DRK HAIR DRK JACKET IN ROADWAY PANHANDLING
                                               Disposition: COMPLETE NO RRT

Event No.
2015-0019916
Date: 03/15/2015   Day: SUN   Rcv: 15:34   Dsp: 15:35   Pol: 4   Fire: 454   Arr: 15:35   Jur: LW   Cmp: 15:36
Location: PLAIN ST / TANNER ST
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                              Unit (1) C-204   (2)   Cmp Code: PANHANDLING / BEGGING   (3)   (4)   (5)   (6)
Case #:                                        LAMARCHE, D
Event Narrative...ABOUT 7 PEOPLE PANHANDLING WITH SIGNS
                                               Disposition: COMPLETE NO RRT

Event No.
2015-00020007
Date: 03/15/2015   Day: SUN   Rcv: 20:51   Dsp: 20:56   Pol: 4   Fire: 49   Arr: 20:56   Jur: LW   Cmp: 21:01
Location: 1224 GORHAM ST GEORGE'S DELI
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                              Unit (1) C-304   (2)   DB-305   (3)   Cmp Code: PANHANDLING / BEGGING   (4)   (5)   (6)
Case #:                                        THOMAS, PAU   MACDONALD,
Event Narrative...IN THE AREA OF GEORGE'S...MALE IN RED SOX JACKET..FEMALE BLOND HAIR ASKING PEOPLE FOR MONEY
                                               Disposition: COMPLETE

Event No.
2015-00020032
Date: 03/16/2015   Day: MON   Rcv: 16:20   Dsp: 16:22   Pol: 7   Fire: 28   Arr: 16:27   Jur: LW   Cmp: 16:48
Location: 280 CENTRAL ST WARD EIGHT
Call Code: PANHANDLING / BEGGING
Origin: TELEPHONE                              Unit (1) C-303   (2)   (3)   Cmp Code: PANHANDLING / BEGGING   (4)   (5)   (6)
Case #:                                        FLORENCE, W
Event Narrative...2 PANHANDLERS ARE FIGHTING FOR TURF ON GREEN ST
                                               Disposition: COMPLETE NO RRT

Event No.
P/2015-00020233
Date: 03/16/2015   Day: MON   Rcv: 16:25   Dsp: 16:29   Pol: 4   Fire: 454   Arr: 16:31   Jur: LW   Cmp: 16:48
Location: 181 PLAIN ST TARGET DEPARTMENT STORE

04/27/2015   12:07

City of Lowell 196

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page   81

Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE        Unit(1) C-309A  (2) C-309B  (3)              (4)            (5)            (6)

Case #:
                Disposition: COMPLETE NO RRT
                DOWER, MIND   DOWER, MIND

Event Narrative...BLK PICK UP TRUCK OUT IN FRONT OF TARGET HERE...THE MALE HELD UP A SIGN TO THE PANHANDLERS OUT ON PLAIN
ST AND NOW THEY ARE ALL OVER BY HIS TRUCK

Event No.        Date: 03/16/2015   Day: MON   Rcv: 22:58   Dsp:        Enr:        Arv:        Cmp: 23:01
2015-00020339    Location: 360 BROADWAY ST (LAWRENCE)                   Pol: 7      Fire: 19    Jur: LW
                 Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                 Origin: 911             Unit(1)      (2)               (3)         (4)         (5)         (6)

Case #:
                Disposition: RELEASED CALL

Event Narrative...PAN HANDLERS WONT LEAVE STORE CALLED IN BY CLERK

Event No.        Date: 03/18/2015   Day: WED   Rcv: 15:16   Dsp: 15:19   Enr: 15:19   Arv:        Cmp: 15:28
P/2015-00020854  Location: 67 MARKET ST BREWE'D AWAKENING                Pol:        Fire: 25    Jur: LW
                 Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE       Unit(1) C-208   (2)             (3)         (4)         (5)         (6)
                                         KINNEY, BRI

