UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH MCLAUGHLIN and JOSHUA WOOD,<br><br>   Plaintiffs,<br><br>  v.<br><br>City of LOWELL,<br><br>   Defendant. | Civil Action No. 1:14-cv-10270-DPW |

**PLAINTIFFS' MOTION FOR AWARD**
**OF ATTORNEY'S FEES AND LITIGATION EXPENSES**

  Pursuant to 42 U.S.C. § 1988, Federal Rule of Civil Procedure 54, and this Court's October 23, 2015 Order, Plaintiffs , by and through their undersigned counsel, respectfully move for an award of reasonable attorney's fees and litigation expenses incurred in this litigation. The grounds for this motion are set forth in the accompanying Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Reasonable Attorney's Fees as well as the Affidavits of Kevin P. Martin, Matthew Segal, and Sarah R. Wunsch filed herewith.

Dated: November 6, 2015

Respectfully submitted,

KENNETH MCLAUGHLIN, and JOSHUA WOOD

By their attorneys,

/s/ Kevin P. Martin
Kevin P. Martin (BBO# 655222)
Robert D. Carroll (BBO# 662736)
Corrine L. Lusic (BBO# 676756)
Goodwin Procter LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax.: 617.523.1231
KMartin@goodwinprocter.com
RCarroll@goodwinprocter.com
CLusic@goodwinprocter.com

David Zimmer (*pro hac vice*)
Goodwin Procter LLP
Three Embarcadero Center, 24th Flr.
San Francisco, CA 94111
Tel.: 415.733.6006
Fax.: 415.677.9041
DZimmer@goodwinprocter.com

Matthew R. Segal (BBO# 654489)
Sarah R. Wunsch (BBO# 548767)
American Civil Liberties Union
of Massachusetts
211 Congress Street
Boston, Massachusetts 02110
Tel.: 617.482.3170
Fax.: 617.451.0009
MSegal@aclum.org
SWunsch@aclum.org

**CERTIFICATE OF SERVICE AND CERTIFICATION**

     I, Kevin P. Martin, hereby certify that the pursuant to local rule 7.1 I conferred with counsel before filing the foregoing motion.  I also certify that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 6, 2015.  This document will be available for viewing and downloading from the ECF system.

/s/ Kevin P. Martin

Kevin Martin