Case #:
                Disposition: COMPLETED CALL

Event Narrative...BETWEEN THIS LOCATION AND THE LEO ROY GARAGE FOR A HEAVY SET W/F BRO EYES, LONG BRO HAIR, JEANS, BLK
BOOTS, BACKPACK- EVERYDAY SHE IS OUT HERE PANHANDLING , TODAY SHE TREATENED THE CALLER---- CALLER WOULD
LIKE THE AREA CHECKED, DOESN'T NEED TO SEE THE POLICE

Event No.        Date: 03/18/2015   Day: WED   Rcv: 17:44   Dsp: 17:47   Enr: 17:47   Arv: 17:51   Cmp: 17:56
2015-00020888    Location: 181 PLAIN ST TARGET                           Pol: 4      Fire: 454   Jur: LW
                 Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE       Unit(1) C-304   (2)             (3)         (4)         (5)         (6)
                                         MASTAS, MAT

Case #:
                Disposition: COMPLETE

Event Narrative...ENTRANCE TO TARGET...PANHANDLER...RED JACKET HOLDING SIGN...

Event No.        Date: 03/20/2015   Day: FRI   Rcv: 14:26   Dsp: 14:28   Enr: 14:28   Arv:        Cmp: 14:31
2015-00021411    Location: 1 LORDS OVERPASS                                          Fire:       Jur: LW
                 Call Code: PANHANDLING / BEGGING              Cmp Code: PANHANDLING / BEGGING

City of Lowell 197

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Origin: TELEPHONE                                Unit(1) C-210  (2) DB-204 (3)                          (4)                          (5)                          (6)

BELAND, STE   BOMIL, CHRI

Case #:                                           Disposition: COMPLETE NO RRT

Agent Narrative...PANHANDLERS ON THE OVERPASS ASKING CARS AND APPROACHING KIDS FOR MONEY TOO

Agent No.            Date: 03/21/2015   Day: SAT   Rcv: 14:44   Dsp: 14:49   Enr: 14:49   Arv: 14:49   Cmp: 14:54
2015-00021699        Location: PLAIN ST / LOWELL CONNECTOR                    Pol:                    Fire:                    Jur: LW
                     Call Code: PANHANDLING / BEGGING             Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                Unit(1) C-204  (2)                   (3)                   (4)                   (5)                   (6)

DUCHARME, A

Case #:                                           Disposition: COMPLETE NO RRT

Agent Narrative...ON PLAIN ST, AT THE BOTTOM OF CONNECTOR, PANHANDLER ASKING FOR MONEY. LEAVING TRASH ALL OVER THE ROAD
WAY.

Agent No.            Date: 03/23/2015   Day: MON   Rcv: 19:08   Dsp: 19:10   Enr: 19:10   Arv: 19:14   Cmp: 19:14
2015-00022308        Location: 181 PLAIN ST TARGET                             Pol: 4                  Fire: 454               Jur: LW
                     Call Code: PANHANDLING / BEGGING             Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                Unit(1) C-304  (2)                   (3)                   (4)                   (5)                   (6)

THOMAS, PAU

Case #:                                           Disposition: COMPLETE NO RRT

Agent Narrative...AT ENTRANCE OF PLAZE MALE WITH CARDBOARD SIGN AND BLK JACKET AT PLAZA ENTRANCE

Agent No.            Date: 03/24/2015   Day: TUE   Rcv: 09:16   Dsp: 09:20   Enr: 09:20   Arv:         Cmp: 09:37
2015-00022441        Location: STEVENS ST / WESTFORD ST                        Pol: 6                  Fire: 53                Jur: LW
                     Call Code: PANHANDLING / BEGGING             Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                Unit(1) C-206  (2)                   (3)                   (4)                   (5)                   (6)

TETREAULT S

Case #:                                           Disposition: COMPLETED CALL

Agent Narrative...BLK FEMALE JEANS AND BLK JKT ON ASKING FOR MONEY

Agent No.            Date: 03/24/2015   Day: TUE   Rcv: 14:27   Dsp: 14:28   Enr: 14:28   Arv: 14:34   Cmp: 14:47
2015-00022528        Location: AIKEN ST / VFW HWY                              Pol: 8                  Fire: 166               Jur: LW
                     Call Code: PANHANDLING / BEGGING             Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE                                Unit(1) C-211  (2)                   (3)                   (4)                   (5)                   (6)

DUCHARME, A

Case #:                                           Disposition: COMPLETE

04/27/2015   12:07
Page   82

City of Lowell 198

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page 83

Event Narrative...WHITE MALE

Event No.         Date: 03/24/2015    Day: TUE    Rcv: 17:00    Dsp: 17:05    Enr:          Arv: 17:11    Cmp: 17:14
2015-00022563     Location: 181 PLAIN ST TARGET                                Pol: 4       Fire: 454
Call Code: PANHANDLING / BEGGING                                               Jur: LW
Origin: TELEPHONE          Unit(1) C-304    (2)        Cmp Code: PANHANDLING / BEGGING
                                                                 (3)                  (4)              (5)              (6)
Case #:                           Disposition: GONE ON ARRIVAL
                                               GONSALVES,

Event Narrative...MALE DK HOODIE AND SIGN AT ENTRANCE OF PLAZA// PER MANAGEMENT STUART THOMPSON NO TRESPASSING ORDER HAS
BEEN REQUESTED

Event No.         Date: 03/25/2015    Day: WED    Rcv: 12:37    Dsp: 12:42    Enr: 12:42    Arv:          Cmp: 12:56
2015-00022811     Location: 181 PLAIN ST                                       Pol: 4       Fire: 454    Jur: LW
Call Code: PANHANDLING / BEGGING                                               Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-205    (2)                  (3)                  (4)              (5)              (6)
                                   MATOS, JAME
Case #:                           Disposition: COMPLETE NO RRT

Event Narrative...RIGHT AT THE ENTRANCE HERE FOR A MALE IN A BLUE AND WHITE HOODIE WITH BLK PANTS ...SEC WANTS THEM TO BE
GIVEN A NO TRESPASS NOTICE

Event No.         Date: 03/25/2015    Day: WED    Rcv: 13:29    Dsp: 13:31    Enr: 13:31    Arv:          Cmp: 13:35
2015-00022825     Location: CHELMSFORD ST / WESTFORD ST                        Pol: 10      Fire: 31     Jur: LW
Call Code: PANHANDLING / BEGGING                                               Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-210    (2)                  (3)                  (4)              (5)              (6)
                                   BELAND, STE
Case #:                           Disposition: COMPLETE NO RRT

Event Narrative...FEMALE IN AND OUT OF TRFC ASKING FOR MONEY

Event No.         Date: 03/25/2015    Day: WED    Rcv: 18:53    Dsp: 18:55    Enr: 18:55    Arv: 18:57    Cmp: 18:58
2015-00022915     Location: 495 CHELMSFORD ST TMOBIL                           Pol: 10      Fire: 417    Jur: LW
Call Code: PANHANDLING / BEGGING                                               Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE          Unit(1) C-310B (2) C-310A (3)                  (4)                  (5)              (6)
                                   MCMANUS, BR   MERRILL, JA
Case #:                           Disposition: COMPLETE NO RRT

Event Narrative...BUNCH OF PEOPLE TRYING TO BEG

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**

12/01/2013 00:00 to 03/31/2015 23:59

Event No.          Date: 03/26/2015   Day: THU   Rcv: 11:33   Dsp: 11:43   Enr: 11:43   Arv:          Cmp: 11:43
P/2015-00023092    Location: 181 PLAIN ST                                   Pol: 4   Fire: 454   Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE           Unit(1) C-210          Cmp Code: PANHANDLING / BEGGING
                                               BELAND, STE
                                                  (2)                    (3)        (4)        (5)        (6)
                   Case #:                        Disposition: COMPLETE
                   Event Narrative...MOVE PANHANDLER ALONG AND TARGET WANTS HIM TRESPASSED AS WELL

Event No.          Date: 03/26/2015   Day: THU   Rcv: 12:11   Dsp: 12:13   Enr: 12:13   Arv: 12:36    Cmp: 12:36
P/2015-00023101    Location: 181 PLAIN ST TARGET                           Pol: 4   Fire: 454   Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE           Unit(1) C-210          Cmp Code: PANHANDLING / BEGGING
                                               BELAND, STE
                                                  (2)                    (3)        (4)        (5)        (6)
                   Case #:                        Disposition: COMPLETE
                   Event Narrative...ANOTHER PANHANDLER AND THEY WANT HIM TRESPASSED

Event No.          Date: 03/26/2015   Day: THU   Rcv: 14:22   Dsp: 14:32   Enr: 14:32   Arv: 14:41    Cmp: 14:41
P/2015-00023147    Location: 495 CHELMSFORD ST TMOBIL                      Pol: 10  Fire: 417   Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE           Unit(1) C-204          Cmp Code: PANHANDLING / BEGGING
                                               LAMARCHE, D
                                                  (2)                    (3)        (4)        (5)        (6)
                   Case #:                        Disposition: COMPLETE NO RRT
                   Event Narrative...MALE PANHANDING OUTSIDE THIS LOCATION, JEANS, BALLCAP, BLUE JACKET

Event No.          Date: 03/27/2015   Day: FRI   Rcv: 10:53   Dsp: 10:57   Enr: 10:57   Arv:          Cmp: 11:08
P/2015-00023410    Location: PLAIN ST / TANNER ST                         Pol: 4   Fire: 454   Jur: LW
                   Call Code: PANHANDLING / BEGGING
                   Origin: TELEPHONE           Unit(1) C-210          Cmp Code: PANHANDLING / BEGGING
                                               BELAND, STE
                                                  (2)                    (3)        (4)        (5)        (6)
                   Case #:                        Disposition: COMPLETE
                   Event Narrative...PEOPLE AR ON TRASH BAGS SLEEPING UNDER THE CONNECTOFR BRIDGE WHILE THE OTHERS ARE ASKING FOR MONEY AT
                   BOTTOM OF RAMPS AND TARGET . SHE SAYS THEY ARE TAKING TURNS

Event No.          Date: 03/27/2015   Day: FRI   Rcv: 15:01   Dsp: 15:03   Enr: 15:03   Arv:          Cmp: 15:13
P/2015-00023481    Location: 10 PRESCOTT ST                               Pol: 8   Fire: 26    Jur: LW
                   Call Code: PANHANDLING / BEGGING                       Cmp Code: PANHANDLING / BEGGING

City of Lowell 200

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015   12:07
Page  85

Origin: TELEPHONE

Case #:
Date: 03/27/2015     Day: FRI     Rcv: 16:30     Dsp: 16:35     Enr: 16:35     Arv: 16:41     Cmp: 17:17
Incident No.                                                                    Pol: 4     Fire: 454     Jur: LW
2015-00023500
Location: 181 PLAIN ST TARGET DEPARTMENT STORE
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                          Unit(1) C-305     (2)          (3)          (4)          (5)          (6)
                                                   GATTO, JASO
Case #:
Incident Narrative... MALE IN MIDDLE OF STREET WITH A TIN CAN ASKING FOR MONEY ...  VERY AGGRESSIVE WITH PEOPLE DRIVING BY.

DESLIETS, R  GOLDEN, TIM
Disposition: COMPLETE NO RRT

Unit(1) C-208   (2)  P-207   (3)          (4)          (5)          (6)

Disposition: COMPLETE

Origin: TELEPHONE

Case #:
Date: 03/29/2015     Day: SUN     Rcv: 13:57     Dsp: 14:03     Enr: 14:03     Arv: 14:11     Cmp: 14:11
Incident No.                                                                    Pol: 8     Fire: 261     Jur: LW
2015-00023950
Location: 121 CHURCH ST RITE AID PHARMACY
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                          Unit(1) C-208     (2)          (3)          (4)          (5)          (6)
                                                   DESLIETS, R

Case #:
Incident Narrative... AT THE ENTRANCE OF TARGET FOR A  MALE PANHANDLER STEPPING IN FRONT OF CARS TO GET THEM TO STOP AND GIVE
HIM MONEY

Disposition: COMPLETE NO RRT

Origin: TELEPHONE

Case #:
Date: 03/29/2015     Day: SUN     Rcv: 14:19     Dsp: 14:24     Enr: 14:24     Arv:          Cmp: 14:24
Incident No.                                                                    Pol: 4     Fire: 454     Jur: LW
2015-00023954
Location: PLAIN ST / TANNER ST
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                          Unit(1) C-204     (2)          (3)          (4)          (5)          (6)
                                                   HANSON, CHR

Case #:
Incident Narrative... MALE IN A BLACK HOODED SWEATSHIRT AND A MALE IN A TAN WINTER VEST OUT FRONT ASKING PEOPLE FOR MONEY

DESLIETS, R
Disposition: COMPLETE NO RRT

Date: 03/29/2015     Day: SUN     Rcv: 14:44     Dsp: 14:47     Enr: 14:47     Arv:          Cmp: 14:53
Incident No.                                                                    Pol: 8     Fire: 231     Jur: LW
2015-00023957
Location: CENTRAL ST / MERRIMACK ST
Call Code: PANHANDLING / BEGGING          Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE
                                          Unit(1) C-208   (2) D-226   (3)          (4)          (5)          (6)
                                                   DESLIETS, R  FIGUEROA, F
Case #:
Incident Narrative... AT THE END OF THE CONNECTOR FEMALE IS PANHANDLING IN AND OUT OF TRAFFIC

Disposition: COMPLETE NO RRT

City of Lowell 201

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

04/27/2015  12:07
Page  86

Event Narrative...WHITE MALE , DARK GREY JACKET WITH RED JACKET UNDER THE GREY ONE , GREYISH COLOR HAIR  TRYING TO GET
INTO ONE OF THEMVS

Event No.         Date: 03/30/2015    Day: MON    Rcv: 14:58    Dsp: 15:04    Enr: 15:04    Arv:            Cmp: 15:17
2015-00024221    Location: 181 PLAIN ST TARGET                                                Fire: 454       Jur: LW
                 Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE                 Unit(1) C-204  (2) C-206 (3)            (4)            (5)            (6)
                                                              LAMARCHE, D TETREAULT S
                 Case #:                           Disposition: COMPLETED CALL

Event Narrative...FEMALE STATED AT THE ENTRANCE TO TARGET, THERE IS MALE PANHANDLING - HE IS AGGRESSIVE TOWARDS THE
CALLER--- W/M, TALL, UNDER ARMOUR HAT, BLK HOODIE W/ VEST OVER IT-- CALLER JUST WANTS HIM CHECKED OUT

Event No.         Date: 03/30/2015    Day: MON    Rcv: 16:58    Dsp: 17:01    Enr: 17:01    Arv:            Cmp: 17:18
2015-00024248    Location: CHURCH ST / APPLETON ST                                          Pol: 8         Fire: 261       Jur: LW
                 Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE                 Unit(1) P-308  (2)            (3)            (4)            (5)            (6)
                                                              RIVERA, JON
                 Case #:                           Disposition: COMPLETED CALL

Event Narrative...MALE PANHANDLING - APPROACHING CARS

Event No.         Date: 03/31/2015    Day: TUE    Rcv: 11:48    Dsp: 11:52    Enr: 11:52    Arv:            Cmp: 12:04
2015-00024463    Location: 501 BRIDGE ST BANK OF AMERICA                                    Pol: 2         Fire: 61        Jur: LW
                 Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                 Origin: TELEPHONE                 Unit(1) C-202  (2)            (3)            (4)            (5)            (6)
                                                              GOLOJUCH, J
                 Case #:                           Disposition: COMPLETE NO RRT

Event Narrative...SEE BRIAN FROM SECURITY RE: FEMALE WHO LIVES NEXT DOOR THATS PANHANDLING IN THE PARKING LOT , BOTHERING
CUSTOMERS

Event No.         Date: 03/31/2015    Day: TUE    Rcv: 13:25    Dsp: 13:25    Enr: 13:25    Arv: 13:25      Cmp: 13:27
2015-00024486    Location: BRIDGE ST / VFW HWY                                              Pol: 2         Fire: 6         Jur: LW
                 Call Code: PANHANDLING / BEGGING                    Cmp Code: PANHANDLING / BEGGING
                 Origin: OFCR INITIATED            Unit(1) C-202  (2)            (3)            (4)            (5)            (6)
                                                              GOLOJUCH, J
                 Case #: 2015-00005620             Disposition: COMPLETE

City of Lowell 202

Lowell P.D.

**C A D   A c t i v i t y   R e p o r t**
12/01/2013 00:00 to 03/31/2015 23:59

Event Narrative...HAPPENED AROUND NOON----   JONATHAN MCGONIAGLE 4/9/94

Case #:
Event Narrative...FEMALE IN THE REAR HARASSING CUSTOMERS

Event No.
2015-00024489
Date: 03/31/2015   Day: TUE   Rcv: 13:35   Dsp: 13:36   Enr: 13:36   Arv:   Cmp: 13:46
Location: 309 CHELMSFORD ST B P GAS STATION   Pol: 3   Fire: 41   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-206   (2) C-210   (3)   (4)   (5)   (6)
TETREAULT S  DUCHARME, A
Disposition: COMPLETE NO RRT

Event No.
2015-00024586
Date: 03/31/2015   Day: TUE   Rcv: 18:38   Dsp: 18:50   Enr: 18:50   Arv: 18:55   Cmp: 18:57
Location: 199 PLAIN ST   Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-309A   (2) C-305   (3)   (4)   (5)   (6)
GATTO, JASO  ZWICKER, BO
Disposition: COMPLETE NO RRT

Case #:
Event Narrative...CALLER IS PASSERBY...IN THE PARKING LOT..SEVERAL PPL HOLDING SIGNS ASKING FOR MONEY...NO DESCRIPTION...

Event No.
2015-00024621
Date: 03/31/2015   Day: TUE   Rcv: 21:07   Dsp: 21:09   Enr: 21:09   Arv:   Cmp: 22:49
Location: 181 PLAIN ST TARGET   Pol: 4   Fire: 454   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: 911   Unit (1) C-304   (2) C-305   (3) AMB99   (4) O-330   (5)   (6)
GONSALVES,  ZWICKER, BO   UNKNOWN EMPKIENG, BUNT
Disposition: ARREST MADE

Case # 2015-00005658
Event Narrative...AT THE ENTERANCE...4 OR 5 PANHANDLERS...

Event No.
2015-0002464643
Date: 03/31/2015   Day: TUE   Rcv: 23:06   Dsp: 23:09   Enr: 23:09   Arv: 23:14   Cmp: 23:20
Location: 336 BRIDGE ST CVS 3   Pol: 2   Fire: 6   Jur: LW
Call Code: PANHANDLING / BEGGING   Cmp Code: PANHANDLING / BEGGING
Origin: TELEPHONE   Unit (1) C-302A   (2) C-311   (3)   (4)   (5)   (6)
MOORE, JERO  MCMANUS, BR
Disposition: COMPLETE NO RRT

Case #:
Event Narrative...C/S THERE IS A W/M WEARING A GRY SWEATSHIRT AND WHT ADIDAS PANTS IN THE PARKING LOT ASKING FOR MOENY AND RIDES FROM PEOPLE